Concepcion Arreola   8/9/2019

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RODRIGO ARREOLA, as parent of )
Hector Arreola, Deceased, and )
as Personal Representative )
and Administrator of the )
of Estate of Hector Arreola, )
CONCEPCION ARREOLA, as Parent )
of Hector Arreola, and S.A., )
minor child of Hector Hector )
Arreola, by next Friend )
Jezreel Imee Custodio, )
)
        Plaintiffs, )
)CIVIL ACTION FILE NO:
vs. )
)4:19-CV-00005-CDL
THE CONSOLIDATED GOVERNMENT )
OF COLUMBUS, GEORGIA, OFFICER )
MICHAEL AGUILAR, in his )
individual and official )
capacity, OFFICER BRIAN )
DUDLEY, in his individual and )
official capacity, OFFICER )
AARON EVRARD, in his )
individual and official )
capacity, and COLUMBUS POLICE )
DEPARTMENT CHIEF OF POLICE )
RICHARD BOREN, in his )
individual and official )
capacity, )
        Defendants. )

        Oral deposition of CONCEPCION ARREOLA,
Plaintiff, called by the Defendants, before Alan M.
Causey, Certified Court Reporter in and for the
State of Georgia, taken at the law offices of Page,
Scrantom, Sprouse, Tucker & Ford, Synovus Centre,
Third Floor, 1111 Bay Avenue, Columbus, Georgia, on
the 9th day of August, 2019, commencing at 9:34 a.m.

**2**

1        APPEARANCES
2
3  On behalf of the Plaintiffs:
4
5        MR. MARK C. POST
        Mark Post Law, LLC
6        Attorney at Law
        3 Bradley Park Court, Suite F
7        Columbus, Georgia  31904
        (706) 221-9371
8        mpost@markpostlaw.com
9
10
11
12  On behalf of the Defendants:
13
14        MR. JAMES C. CLARK, JR.
        MR. ALAN G. SNIPES
15        MR. TYLER C. CASHBAUGH
        Page, Scrantom, Sprouse, Tucker & Ford
16        Attorneys at Law
        Synovus Centre, Third Floor
17        1111 Bay Avenue  31901
        Post Office Box 1199
18        Columbus, Georgia  31902-1199
        (706) 324-0251
19        jcc@psstf.com
        ags@psstf.com
20        tcc@psstf.com
21
22
23
        ALSO PRESENT:  Ms. Jessica W. McCullars (Translator)
24
25

**3**

1        EXAMINATION INDEX
2
        CONCEPCION ARREOLA                    PAGE
3
4        CROSS BY MR. CASHBAUGH . . . . . . . . . 7
5        DIRECT BY MR. POST . . . . . . . . . . . 56
6
7
8
9
10
        EXHIBIT INDEX
11
                        PAGE
12  Defendants'
13    1    Copy of Witness Statement          11
14    2    Copy of Interrogatory Responses    40
15
16
17
18
19
20
21
22
23
24
25

**4**

1        COURT REPORTER'S DISCLOSURE STATEMENT
2
3        I, ALAN M. CAUSEY, Georgia Certified Court
4  Reporter, Certificate No. B-1445, pursuant to
5  Article 10.B of the Rules and Regulations of the
6  Board of Court Reporting of the Judicial Council of
7  Georgia, make the following disclosure:
8
9        1) I am a Georgia Certified Court Reporter.
10  I am here as a representative of Causey Peterson
11  Reporting, Inc.  I am not disqualified for a
12  relationship of interest under the provisions of
13  O.C.G.A. §9-11-28 (c);
14
15        2) Causey Peterson Reporting, Inc., was
16  contacted by the offices of Page, Scrantom, Sprouse,
17  Tucker & Ford to provide court reporting services
18  for this deposition;
19
20        3) Causey Peterson Reporting, Inc., will
21  not be taking this deposition under any contract
22  that is prohibited by O.C.G.A. §15-14-37 (a) and
23  (b);
24
25

Concepcion Arreola   8/9/2019

5

1      4) Causey Peterson Reporting, Inc., has no
2  exclusive contract to provide reporting services
3  with any party to the case, any counsel in the case,
4  or any reporter or reporting agency from whom a
5  referral might have been made to cover this
6  deposition;
7
8      5) Causey Peterson Court Reporting, Inc.,
9  will charge its usual and customary rates to all
10  parties in the case, and a financial discount will
11  not be given to any party to this litigation.
12
13              This 9th day of August, 2019.
14              Alan M. Causey, CCR #B-1445
15
16
17
18
19
20
21
22
23
24
25

6

1  (Deposition commenced at 9:34 a.m.)
2      MR. CASHBAUGH:  I'm Tyler Cashbaugh.  We're
3  going to go on the record.
4      Do you want to swear her, please.
5      THE REPORTER:  Raise your right hand,
6  please.
7  THEREUPON:
8              CONCEPCION ARREOLA,
9  Was called as a witness, and having first been duly
10  sworn, testified on examination as follows:
11              CROSS-EXAMINATION
12  BY MR. CASHBAUGH:
13      Q.  Ms. Arreola, my name is Tyler Cashbaugh,
14  and this is Alan Snipes and Jim Clark, and we
15  represent the defendants in this lawsuit that you
16  filed in the Middle District of Georgia.
17      It's my understanding, Ms. Arreola, that you
18  speak and understand English.
19      Is that right?
20      A.  (Gesturing with hands)
21      Q.  Okay, you -- you waved your hands back and
22  forth.
23      Is that a "yes"?
24      A.  Yes.
25      Q.  "Yes"?

7

1      A.  (Nods head affirmatively)
2      Q.  Okay.
3      Now, if I ask you a question and you answer, I'm
4  going to assume that you understood that question.
5      Is that fair?
6      A.  If I don't understand, can I ask her about
7  it?
8      Q.  That's -- that's right.
9      So we've got a certified translator here.  And
10  if you do not understand the question, then you may
11  ask her and she can translate it for us and then
12  we'll go through her.
13      But if you do answer, I'm going to assume that
14  you understood it.
15      Is that fair?
16      A.  (Nods head affirmatively)
17      Q.  And you shook your head.
18      That's a "yes"?
19      A.  Yes.
20      Q.  Okay.
21      MR. POST:  That man is taking down
22  everything --
23      MR. CASHBAUGH:  Yeah.
24      MR. POST:  -- you say, so make sure you
25  speak up so he can hear you --

8

1      THE WITNESS:  Okay.
2      MR. POST:  -- and -- because everybody here
3  needs to hear you, okay.
4      And before you actually get started asking
5  the questions, I might want to ask our
6  translator a few questions.
7      MR. CASHBAUGH:  Go ahead.
8      MR. POST:  Ma'am, if you would, state your
9  name for the record.
10      THE WITNESS:  Jessica McCullars.
11      THE REPORTER:  Y'all need to speak up, too.
12      THE INTERPRETER:  Jessica McCullars.
13      MR. POST:  All right, Ms. McCullars, can
14  you tell us what your qualifications to
15  translate Spanish to English and Spanish are.
16      THE INTERPRETER:  Yes.
17      I'm a certified legal interpreter of
18  Spanish to English.  I also have a master's
19  degree in Hispanic studies --
20      THE REPORTER:  What kind of studies?
21      THE WITNESS:  Hispanic studies, which
22  includes language studies.
23      MR. POST:  Okay.
24      And is that from The University of Georgia?
25      THE INTERPRETER:  From Auburn.

Concepcion Arreola   8/9/2019

9

1    MR. POST:  Auburn.
2    I saw something --
3    MR. CLARK:  She is qualified.
4    MR. POST:  -- from The University of
5  Georgia.
6    Can you tell us --
7    THE INTERPRETER:  I have certifications,
8  yes, through UGA, yes.
9    MR. POST:  Okay.
10    THE INTERPRETER:  Uh-huh.
11    MR. POST:  I knew there was some connection
12  there.
13    But, seriously, I just want to check one
14  thing.  There is a -- and this should qualify
15  her, I suspect.  There was a one-page -- or
16  one-and-a-half page handwritten witness
17  statement, and I think there are a couple of
18  errors in the translation that we have.
19    Would you look at that and compare the
20  writing of Ms. Concepcion to the translation.
21    THE REPORTER:  Okay, we're going -- we're
22  already starting out having trouble hearing,
23  so...
24    MR. POST:  Just slide around -- down --
25    THE REPORTER:  This room has a bad echo

10

1  and --
2    MR. POST:  Okay, we'll get -- are we off
3  the record for a minute?
4    THE REPORTER:  Yes, sir.
5    (Off-the-record discussion)
6    MR. CASHBAUGH:  Let's go on the record, so
7  I can mark this exhibit.
8    THE REPORTER:  Okay.
9    MR. CASHBAUGH:  Are we back on the record?
10    THE REPORTER:  Yes, sir.
11  (Thereupon, Defendants' Deposition Exhibit No. 1
12  was marked for identification)
13    MR. CASHBAUGH:  All right, I'm going to
14  mark as Exhibit 1 the witness statement for
15  Concepcion Arreola dated January 9, 2017, and
16  it's written in Spanish, and then there's a
17  translation on the third page, which is
18  identified as CCG000100.
19    And I'll ask the translator to try to
20  translate whatever Mr. Post is asking her to
21  translate on Exhibit 1.
22    THE INTERPRETER:  Okay, I'm going to be
23  reading this Exhibit 1 document.
24    MR. POST:  Speak up, if you could, please.
25    THE INTERPRETER:  Okay.

11

1    MR. POST:  And I'll be getting slightly --
2  over here.
3    THE INTERPRETER:  So my son, Hector
4  Arreola, called the police and then came to
5  check to make sure I was okay around 4:00 a.m.
6  The police came to see if I was okay.  I told
7  them yes, and they left immediately.  Half an
8  hour later, my son called me and heard that I --
9  and heard me talking -- heard that they were
10  talking, and I looked at him -- I saw him
11  outside and there were two police outside of
12  him.  I heard them say -- or asked what the
13  problem was.  They had come to see if I was
14  okay.  And when -- what's that -- and after I
15  left to see what had been going on.  I told
16  them -- or told him, my son -- that -- sorry.
17    MR. POST:  If you need to ask her --
18    THE INTERPRETER:  Well, it's just -- making
19  sure because of -- there's some missing
20  punctuation, so just making sure.
21    Okay, so I told them -- I told my son that
22  they came in the house and -- I'm sorry -- and I
23  answered and -- or basically let them in and
24  that there was someone inside trying to cause
25  harm.  We talked, trying to -- we talked

12

1  about -- wait -- asked about what was going on
2  inside to be able to come in.
3    I'm sorry, this is -- I'm just making sure
4  I'm reading it accurately.
5    But it was not possible.  One of the police
6  officers put his hands on his pistol, and that's
7  when my son crossed the street.
8    That's the end of the first page.
9    You want me to continue; correct?
10    THE REPORTER:  You'll have to ask him.
11    THE INTERPRETER:  Okay.
12    MR. POST:  Yes.
13    THE INTERPRETER:  He was walking and he
14  went and knocked on the neighbor's door.
15  Everything was so fast happened around me -- or
16  that happened -- and then went towards the
17  house.  The police tried to put him in cuffs,
18  but they forced -- they forced him down on the
19  road -- onto the ground.  They pulled him back
20  up, trying to put him in cuffs.  The police
21  started yelling.  He couldn't breathe.  And I
22  told him that he was not able to breathe.  They
23  told me that he could breathe and that he was
24  fine.  After they handcuffed him, he remained on
25  the ground almost like he didn't understand what

Concepcion Arreola   8/9/2019

13

1   was going on -- or he wasn't aware, and some
2   minutes -- a few minutes later they took him to
3   the hospital.
4        And that's the end of the document.
5        MR. POST:  Okay.
6        Obviously there were several differences
7   between that translation and the translation we
8   received from Laster & Associates.
9        Since we are proceeding with this
10  deposition -- and we are reserving all
11  objections except to the form of the question --
12  I will just reserve any objection to translation
13  for later as it becomes necessary.
14       MR. CASHBAUGH:  All right.
15  BY MR. CASHBAUGH:
16   Q.  Ms. Arreola, could you state your full name
17  for the record.
18   A.  (No response)
19   Q.  Could you state your full name.
20   A.  Concepcion Arreola.
21   Q.  Okay.
22       And where do you live currently?  What's your
23  address?
24   A.  Right now my address -- I just moved, so I
25  don't remember that.  I think it's 6123 -- it's in

14

1   the 13th Street -- I mean 13th Street -- Avenue.
2    Q.  Okay.
3        Are you married?
4    A.  I'm divorced.
5    Q.  Okay.
6        Is Rodrigo Arreola your ex-husband?
7    A.  Yes.
8    Q.  Okay, where does he live?
9    A.  In Atlanta, Georgia.
10   Q.  Okay.
11       Who is Patricia Reagan?
12   A.  My daughter.
13   Q.  That's your daughter?
14       And is she -- she's married to Jeff Reagan?
15   A.  Yes.
16   Q.  Where do they live?
17   A.  In Midland, Columbus, Georgia.
18   Q.  Okay.
19       We are here today, you understand, to talk about
20  the events of January 9th, 2017?
21   A.  Yes.
22   Q.  And it's my understanding that Hector
23  called -- Hector's your son?
24   A.  Yes.
25   Q.  Hector called 911 around 3:40 in the

15

1   morning from the Efficiency Lodge claiming that he
2   was in danger?
3    Q.  Do you recall that?
4    A.  Yes.  I know that because the police came
5   to the house around 4 o'clock --
6    Q.  Okay.
7    A.  -- in the morning.
8    Q.  Okay.
9        Why was Hector at the motel that night?
10   A.  He was with a friend.
11   Q.  Who was his friend?
12   A.  Jason Evans.
13   Q.  Do you know why they were at the hotel?
14   A.  He was living there.
15   Q.  He was living there?
16   A.  Uh-huh.
17   Q.  Okay.
18       Hector called 911 a second time on January 9th,
19  to have them come by your house and check on you; is
20  that right?
21   A.  Yes.
22   Q.  Okay, why was he so concerned about you?
23   A.  I don't know.
24   Q.  It's fair to say he was acting pretty
25  strange that night, that morning?

16

1    A.  I don't know why.
2    Q.  You don't know?
3    A.  Uh-uh.
4        THE REPORTER:  Okay, she's "uh-huh" and
5   "uh-uh" --
6        MR. POST:  Yes, speak up.
7    A.  I say I don't know why.
8    Q.  Had he ever acted like that before?
9    A.  No.
10   Q.  No?
11       Tell me what you recall about the January 9th,
12  2017 incident once the police showed up at your
13  house to talk to you.
14   A.  They just told me my son called to check on
15  me because he was thinking something was going to
16  happen to me.
17   Q.  So they show up and they're talking to
18  Hector outside of your house?
19   A.  Yes, that second time.
20   Q.  And he had --
21       THE REPORTER:  I'm sorry?
22       THE WITNESS:  That second time.
23       THE REPORTER:  That second time.
24   Q.  And he had driven a Subaru car over to your
25  house?

Concepcion Arreola   8/9/2019

17

1    A.  Yes.
2    Q.  Whose car was that?
3    A.  His car.
4    Q.  His car.
5    Did he have a driver's license?
6    A.  Yes.
7    Q.  And so the cops were out there -- there
8  were two police officers; right?
9    A.  Yes.
10    Q.  And they're outside talking to Hector; is
11  that right?
12    A.  Yes.
13    Q.  Could you hear what they were saying?
14    A.  Excuse me?
15    Q.  Could you hear what they were saying?
16    A.  Not exactly --
17    Q.  But it's fair --
18    A.  -- because I was inside.
19    Q.  Right.
20    A.  But I -- when I hear the talking, I walked
21  outside.
22    Q.  Okay.
23    THE REPORTER:  When I hear the --
24    MR. CASHBAUGH:  Talking.
25    Q.  So it's fair -- fair to say that -- they're

18

1  out there talking to Hector trying to de-escalate
2  any situation by telling him to go inside your
3  house?
4    A.  When I went outside, I hear one of the
5  cops -- they asked Hector -- like he was angry --
6  why he called to the 911 for the second time.
7    Q.  Right.
8    So they're -- they're talking to him trying to
9  figure out what's wrong with him, what's going on?
10    A.  Yes.
11    Q.  Okay.
12    And they're trying to get him -- convince him to
13  go into your yard, your house?
14    A.  Tried to, yeah.
15    Q.  Yeah.
16    And you tried to get Hector to --
17    A.  Yes.
18    Q.  -- go inside as well?
19    A.  Uh-huh.  Yes.
20    Q.  Okay.
21    Several times?
22    A.  Several times.
23    Q.  And Hector refused to listen to you or the
24  cops?
25    A.  Because he don't wanted close to the cops

19

1  because he knows they're going to arrest him for
2  nothing.
3    Q.  Well, why -- why did he say that he didn't
4  want to go inside your house?
5    A.  Because that -- he don't want to be close
6  to the cops.  He was scared.
7    Q.  Have you ever watched any body cam in this
8  case?
9    A.  Excuse me?
10    THE WITNESS:  What is that?
11    (Interpreter translating for deponent)
12    THE INTERPRETER:  Of what happened?
13    MR. CASHBAUGH:  Yeah, the body camera of
14  the officers, when they're out there talking to
15  Hector.
16    MR. POST:  Let me say this.
17    We watched Officer Dudley's body cam
18  yesterday.  I do not know if she understood
19  exactly what a body cam was --
20    MR. CASHBAUGH:  Okay.
21    MR. POST:  -- but it was -- we did watch --
22    MR. CASHBAUGH:  Video.
23    MR. POST:  -- the video yesterday.
24    And not all of it.  We watched portions of
25  it.

20

1  BY MR. CASHBAUGH:
2    Q.  Have you watched any video of this
3  incident?
4    A.  Yes, sir, with him.
5    Q.  Okay.
6    Can you -- do you recall hearing Hector saying
7  he didn't want to go into your house because
8  somebody was in there that was going to hurt him?
9    A.  That's what he say.
10    Q.  Right.
11    So that --
12    A.  He was thinking someone else was in the
13  house.
14    Q.  Right.  Okay.
15    And do you -- do you actually recall telling the
16  police officers that it was -- after this
17  incident -- that it was -- you were trying to
18  convince Hector to go inside but it was impossible
19  to convince him?
20    A.  Yes.
21    Q.  Then at some point Hector goes into your
22  neighbor's yard; is that correct?
23    A.  Yes.
24    Q.  And he's up at that house and he knocks on
25  their door?

Concepcion Arreola   8/9/2019

21

1    A.  Yes.
2    Q.  And the two officers were at the bottom of
3  the driveway, right, at that point?
4    A.  Yes.
5    Q.  And they identified themselves as Columbus
6  Police Officers?
7    A.  Yes.
8    Q.  To Hector?
9    A.  Yes.
10    Q.  And they asked him to please come down to
11  the bottom of the driveway?
12  (Witness conversing in Spanish with interpreter)
13        MR. POST:  Just for the record -- hold on
14  one second.
15        When she asks a question of the translator,
16  can we just have that indicated in the
17  transcript?
18        THE REPORTER:  I'm putting that in there.
19  I haven't decided exactly how I'll say it,
20  but -- interpreter interpreting something, but
21  it will be noted.
22        MR. POST:  Okay.
23        MR. CASHBAUGH:  Go ahead.
24        MR. POST:  Go ahead and answer it if you
25  remember the question.

22

1        Maybe ask her --
2        THE WITNESS:  Can you repeat the question?
3        MR. CASHBAUGH:  Yeah.
4  BY MR. CASHBAUGH:
5    Q.  So after the Columbus Police Officers
6  identified themselves to Hector, the police
7  officers, they asked him to please come away from
8  the house?
9    A.  Yes.
10    Q.  Okay.
11        And Hector said something about, "They're trying
12  to kill me, they're trying to kill me"?
13    A.  Yes.
14    Q.  And do you have any idea who he was talking
15  about?
16    A.  No.
17    Q.  So he was also saying, "You're not the
18  cops", I think, is what you can hear on the video?
19    A.  Yes, that's what he say.
20    Q.  So he didn't think the police officers were
21  the real cops, I guess?
22    A.  He asked him to show the -- I.D., but they
23  say...
24    Q.  Is that -- do you think that's strange?
25    A.  I don't know.

23

1    Q.  It doesn't indicate any -- I mean, doesn't
2  that seem strange to you?
3        Did you think they were police officers?
4    A.  (No response)
5        MR. POST:  Answer out loud.
6    Q.  Answer.
7    A.  Yes.
8    Q.  Okay.
9        So we've talked about your statement, which was
10  Exhibit -- Exhibit 1 here.
11        You gave that statement a couple of hours after
12  this incident; correct?
13    A.  Yes.
14    Q.  And you understood when you gave that
15  statement that you were supposed to tell the police
16  officers the truth; correct?
17    A.  Yes.
18    Q.  And that it's actually a crime to tell the
19  price officers a lie?
20    A.  Yes.
21    Q.  So we've got that in the record.  I
22  understand your counsel may have some objections to
23  it, but...
24        When Hector was up by the house, the police
25  officers tried to put him in handcuffs; correct?

24

1    A.  Yes.
2    Q.  And he initially jerked away from them?
3    A.  Yes.
4    Q.  Okay.
5        And at some point -- after that point it was two
6  police officers and Hector?
7    A.  Yes.
8    Q.  And this started up by your neighbor's
9  house?
10        I think it's the Tarvins (phonetic)?
11    A.  I don't know their name.
12    Q.  Don't know their name?
13    A.  No.
14    Q.  Okay.
15        But it's up by -- it's up in your neighbor's
16  front yard --
17    A.  Yes.
18    Q.  -- somewhere?
19    A.  Yes.
20    Q.  And at some point after Hector jerks away
21  the two officers and Hector fall into the grass in
22  the front yard?
23    A.  It's not fall.  They throw him in the yard.
24    Q.  They throw him?
25    A.  Yes.

Concepcion Arreola   8/9/2019

25

1    Q.   Okay.
2    And while they're trying to get him in handcuffs
3    they all fall to the ground eventually and start
4    wrestling?
5    A.   Yes.
6    Q.   And it's pretty obvious -- and where were
7    you when all this happened, by the way?
8    A.   So I was at least three feet.
9    Q.   About two feet, three feet?
10   A.   Yeah.
11   Q.   So you're two to three feet away from
12   everybody, the two officers and Hector, when all
13   this happened, when they start trying to get him
14   under control, handcuffs?
15   A.   Can you repeat that, please?
16   Q.   Sure.
17   So you're about two to three feet away from the
18   officers and Hector when the struggling starts?
19   A.   Yes.
20   Q.   Okay.
21   And the two police officers, they're struggling
22   with Hector to try and gain control of him and get
23   him cuffed; is that right?
24   A.   Yes.
25   Q.   And do you remember Hector kicking and

26

1    trying to get himself free?
2    A.   He wasn't kicking.  He was going to kick
3    when the police -- when he was on top of him.
4    Q.   And he's -- and Hector's trying to get out
5    from under them --
6    A.   Yes.
7    Q.   -- he's trying to get free?
8    A.   Yes.
9    Q.   So he's resisting?
10   A.   Yes.
11   Q.   And it's a big wrestling match?  I mean,
12   it's pretty intense; right?
13   A.   Yes.
14   Q.   They're trying to get ahold of him, get him
15   in handcuffs, he's trying to get out?
16   A.   When they already have him, no, because he
17   was unconscious.
18   Q.   I'm not talking -- that's not -- my
19   question's a little bit different.
20   When this all started, this is an intense
21   wrestling match; right?
22   They're trying to get him in handcuffs?
23   A.   Yes.
24   Q.   He's trying to get out?
25   A.   Yes.

27

1    Q.   And do you remember hearing the cops
2    yelling at Hector to stop resisting, stop resisting?
3    A.   Yes.
4    Q.   And you heard them saying give me your
5    hands, give me your hands?
6    A.   Yes.
7    Q.   And Hector's yelling, "They're trying to
8    kill me"?
9    A.   Yes.
10   Q.   Okay.
11   And the cops are trying to calm him down?
12   You remember that; right?
13   A.   To him?
14   Q.   They're saying "Calm down, calm down"?
15   A.   I don't remember that.
16   Q.   But if it's on the video -- on their video,
17   it's -- you don't have any reason to dispute that,
18   if you can hear them saying that on the video?
19   A.   I don't remember hearing --
20   Q.   Okay.
21   A.   -- and I still watched it again yesterday.
22   Q.   Do you remember telling Hector to calm
23   down?
24   A.   No.
25   Q.   But if it's on the video, I mean, you know

28

1    obviously --
2    A.   I don't --
3    Q.   -- it was said?
4    A.   -- remember.
5    Q.   Okay.
6    After -- after the struggle, one of your
7    neighbors said that Hector was fighting with
8    human -- super-human strength.
9    Do you -- I mean, does that sound right to you?
10   I mean, he seemed pretty strong.
11   A.   No.
12   Q.   That doesn't seem right to you?
13   A.   No.
14   Q.   To take on two officers with just him, that
15   doesn't seem like --
16   A.   No, because it -- it sounds like they made
17   fun about the incident.
18   Q.   Okay.
19   After the struggle, do you remember hearing the
20   officers say how hard it was to take Hector down?
21   A.   Yes.
22   Q.   And do you remember the officers calling
23   during the struggle -- officers calling for
24   additional back-up?
25   A.   Yes.

Concepcion Arreola   8/9/2019

---

29

1    Q.  And that Hector was -- kept resisting even
2  when they got him in handcuffs?
3    A.  Yes.
4    Q.  And at -- even at some point the officers
5  called for additional restraint -- leg restraints, I
6  think.
7    Do you remember that?
8    A.  That's the third time when they got there.
9    Q.  "Yes"?
10   So that's a "yes", they called for leg
11 restraints?
12   A.  Yes.
13   Q.  And the officer actually had to go and get
14 leg irons from his car.
15   Were you there for that?
16   A.  I don't understand.  Can you repeat that?
17   Q.  Sure.
18   So the officers called for additional
19 restraints, right, because Hector was still fighting
20 after the handcuffs were on?
21   A.  No.  When that third cop came, that's when
22 they got him.
23   Q.  Before that, though, do you remember the
24 officer saying, "I got to go get my leg irons"?
25   A.  (No response)

---

30

1    Q.  Let me say it this way.
2    You would agree with me that the officers
3  actually had to go and get the leg irons to put on
4  Hector's legs?
5    A.  That's the third cop, when he got there,
6  because I --
7    Q.  Right.
8    So that's a "yes"?
9    A.  I remember that's the one he -- he hold the
10 legs.
11   Q.  Because Hector was still kicking and
12 trying --
13   A.  Yes.
14   Q.  -- to get free?
15   Because -- they did leg irons because Hector
16 didn't quit fighting and was trying to get free
17 until they got those on him; right?
18   A.  When the third cop got hold of legs, that's
19 when they got him in cuffs.
20   Q.  And that's -- at that point, when they got
21 the leg irons on him, that's when he stopped trying
22 to kick and get free?
23   A.  (No response)
24   Q.  Because, otherwise, why would they have to
25 get the leg irons?

---

31

1    A.  Well, that one I remember is -- when the
2  third cop got there, that's the way they got him.
3    Q.  Throughout this -- this struggle when
4  they're trying to get him in cuffs and -- we can
5  agree that Hector was resisting their attempts to
6  subdue him?
7    A.  Yes.
8    Q.  And he was ignoring theirs and your
9  attempts to calm him down?
10   A.  Probably they didn't know then because he
11 always claim he don't do anything wrong to get
12 arrested.
13   Q.  Right.  But my question is a little
14 different.
15   So they're -- they're -- the officers are
16 telling Hector to calm down?
17   A.  Yes.
18   Q.  You're telling him to calm down?
19   A.  Yes.
20   Q.  And he's not listening?  He's still
21 fighting and trying to get free?
22   A.  Yes.
23   Q.  After the officers got Hector under
24 control, they sat him up on his -- on his butt,
25 didn't they?

---

32

1    He was leaning up against one of their legs?
2    A.  Yeah, he tried the first time to -- he tell
3  him, "Sit down", but he can't sit down because he
4  already pass out, and that second time he is -- put
5  his knee in his back, but I -- like a -- mad.
6       THE REPORTER:  Like a what?
7       THE WITNESS:  Mad.
8       MR. POST:  Like a what?
9       THE WITNESS:  Mad.
10      MR. POST:  Like he was mad?
11      THE WITNESS:  Yes.
12      MR. POST:  All right.
13   A.  And you can hear in the tape, he say, "Sit
14 down".
15   Q.  Okay.
16   After the -- we've already talked about this.
17   This thing was an intense struggle throughout;
18 right?
19   A.  Yes.
20   Q.  And Hector is struggling and fighting the
21 cops the whole time?
22   Do you remember everybody being out of breath at
23 the end of this thing, cops bent over?
24   A.  No.
25   Q.  If it's on the body cam, though, I mean,

Concepcion Arreola  8/9/2019

---

33

1  like we said, you've got no reason to dispute the
2  video if it shows that?
3      (Witness and interpreter conversing)
4      THE INTERPRETER:  So just what I saw on the
5  video.  I just didn't understand the question.
6      MR. CASHBAUGH:  Okay, we'll -- well, we'll
7  move on from it, because I -- if it's on the
8  video, the video speaks for itself.
9  BY MR. CASHBAUGH:
10  Q.  At no point during this incident did the
11  cops ever use their tasers; correct?
12  A.  Correct.
13  Q.  Never used pepper spray?
14  A.  No.
15  Q.  Never used their batons?
16  A.  What's that?
17  Q.  The baton's a long --
18  A.  No.
19  Q.  -- pole-type --
20  A.  No.
21  Q.  -- object.
22      Never used that?  Never -- never kicked him,
23  never punched him?
24  A.  I don't see that because it was dark.
25  Q.  Okay.

---

34

1      And so this is just a -- we talked about it a
2  minutes ago.  It's a big -- they're trying to get
3  him under control?  They're trying to do what they
4  have to do to get him under control?
5      Would you agree with that?
6  A.  Not really.
7  Q.  Okay.  Tell me why not.
8  A.  Because he don't do nothing, just to call
9  911 to check on me.  And just because he called the
10  second time and they got mad and they want to arrest
11  for that.  That's why it's wrong.
12  Q.  Well, we talked about how he was in the
13  neighbor's yard and didn't come -- come down when
14  they asked and started knocking on the door, right,
15  of the neighbor?
16  A.  Because they don't let him alone.
17  Q.  And he didn't think they were real cops;
18  right?
19  A.  That's what he think.
20  Q.  And then -- and that doesn't seem strange
21  to you, that he doesn't recognize they're real cops?
22  A.  I don't know.
23      MR. CASHBAUGH:  Why don't we take just a
24  quick -- a quick break, just about ten minutes.
25      MR. SNIPES:  All right.

---

35

1      (Brief Recess)
2      MR. CASHBAUGH:  All right.  We're back on?
3      THE REPORTER:  Yes, sir.
4  BY MR. CASHBAUGH:
5  Q.  Ms. Arreola, do you remember after -- after
6  Hector is restrained the EMS showed up several
7  minutes -- a couple minutes after that, emergency
8  medical personnel?
9  A.  (No response)
10      MR. POST:  Ambulance.
11  Q.  Ambulance?
12  A.  A few minutes later, when they got him,
13  they called for the ambulance.
14  Q.  Well, I'm talking -- do you recall an
15  ambulance showing up?
16  A.  Not me.
17  Q.  You don't recall?
18  A.  No.
19  Q.  Okay.
20      Do you recall having any conversations with the
21  ambulance folks on the scene?
22  A.  No.
23  Q.  Okay.
24      But they -- it's fair to say that they
25  transported him to the hospital?

---

36

1  A.  The cop told me they going to take him to
2  the hospital.
3  Q.  Gotcha.
4      And you didn't get in the ambulance, did you?
5  A.  No, because I don't think it was something
6  serious.
7  Q.  So once Hector was getting carted off in
8  the ambulance you didn't think it was -- there was
9  anything seriously wrong with him, did you?
10  A.  No.
11  Q.  Did you go to the hospital at some point
12  that night -- or morning?
13  A.  Morning.
14  Q.  Yeah.
15      Did you talk to any of the doctors?
16  A.  Nobody talked with us.
17  Q.  Okay.
18      THE REPORTER:  I'm sorry.  Nobody --
19      THE WITNESS:  Talked with us.
20      THE REPORTER:  Okay.  Thank you.
21  Q.  And let me back up.
22      When the ambulance folks got there, do you ever
23  recall hearing them tell the officers to keep Hector
24  in the leg irons and handcuffs just in case he got
25  combative again?

---

Concepcion Arreola   8/9/2019

---

37

1   A.  Yes.
2   Q.  Okay.
3       And so did you have any conversations with
4   anybody at the hospital?
5   A.  No.
6   Q.  And I guess from the medical record that
7   your attorney has provided us, Hector was taken off
8   life support sometime on January 10th, the day
9   after?
10   A.  Yes.
11   Q.  According to the Columbus Police Department
12   investigation of this incident, Stacey Jackson was
13   representing you and your husband at some point
14   within a couple of days of this incident?
15   A.  Yes.
16   Q.  And when was Mr. Post obtained?
17   A.  My ex decide to change.
18   Q.  Attorneys?
19   A.  Yes.
20   Q.  Okay.
21       And that was probably about two weeks after this
22   incident; right?
23   A.  I don't remember exactly what time passed.
24   Q.  Did Mr. Post represent Hector in previous
25   criminal charges, to your knowledge?

---

38

1   A.  I don't understand.
2   Q.  Let me ask it better.
3       If you recall, has Mr. Post ever represented
4   your son, Hector, before in a legal matter?
5   A.  No.
6   Q.  Okay.
7       Let's talk about Hector real quick.  What --
8   what was his education?  What grade -- highest grade
9   was it that he reached?
10   A.  He went to the college, I think, for one
11   year.
12   Q.  Which college?
13   A.  Columbus Tech.
14   Q.  Columbus Tech?
15       And he did one year of that and then dropped
16   out?
17   A.  Yes.
18   Q.  And -- you didn't spend much time with
19   Hector before this incident, did you?
20   A.  What incident?
21   Q.  The January 9th, 2017.
22       He wasn't around you that much, was he?
23   A.  He was around the day before.
24   Q.  He was around the day before?
25   A.  Yeah.  He was in the house.

---

39

1   Q.  When was the last time before January 9th,
2   2017 that he spent the night at that house?
3   A.  He spend every night in the house.
4   Q.  How far before January 9th was the last
5   time he spent the night in your house?
6       Was he there January 8th?
7   A.  January -- yes, he was in the house Sunday
8   morning.  He spend the night before Sunday.
9       MR. CASHBAUGH:  Mark this as Exhibit 2.
10       (Thereupon, Defendants' Deposition Exhibit No. 2
11   was marked for identification)
12       MR. CASHBAUGH:  This is Exhibit 2.  These
13   are y'all's interrogatory responses.  And I'll
14   -- we may have to get her to read them.
15   BY MR. CASHBAUGH:
16   Q.  Ms. Arreola, I'm going to ask you to just
17   look at these and tell me -- there's a verification
18   signed by you on the back that indicates you
19   provided responses to these interrogatory requests
20   that we gave y'all.
21       Is that your signature?
22   A.  Yes.
23   Q.  Okay.
24       Let me direct you to question number 4.  And
25   just to summarize, that question asks:  Everybody

---

40

1   you've discussed this incident with.  And one of the
2   people that you list down there is Robbie Watson,
3   WLTZ.
4   A.  I didn't talk to her.
5   Q.  So it was just Rodrigo?
6   A.  Yeah, Rodrigo and Patricia.
7   Q.  So Patricia is your daughter?
8   A.  Yes.
9   Q.  Okay.
10       So you didn't talk to Robbie?
11   A.  No.
12   Q.  All right, number 5, I was asking about all
13   the places that Hector has ever lived, and it looks
14   like he moved around quite a bit.
15       Is that --
16   A.  Yeah --
17   Q.  -- that your understanding?
18   A.  -- he was -- he was living with me, and he
19   always moved with me every time I move.
20   Q.  Okay, just look at these.
21       It looks like he lived at 760 Moss Drive for
22   about four months.
23       Is that right?
24   A.  Yeah.
25   Q.  And then before that he lived at 54th

---

Concepcion Arreola   8/9/2019

41

1  Street Apartments for about a year and a half?
2      A.  The Moss Drive, it was the last address.
3      Q.  Okay.
4      Look at -- look at number -- letter B.  It says
5  "54th Street Apartments".
6      Do you see that?
7      A.  B?
8      Yes.
9      Q.  Who --
10     A.  He was living there.
11     Q.  Who did he live with there?
12     A.  With me.
13     Q.  Who else was there?
14     A.  Just him and me.
15     Q.  Well, he -- at around that time he was
16  charged with battery.
17     A.  A friend of her -- him, he hit him with
18  some metal and he broke one tooth.  That's what
19  happened.
20     Q.  Was that a Geritha Epilect (phonetic) -- or
21  what was -- what was his friend's --
22     A.  Oh.  I never remember that.  She -- she was
23  a girlfriend and --
24     Q.  And he hit her with a pipe?
25     A.  No, no, not her.  I was thinking something

42

1  else.  It's not that.
2      Q.  Okay, what happened with this -- this
3  girlfriend of his?
4      A.  Because he told him -- her to leave him
5  alone, and she don't wanna, and he say she is wild,
6  and she tried to rob him, and he just push her.
7      Q.  Okay.
8      And he -- he was charged with battery, family --
9  family violence for that?
10     A.  No.  She dropped that.
11     Q.  Okay.
12     But you actually had to -- you actually signed a
13  -- the security bond as surety for that, right, his
14  bond?
15     A.  Yes.
16     Q.  Yeah.
17     And so what was the other one?  Who did he hit
18  with a pipe?
19     A.  A friend of him.
20     Q.  Was that while he was living with you?
21     A.  Yes.
22     Q.  And so why did he hit his friend with a
23  pipe?
24     A.  I don't know why.
25     Q.  Just angry, I guess?

43

1      A.  Angry with him.
2      Q.  Okay.
3      And then it looks like after -- prior to living
4  at the 54th Street Apartments he lives for two
5  months at 5408 15th Avenue.
6      Is that right?
7      It's letter C.
8      A.  No.
9      Q.  Did you live with him at --
10         (Witness talking to herself)
11         THE REPORTER:  You've got to speak up.
12  You've got to speak up.  I know you're talking
13  to him, but --
14         THE WITNESS:  I'm --
15         THE REPORTER:  I know it, but they might
16  hear something you say and they'll say the court
17  reporter didn't get it, so speak up.
18         (Witness talking to her counsel)
19     A.  This one is a mistake.  I never lived in
20  the apartments.
21     Q.  Okay.
22     See, it -- well, I understand you didn't live
23  there, but did Hector ever live there?
24     A.  No.
25     Q.  Okay.

44

1      Prior to that, on Letter D, you lived -- you
2  lived in a hotel for three months.
3      A.  Yes.
4      Q.  What hotel was --
5      A.  Because I was looking for an apartment.
6      Q.  Uh-huh.
7      Which hotel?
8      A.  I don't remember the name of the hotel.
9      Q.  Okay.
10     And then prior to that he lived with a friend,
11  Juanita Claire (phonetic), I guess, is how you
12  pronounce it.
13     A.  Yes.
14     Q.  Who -- who is that?  Is that a girlfriend
15  or --
16     A.  Our -- she was a friend of mine.
17     Q.  Of your --
18     A.  I was living with her.
19     Q.  Okay.
20     A.  But at the time Hector, he wasn't with me.
21     Q.  Where was -- where was Hector living?
22         (Witness talking with her attorney)
23     Q.  He was in jail?
24     A.  Yeah, he was in jail in Phenix City.
25     Q.  Okay.

Concepcion Arreola   8/9/2019

---

45

1    What -- what was he charged with over there in
2 Phenix City?
3    A.  I think he got a charge for -- he was
4 driving drunk and --
5    Q.  DUI, driving under the influence?
6    A.  I think, and possession of marijuana.
7       THE REPORTER:  Whoa, whoa.  What?
8       THE WITNESS:  Possession of marijuana, I
9 think.  I'm not sure.
10   Q.  Okay, it's fair to say, though, that he's
11 moved around quite a bit and -- since 2012, he's
12 hopped around to a couple of different places?
13   A.  That's my first move when I get -- got
14 divorced.
15   Q.  Okay.
16   Did you ever kick Hector out from living with
17 you?
18   A.  No.
19   Q.  Prior to January of 2017, did Hector ever
20 have a job?
21   A.  No.
22   Q.  He was -- he was always unemployed?
23   A.  Sometimes he help a friend just cutting
24 grass.
25   Q.  But nothing more than that?

---

46

1    A.  Nothing more than that.
2    Q.  Did y'all have to give him money or how did
3 he buy things or provide --
4    A.  I always help him.
5    Q.  Always you?  Okay.
6    It's true that Hector had a history of alcohol
7 abuse; correct?
8    A.  I don't remember that, but he was drinking.
9    Q.  Well -- so, if you -- if you at one point
10 told law enforcement officials that he had a history
11 of alcohol abuse and that he drank excessively,
12 would that be correct?
13   A.  Correct.
14   Q.  Had Hector ever previously showed signs of
15 paranoia?
16   A.  I never see that.
17   Q.  So you don't remember around Thanksgiving
18 or Christmas 2016 him being paranoid about
19 something?
20   A.  I don't remember.
21   Q.  You don't remember him acting paranoid?
22   A.  No.
23   Q.  You never told anybody that he was acting
24 paranoid around that time?
25   A.  In my knowledge, no.

---

47

1    Q.  Okay.
2    Were there times where Hector didn't know what
3 was going on around him?
4    A.  All the time?
5    Q.  All the time?
6    A.  No.  I mean, he -- I'm asking you if all
7 the time?  I don't know.
8    Can you help me --
9    Q.  Sure.
10   Were there ever times where Hector, to your
11 knowledge, was acting like he didn't know what was
12 going on around him, he was out of it?
13   A.  No.
14   Q.  Have any of the neighbors around 760 Moss
15 Drive, back when you lived there, did any of them
16 ever tell you that when they saw Hector he just
17 looked zoned out all the time?
18   A.  No.
19   Q.  And I don't think this is -- nobody's going
20 to dispute this -- but the night of the incident
21 Hector was on methamphetamine.
22   Did you know that?
23   A.  No.
24   Q.  You don't know that?
25   A.  No.

---

48

1    Q.  Have you ever asked anybody that or has
2 anybody ever told you?
3    A.  I asked him, but he never say no, but I
4 never see him doing something like that.
5    Q.  But nobody has ever told you that
6 methamphetamines was in his system the night of the
7 incident?
8    A.  That -- that night.
9    Q.  Okay.
10   A.  That --
11   Q.  Did he have a history of using meth?
12   A.  No.
13   Q.  But you knew he did -- you suspected he'd
14 use other illegal drugs?
15   A.  No.
16   Q.  You've never --
17   A.  No.
18   Q.  Never suspected that?
19   A.  (Shakes head negatively)
20   Q.  Never told anybody you suspected him using
21 illegal drugs?
22   A.  No.
23      MR. POST:  Say it --
24      THE REPORTER:  What did you say, Mr. Post?
25   A.  They say --

Concepcion Arreola   8/9/2019

---

49

1     MR. POST:  I said say it out loud, so she
2  did.
3     Q.  Who's the -- who is Jason Evans?
4     A.  A friend of him from high school.
5     Q.  From high school?
6     A.  Yeah.
7     Q.  Okay.
8     And do you know if Jason Evans ever did illegal
9  drugs?
10     A.  No.
11     Q.  Let's look at -- turn to number 17, if
12  you -- if you will -- I'm sorry -- number 18.
13     Number 18 on these interrogatories, which are
14  marked as Exhibit 2, we've asked all the times
15  Hector was arrested, and I just want to confirm that
16  these are correct.  And you listed as number -- as
17  letter A, in 2009 he was charged with a DUI and
18  improper lane change.
19     Is that right?
20     A.  I don't know what the charge, but I know he
21  was in -- in jail.
22     Q.  He was in jail in 2000 --
23     A.  I mean not in jail.  Arrested.
24     Q.  Yeah.  In 2009.
25     So where was -- what year was the Phenix City --

---

50

1  oh, I see it.  It's listed down here.
2     And then it looks like in 2010 he was arrested
3  for driving with a license suspended, in violation
4  of duty upon striking a fixed object.
5     Do you know -- remember that?
6     A.  No.
7     Q.  Do you remember that he was in jail around
8  that time?
9     A.  I know he got arrested, but I -- I don't
10  know for what he got arrested.
11     Q.  It's fair --
12     A.  Because he never told me.
13     Q.  Yeah.
14     It's fair to say, though, that you recall around
15  January 7th, 2010, he had been arrested; you just
16  don't recall for what?
17     A.  What letter did you say?
18     Q.  Letter B.
19     I understand that you don't recall the exact
20  charge, but you do recall him being arrested around
21  that time for something?
22     A.  I called?
23     Q.  No, ma'am.
24     In January of 2010, Hector was arrested;
25  correct?

---

51

1     A.  I guess.
2     Q.  Okay.
3     Well, if it's listed on here, then it's true;
4  right?
5     A.  Uh-huh.
6     Q.  Okay.
7     Possession of marijuana, 2012, letter C?
8     A.  Yes.
9     Q.  And all these are on here and you just --
10  we can agree that if they're listed on here then
11  they're true and accurate to the best of your
12  knowledge?
13     I just want to ask you about the letter H, the
14  battery charge.
15     Is that the one we were talking about where he
16  hit his friend with a pipe or is that the one with
17  his girlfriend?
18     A.  I don't know which one it was, if it was
19  from the girlfriend or -- but I -- I don't know
20  which one it was.  I'm honest.  I don't know.
21     Q.  Okay.  Fair enough.
22     Okay, we're done with those.  You can pass those
23  aside.
24     Hector was transported by ambulance to The
25  Medical Center, I think is what you told me earlier;

---

52

1  right?
2     A.  By what?
3     Q.  Hector was transported on January 9th,
4  2017, to The Medical Center?
5     A.  Yes.
6     Q.  And from -- when he was loaded into the
7  ambulance, Hector was still breathing; right?
8     A.  He don't look like that he was breathing.
9     Q.  He was breathing, though, right, when they
10  loaded him onto the ambulance?
11     A.  I don't know.
12     Q.  Okay.
13     Well, if it's in your complaint, your lawsuit,
14  then it's -- and you said he was still breathing
15  while he was loaded on the ambulance, then it's
16  true; correct?
17     A.  Can you repeat and explain that?
18     Q.  Do you recall whether or not Hector was
19  still breathing when he was loaded into the
20  ambulance?
21     A.  I don't know if he was breathing.
22     Q.  Okay.
23     Can you tell me all the conversations that
24  you've had with any Columbus Police Department
25  Officer.

---

53

1    Was it -- I know one officer came to your house
2  later after this incident, on January 9th.
3    A.  That's the one I make the report to him.
4    Q.  Is that the only other --
5    A.  That's the only one.
6    Q.  That's the only Columbus Police officer?
7    A.  Yeah.
8    Q.  Have you talked to any GBI officers,
9  Georgia Bureau of Investigations?
10   A.  It was two, a lady and -- one more was with
11 the lady --
12   Q.  What did you talk --
13   A.  -- but -- about what happened.
14   Q.  Okay.
15   Just generally about what happened or did you
16 give them specifics?
17   A.  Well, she make questions and I respond.
18   Q.  Do you recall any of the questions?
19   A.  No.
20   Q.  No?
21   Tell me, have you talked to anybody else besides
22 law enforcement about this?
23   A.  No.
24   Q.  Not your daughter?
25   A.  Yes, with her.

54

1    Q.  What did y'all talk about?
2    A.  About what happened.
3    Q.  And I guess you talked to Rodrigo?
4    A.  Yes.
5    Q.  What about your daughter's husband?
6    A.  No.  But she -- he was there when I talked
7  with her.
8    Q.  Anybody else you talked to?
9    A.  No.
10   Q.  Have you ever talked to a guy named Alan
11 Tarvin?
12   A.  Who's that?
13   Q.  He's your -- he's your old neighbor, I
14 guess.
15   Have you ever talked --
16   A.  I don't know my neighbors.
17   Q.  Yeah.
18   So you never talked to any of the neighbors on
19 Moss Drive?
20   A.  No.
21   Q.  Okay.
22       MR. CASHBAUGH:  Mark, just give me one
23 second.  I think I'm about done.
24          (Brief Pause)
25       MR. CASHBAUGH:  Mark, that's all I've got.

55

1        Thank you for coming in today.  That's all
2  the questions I have for you.
3        MR. POST:  I've got a few questions.
4        The first one -- can I see Defendants'
5  Exhibit -- I think it is Number 1, her
6  statement.
7        MR. POST:  Now, just for the record, this
8  is Mark Post, and I represent the Plaintiffs in
9  this case.
10       THE REPORTER:  Wait a minute.  Let me move
11 this a little closer.
12       Okay, go ahead.
13       MR. POST:  This is Mark Post.  I represent
14 the Plaintiffs in the case, just for the record.
15       DIRECT EXAMINATION
16 BY MR. POST:
17   Q.  Ms. Arreola, you go by "Connie"; is that
18 right?  Is that your nickname?
19   A.  Yes.
20   Q.  Okay.
21   And Concepcion Arreola is your given name;
22 correct?
23   A.  Yes.
24   Q.  Okay.
25   And I'm showing you Defendant's Exhibit 1, which

56

1  is your handwritten statement that you gave on
2  January the 9th of 2017.
3    Is that what you're seeing here as
4  Defendants' --
5    A.  Yes.
6    Q.  -- Defendants' Exhibit 1?
7    A.  Uh-huh.
8    Q.  Can you read this to us and tell us what
9  this says in English.
10   And if you have a question about how a word that
11 you wrote translates into English from Spanish, feel
12 free to ask our translator, okay -- or the
13 Defendants' translator, I should say.
14   A.  I'm going to try.
15   Q.  And read it loud so this gentleman can hear
16 you, okay.
17   A.  My son, Hector Arreola, he called the
18 police to check on me, if I was okay.  About 4
19 o'clock a.m. the police came to check -- the police
20 came to check if I was okay.  I say I was okay, and
21 they leave.  Half hour after -- after?  Is that
22 what -- half hour after I hear my son talking with
23 somebody outside.  I look outside, and he was with
24 two police.  One of the police -- two police outside
25 with him.  I -- I heard they tell him what was the

Concepcion Arreola   8/9/2019

57

1 problem. They told him they already come the first
2 time and I was fine. That's when I go outside to
3 what is happening. I told my son to come inside, in
4 the house. He say no, because he was thinking there
5 was somebody else inside of the house that can do
6 something to him. I tried to convince him, but it
7 wasn't possible. One of the police, he put his
8 hands in the -- pistol -- paper?
9     Q. Okay.
10    A. That's when my son, he crossed the
11 street --
12        THE REPORTER: One more time. Start over.
13 That's why my --
14    A. He just walked to the neighbor's, and he
15 knocked on door.
16    Q. Say that again.
17        THE REPORTER: Something the door.
18    A. He knocked the door to the neighbor's. It
19 was so -- it happened -- I'm confused now on this
20 one.
21        MR. POST: Ask her if you need help.
22        THE INTERPRETER: Uh-huh. Everything was
23 so fast.
24    A. Everything was so fast. I get close to my
25 son to convince him to come to the house, but -- but

58

1 it went --
2        THE WITNESS: Can you interpret it, was --
3        (Interpreter helping with translation)
4    A. When the police -- when the police get him
5 to arrest him. They forced to -- they forced --
6        THE REPORTER: Speak up, Interpreter.
7        THE INTERPRETER: They forced him -- it's
8 difficult because it's -- I think -- it looks
9 like it may be cut off or --
10   A. Forced him --
11       THE INTERPRETER: Forced him?
12 So they tried to handcuff him, but forced
13 him -- it's difficult to know, honestly -- and
14 he fell down. I'm saying that he fell down,
15 but that's --
16   A. That's when the police take a moment -- or
17 a moment or --
18   Q. You don't -- you don't know how to
19 translate that --
20   A. No.
21   Q. -- is that what you're saying?
22   A. Yeah.
23 Well, I'm going to say it like this. That's
24 when the police get down on him, they force and
25 finally -- I don't know how to say it in English,

59

1 that.
2    Q. Okay.
3 Well, skip to the next sentence then.
4    A. He -- he fell in the stairs --
5        THE REPORTER: I'm sorry?
6    A. He fell in the stairs from there to the
7 floor.
8        THE WITNESS: This one.
9        THE INTERPRETER: So they took him up --
10 they got him up.
11   A. Why not...
12   Q. Go ahead.
13 Do you want to ask me something?
14       THE WITNESS: Yeah, I want -- can we go and
15 talk about it?
16       (Off-the-record discussion)
17   A. They got on top of him. They tried to
18 get --
19       THE INTERPRETER: They handcuffed him.
20   A. -- handcuff for a few minutes, two police.
21 He started screaming he can't breathe, and I told
22 one of -- of the police he can't breathe. He told
23 me -- he answered me, "he can breathe, he was fine."
24       THE INTERPRETER: I'm sorry. It just said
25 that they answered -- or they told me -- they

60

1 answered -- or is what's written, just to make
2 sure.
3    A. Yeah, they -- they -- well, they answer me,
4 "He can breathe, he was fine." After he got
5 handcuffed, he was on the floor, like he was
6 unconscious.
7    Q. He was what? Did you say "unconscious"?
8    A. Yes.
9        MR. CASHBAUGH: "Like he was unconscious"?
10       THE WITNESS: Yes.
11       MR. CASHBAUGH: Thank you.
12   A. Because he don't respond no more for a few
13 minutes. They take him to the hospital.
14   Q. Okay.
15 Now, that was very difficult for you to
16 translate and read back to us just now, wasn't it?
17   A. Yes.
18   Q. Okay.
19       MR. CASHBAUGH: Mark, I'm going to object
20 to leading. I'm going to ask you please don't
21 lead the witness.
22       MR. POST: All right.
23       MR. CASHBAUGH: You can ask her all the
24 questions you want, but please don't lead her.
25 BY MR. POST:

61

1    Q.   The -- this statement, Defendants' Exhibit
2  1, that you wrote, what time does it say on it that
3  you wrote that statement?
4    A.   7:37.
5    Q.   Okay.
6    And is that -- was that in the morning of
7  January 9th, right after the incident happened?
8    A.   Yes.
9    Q.   Okay.
10   Were you upset at the time?
11   A.   Yes, and -- and not -- in shock.
12     THE REPORTER:  I'm sorry?
13     THE WITNESS:  In shock.  In --
14     THE REPORTER:  In shock.
15   Q.   And the police officer that had you write
16  this statement was one of the police officers that
17  had been on your son; is that right?
18   A.   Yes.
19   Q.   Now, I think Mr. Cashbaugh, the lawyer
20  across the table from us, asked you if you had ever
21  seen Hector acting strange before.
22   Do you remember that?
23   A.   I never see him acting like that.
24   Q.   Okay.
25   Obviously this was a specific incident and he

62

1  acted a particular way on January the 9th, that --
2  that morning.
3    Do you recall on the videotape that you
4  mentioned Hector having acted strangely the week
5  before or acting paranoid the week before?
6    Do you remember that?
7    A.   I mentioned that I seen that.
8    Q.   Okay.
9    And tell us what you meant by that, Hector
10  acting paranoid the week before.
11   What were you talking about?
12   A.   Before that incident?
13   Q.   Yes.
14   A.   What was -- I don't understand that.
15   Q.   How was he acting the week before that you
16  were referring to on the video when you said he was
17  acting strange?
18   A.   Oh, because --
19   Q.   Say it so he can hear you.
20   A.   Because of the way he -- he say -- when I
21  told him to get inside, he was thinking somebody was
22  inside the house trying to do something to him.
23   Q.   And I'm not asking you that night about him
24  being paranoid.  I'm asking you about the week
25  before, when you said on the video to the police

63

1  officers --
2    A.   Oh.
3    Q.   -- that Hector was acting paranoid
4  previously.
5    A.   No.
6    Q.   You don't remember saying that?
7    A.   I don't say that before.
8    Q.   Okay.  Let's see.
9    Do you know what Hector was worried about that
10  night or why he was worried about you?
11   A.   I don't know the -- but he was -- before he
12  left the house on Sunday evening he just stay in the
13  door --
14   Q.   He was -- he was what?  He was standing in
15  the door?
16   A.   He was standing in door, yeah.
17     MR. CASHBAUGH:  Staying where?
18   A.   He opened the door and he is staying there,
19  and he say -- and he called me, and I went over
20  there, and he say, "Mom, I feel something -- like
21  something is going to happen."  That's the way he
22  feel, he told me.
23   Q.   Say that again.
24   A.   That's the way I feel when something is
25  going to happen.

64

1    Q.   The same way you feel sometimes when
2  something is going --
3    A.   Yeah.
4    Q.   -- to happen?  Okay.  Okay.
5    A.   And I tell him nothing is going to happen.
6  And he say, "Okay, don't worry about it," and he
7  left.
8    Q.   Okay.
9    You just said he said, "Okay, don't worry about
10  it," and he left?
11   A.   Uh-huh.
12   Q.   Is that what you said?
13   A.   "See you later," he said.
14   Q.   Okay.
15   And that conversation happened at your house at
16  760 Moss Drive that Sunday evening --
17   A.   Yes.
18   Q.   -- is that what you're saying?
19   A.   Yes.
20   Q.   Okay.
21   And, of course, the incident in question on
22  January 9th, of 2017, did -- was that on a Monday?
23   A.   The incident happened?
24   Q.   Right.
25   A.   Yes, it was on Monday, early.

Concepcion Arreola   8/9/2019

65

1    Q.   Okay.  Early on Monday morning.
2        So were you able to see everything that was
3    going on between these police officers and Hector as
4    you stood there in the yard or was it hard to see
5    because it was dark?
6    A.   It was hard to see because it was dark.
7    Q.   Once the police officers got Hector
8    handcuffed behind his back, when they were on him,
9    at that point was Hector resisting anymore?
10   A.   When they got him in the handcuffs?
11   Q.   Yes, ma'am.
12   A.   No, because he can't move.
13   Q.   Okay.
14       And earlier you told Mr. Cashbaugh that you did
15   not think that it was serious when Hector left as
16   far as his medical condition.
17   A.   Yes.
18   Q.   Why did you think it was not serious?
19   A.   Because one of the cops, he told me they
20   just going to take him to the hospital to check that
21   thing.
22       THE REPORTER:  Take him to the hospital
23   and -- what was the -- take him to the hospital?
24       Did you hear what she said?
25   Q.   What was the last part of that after "take

66

1    him to the hospital," for what?
2    A.   To take the signals.
3        THE REPORTER:  Signals?
4    Q.   You mean vital signs?  Is that what
5    you're --
6    A.   Yeah.
7    Q.   -- saying?
8    A.   Uh-huh.
9    Q.   Okay.
10   A.   If he was okay.
11   Q.   Okay.
12       So you believed what the police officers told
13   you about Hector being okay; is that right?
14   A.   Yeah, because I was thinking it's not going
15   to be so serious.
16   Q.   Okay.
17       Were you concerned about Hector when he was
18   laying there in the front yard at 760 Moss Drive?
19   A.   Yes.
20   Q.   Why were you concerned about him?
21   A.   (No response)
22   Q.   Or let me rephrase it.
23       What did you see about Hector's condition that
24   made you worry about his medical condition?
25   A.   Because he -- he don't look like that he

67

1    was fine.
2    Q.   Okay.
3        What did you see that made him look like he was
4    not fine?
5    A.   His face looks like -- like he wasn't
6    there.
7    Q.   Like he was what?  Dead?  Is that what
8    you're saying --
9    A.   Yeah, like a zombie.
10   Q.   Like a zombie?  Okay.
11       I want to ask you a little bit about your
12   addresses that we went over on the interrogatories
13   earlier.
14       Do you remember meeting with me in my office and
15   doing the -- going through the addresses where you
16   and Hector had lived previously?
17   A.   Yes.
18   Q.   Okay.
19       And you don't -- do you -- do you always
20   remember the address or addresses or the places that
21   you have lived?
22       MR. CASHBAUGH:  Object to form, leading.
23   A.   No, sir.  I do the best to -- to remember
24   where my address was.
25   Q.   Do you know your current address?

68

1    A.   My current?
2    Q.   Where you live now, the address of the
3    place where you live now.
4        Do you know that?
5    A.   I don't know that address.
6    Q.   Okay.
7    A.   I only live there one month, and there
8    are -- I don't get it in my head.
9        MR. POST:  I think that's all I have.
10       MR. CASHBAUGH:  Okay.  I don't have any
11   follow-up.
12       MR. POST:  Okay.  We're done.
13       MR. CASHBAUGH:  Thank you.
14       MR. POST:  We waive signature.
15       (AND FURTHER DEPONENT SAITH NOT)
16   (Deposition concluded at 11:41 a.m.)
17
18
19
20
21
22
23
24
25

Causey Peterson Reporting, Inc.
(706) 317-3111

69

1   STATE OF GEORGIA
2   COUNTY OF MUSCOGEE
3                    CERTIFICATE
4       .
5            The foregoing transcript of the
6   proceedings was taken before me as a Certified
7   Court Reporter and reduced to this transcript
8   under my direction and supervision, and I
9   certify that it is a true and correct transcript
10  of the proceedings to the best of my ability.
11          This 26th day of August, 2019.
12
13
14
15
16          Alan M. Causey, CCR
17
        Certificate No.  B-1445
18
19
20
21
22
23
24
25

**A**
**a.m** 1:25 6:1 11:5
  56:19 68:16
**AARON** 1:14
**ability** 69:10
**able** 12:2,22 65:2
**abuse** 46:7,11
**accurate** 51:11
**accurately** 12:4
**acted** 16:8 62:1,4
**acting** 15:24
  46:21,23 47:11
  61:21,23 62:5
  62:10,15,17
  63:3
**ACTION** 1:9
**additional** 28:24
  29:5,18
**address** 13:23,24
  41:2 67:20,24
  67:25 68:2,5
**addresses** 67:12
  67:15,20
**Administrator**
  1:4
**affirmatively** 7:1
  7:16
**agency** 5:4
**ago** 34:2
**agree** 30:2 31:5
  34:5 51:10
**ags@psstf.com**
  2:19
**AGUILAR** 1:11
**ahead** 8:7 21:23
  21:24 55:12
  59:12
**ahold** 26:14
**Alan** 1:20 2:14
  4:3 5:14 6:14
  54:10 69:16
**alcohol** 46:6,11
**ambulance** 35:10
  35:11,13,15,21
  36:4,8,22 51:24

52:7,10,15,20
**angry** 18:5 42:25
  43:1
**answer** 7:3,13
  21:24 23:5,6
  60:3
**answered** 11:23
  59:23,25 60:1
**anybody** 37:4
  46:23 48:1,2,20
  53:21 54:8
**anymore** 65:9
**apartment** 44:5
**apartments** 41:1
  41:5 43:4,20
**APPEARANC...**
  2:1
**Arreola** 1:3,3,5,5
  1:6,7,19 3:2 6:8
  6:13,17 10:15
  11:4 13:16,20
  14:6 35:5 39:16
  55:17,21 56:17
**arrest** 19:1 34:10
  58:5
**arrested** 31:12
  49:15,23 50:2,9
  50:10,15,20,24
**Article** 4:5
**aside** 51:23
**asked** 11:12 12:1
  18:5 21:10 22:7
  22:22 34:14
  48:1,3 49:14
  61:20
**asking** 8:4 10:20
  40:12 47:6
  62:23,24
**asks** 21:15 39:25
**Associates** 13:8
**assume** 7:4,13
**Atlanta** 14:9
**attempts** 31:5,9
**attorney** 2:6 37:7
  44:22

**Attorneys** 2:16
  37:18
**Auburn** 8:25 9:1
**August** 1:25 5:13
  69:11
**Avenue** 1:24 2:17
  14:1 43:5
**aware** 13:1

**B**
**b** 4:23 41:4,7
  50:18
**B-1445** 4:4 5:14
  69:17
**back** 6:21 10:9
  12:19 32:5 35:2
  36:21 39:18
  47:15 60:16
  65:8
**back-up** 28:24
**bad** 9:25
**basically** 11:23
**baton's** 33:17
**batons** 33:15
**battery** 41:16
  42:8 51:14
**Bay** 1:24 2:17
**behalf** 2:3,12
**believed** 66:12
**bent** 32:23
**best** 51:11 67:23
  69:10
**better** 38:2
**big** 26:11 34:2
**bit** 26:19 40:14
  45:11 67:11
**Board** 4:6
**body** 19:7,13,17
  19:19 32:25
**bond** 42:13,14
**BOREN** 1:16
**bottom** 21:2,11
**Box** 2:17
**Bradley** 2:6
**break** 34:24

**breath** 32:22
**breathe** 12:21,22
  12:23 59:21,22
  59:23 60:4
**breathing** 52:7,8
  52:9,14,19,21
**BRIAN** 1:12
**Brief** 35:1 54:24
**broke** 41:18
**Bureau** 53:9
**butt** 31:24
**buy** 46:3

**C**
**c** 2:5,14,15 4:13
  43:7 51:7
**call** 34:8
**called** 1:20 6:9
  11:4,8 14:23,25
  15:18 16:14
  18:6 29:5,10,18
  34:9 35:13
  50:22 56:17
  63:19
**calling** 28:22,23
**calm** 27:11,14,14
  27:22 31:9,16
  31:18
**cam** 19:7,17,19
  32:25
**camera** 19:13
**capacity** 1:12,13
  1:15,17
**car** 16:24 17:2,3
  17:4 29:14
**carted** 36:7
**case** 5:3,3,10 19:8
  36:24 55:9,14
**Cashbaugh** 2:15
  3:4 6:2,2,12,13
  7:23 8:7 10:6,9
  10:13 13:14,15
  17:24 19:13,20
  19:22 20:1
  21:23 22:3,4

33:6,9 34:23
  35:2,4 39:9,12
  39:15 54:22,25
  60:9,11,19,23
  61:19 63:17
  65:14 67:22
  68:10,13
**cause** 11:24
**Causey** 1:21 4:3
  4:10,15,20 5:1
  5:8,14 69:16
**CCG000100**
  10:18
**CCR** 5:14 69:16
**Center** 51:25
  52:4
**Centre** 1:23 2:16
**Certificate** 4:4
  69:3,17
**certifications** 9:7
**certified** 1:21 4:3
  4:9 7:9 8:17
  69:6
**certify** 69:9
**change** 37:17
  49:18
**charge** 5:9 45:3
  49:20 50:20
  51:14
**charged** 41:16
  42:8 45:1 49:17
**charges** 37:25
**check** 9:13 11:5
  15:19 16:14
  34:9 56:18,19
  56:20 65:20
**CHIEF** 1:15
**child** 1:6
**Christmas** 46:18
**City** 44:24 45:2
  49:25
**CIVIL** 1:9
**claim** 31:11
**claiming** 15:1
**Claire** 44:11

**Clark** 2:14 6:14
9:3
**close** 18:25 19:5
57:24
**closer** 55:11
**college** 38:10,12
**Columbus** 1:2,11
1:15,24 2:7,18
14:17 21:5 22:5
37:11 38:13,14
52:24 53:6
**combative** 36:25
**come** 11:13 12:2
15:19 21:10
22:7 34:13,13
57:1,3,25
**coming** 55:1
**commenced** 6:1
**commencing** 1:25
**compare** 9:19
**complaint** 52:13
**Concepcion** 1:5
1:19 3:2 6:8
9:20 10:15
13:20 55:21
**concerned** 15:22
66:17,20
**concluded** 68:16
**condition** 65:16
66:23,24
**confirm** 49:15
**confused** 57:19
**connection** 9:11
**Connie** 55:17
**CONSOLIDA...**
1:10
**contacted** 4:16
**continue** 12:9
**contract** 4:21 5:2
**control** 25:14,22
31:24 34:3,4
**conversation**
64:15
**conversations**
35:20 37:3

52:23
**conversing** 21:12
33:3
**convince** 18:12
20:18,19 57:6
57:25
**cop** 29:21 30:5,18
31:2 36:1
**cops** 17:7 18:5,24
18:25 19:6
22:18,21 27:1
27:11 32:21,23
33:11 34:17,21
65:19
**Copy** 3:13,14
**correct** 12:9
20:22 23:12,16
23:25 33:11,12
46:7,12,13
49:16 50:25
52:16 55:22
69:9
**Council** 4:6
**counsel** 5:3 23:22
43:18
**COUNTY** 69:2
**couple** 9:17 23:11
35:7 37:14
45:12
**course** 64:21
**court** 1:1,21 2:6
4:1,3,6,9,17 5:8
43:16 69:7
**cover** 5:5
**crime** 23:18
**criminal** 37:25
**CROSS** 3:4
**CROSS-EXA...**
6:11
**crossed** 12:7
57:10
**cuffed** 25:23
**cuffs** 12:17,20
30:19 31:4
**current** 67:25

68:1
**currently** 13:22
**Custodio** 1:7
**customary** 5:9
**cut** 58:9
**cutting** 45:23

**D**

**D** 44:1
**danger** 15:2
**dark** 33:24 65:5,6
**dated** 10:15
**daughter** 14:12
14:13 40:7
53:24
**daughter's** 54:5
**day** 1:25 5:13
37:8 38:23,24
69:11
**days** 37:14
**de-escalate** 18:1
**Dead** 67:7
**Deceased** 1:3
**decide** 37:17
**decided** 21:19
**Defendant's**
55:25
**defendants** 1:17
1:20 2:12 6:15
**Defendants'** 3:12
10:11 39:10
55:4 56:4,6,13
61:1
**degree** 8:19
**Department** 1:15
37:11 52:24
**deponent** 19:11
68:15
**deposition** 1:19
4:18,21 5:6 6:1
10:11 13:10
39:10 68:16
**differences** 13:6
**different** 26:19
31:14 45:12

**difficult** 58:8,13
60:15
**direct** 3:5 39:24
55:15
**direction** 69:8
**disclosure** 4:1,7
**discount** 5:10
**discussed** 40:1
**discussion** 10:5
59:16
**dispute** 27:17
33:1 47:20
**disqualified** 4:11
**District** 1:1,1
6:16
**DIVISION** 1:2
**divorced** 14:4
45:14
**doctors** 36:15
**document** 10:23
13:4
**doing** 48:4 67:15
**door** 12:14 20:25
34:14 57:15,17
57:18 63:13,15
63:16,18
**drank** 46:11
**drinking** 46:8
**Drive** 40:21 41:2
47:15 54:19
64:16 66:18
**driven** 16:24
**driver's** 17:5
**driveway** 21:3,11
**driving** 45:4,5
50:3
**dropped** 38:15
42:10
**drugs** 48:14,21
49:9
**drunk** 45:4
**DUDLEY** 1:13
**Dudley's** 19:17
**DUI** 45:5 49:17
**duly** 6:9

**duty** 50:4

**E**

**earlier** 51:25
65:14 67:13
**early** 64:25 65:1
**echo** 9:25
**education** 38:8
**Efficiency** 15:1
**emergency** 35:7
**EMS** 35:6
**enforcement**
46:10 53:22
**English** 6:18 8:15
8:18 56:9,11
58:25
**Epilect** 41:20
**errors** 9:18
**Estate** 1:5
**Evans** 15:12 49:3
49:8
**evening** 63:12
64:16
**events** 14:20
**eventually** 25:3
**everybody** 8:2
25:12 32:22
39:25
**EVRARD** 1:14
**ex** 37:17
**ex-husband** 14:6
**exact** 50:19
**exactly** 17:16
19:19 21:19
37:23
**examination** 3:1
6:10 55:15
**excessively** 46:11
**exclusive** 5:2
**Excuse** 17:14
19:9
**exhibit** 3:10 10:7
10:11,14,21,23
23:10,10 39:9
39:10,12 49:14

55:5,25 56:6
61:1
**explain** 52:17

**F**

**F** 2:6
**face** 67:5
**fair** 7:5,15 15:24
17:17,25,25
35:24 45:10
50:11,14 51:21
**fall** 24:21,23 25:3
**family** 42:8,9
**far** 39:4 65:16
**fast** 12:15 57:23
57:24
**feel** 56:11 63:20
63:22,24 64:1
**feet** 25:8,9,9,11
25:17
**fell** 58:14,14 59:4
59:6
**fighting** 28:7
29:19 30:16
31:21 32:20
**figure** 18:9
**FILE** 1:9
**filed** 6:16
**finally** 58:25
**financial** 5:10
**fine** 12:24 57:2
59:23 60:4 67:1
67:4
**first** 6:9 12:8 32:2
45:13 55:4 57:1
**fixed** 50:4
**floor** 1:24 2:16
59:7 60:5
**folks** 35:21 36:22
**follow-up** 68:11
**following** 4:7
**follows** 6:10
**force** 58:24
**forced** 12:18,18
58:5,5,7,10,11

58:12
**Ford** 1:23 2:15
4:17
**foregoing** 69:5
**form** 13:11 67:22
**forth** 6:22
**four** 40:22
**free** 26:1,7 30:14
30:16,22 31:21
56:12
**friend** 1:7 15:10
15:11 41:17
42:19,22 44:10
44:16 45:23
49:4 51:16
**friend's** 41:21
**front** 24:16,22
66:18
**full** 13:16,19
**fun** 28:17
**FURTHER** 68:15

**G**

**G** 2:14
**gain** 25:22
**GBI** 53:8
**generally** 53:15
**gentleman** 56:15
**Georgia** 1:1,11
1:22,24 2:7,18
4:3,7,9 6:16
8:24 9:5 14:9
14:17 53:9 69:1
**Geritha** 41:20
**Gesturing** 6:20
**getting** 11:1 36:7
**girlfriend** 41:23
42:3 44:14
51:17,19
**give** 27:4,5 46:2
53:16 54:22
**given** 5:11 55:21
**go** 6:3 7:12 8:7
10:6 18:2,13,18
19:4 20:7,18

21:23,24 29:13
29:24 30:3
36:11 55:12,17
57:2 59:12,14
**goes** 20:21
**going** 6:3 7:4,13
9:21 10:13,22
11:15 12:1 13:1
16:15 18:9 19:1
20:8 26:2 36:1
39:16 47:3,12
47:19 56:14
58:23 60:19,20
63:21,25 64:2,5
65:3,20 66:14
67:15
**Gotcha** 36:3
**GOVERNME...**
1:10
**grade** 38:8,8
**grass** 24:21 45:24
**ground** 12:19,25
25:3
**guess** 22:21 37:6
42:25 44:11
51:1 54:3,14
**guy** 54:10

**H**

**H** 51:13
**half** 11:7 41:1
56:21,22
**hand** 6:5
**handcuff** 58:12
59:20
**handcuffed** 12:24
59:19 60:5 65:8
**handcuffs** 23:25
25:2,14 26:15
26:22 29:2,20
36:24 65:10
**hands** 6:20,21
12:6 27:5,5
57:8
**handwritten** 9:16

56:1
**happen** 16:16
63:21,25 64:4,5
**happened** 12:15
12:16 19:12
25:7,13 41:19
42:2 53:13,15
54:2 57:19 61:7
64:15,23
**happening** 57:3
**hard** 28:20 65:4,6
**harm** 11:25
**head** 7:1,16,17
48:19 68:8
**hear** 7:25 8:3
17:13,15,20,23
18:4 22:18
27:18 32:13
43:16 56:15,22
62:19 65:24
**heard** 11:8,9,9,12
27:4 56:25
**hearing** 9:22 20:6
27:1,19 28:19
36:23
**Hector** 1:3,5,6,6
1:6 11:3 14:22
14:25 15:9,18
16:18 17:10
18:1,5,16,23
19:15 20:6,18
20:21 21:8 22:6
22:11 23:24
24:6,20,21
25:12,18,22,25
27:2,22 28:7,20
29:1,19 30:11
30:15 31:5,16
31:23 32:20
35:6 36:7,23
37:7,24 38:4,7
38:19 40:13
43:23 44:20,21
45:16,19 46:6
46:14 47:2,10

47:16,21 49:15
50:24 51:24
52:3,7,18 56:17
61:21 62:4,9
63:3,9 65:3,7,9
65:15 66:13,17
67:16
**Hector's** 14:23
26:4 27:7 30:4
66:23
**help** 45:23 46:4
47:8 57:21
**helping** 58:3
**high** 49:4,5
**highest** 38:8
**Hispanic** 8:19,21
**history** 46:6,10
48:11
**hit** 41:17,24
42:17,22 51:16
**hold** 21:13 30:9
30:18
**honest** 51:20
**honestly** 58:13
**hopped** 45:12
**hospital** 13:3
35:25 36:2,11
37:4 60:13
65:20,22,23
66:1
**hotel** 15:13 44:2
44:4,7,8
**hour** 11:8 56:21
56:22
**hours** 23:11
**house** 11:22
12:17 15:5,19
16:13,18,25
18:3,13 19:4
20:7,13,24 22:8
23:24 24:9
38:25 39:2,3,5
39:7 53:1 57:4
57:5,25 62:22
63:12 64:15

Concepcion Arreola  8/9/2019

73

**human** 28:8
**hurt** 20:8
**husband** 37:13
54:5

**I**

**I.D** 22:22
**idea** 22:14
**identification**
10:12 39:11
**identified** 10:18
21:5 22:6
**ignoring** 31:8
**illegal** 48:14,21
49:8
**Imee** 1:7
**immediately** 11:7
**impossible** 20:18
**improper** 49:18
**incident** 16:12
20:3,17 23:12
28:17 33:10
37:12,14,22
38:19,20 40:1
47:20 48:7 53:2
61:7,25 62:12
64:21,23
**includes** 8:22
**INDEX** 3:1,10
**indicate** 23:1
**indicated** 21:16
**indicates** 39:18
**individual** 1:12
1:13,14,16
**influence** 45:5
**initially** 24:2
**inside** 11:24 12:2
17:18 18:2,18
19:4 20:18 57:3
57:5 62:21,22
**intense** 26:12,20
32:17
**interest** 4:12
**interpret** 58:2
**interpreter** 8:12

8:16,17,25 9:7
9:10 10:22,25
11:3,18 12:11
12:13 19:11,12
21:12,20 33:3,4
57:22 58:3,6,7
58:11 59:9,19
59:24
**interpreting**
21:20
**interrogatories**
49:13 67:12
**interrogatory**
3:14 39:13,19
**investigation**
37:12
**Investigations**
53:9
**irons** 29:14,24
30:3,15,21,25
36:24

**J**

**Jackson** 37:12
**jail** 44:23,24
49:21,22,23
50:7
**JAMES** 2:14
**January** 10:15
14:20 15:18
16:11 37:8
38:21 39:1,4,6
39:7 45:19
50:15,24 52:3
53:2 56:2 61:7
62:1 64:22
**Jason** 15:12 49:3
49:8
**jcc@psstf.com**
2:19
**Jeff** 14:14
**jerked** 24:2
**jerks** 24:20
**Jessica** 2:23 8:10
8:12

**Jezreel** 1:7
**Jim** 6:14
**job** 45:20
**JR** 2:14
**Juanita** 44:11
**Judicial** 4:6

**K**

**keep** 36:23
**kept** 29:1
**kick** 26:2 30:22
45:16
**kicked** 33:22
**kicking** 25:25
26:2 30:11
**kill** 22:12,12 27:8
**kind** 8:20
**knee** 32:5
**knew** 9:11 48:13
**knocked** 12:14
57:15,18
**knocking** 34:14
**knocks** 20:24
**know** 15:4,13,23
16:1,2,7 19:18
22:25 24:11,12
27:25 31:10
34:22 42:24
43:12,15 47:2,7
47:11,22,24
49:8,20,20 50:5
50:9,10 51:18
51:19,20 52:11
52:21 53:1
54:16 58:13,18
58:25 63:9,11
67:25 68:4,5
**knowledge** 37:25
46:25 47:11
51:12
**knows** 19:1

**L**

**lady** 53:10,11
**lane** 49:18
**language** 8:22

**Laster** 13:8
**law** 1:22 2:5,6,16
46:10 53:22
**lawsuit** 6:15
52:13
**lawyer** 61:19
**laying** 66:18
**lead** 60:21,24
**leading** 60:20
67:22
**leaning** 32:1
**leave** 42:4 56:21
**left** 11:7,15 63:12
64:7,10 65:15
**leg** 29:5,10,14,24
30:3,15,21,25
36:24
**legal** 8:17 38:4
**legs** 30:4,10,18
32:1
**Let's** 10:6 38:7
49:11 63:8
**letter** 41:4 43:7
44:1 49:17
50:17,18 51:7
51:13
**license** 17:5 50:3
**lie** 23:19
**life** 37:8
**list** 40:2
**listed** 49:16 50:1
51:3,10
**listen** 18:23
**listening** 31:20
**litigation** 5:11
**little** 26:19 31:13
55:11 67:11
**live** 13:22 14:8,16
41:11 43:9,22
43:23 68:2,3,7
**lived** 40:13,21,25
43:19 44:1,2,10
47:15 67:16,21
**lives** 43:4
**living** 15:14,15

40:18 41:10
42:20 43:3
44:18,21 45:16
**LLC** 2:5
**loaded** 52:6,10,15
52:19
**Lodge** 15:1
**long** 33:17
**look** 9:19 39:17
40:20 41:4,4
49:11 52:8
56:23 66:25
67:3
**looked** 11:10
47:17
**looking** 44:5
**looks** 40:13,21
43:3 50:2 58:8
67:5
**loud** 23:5 49:1
56:15

**M**

**M** 1:20 4:3 5:14
69:16
**ma'am** 8:8 50:23
65:11
**mad** 32:5,7,9,10
34:10
**making** 11:18,20
12:3
**man** 7:21
**marijuana** 45:6,8
51:7
**mark** 2:5,5 10:7
10:14 39:9
54:22,25 55:8
55:13 60:19
**marked** 10:12
39:11 49:14
**married** 14:3,14
**master's** 8:18
**match** 26:11,21
**matter** 38:4
**McCullars** 2:23

Concepcion Arreola   8/9/2019

74

8:10,12,13
**mean** 14:1 23:1
  26:11 27:25
  28:9,10 32:25
  47:6 49:23 66:4
**meant** 62:9
**medical** 35:8 37:6
  51:25 52:4
  65:16 66:24
**meeting** 67:14
**mentioned** 62:4,7
**metal** 41:18
**meth** 48:11
**methampheta...**
  47:21
**methampheta...**
  48:6
**MICHAEL** 1:11
**Middle** 1:1 6:16
**Midland** 14:17
**mine** 44:16
**minor** 1:6
**minute** 10:3
  55:10
**minutes** 13:2,2
  34:2,24 35:7,7
  35:12 59:20
  60:13
**missing** 11:19
**mistake** 43:19
**Mom** 63:20
**moment** 58:16,17
**Monday** 64:22,25
  65:1
**money** 46:2
**month** 68:7
**months** 40:22
  43:5 44:2
**morning** 15:1,7
  15:25 36:12,13
  39:8 61:6 62:2
  65:1
**Moss** 40:21 41:2
  47:14 54:19
  64:16 66:18

**motel** 15:9
**move** 33:7 40:19
  45:13 55:10
  65:12
**moved** 13:24
  40:14,19 45:11
**mpost@markp...**
  2:8
**MUSCOGEE**
  69:2

**N**

**name** 6:13 8:9
  13:16,19 24:11
  24:12 44:8
  55:21
**named** 54:10
**necessary** 13:13
**need** 8:11 11:17
  57:21
**needs** 8:3
**negatively** 48:19
**neighbor** 34:15
  54:13
**neighbor's** 12:14
  20:22 24:8,15
  34:13 57:14,18
**neighbors** 28:7
  47:14 54:16,18
**never** 33:13,15
  33:22,22,22,23
  41:22 43:19
  46:16,23 48:3,4
  48:16,18,20
  50:12 54:18
  61:23
**nickname** 55:18
**night** 15:9,25
  36:12 39:2,3,5
  39:8 47:20 48:6
  48:8 62:23
  63:10
**nobody's** 47:19
**Nods** 7:1,16
**noted** 21:21

**number** 39:24
  40:12 41:4
  49:11,12,13,16
  55:5

**O**

**o'clock** 15:5
  56:19
**O.C.G.A** 4:13,22
**object** 33:21 50:4
  60:19 67:22
**objection** 13:12
**objections** 13:11
  23:22
**obtained** 37:16
**obvious** 25:6
**obviously** 13:6
  28:1 61:25
**Off-the-record**
  10:5 59:16
**office** 2:17 67:14
**officer** 1:11,12,13
  19:17 29:13,24
  52:25 53:1,6
  61:15
**officers** 12:6 17:8
  19:14 20:16
  21:2,6 22:5,7
  22:20 23:3,16
  23:19,25 24:6
  24:21 25:12,18
  25:21 28:14,20
  28:22,23 29:4
  29:18 30:2
  31:15,23 36:23
  53:8 61:16 63:1
  65:3,7 66:12
**offices** 1:22 4:16
**official** 1:12,13
  1:14,16
**officials** 46:10
**oh** 41:22 50:1
  62:18 63:2
**okay** 6:21 7:2,20
  8:1,3,23 9:9,21

10:2,8,22,25
  11:5,6,14,21
  12:11 13:5,21
  14:2,5,8,10,18
  15:6,8,17,22
  16:4 17:22
  18:11,20 19:20
  20:5,14 21:22
  22:10 23:8 24:4
  24:14 25:1,20
  27:10,20 28:5
  28:18 32:15
  33:6,25 34:7
  35:19,23 36:17
  36:20 37:2,20
  38:6 39:23 40:9
  40:20 41:3 42:2
  42:7,11 43:2,21
  43:25 44:9,19
  44:25 45:10,15
  46:5 47:1 48:9
  49:7 51:2,6,21
  51:22 52:12,22
  53:14 54:21
  55:12,20,24
  56:12,16,18,20
  56:20 57:9 59:2
  60:14,18 61:5,9
  61:24 62:8 63:8
  64:4,4,6,8,9,14
  64:20 65:1,13
  66:9,10,11,13
  66:16 67:2,10
  67:18 68:6,10
  68:12
**old** 54:13
**once** 16:12 36:7
  65:7
**one-and-a-half**
  9:16
**one-page** 9:15
**opened** 63:18
**Oral** 1:19
**outside** 11:11,11
  16:18 17:10,21

18:4 56:23,23
  56:24 57:2

**P**

**page** 1:22 2:15
  3:2,11 4:16
  9:16 10:17 12:8
**paper** 57:8
**paranoia** 46:15
**paranoid** 46:18
  46:21,24 62:5
  62:10,24 63:3
**parent** 1:3,5
**Park** 2:6
**part** 65:25
**particular** 62:1
**parties** 5:10
**party** 5:3,11
**pass** 32:4 51:22
**passed** 37:23
**Patricia** 14:11
  40:6,7
**Pause** 54:24
**people** 40:2
**pepper** 33:13
**Personal** 1:4
**personnel** 35:8
**Peterson** 4:10,15
  4:20 5:1,8
**Phenix** 44:24
  45:2 49:25
**phonetic** 24:10
  41:20 44:11
**pipe** 41:24 42:18
  42:23 51:16
**pistol** 12:6 57:8
**place** 68:3
**places** 40:13
  45:12 67:20
**Plaintiff** 1:20
**Plaintiffs** 1:8 2:3
  55:8,14
**please** 6:4,6
  10:24 21:10
  22:7 25:15

Concepcion Arreola   8/9/2019

75

60:20,24
**point** 20:21 21:3
24:5,5,20 29:4
30:20 33:10
36:11 37:13
46:9 65:9
**pole-type** 33:19
**police** 1:15,15
11:4,6,11 12:5
12:17,20 15:4
16:12 17:8
20:16 21:6 22:5
22:6,20 23:3,15
23:24 24:6
25:21 26:3
37:11 52:24
53:6 56:18,19
56:19,24,24,24
57:7 58:4,4,16
58:24 59:20,22
61:15,16 62:25
65:3,7 66:12
**portions** 19:24
**possession** 45:6,8
51:7
**possible** 12:5
57:7
**Post** 2:5,5,17 3:5
7:21,24 8:2,8
8:13,23 9:1,4,9
9:11,24 10:2,20
10:24 11:1,17
12:12 13:5 16:6
19:16,21,23
21:13,22,24
23:5 32:8,10,12
35:10 37:16,24
38:3 48:23,24
49:1 55:3,7,8
55:13,13,16
57:21 60:22,25
68:9,12,14
**PRESENT** 2:23
**pretty** 15:24 25:6
26:12 28:10

**previous** 37:24
**previously** 46:14
63:4 67:16
**price** 23:19
**prior** 43:3 44:1
44:10 45:19
**probably** 31:10
37:21
**problem** 11:13
57:1
**proceeding** 13:9
**proceedings** 69:6
69:10
**prohibited** 4:22
**pronounce** 44:12
**provide** 4:17 5:2
46:3
**provided** 37:7
39:19
**provisions** 4:12
**pulled** 12:19
**punched** 33:23
**punctuation**
11:20
**pursuant** 4:4
**push** 42:6
**put** 12:6,17,20
23:25 30:3 32:4
57:7
**putting** 21:18

—————————
**Q**
**qualifications**
8:14
**qualified** 9:3
**qualify** 9:14
**question** 7:3,4,10
13:11 21:15,25
22:2 31:13 33:5
39:24,25 56:10
64:21
**question's** 26:19
**questions** 8:5,6
53:17,18 55:2,3
60:24

**quick** 34:24,24
38:7
**quit** 30:16
**quite** 40:14 45:11

—————————
**R**
**Raise** 6:5
**rates** 5:9
**reached** 38:9
**read** 39:14 56:8
56:15 60:16
**reading** 10:23
12:4
**Reagan** 14:11,14
**real** 22:21 34:17
34:21 38:7
**really** 34:6
**reason** 27:17 33:1
**recall** 15:3 16:11
20:6,15 35:14
35:17,20 36:23
38:3 50:14,16
50:19,20 52:18
53:18 62:3
**received** 13:8
**Recess** 35:1
**recognize** 34:21
**record** 6:3 8:9
10:3,6,9 13:17
21:13 23:21
37:6 55:7,14
**reduced** 69:7
**referral** 5:5
**referring** 62:16
**refused** 18:23
**Regulations** 4:5
**relationship** 4:12
**remained** 12:24
**remember** 13:25
21:25 25:25
27:1,12,15,19
27:22 28:4,19
28:22 29:7,23
30:9 31:1 32:22
35:5 37:23

41:22 44:8 46:8
46:17,20,21
50:5,7 61:22
62:6 63:6 67:14
67:20,23
**repeat** 22:2 25:15
29:16 52:17
**rephrase** 66:22
**report** 53:3
**reporter** 1:21 4:4
4:9 5:4 6:5 8:11
8:20 9:21,25
10:4,8,10 12:10
16:4,21,23
17:23 21:18
32:6 35:3 36:18
36:20 43:11,15
43:17 45:7
48:24 55:10
57:12,17 58:6
59:5 61:12,14
65:22 66:3 69:7
**REPORTER'S**
4:1
**reporting** 4:6,11
4:15,17,20 5:1
5:2,4,8
**represent** 6:15
37:24 55:8,13
**representative**
1:4 4:10
**represented** 38:3
**representing**
37:13
**requests** 39:19
**reserve** 13:12
**reserving** 13:10
**resisting** 26:9
27:2,2 29:1
31:5 65:9
**respond** 53:17
60:12
**response** 13:18
23:4 29:25
30:23 35:9

66:21
**responses** 3:14
39:13,19
**restrained** 35:6
**restraint** 29:5
**restraints** 29:5,11
29:19
**RICHARD** 1:16
**right** 6:5,19 7:8
8:13 10:13
13:14,24 15:20
17:8,11,19 18:7
20:10,14 21:3
25:23 26:12,21
27:12 28:9,12
29:19 30:7,17
31:13 32:12,18
34:14,18,25
35:2 37:22
40:12,23 42:13
43:6 49:19 51:4
52:1,7,9 55:18
60:22 61:7,17
64:24 66:13
**road** 12:19
**rob** 42:6
**Robbie** 40:2,10
**Rodrigo** 1:3 14:6
40:5,6 54:3
**room** 9:25
**Rules** 4:5

—————————
**S**
**S.A** 1:6
**SAITH** 68:15
**sat** 31:24
**saw** 9:2 11:10
33:4 47:16
**saying** 17:13,15
20:6 22:17 27:4
27:14,18 29:24
58:14,21 63:6
64:18 66:7 67:8
**says** 41:4 56:9
**scared** 19:6

Concepcion Arreola   8/9/2019

76

scene 35:21
school 49:4,5
Scrantom 1:23
2:15 4:16
screaming 59:21
second 15:18
16:19,22,23
18:6 21:14 32:4
34:10 54:23
security 42:13
see 11:6,13,15
33:24 41:6
43:22 46:16
48:4 50:1 55:4
61:23 63:8
64:13 65:2,4,6
66:23 67:3
seeing 56:3
seen 61:21 62:7
sentence 59:3
serious 36:6
65:15,18 66:15
seriously 9:13
36:9
services 4:17 5:2
Shakes 48:19
shock 61:11,13
61:14
shook 7:17
show 16:17 22:22
showed 16:12
35:6 46:14
showing 35:15
55:25
shows 33:2
signals 66:2,3
signature 39:21
68:14
signed 39:18
42:12
signs 46:14 66:4
sir 10:4,10 20:4
35:3 67:23
sit 32:3,3,13
situation 18:2

skip 59:3
slide 9:24
slightly 11:1
Snipes 2:14 6:14
34:25
somebody 20:8
56:23 57:5
62:21
son 11:3,8,16,21
12:7 14:23
16:14 38:4
56:17,22 57:3
57:10,25 61:17
sorry 11:16,22
12:3 16:21
36:18 49:12
59:5,24 61:12
sound 28:9
sounds 28:16
Spanish 8:15,15
8:18 10:16
21:12 56:11
speak 6:18 7:25
8:11 10:24 16:6
43:11,12,17
58:6
speaks 33:8
specific 61:25
specifics 53:16
spend 38:18 39:3
39:8
spent 39:2,5
spray 33:13
Sprouse 1:23
2:15 4:16
Stacey 37:12
stairs 59:4,6
standing 63:14
63:16
start 25:3,13
57:12
started 8:4 12:21
24:8 26:20
34:14 59:21
starting 9:22

starts 25:18
state 1:22 8:8
13:16,19 69:1
statement 3:13
4:1 9:17 10:14
23:9,11,15 55:6
56:1 61:1,3,16
STATES 1:1
stay 63:12
staying 63:17,18
stood 65:4
stop 27:2,2
stopped 30:21
strange 15:25
22:24 23:2
34:20 61:21
62:17
strangely 62:4
street 12:7 14:1,1
41:1,5 43:4
57:11
strength 28:8
striking 50:4
strong 28:10
struggle 28:6,19
28:23 31:3
32:17
struggling 25:18
25:21 32:20
studies 8:19,20
8:21,22
Subaru 16:24
subdue 31:6
Suite 2:6
summarize 39:25
Sunday 39:7,8
63:12 64:16
super-human
28:8
supervision 69:8
support 37:8
supposed 23:15
sure 7:24 11:5,19
11:20 12:3
25:16 29:17

45:9 47:9 60:2
surety 42:13
suspect 9:15
suspected 48:13
48:18,20
suspended 50:3
swear 6:4
sworn 6:10
Synovus 1:23
2:16
system 48:6

———————
T
table 61:20
take 28:14,20
34:23 36:1
58:16 60:13
65:20,22,23,25
66:2
taken 1:22 37:7
69:6
talk 14:19 16:13
36:15 38:7 40:4
40:10 53:12
54:1 59:15
talked 11:25,25
23:9 32:16 34:1
34:12 36:16,19
53:8,21 54:3,6
54:8,10,15,18
talking 11:9,10
16:17 17:10,20
17:24 18:1,8
19:14 22:14
26:18 35:14
43:10,12,18
44:22 51:15
56:22 62:11
tape 32:13
Tarvin 54:11
Tarvins 24:10
tasers 33:11
tcc@psstf.com
2:20
Tech 38:13,14

tell 8:14 9:6
16:11 23:15,18
32:2 34:7 36:23
39:17 47:16
52:23 53:21
56:8,25 62:9
64:5
telling 18:2 20:15
27:22 31:16,18
ten 34:24
testified 6:10
Thank 36:20 55:1
60:11 68:13
Thanksgiving
46:17
theirs 31:8
thing 9:14 32:17
32:23 65:21
things 46:3
think 9:17 13:25
22:18,20,24
23:3 24:10 29:6
34:17,19 36:5,8
38:10 45:3,6,9
47:19 51:25
54:23 55:5 58:8
61:19 65:15,18
68:9
thinking 16:15
20:12 41:25
57:4 62:21
66:14
third 1:24 2:16
10:17 29:8,21
30:5,18 31:2
three 25:8,9,11
25:17 44:2
throw 24:23,24
time 15:18 16:19
16:22,23 18:6
29:8 32:2,4,21
34:10 37:23
38:18 39:1,5
40:19 41:15
44:20 46:24

Concepcion Arreola   8/9/2019

77

47:4,5,7,17
50:8,21 57:2,12
61:2,10
**times** 18:21,22
47:2,10 49:14
**today** 14:19 55:1
**told** 11:6,15,16
11:21,21 12:22
12:23 16:14
36:1 42:4 46:10
46:23 48:2,5,20
50:12 51:25
57:1,3 59:21,22
59:25 62:21
63:22 65:14,19
66:12
**tooth** 41:18
**top** 26:3 59:17
**transcript** 21:17
69:5,7,9
**translate** 7:11
8:15 10:20,21
58:19 60:16
**translates** 56:11
**translating** 19:11
**translation** 9:18
9:20 10:17 13:7
13:7,12 58:3
**translator** 2:23
7:9 8:6 10:19
21:15 56:12,13
**transported**
35:25 51:24
52:3
**tried** 12:17 18:14
18:16 23:25
32:2 42:6 57:6
58:12 59:17
**trouble** 9:22
**true** 46:6 51:3,11
52:16 69:9
**truth** 23:16
**try** 10:19 25:22
56:14
**trying** 11:24,25

12:20 18:1,8,12
20:17 22:11,12
25:2,13 26:1,4
26:7,14,15,22
26:24 27:7,11
30:12,16,21
31:4,21 34:2,3
62:22
**Tucker** 1:23 2:15
4:17
**turn** 49:11
**two** 11:11 17:8
21:2 24:5,21
25:9,11,12,17
25:21 28:14
37:21 43:4
53:10 56:24,24
59:20
**Tyler** 2:15 6:2,13

**U**

**UGA** 9:8
**uh-huh** 9:10
15:16 16:4
18:19 44:6 51:5
56:7 57:22
64:11 66:8
**uh-uh** 16:3,5
**unconscious**
26:17 60:6,7,9
**understand** 6:18
7:6,10 12:25
14:19 23:22
29:16 33:5 38:1
43:22 50:19
62:14
**understanding**
6:17 14:22
40:17
**understood** 7:4
7:14 19:18
23:14
**unemployed**
45:22
**UNITED** 1:1

**University** 8:24
9:4
**upset** 61:10
**use** 33:11 48:14
**usual** 5:9

**V**

**verification** 39:17
**video** 19:22,23
20:2 22:18
27:16,16,18,25
33:2,5,8,8
62:16,25
**videotape** 62:3
**violation** 50:3
**violence** 42:9
**vital** 66:4
**vs** 1:9

**W**

**W** 2:23
**wait** 12:1 55:10
**waive** 68:14
**walked** 17:20
57:14
**walking** 12:13
**wanna** 42:5
**want** 6:4 8:5 9:13
12:9 19:4,5
20:7 34:10
49:15 51:13
59:13,14 60:24
67:11
**wanted** 18:25
**wasn't** 13:1 26:2
38:22 44:20
57:7 60:16 67:5
**watch** 19:21
**watched** 19:7,17
19:24 20:2
27:21
**Watson** 40:2
**waved** 6:21
**way** 25:7 30:1
31:2 62:1,20
63:21,24 64:1

**we'll** 7:12 10:2
33:6,6
**we're** 6:2 9:21,21
35:2 51:22
68:12
**we've** 7:9 23:9,21
32:16 49:14
**week** 62:4,5,10
62:15,24
**weeks** 37:21
**went** 12:14,16
18:4 38:10 58:1
63:19 67:12
**whoa** 45:7,7
**wild** 42:5
**witness** 3:13 6:9
8:1,10,21 9:16
10:14 16:22
19:10 21:12
22:2 32:7,9,11
33:3 36:19
43:10,14,18
44:22 45:8 58:2
59:8,14 60:10
60:21 61:13
**WLTZ** 40:3
**word** 56:10
**worried** 63:9,10
**worry** 64:6,9
66:24
**wrestling** 25:4
26:11,21
**write** 61:15
**writing** 9:20
**written** 10:16
60:1
**wrong** 18:9 31:11
34:11 36:9
**wrote** 56:11 61:2
61:3

**X**

**Y**

**y'all** 8:11 39:20
46:2 54:1

**y'all's** 39:13
**yard** 18:13 20:22
24:16,22,23
34:13 65:4
66:18
**yeah** 7:23 18:14
18:15 19:13
22:3 25:10 32:2
36:14 38:25
40:6,16,24
42:16 44:24
49:6,24 50:13
53:7 54:17
58:22 59:14
60:3 63:16 64:3
66:6,14 67:9
**year** 38:11,15
41:1 49:25
**yelling** 12:21 27:2
27:7
**yesterday** 19:18
19:23 27:21

**Z**

**zombie** 67:9,10
**zoned** 47:17

**0**

**1**

**1** 3:13 4:9 10:11
10:14,21,23
23:10 55:5,25
56:6 61:2
**10.B** 4:5
**10th** 37:8
**11** 3:13
**11:41** 68:16
**1111** 1:24 2:17
**1199** 2:17
**13th** 14:1,1
**15-14-37** 4:22
**15th** 43:5
**17** 49:11
**18** 49:12,13

Concepcion Arreola  8/9/2019

| 2 |
|---|
| **2** 3:14 4:15 39:9 |
|   39:10,12 49:14 |
| **2000** 49:22 |
| **2009** 49:17,24 |
| **2010** 50:2,15,24 |
| **2012** 45:11 51:7 |
| **2016** 46:18 |
| **2017** 10:15 14:20 |
|   16:12 38:21 |
|   39:2 45:19 52:4 |
|   56:2 64:22 |
| **2019** 1:25 5:13 |
|   69:11 |
| **221-9371** 2:7 |
| **26th** 69:11 |

| 3 |
|---|
| **3** 2:6 4:20 |
| **3:40** 14:25 |
| **31901** 2:17 |
| **31902-1199** 2:18 |
| **31904** 2:7 |
| **324-0251** 2:18 |

| 4 |
|---|
| **4** 5:1 15:5 39:24 |
|   56:18 |
| **4:00** 11:5 |
| **4:19-CV-00005...** |
|   1:10 |
| **40** 3:14 |

| 5 |
|---|
| **5** 5:8 40:12 |
| **5408** 43:5 |
| **54th** 40:25 41:5 |
|   43:4 |
| **56** 3:5 |

| 6 |
|---|
| **6123** 13:25 |

| 7 |
|---|
| **7** 3:4 |
| **7:37** 61:4 |

| |
|---|
| **706** 2:7,18 |
| **760** 40:21 47:14 |
|   64:16 66:18 |
| **7th** 50:15 |

| 8 |
|---|
| **8th** 39:6 |

| 9 |
|---|
| **9** 10:15 |
| **9-11-28** 4:13 |
| **9:34** 1:25 6:1 |
| **911** 14:25 15:18 |
|   18:6 34:9 |
| **9th** 1:25 5:13 |
|   14:20 15:18 |
|   16:11 38:21 |
|   39:1,4 52:3 |
|   53:2 56:2 61:7 |
|   62:1 64:22 |