

**R. T. Boren**
Chief Of Police

## Columbus Police Department
P.O. Box 1866 • 510 Tenth Street
Columbus, Georgia 31902-1866



**C. V. Rowe**
Assistant Chief

## WITNESS STATEMENT FORM

Statement of: Concepcion Arreola            Case No.: 17-000680
Address: 760 Moss Dr.                       Date of Birth: ▊▊/▊▊/60
Social Security No.: ▊▊▊▊▊▊▊▊  Race/Sex/Age: 5-6 Hispanic Female  Date: 1/9/17
Time: 7:37   Home Phone: ▊▊▊▊▊▊▊   Work Phone:
Interviewed By: A Evrard                   Interview Location: 760 Moss Dr

Mi hijo Hector Arreola llamo a los policias para que vieran que yo me encontraba bien. Acerca de las 4:00 AM la policia vino a ver si yo estaba bien. yo les dije que si y ellos se Retiraron de inmediato
media hora despues ohi ~~Dies~~ mi hijo me llamo y escuche que estaban hablando y me ~~asor~~ mire afuera y ~~m~~ estaban dos policias afuera con el escuche que le decian que cual era el problema que ya habian venido a ver si yo estaba bien y fue cuando yo sali haber que estaba sucediendo.
Yo le dije a mi hijo que se metiera a la casa y me contesto que no porque habia alguien adentro para hacerle daño hablamos Tratando de hacerlo que entrara pero fue imposible uno de los policias se puso la mano en la pistola electrica fue cuando mi hijo cruzo la calle    Use the back of this sheet to continue....

I can read and write the English Language and I have read or have had read to me this statement and I swear that it is the truth, so help me.

Signature: _____   Date: _____
Witness: _____    Witness: _____

**DEFENDANT'S EXHIBIT**

CCG000098

Witness Statement of:             Page    of
Date:
Case No.:

Statement continued......

Y se fue caminando y se fue a tocar la puerta del vecino todo fue tan rapido que yo me acerque a mi hijo para convencelo que viera para la casa fue cuando los policias aprobecharon para esposarlo pero forsaron para lograrlo lo aventaron Y callo en los escalones de ahi al suelo se subieron arriba de el tratando de esposarlo por mas minutos 2 policias el empezo a gritar que no podia respirar yo le dije a uno de ellos que no podia respirar y me contestaron que si podia respirar que el estaba bien. Despues que lo esposaron el quedo en el suelo como si estubiera sin conocimiento x unos minutos despues se lo llevaron al hospital

CCG000099

LASSETER & ASSOCIATES
Sally Bork Lasseter, Director, sallylasseter@aol.com
6855 Ranch Forest Drive
Columbus, GA 31904
706-323-2831 (O) 706-888-4294 (C) 706-596-9380 (F)

THE FOLLOWING INFORMATION IS A CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH dated January 31, 2017.

STATEMENT OF: Concepcion Arreola

CASE NO: 17-000680

ADDRESS: 760 Moss Dr. Columbus, GA

DATE OF BIRTH: ▓▓60

SOCIAL SECURITY: ▓▓▓▓

RACE/SEX/AGE: Hispanic/Female/56

DATE: 1/9/17   TIME: 7:37

HOME PHONE: ▓▓▓▓

INTERVIEW BY: A Evrard

INTERVIEW LOCATION: 760 Moss Dr.

My son, Hector Arreola, called the police so that they could see that I was well. The police arrived at about 4:00 PM to check if I was OK. Half an hour later I heard my son calling me. I heard him talking. I looked outside. There were two policemen with my son. I heard them say: what is the problem, as we just came to check on your mother and she was OK.

That is when I stepped outside to see what was going on. I told my son to go into the house and he answered "NO" because he said that there was someone inside the house who might hurt him.

We all talked, trying to convince my son to go into the house, but it was impossible. At that point, one of the officers put his hand on an electrical gun. Then, my son left the house, crossed the street and started walking away. He knocked on the door of a neighbor. Everything happened so fast. I tried to get to my son to convince him to come home.

The officers tried to handcuff him and pushed him. He fell on the steps and from there to the ground. The officers then got on top of him, trying to handcuff him. That lasted two minutes and he began to cry that he could not breathe. I told the officers that he could not breathe because they were on top of him. The officers said that he could breathe and that all was well.

After they handcuffed him, he lay on the ground. He appeared to be unconscious. He stayed on the ground several minutes until the officers decided to take him to the hospital.

