DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 1  PAGE 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RODRIGO ARREOLA, as parent of )   CASE NO.:
Hector Arreola, Deceased, and )    4:19-CV-00005-CDL
as Personal Representative )
and Administrator of the )
Estate of Hector Arreola, )
CONCEPCION ARREOLA, as parent )
of Hector Arreola and S.A., )
minor child of Hector Arreola )
by next friend Jezreel Imee )
Custodio, )
        Plaintiffs, )
                                )
v.                              )
                                )
THE CONSOLIDATED GOVERNMENT OF)
COLUMBUS, GEORGIA, OFFICER )
MICHAEL AGUILAR, in his )
individual and official )
capacity, OFFICER BRIAN DUDLEY)
in his individual and official)
capacity, OFFICER AARON )
EVRARD, in his individual and )
official capacity, and )
COLUMBUS POLICE DEPARTMENT )
CHIEF OF POLICE RICHARD T. )
BOREN, in his individual and )
official capacity, )
        Defendants. )

    The deposition of SGT. JAMES BRAD BARNES,
taken by the Plaintiff, before Russell D.
Anderson, a Georgia Certified Court Reporter, at
Page, Scrantom, Sprouse, Tucker and Ford,
Attorneys, 3rd Floor, Synovus Building, Bay
Avenue, Columbus, Georgia, 31902 on the 19th of
August, 2019, beginning at 2:30 P.M.

PAGE 2

A P P E A R A N C E S

FOR THE PLAINTIFF:
    HON. MARK POST
    3 Bradley Park Court, Suite F
    Columbus, Georgia, 31904
    mpost@markpostlaw.com

FOR THE DEFENDANTS:
    HON. TYLER CASHBAUGH
    3rd Floor, Synovus Building
    Bay Avenue
    Columbus, Georgia, 31902
    tcashbaugh@psstf.com

RUSSELL D. ANDERSON, COURT REPORTER
P. O. BOX 2572
COLUMBUS, GEORGIA  31902-2572
(706) 905-1759

PAGE 3

D I S C L O S U R E
STATE OF GEORGIA

COUNTY OF MUSCOGEE

    Deposition of:  SGT. JAMES BRAD BARNES

    Pursuant to Article 8.B of the rules and
regulations of the Board of Court Reporting of
the Judicial Council of Georgia, I make the
following disclosure:
    I am a Georgia Certified Court Reporter. I
am here as a sole practitioner of ANDERSON COURT
REPORTING.
    I was contacted by the offices of the
Plaintiffs to provide court reporting services
for the deposition.
    I will not be taking this deposition under
any contract that is prohibited by O.C.G.A.
15-14-37 (a) and (b).
    I have no contract / agreement to provide
reporting services with any party to the case,
any counsel in the case, or any reporter or
reporting agency from whom a referral might have
been made to cover this deposition.  I will
charge my usual and customary rates to all
parties in the case, and a financial discount
will not be given to any party to this
litigation.

_____, CCR# B-403
RUSSELL D. ANDERSON
Certified Court Reporter

OPTIONAL SIGNATURES:

_____ Date:_____
Attorney for Plaintiff/Complainant

_____ Date:_____
Attorney for Defendant/Respondent

PAGE 4

STIPULATIONS
    IT IS STIPULATED AND AGREED, by and between
the parties through their respective counsel that
the deposition of SGT. JAMES BRAD BARNES, may be
taken before Russell D. Anderson, a Georgia
Certified Court Reporter, at the offices of Page,
Scrantom, Sprouse, Tucker and Ford, Synovus
Building, Bay Avenue, Columbus, Georgia, 31902, on
the 19th of August, 2019, on or about 2:30 P.M.
    IT IS STIPULATED AND AGREED, that the
signature and reading of the deposition by the
witness is not waived, the deposition to have the
same force and effect as if full compliance had
been had with all laws and rules of court relating
to the taking of depositions.
    IT IS FURTHER STIPULATED AND AGREED, that it
shall not be necessary for any objections to be
made by counsel to any questions, except as to the
form of the question and that counsel for the
parties may make objections and assign grounds at
the time of trial, or at the time said deposition
is offered in evidence, or prior thereto.
    IT IS FURTHER STIPULATED AND AGREED, that
notice of filing of the deposition by the court
reporter is waived.

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 2   PAGE 5

```
1                    INDEX
2                                    PAGE
3  Examination by Ms. Post .............. 7
4              INDEX OF EXHIBITS
5  Plaintiff's Exhibit 1 ................ 49
6  Plaintiff's Exhibit 2 ................ 94
7  Plaintiff's Exhibit 3 ................ 21
8  Plaintiff's Exhibit 4 ................ 21
```

PAGE 6

```
1              D-E-P-O-S-I-T-I-O-N
2              SGT. JAMES BRAD BARNES
3          having been first duly sworn, testified
4                  as follows:
5       MR. POST:  This is Mark Post, I
6   represent Rodrigo Arreola as the parent of
7   Hector Arreola, the deceased, and as the
8   personal representative and administrator of
9   the estate of Hector Arreola, Conception
10  Arreola, as parent of Hector Arreola, and
11  S.A., the minor child of Hector Arreola, by
12  next friend Jezreel Imee Custodio, as
13  Plaintiffs, in case number 4:19-CV-5-CDL in
14  the United States Court for the Middle
15  District Of Georgia, Columbus Division.
16       MR. CASHBAUGH:  Sure.  I'm Tyler
17  Cashbaugh here for the Defendants, the
18  Columbus Consolidated Government of
19  Columbus, Georgia, Officer Michael Aguilar
20  in his individual and official capacity,
21  Officer Brian Dudley in his individual and
22  official capacity, Officer Aaron Evrard, in
23  his individual and official capacity, and
24  Columbus Police Department, chief of police,
25  Richard T. Boren, in his individual and
```

PAGE 7

```
1       official capacity, Defendants,
2                CROSS-EXAMINATION
3  BY MR. POST:
4       Q.  Okay.  So I know we've already met, but
5   my name is Mark Post as you know.  Can you tell
6   us your name and your rank for the record,
7   please?
8       A.  James Brad Barnes.  Currently I hold
9   the rank as sergeant fire medic for Columbus Fire
10  & EMS.
11      Q.  Okay.  And how long have you been with
12  the Columbus Fire & EMS?
13      A.  November will be 13 years.
14      Q.  Okay.  And when we say Columbus Fire &
15  EMS, that's Columbus Consolidated Government is
16  who employs you, correct?
17      A.  Yes, sir.
18      Q.  They write your paychecks?
19      A.  Yes, sir.
20      Q.  Okay.  Do you go by James or Brad?
21      A.  I go by Brad.
22      Q.  Before we get into things today, I just
23  want to make sure you're feeling all right today;
24  you're clearheaded?
25      A.  Oh, yeah.
```

PAGE 8

```
1       Q.  You know of course, a deposition is
2   just the same as giving testimony in court before
3   a jury, right?
4       A.  Yes, sir.
5       Q.  Okay.  You're not under the influence
6   of any drugs or alcohol obviously, right?
7       A.  No, sir.
8       Q.  Okay.  And sometimes my voice might
9   drift off a little bit, especially when I'm tired
10  or we get tired.  If you don't understand what
11  I'm saying just ask me to repeat it, ask me to
12  speak up or if it's a compound question ask me to
13  rephrase it, okay?
14      A.  Yes, sir.
15      Q.  Where do you live?
16      A.  I currently live in Hamilton, Georgia.
17      Q.  Rent or own?
18      A.  Own.
19      Q.  How long have you lived in Harris
20  County?
21      A.  I just bought this house in May of this
22  year.
23      Q.  Are you married?
24      A.  No, sir.
25      Q.  Any prior marriages?
```

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 3   PAGE 9

1  A.  No, sir.
2  Q.  Any children?
3  A.  I have one on the way, will be here
4  October 28th.
5  Q.  Congratulations.
6  A.  Thank you.
7  Q.  Are you and the child's mother still
8  together?
9  A.  Oh, yes, sir.
10  Q.  And what is her name?
11  A.  Alexis Paul.
12  Q.  Does she live in Hamilton too?
13  A.  Yes, sir.
14  Q.  What is Ms. Paul, Alexis Paul's
15  occupation?
16  A.  She's an LPN for New Horizon's.
17  Q.  How long has she worked there?
18  A.  Well, I think she might have worked
19  there maybe -- she went back like, I guess she's
20  worked for New Horizon's for about a year, a
21  little over a year and then she went back to a
22  doctor, closed the practice there, went to a
23  different practice, now she's back with New
24  Horizon's.  So you might as well say on and off
25  for a couple of years.  So she took a job with

PAGE 10

1  the doctor and he moved and then the practice I
2  guess didn't work out as they planned, so she
3  went back to New Horizon's.  And also for the
4  record, she might go by Jackson her last name, if
5  case you do, you know, look anything up it for
6  her, you know.
7  Q.  Okay.
8  A.  Because she was married and she never
9  got it changed but, you know.
10  Q.  J-A-C-K-S-O-N?
11  A.  Yes sir.
12  Q.  Okay.  And prior to her working at New
13  Horizon's and then the doctor's office for a
14  period of time, what did she do before that?
15  A.  She was a -- I know she's worked at St.
16  Francis and I guess what would be now Piedmont,
17  their hospitals.  And a couple of dermatology
18  doctor's offices, but I'm not, you know, sure of
19  the names.  Nurses are almost like contractors.
20  Q.  Where do y'all go to church?
21  A.  I mean, we just kind of bounce around a
22  little bit trying to find our way.  Since we
23  moved out there we're just trying to find our
24  way.
25  Q.  What denomination would you say you are

PAGE 11

1  mainly?
2  A.  Baptist, Christian.
3  MR. CASHBAUGH:  Brad, let me just say
4  he's not trying to pry into your past too
5  much, he just -- if this thing ever gets to
6  a jury he don't want your baby's mother
7  sitting on the jury panel, people that go to
8  church with you or anybody like that.  So
9  he's not trying to --
10  THE WITNESS:  Gotcha.
11  MR. CASHBAUGH:  So he's not trying to
12  be rude or anything like that.
13  THE WITNESS:  Gotcha.
14  MR. CASHBAUGH:  I should have explained
15  that to you earlier.
16  MR. POST:  That's fine.
17  BY MR. POST:
18  Q.  And that's exactly right.  Where do you
19  -- well, where do your mom and dad live?
20  A.  Dad lives here in Columbus and my mom
21  lives is Hartford, Alabama.
22  Q.  Did you grow up in Columbus?
23  A.  Pretty much here and Talbot County or
24  Talbotton, Georgia.
25  Q.  Where did you go the high school?

PAGE 12

1  A.  Shaw High School.  And then I was home
2  schooled for about a year and a half at the end.
3  I got hurt playing baseball and it was just I was
4  missing too many days.
5  Q.  Where in Talbot County did you live?
6  A.  It was off Highway 208, right outside
7  the Talbotton City limits.
8  Q.  When did you move from Talbot County?
9  A.  I think '98.
10  Q.  What grade were you in then or how old
11  were you?
12  A.  Eight grade going into ninth.  We moved
13  to go -- for me to go to Shaw High School.
14  Q.  Do you have any brothers or sisters?
15  A.  No, sir.
16  Q.  What is your dad's occupation?
17  A.  He's retired.  He worked for -- not
18  Columbus Fire & EMS, but the Columbus
19  Consolidated Government, too.
20  Q.  What did he do for them?
21  A.  He was a correctional officer.
22  Q.  At the jail or at the Muscogee County
23  Prison or?
24  A.  I think years ago he worked with the
25  prison but he retired from -- yeah, I think he

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 4  PAGE 13

1 started in like '96 and did almost 20 years at
2 the civic center. He's a -- I guess being a
3 correctional officer, he was able to bring
4 prisoners down there to help work, so he was like
5 the facility foreman I guess you could say at the
6 same time.
7      Q.   When did he retire, roughly?
8      A.   This is 2019, I think it was around
9 2015, 2016, somewhere between there.  He's only
10 been retired a few years.
11      Q.   What church did you go to growing up?
12 Was there any one that you attended mostly?
13      A.   Mainly I would say off and on Cascade
14 Hills would probably be the longest tenure.
15      Q.   Once you graduated from high school and
16 got your diploma -- or what was it a diploma or
17 GED?
18      A.   Diploma.
19      Q.   Okay.  Once you got your diploma what
20 sort of education did you have after that?
21      A.   I went to Columbus Tech.  I didn't
22 finish my associate's, I was -- I got on the Fire
23 Department during that time and I just kind of
24 schooled there schools.  That took precedent so I
25 went my own route, I guess if you want to say.

PAGE 14

1      Q.   Was that the last formal education you
2 had, other than preparing to be a EMT?
3      A.   Yes, sir.
4      Q.   Tell me about your preparation to
5 -- well, when did you start working for the
6 Columbus Fire & EMS Department?
7      A.   2006.
8      Q.   And what was your job when you started
9 with them?
10      A.   They hire you as fireman first and then
11 you have to go to EMT school.  Once you get out
12 of there and you pass your boards, you become a
13 firefighter EMT.
14      Q.   When did you get done with that?
15      A.   2007.
16      Q.   So you became a EMT in 2007; is that
17 correct?
18      A.   Yes, sir.  I went to paramedic school
19 in, let's see, I think it was the end of 2009 and
20 graduated or passed my boards in 2012'ish.
21      Q.   So you've been a paramedic since 2012
22 or so?
23      A.   Yes, sir.
24      Q.   Do you plan to remain as a paramedic
25 for the foreseeable future or do you have other

PAGE 15

1 plans?
2      A.   Yes, sir.
3      Q.   Which one?
4      A.   I mean, I am -- obviously with Fire
5 Department you can't go any farther than EMS on
6 EMS side.
7      Q.   Right.
8      A.   I've considered doing nursing but I
9 haven't made my mind up yet.
10      Q.   When did you make sergeant?
11      A.   July of last year, 2018.
12      Q.   Where were you employed before you
13 became a firefighter?
14      A.   For the longest tenure I was employed
15 at Winn Dixie.
16      Q.   How long did you work for them,
17 roughly?
18      A.   Sixteen till 22, so six years, seven
19 years, something like that.  Six or seven years.
20      Q.   What did you do for them?
21      A.   Anything from stocking to assistant
22 store manager.
23      Q.   Of course, your heard the names of some
24 of the police officers that have been named in
25 this lawsuit when we started, correct?

PAGE 16

1      A.   Yes, sir.
2      Q.   Are you friends with Officer Brian
3 Dudley?
4      A.   No, sir.
5      Q.   Do you socialize with him or know him
6 in any fashion other than through the Police
7 Department?
8      A.   No, sir.
9      Q.   Do you know Aaron Evrard, Officer Aaron
10 Evrard?
11      A.   No, sir.
12      Q.   Okay.  Do you know Officer Michael
13 Aguilar, other than having met them responding to
14 the scene of an emergency?
15      A.   No, sir.
16      Q.   The same question with regards to
17 Officer Ronnie Oaks?
18      A.   No, sir.
19      Q.   Are there any officers at the Columbus
20 Police Department that you actually do socialize
21 with or that you're friends with?
22      A.   Nobody that I hangout with or do
23 anything off duty with.
24      Q.   Is there any Columbus Police Department
25 officer that you would say that you know better

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 5 PAGE 17

1 than the other ones?
2   A.   I mean, other than seeing them at the
3 hospital or whatnot, I probably talk to Garrett
4 Glover more than I do anybody, that I see.
5   Q.   G-L-O-V-E-R, correct?
6   A.   Yes, sir.
7   Q.   And you said Gary?
8   A.   Garrett.
9   Q.   Garrett, okay.  Who are you closes to
10 at the Fire Department or the paramedic service?
11 I know it's all one thing, but.
12   A.   Do you mean like --
13   Q.   As far as being friends, socializing
14 with, that sort of thing?
15   A.   I would say Daniel Macon.
16   Q.   Is he a fireman?
17   A.   He's a training chief.  It would just
18 be -- the only two I talk to all the time would
19 just really be him or another sergeant named Matt
20 Burnett and that's it really.
21   Q.   B-U-R-N-E-T-T?
22   A.   Yes, sir.
23   Q.   Daniel Macon from Harris County?
24   A.   Yes, sir.
25   Q.   Where is Sergeant Burnett from?

PAGE 18

1   A.   I know it's Smiths Station but I'm not
2 sure if it's like the Russell County or the
3 -- what version I guess.
4   Q.   Okay.  I'm going to go -- well, let me
5 ask you this.  Where are you assigned right now
6 as far as stations?
7   A.   I'm station 1, B squad.
8   Q.   At B squad?
9   A.   Yes, sir.  They do an A, B and a C
10 squad.
11   Q.   What is your shift right now?
12   A.   Like which one or like we do 24 on, 48
13 off.  I'm currently on B shift.
14   Q.   Which days do B shift cover?
15   A.   We do -- we work one day off, two so it
16 just varies.  Like I got off this morning so.
17 They do -- yeah like a 24 hours so.
18   Q.   So Station 1 is downtown on 2nd Avenue,
19 correct?
20   A.   Second and -- 10th Street and 2nd
21 Avenue.
22   Q.   And approximately what area does
23 Station 1 cover?  I know that's a broad question
24 but --
25   A.   Yeah, because the engine and the ladder

PAGE 19

1 truck themself have a certain territory that
2 usually ends right where Talbotton Road hits
3 Veteran's, right in that area.  And all of the
4 way to Victory Drive and then 10th Avenue going,
5 what would that be east.  But the ambulances they
6 can go anywhere.  They don't really have -- they
7 have the same territory as the engine and the
8 ladder truck but when push come to shove and
9 trucks are out on calls, they can go anywhere.
10 You could run all over the city.
11   Q.   Okay.  Do you have a call sign?  Like
12 Medic 1, Medic 2?
13   A.   Yeah.  It would just be Medic 1, all of
14 Station 1 is what would be Engine 1, Ladder 1,
15 Medic 1.  We also have a battalion chief and it
16 would be Battalion 1.
17   Q.   Okay.  I know that the Columbus Police
18 Department has sectors A, B and C as far as radio
19 traffic.  Do you all have something similar or do
20 you monitor Columbus Police Department
21 frequencies or how does that work?
22   A.   I think our radios, we have the same
23 type they do.  We could pretty much -- certain
24 radios are possibly can hear anything but we only
25 monitor what would be fire dispatch and EMS

PAGE 20

1 dispatch.  The only other things that go along,
2 they coincide with those channels would be like
3 your -- we have we have three Tac channels, like
4 we call them Fire Tac 1, 2 and 3.  And also
5 you've got the -- so you can do radio
6 transmissions to the hospitals.
7   Q.   And that's a separate channel or is
8 that a --
9   A.   Yes.  It kind of -- the Fire Tac
10 channels go off fire dispatch and if you swap to
11 EMS the one that goes to Piedmont, Northside and
12 Midtown and St. Francis are all the EMS dispatch.
13 But they have the capabilities of, you know, we
14 have multiple different channels but those are
15 the ones we -- we're always on, we have to be on.
16   Q.   Okay.  And just so I understand, you
17 have fire dispatch and EMT or EMS dispatch?
18   A.   Yes, sir.
19   Q.   Is that just one channel?
20   A.   Well, they're separate channels.  You
21 have to -- it's like if you're on the engine and
22 the ladder truck or even a battalion chief, we
23 are always on fire dispatch.  For the ambulance,
24 they're always on the EMS dispatch.  But the
25 stations, the radios they pick up both of them

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 6   PAGE 21

1 they're constantly running no matter what you
2 have got going on.
3    Q.  So EMS has it's own dispatch channel
4 then?
5    A.  Yes, sir.
6    Q.  Did you bring anything with you today
7 in response to the subpoena duces tecum?  Just
8 Deposition Notice.
9    MR. POST:  I'm going to mark these as
10    Plaintiff's 3 and Plaintiff's 4.
11 BY MR. POST:
12    Q.  I see what you have brought what I've
13 marked as Plaintiff's 3, which is a Pre Hospital
14 Care Report.  That is the way it is titled and it
15 appears to seven pages; is that correct?
16    A.  Yes, sir.
17    Q.  And in Plaintiff's 4, on the first page
18 it says ImageTrend at the top and it says pages
19 1, 2, 3 and 4.  At the bottom of each page the
20 pages are numbered.  Would you tell us what that
21 is?  What this -- these documents are in
22 Plaintiff's 4?
23    A.  This looks like the fire side.  So when
24 we put in our calls the EMS has their own side of
25 ImageTrend.  ImageTrend is like our

PAGE 22

1 documentation, I guess program that we use.  So
2 that right there that says patient care reports,
3 the EMS side, and this right here, each time the
4 fire truck goes on a call they have to put their
5 own, like what they call a NFIRS reports, the
6 fire side report.  It's basically the fire side.
7 It's N-F-I-R-S and it's basically just the
8 documentation that the engine or ladder truck
9 that came with you.  Every single call that you
10 go on on the fire truck, you usually have to put
11 one of these in.  It's just showing their times,
12 maybe what they -- not so much when they go with
13 like the city ambulance, not so much what they
14 did, but mainly the times, personnel that are on
15 the truck, stuff like that.
16    Q.  Okay.  And somebody on the ladder truck
17 would prepare Plaintiff's Exhibit 4; is that
18 right?
19    A.  Whichever truck goes with you on the
20 call, they are the ones that would put this
21 -- what would be their side in.
22    Q.  Okay.  And on January 9th of 2017 when
23 you responded to 760 Moss Drive and actually 747
24 Moss Drive, do you remember who was on the ladder
25 truck with you that day?

PAGE 23

1    A.  I don't remember names, but if I'm
2 looking on here it tells you exactly who was on
3 there.
4    Q.  Okay.
5    A.  On the page 4.
6    Q.  Okay.  Would that help you refresh your
7 recollection?
8    A.  Somewhat, yes, sir.  I mean --
9    Q.  Who was with you on the ladder truck?
10    A.  I think this is Engine 8 that came and
11 it says William Elrod, Chad Jones, Martin Rogers,
12 and a Frederick Sherrod.
13    Q.  Okay.  And as I recall somebody got in
14 the back with you and EMT Bush, Aaron Bush and
15 assisted you on the way to The Medical Center; is
16 that right?
17    A.  Yes, sir.
18    Q.  Do you remember which one of those that
19 you just named that was in the back with you?
20    A.  Aaron Bush came off -- on the
21 ambulance, we ride together.  I do not remember
22 who got back there and was helping us.  I know we
23 had somebody driving us, I don't know which one
24 drove the ambulance to the hospital.  And I don't
25 know if I even had one of them get back there to

PAGE 24

1 be honest with you.  I know Aaron was definitely
2 back there with me.
3    Q.  Okay.  Now, I want to --
4    MR. POST:  Let's go off the record for
5    a second.
6            OFF THE RECORD.
7            ON THE RECORD.
8    MR. POST:  Back on the record.
9 BY MR. POST:
10    Q.  All right.  You're still under oath
11 obviously.
12    A.  Yes, sir.
13    Q.  And in front of you is Plaintiff's
14 Exhibit 3, which is a document that you brought
15 with you today.  And take a look at it for a
16 minute.
17    A.  (Examines exhibit.)
18    Q.  I see on the first page there is a
19 narrative.  Did you write this narrative in
20 Plaintiff's Exhibit 3 there on the front page?
21    A.  Yes, sir.
22    Q.  Okay.  One of the things I was
23 wondering about or that I wonder about is this
24 initial sentence where it says upon arrival EMS
25 found a 30 year old male sitting on the ground in

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 7   PAGE 25

```
 1  front of a residence in bilateral leg cuffs and
 2  handcuffs with CPD officers.  Actually the second
 3  sentence, the patient was conscious, alert but
 4  not speaking.  What did you mean by alert?
 5      A.  He was just conscious and what would be
 6  like alert. to just sitting there staring like,
 7  you know, he's not unconscious, he's not, you
 8  know, he's just --
 9      Q.  Basically not --
10      A.  -- sitting there alert but, you know, I
11  hadn't made it -- at that point in time had not
12  made it a point to start like asking him
13  questions or anything.  But he was sitting there
14  just like me and you would be for instance so.
15      Q.  Okay.  All right.  So basically you
16  mean he was -- he had his eyes open and he was
17  breathing basically; is that what you're saying?
18      A.  Yes, sir.
19      Q.  And you also noted that each of his
20  eyes was very sluggish; is that right?
21      A.  Yes, sir.
22      Q.  And when it says Medic 1 called Engine
23  8 to the scene; would that be you making the call
24  or?
25      A.  Yes, sir.
```

PAGE 26

```
 1      Q.  And a portion of this where it says
 2  vitals, initially NPOC; what does that mean?
 3      A.  Position of comfort.
 4      Q.  Explain that to me.
 5      A.  Usually position of comfort is usually
 6  sitting like with your feet straight out and we
 7  have the back up, like sitting in like the
 8  sitting position in a chair for instance, but
 9  with your feet on the bed.
10      Q.  And in this particular case did you do
11  any vitals in the yard of 747 Moss Drive or are
12  you referring to the back of the ambulance?
13      A.  I didn't do anything currently when we
14  were -- he was sitting in the yard, I walked up.
15  They were just -- me and the cops had
16  conversation and I said well, I'll pretty much
17  take him to the hospital.  We got the stretcher,
18  put him to stretcher.  As soon as we got to the
19  truck we started getting vital signs, which would
20  be blood sugar, you know, cardiac monitor and
21  stuff like that.
22      Because if I remember correctly it was
23  extremely -- I wouldn't say extremely cold, but
24  it was cold out there.
25      Q.  And on down the page here under R,
```

PAGE 27

```
 1  patient remained in a possible PEA rhythm,
 2  unconscious and unresponsive; what did PEA mean?
 3      A.  Pulseless electrical activity.
 4      Q.  Pulseless?
 5      A.  Yes, sir.
 6      Q.  Okay.  Without a pulse then?
 7      A.  Yes, sir.
 8      Q.  Where did this address 5201 Litchfield
 9  Road come from at the top of that page?
10      A.  To be honest, I don't know.  I assume
11  that it came off an ID or maybe something they
12  had on file.  To be honest I'm not sure.  That's
13  the only places we would have got something like
14  that.
15      Q.  According to page 2 it appears that at
16  5:40 A.M., on January the 9th of 2017 you did an
17  assessment exam; is that correct?
18      A.  Yes, sir.
19      Q.  Where did that take place?
20      A.  Those are usually like upon like
21  arrival you get some of the assessment by looking
22  at the individual, about what you see and then
23  what you see in the truck, depending on how the
24  lighting is, so it just depends.
25      Q.  So this 5:40 time is not when all of
```

PAGE 28

```
 1  this happened; is the that what you're saying?
 2  All of this assessment that's written here?
 3      A.  Well, yes.  I mean, what I'm saying is
 4  a lot of this, like if I'm talking to him or I'm
 5  looking at his eyes or whatnot, a lot of this I
 6  can get.  It's just your basic assessment of an
 7  individual when you're looking at them like.  But
 8  the only way that I could get like your breath
 9  sounds and whatnot would to -- that means I
10  started the assessment then, and then once I got
11  to the truck I can get the breath sounds and
12  whatnot.  So I can't put like multiple times for
13  that portion of the assessment, the only -- the
14  program only allows one time.
15      Q.  Okay.
16      A.  So --
17      Q.  So essentially in the yard you would
18  have been able to get the mental status and note
19  that he's incoherent; is that accurate?
20      A.  Just from like from the options they
21  give you available for like your mental status
22  just, you know, looking at the individual, not
23  talking at all but making noises and whatnot.  So
24  he's not coherent to at least what is going on
25  because he -- I wouldn't say like the normal
```

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 8  PAGE 29

```
 1  person, like with people talking or he would say
 2  something to me, especially when I spoke to him.
 3  But there was nothing, like he didn't say
 4  anything to me.
 5       Q.   And so Hector Arreola did not say a
 6  word to you and you assessed him as incoherent
 7  there in the yard, correct?
 8       A.   Yeah.  He didn't say anything to me.
 9       Q.   Okay.  And you assessed him as
10  incoherent in the yard; is that right?
11       A.   Yes, sir.
12       Q.   Okay.  The next one on this page, neuro
13  aphasic, is what it says, what does that mean?
14       A.   Not speaking, not -- I mean, not saying
15  anything to me, unable to speak.
16       Q.   Okay.  And that was in the yard as well
17  at 747 Moss Drive, correct?
18       A.   Yes, sir.
19       Q.   Okay.  Eyes, the right eye fixed/non
20  reactive, sluggish; and where did you get that
21  assessment?
22       A.   When I -- the only options like I said,
23  that are available, like I say, if you have your
24  own program or this program is -- would be it all
25  goes together so sluggish is in there, at the
```

PAGE 30

```
 1  time you could only see like between what two
 2  flashlights would be or our lights.  So they
 3  weren't like, they were real slow to reacting, I
 4  guess what would be sluggish.
 5       Q.   And my question is where did you notice
 6  that first, was that in the yard?
 7       A.   Yes, sir.
 8       Q.   Okay.  And that would have been the
 9  right eye and the left eye, correct?
10       A.   Yes, sir.
11       Q.   Okay.  You note skin was normal?
12       A.   At the time.
13       Q.   The head and face was normal, the neck
14  was normal.  Of course, there was a cut on his
15  head.  Did you see that once he was in the back
16  of the ambulance?
17       A.   At the time you really couldn't see
18  nothing out there, and a lot of times this right
19  here it doesn't give you a lot of options.  There
20  was like a gash on the side of the head or
21  something like that, so I noticed that once you
22  could get him in the light we could actually see
23  something.
24       Q.   Okay.  When did you do the chest and
25  lung assessment?
```

PAGE 31

```
 1       A.   It would have been in the truck.
 2       Q.   Okay.  The heart assessment?
 3       A.   Yes, sir.
 4       Q.   That was in the truck as well?
 5       A.   Yes, sir.
 6       Q.   Okay.  And those occurred before he
 7  went into cardiac arrest?
 8       A.   Yes, sir.
 9       Q.   What is LUQ mean?
10       A.   Like lower left quadrant, like right
11  upper quadrant.  Yeah, upper and lower pretty
12  much.  Usually we describe the abdominal area,
13  like this I guess area.  So when we're moving or
14  pressing on him or moving him or whatnot, you
15  know, there is nothing obvious, you know, that we
16  found.  We don't -- we're not an x-ray machine or
17  anything but there is nothing obvious of what we
18  saw, you know.
19       Q.   What about GU, what does that mean?
20       A.   It's just like your -- kind of like
21  your -- well, how can you put it.  It's like your
22  GI type thing, just from what we know normal.  I
23  mean, we don't do anything like past medical
24  history at the time so.
25       Q.   Okay.  Thoracic you noted as normal?
```

PAGE 32

```
 1       A.   Yes, sir.  At the time, yes, sir.
 2       Q.   Lumbar extremities, lumbar was normal
 3  but extremities you noted on the upper right was
 4  abnormal CMS; what does that mean?
 5       A.   It's just like your motor sensory, like
 6  moving them around and whatnot.  Like if I was to
 7  grab your hand and say squeeze, you would do what
 8  I say or if you could or couldn't depending on
 9  like where -- I wouldn't say mentally, but if
10  you're able to physically do it.  And at the
11  time, you know, he was not responding to a lot of
12  things that I was saying so obviously I could not
13  get, you know, like he would do that or, you
14  know, tell me, you know, I could feel this or I
15  could feel that.  So at the time it would be
16  abnormal at the time.
17       Q.   Okay.  So and that was that way in the
18  yard at 747 Moss Avenue, correct?
19       A.   Yeah, that was once we got him up and I
20  got him in the truck, that's when I'm like trying
21  to, you know, get a 100 percent head to toe
22  trying to -- because I can actually put my eyes
23  on him.  I could see him out there, but, you
24  know, it's not like light like we're sitting
25  right here, you know.  It's -- it was basically
```

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 9  PAGE 33

1  like it's 5:00 in the morning, whether it had
2  been streetlights or lights coming from a house
3  or flashlights so.
4       Q.   Okay.  And did you have a flashlight?
5       A.   I don't think I -- my partner might
6  have had a flashlight, but I don't think I had a
7  flashlight.  I think -- I'm not sure how many
8  officers were out there, but I think everybody
9  out there had a flashlight it seemed like.
10      Q.   And tell me again what CMS stands for?
11      A.   It's like circular motor sensory.  Like
12 a lot of times your pulse, you're able to move
13 your fingers, can you feel this.  You know, if I
14 pinch your finger, not that you have to pinch a
15 finger, but can you feel me touching your
16 fingers, you know, stuff like that.
17      Q.   Okay.  And on down that page I see 5:51
18 it says blood pressure was zero.  Do you see
19 where I'm looking at?
20      A.   Yes, sir.
21      Q.   Okay.  And at 5:51 A.M., is that the
22 first blood pressure that you took?
23      A.   I think what had been going on, just
24 from -- like I said, these programs you can only
25 enter certain stuff the way it is.  I had been

PAGE 34

1  trying to get a blood pressure, trying to get a
2  blood pressure, trying to get a blood pressure.
3  The monitor would not pick anything up, like it's
4  an automatic.  You set it on a timer or you could
5  just keep hitting the button trying to get one.
6  I was trying to figure everything out because of
7  the situation that we were in, I was trying to
8  get a blood pressure, couldn't get one.  As soon
9  as I got him in the truck we had been trying to
10 get a blood pressure and it wouldn't pick up.  It
11 doesn't mean that he don't have one at the time,
12 it just means they couldn't find one, it may have
13 been super low.  And so I know I moved to get one
14 manually and I couldn't hear one, so and that's
15 when we noticed like everything escalated into
16 what would be like be cardiac arrest or
17 respiratory arrest so.
18      Q.   Okay.  So did you get a -- try to get a
19 blood pressure out in the yard?
20      A.   No, sir.  He was sitting on the ground,
21 I didn't try to get a blood pressure then at all,
22 we went and got the stretcher because we were
23 right at the end of the driveway.  Put him on the
24 stretcher, got him in the truck.  I mean, it's
25 freezing outside, I'm not exactly sure what the

PAGE 35

1  temperature was, but I remember it being cold, so
2  I'm like well, I'll get him in the truck and I
3  can actually figure out exactly what's going on.
4       Q.   Okay.  And you didn't take a pulse or
5  put him on the oxygen or anything else in the
6  yard; is that correct?
7       A.   I didn't put him on oxygen.  At the
8  time he was sitting there like obviously he would
9  be breathing and whatnot, so I knew at the time
10 -- I cannot remember if I felt for a radial pulse
11 or whatnot, or my partner did at the time.  I
12 cannot remember, but I knew, you know, once I got
13 him if the truck and had put him on the cardiac
14 monitor it was -- I can't remember the rate at
15 the time, but he definitely had a pulse at the
16 time.
17      Q.   Okay.  When I see 115 here as the pulse
18 at 5:51, was that the first pulse that you took
19 and got a pulse?
20      A.   I'm pretty sure that -- yeah, I'm
21 pretty sure.  If it's on that first line, yes,
22 sir.
23      Q.   Okay.  So that's the first one?
24           MR. CASHBAUGH:  Object to form.  I
25      think he already answered that, he probably

PAGE 36

1       tried to at some point earlier, but that's
2       the first time the machine read.
3  BY MR. POST:
4       Q.   Let me go back then.  This pulse of
5  115, did you get that using a machine or did you
6  get that manually?
7       A.   I -- it had to be definitely I would
8  assume that 115 would be on the machine.  Because
9  once they said -- we were talking to him and I
10 was well, we just need to get him to the
11 hospital, we need to put him on the stretcher and
12 got him to the truck, that way we can actually
13 see everything and so it would more than likely
14 be off the machine or pulse ox or which is all
15 machines to get pulses.
16      Q.   Pulse ox, you mean pulse oximeter, is
17 that what you're saying?
18      A.   Yes, sir.
19      Q.   Okay.
20      A.   The cardiac monitor has a combination,
21 it does both.  It will pick up like strictly your
22 heart if you want it to, or you can put him on a
23 pulse ox and it will show the pulse and your O2
24 sat or respiratory, you know.
25      Q.   GCS, Glasgow Coma Scale, what does that

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 10  PAGE 37

1  mean?
2       A.    It's checking for like basically your
3  alertness.  There is different levels, like did
4  you respond to verbal, did you respond to me
5  talking to you, did, you know, was your eyes
6  responding to everything around, did they only
7  respond to verbal.  Are you moving like normal,
8  are you moving your hands or feet like normal.
9  Verbal wise, are you talking normal for an
10 appropriate age.  They do one for kids, they one
11 --
12      Q.    Well, let me -- you can keep answering
13 if you want to, but I want to ask you
14 specifically how you came up with a seven at
15 5:51?
16      A.    To be honest with you, I don't -- I
17 don't have the whole scale in front of me to be
18 honest with you, so I don't know exactly.
19 Because if you took a seven and then you put a
20 seven next to the scale you know exactly what I
21 put.  And I don't know exactly, I don't have the
22 scale in front of me so.
23      Q.    So you actually came up with this after
24 you had delivered him to The Medical Center; is
25 that right?

PAGE 38

1       A.    No, sir.  No, this is all -- you get
2  this kind of stuff like when you're -- he's right
3  there in the back of the truck.  So some of it
4  you can get like if you're looking at them
5  because obviously if you're like sir, sir, sir,
6  and they're not responding so.
7       Q.    You're not writing this down as you're
8  working on him, are you?
9       A.    What do you mean?
10      Q.    To take notes so you remember when you
11 prepare the report?
12      A.    No, sir.
13      Q.    Okay.  So the report wasn't prepared
14 until after you got back to the station, correct?
15      A.    No, sir.  That's done at the hospital.
16      Q.    At the hospital, okay.  What does -- I
17 see patient position, Fowlers, what does that
18 mean?
19      A.    Sometimes it's like a -- you have got a
20 semi Fowlers which is kind of like all the way up
21 to kind of almost like sitting straight up to
22 like your Fowler's position which is kind of like
23 almost at a 90 degree angle or maybe a little bit
24 less than a 90 degree angle.  So you're not
25 sitting straight up and down but you're a little

PAGE 39

1  bit, you know, at what they call an angle because
2  a lot of people can't sit like straight up and
3  down.
4       Q.    Does that mean in the ambulance sitting
5  that way?
6       A.    On the stretcher.
7       Q.    On the stretcher.
8       A.    Yes, sir.
9       Q.    Okay.  And I see limb, it says left
10 arm, why do you note the limb in that spot?
11      A.    I'm not sure to be honest with you.  We
12 didn't change programs, we've updated the
13 program.  I'm not sure if that part right there
14 was asking me like where I got the blood sugar or
15 what it's asking to be honest with you.
16      Q.    Okay.  So what does -- just before
17 that, what does BG and RTS stand for, those
18 columns?
19      A.    Like your BG should be your blood
20 glucose and to be honest with you, I'm not
21 exactly remembering what the RTS is on this
22 program.
23      Q.    So Hector Arreola's blood glucose at
24 5:50 A.M., was 85, correct?
25      A.    Yes, sir.

PAGE 40

1       Q.    And in SERVICES on two quality, that
2  column, it says I guess that's stands for room
3  air; is that correct?
4       A.    Yes, sir.
5       Q.    What does that mean?
6       A.    It just means if I was able to get an
7  O2 stat like on your finger you weren't on any
8  kind of oxygen at the time.  But like an nasal
9  cannula or breather or anything.
10      Q.    So when you got this pulse of 115 he
11 was not on oxygen, correct?
12      A.    At that time he was not.
13      Q.    And 12 respirations at that time; is
14 that correct?
15      A.    Yes, sir.  And sometimes like your SBO2
16 level, depending on like what your finger temp is
17 or whatnot, sometimes those are extra sensitive
18 to temperature of your fingers or -- it don't
19 matter what finger you use, sometimes they're
20 sensitive to that.  So at the time -- when I was
21 putting this in, it might not have been picking
22 up at the time, so I don't know it varies.
23      Q.    Okay.  I'm seeing at 5:48 is when you
24 started the blood sugar analysis; is that
25 correct, blood glucose analysis?

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 11  PAGE 41

1    A.  Yes, sir.
2    Q.  So that's the first thing you did when
3 you were in the back --
4    A.  Oh, yes, sir.
5    Q.  -- of the truck?
6    A.  Yes, sir.
7    Q.  Or the ambulance?
8    A.  Yes, sir.  It's just there is -- if you
9 look down here I try to put a time line.  Trying
10 to put a time line on things that I was trying to
11 get done.  So you kind of -- on here is the first
12 set, like the first like patient vitals I was
13 able to put, so I plug it into the blood glucose
14 per se.
15    Q.  Okay.  So this list, is this the order
16 that you performed these particular acts?
17    A.  It's like I said, depending on this
18 program it's everything that I did.  So I can't
19 tell you like if the, you know, if we didn't put
20 at C collar on right after the blood glucose,
21 because I'm not the only set of hands back there.
22 So it's not just me.  But obviously I'm the
23 highest level so I have to do the report.  So
24 like I said, I'm not sure like, you know, if
25 Aaron put the AED on, or Aaron put the C collar

PAGE 42

1 on, so you're basically you're doing -- you're
2 doing -- you're putting in here everything that
3 you did while you're in the back of the ambulance
4 or on the way to the hospital, whichever one you
5 want to say.
6    Q.  Okay.  Going over to page 3.
7    A.  Okay.
8    Q.  At the bottom it appears that you noted
9 abrasions and a laceration and soft tissue
10 swelling and bruising to Hector Arreola's head on
11 January the 9th of 2017; is that correct?
12    A.  Yes, sir.
13    Q.  And on his face you noted abrasions and
14 a laceration as well, correct?
15    A.  Yes, sir.
16    Q.  And on page 4, it indicates that on his
17 face you also saw soft tissue swelling and
18 bruising; is that what you saw?
19    A.  Yeah.  It's a -- like I said with these
20 programs they only give you so much, so there is
21 like no in between.  You can't type it in
22 yourself, it gives drop boxes.  So these drop
23 boxes, like if you see injury which once we got
24 him to the truck you saw like these -- no matter
25 how small or big they are, it only gives you

PAGE 43

1 things like abrasion or laceration or, you know,
2 soft tissue.  So it was like a combination of
3 like what would be a laceration or an abrasion
4 and obviously it's going to have swelling around
5 it.  That's like the only thing you could do at
6 the time when we had this program.  For instance
7 so if it's a combination of like what would be an
8 abrasion, laceration and a some swelling, that's
9 why they're individually clicked the way they
10 are.
11    Q.  So you saw each of these things that
12 are listed, correct?
13    A.  Yes, sir.  He had some -- I can't
14 exactly remember the size, but it looked like
15 some injuries to his head and face.
16    Q.  Okay.  And I see on the call time on
17 page 4, that it was a -- the urgency was listed
18 as immediate; is that right?
19    A.  Oh, yes, sir.  Yes, sir.
20    Q.  And in the column next to that it says,
21 response mode initial, no lights or sirens,
22 upgraded to lights and sirens; do you see that?
23    A.  Yes, sir.
24    Q.  Okay.  And of course, your prepared
25 this report, right?

PAGE 44

1    A.  Yes, sir.
2    Q.  What does that tell you?
3    A.  It means -- so whether -- obviously I'm
4 not -- I wasn't the person initially driving, it
5 just means that whether he was getting us out of
6 the neighborhood or not or vice versa at the
7 time, when you get in the truck, like I say if
8 I'm looking at you like right then you're like
9 okay, do we need lights and sirens.  And once I
10 got -- I told him initially no for instance, he
11 gets in the front of the truck I can talk to him
12 through the back to the front.  Once you get back
13 there and talking to him that means like I
14 upgraded it.  Like I realized okay, from what you
15 see out there in the dark, you see something a
16 little different in the day -- or not the day, in
17 the light so you're like hey, whether it be Aaron
18 or whoever, let's just go ahead and just do
19 lights and sirens and get us up there a little
20 faster, or you know, because this is more of an
21 emergency than we thought for instance, you know.
22    Q.  Response times and mileage, PSAP, what
23 does that mean?
24    A.  Just from this program, if I remember
25 correctly, I'm not 100 percent sure, I think it

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 12  PAGE 45

1  has something to do with like the dispatch
2  notified has always been the same time.  I'm not
3  exactly sure.  Some of that stuff is auto
4  populated.
5      Q.  Okay.
6      A.  So some off it is entered by myself,
7  some of it is auto populated, it just, you know,
8  it's the way the system works from our dispatch.
9      Q.  Okay.  And it says call sign M01, so
10 you with you were M1?
11     A.  Yes, sir.
12     Q.  Okay.  It says you were on scene at
13 5:39 A.M., that day, that morning?
14     A.  I mean from what I remember correctly.
15     Q.  And you had put these numbers or these
16 times, correct?
17     A.  Yes, sir.
18     Q.  Okay.  Where did you get those times
19 from?
20     A.  A lot of times you get them from
21 dispatch, but I said they auto populate into your
22 system so it all comes from our 911 dispatch.
23     Q.  And are you able to change them if
24 they're wrong?
25     A.  I mean, it just -- sometimes like if

PAGE 46

1  you a number shoots over and they give it like a
2  crazy -- like sometimes I wouldn't say it's a
3  glitch in the system, but sometimes it populates
4  a number over and you obviously know that's
5  wrong, you have to call them and verify numbers
6  and, you know, put the right number in and stuff
7  like that so.
8      Q.  So that's a yes then?
9      A.  Yes, sir.  I mean, if you have to, yes,
10 sir.
11     Q.  Okay.  And on page 5, do you know who
12 signatures are on page 5?
13     A.  Yes, sir.  I know this first one -- I
14 mean not necessarily personally, but I know RN or
15 registered nurse for Midtown or now they're
16 called Piedmont Midtown.  Dr. Spurlock was a
17 physician there at the time.  I'm not sure if he
18 still works there at all.
19     Q.  Dr. Spurlock is the emergency room
20 physician that took over the care of Hector
21 Arreola and start working on him that day; is
22 that right?
23     A.  If I remember correctly, once you go
24 into like the trauma room area which they just
25 don't just put traumas, it's multiple different

PAGE 47

1  things, but like emergency type settings, it
2  could have been him and also maybe another doctor
3  but, you know.
4      Q.  If I show you that video there in the
5  trauma room when they're working on him, will you
6  recognize Dr. Spurlock if he was there?
7      A.  I would assume so.  Yes, sir.
8      Q.  Okay.  And on the last page, page 7.
9      A.  And also a lot of times the only reason
10 we get this signature from a doctor, it's not
11 that -- I wouldn't say necessarily we pass care
12 over to a doctor, it's mainly like for like your
13 certain drugs -- or I wouldn't say drugs, by like
14 your medication that you give, you have to get
15 that signature from the physician, so.
16     Q.  And the last page, page 7.  Is that
17 your signatures at the bottom of the page?
18     A.  Yes, sir.
19     Q.  Okay.  All right.
20     MR. CASHBAUGH:  Could we break for just
21 one minute.
22     MR. POST:  Yes.
23          OFF THE RECORD.
24          ON THE RECORD.
25     MR. POST:  On the record.

PAGE 48

1  BY MR. POST:
2      Q.  Before I move on, I want to ask what
3  else or what you have reviewed in preparation for
4  your testimony here today?
5      A.  Just that normal stuff like the PCRs
6  and --
7      Q.  What is a PCR?
8      A.  Patient care reports and, you know,
9  like your documentation for trucks and just stuff
10 like that.
11     Q.  Is that essentially what we just went
12 through, Plaintiff's 3 and Plaintiff's 4; is what
13 you reviewed?
14     A.  Yeah.  Let's see if there was something
15 different.  I think so, that was it.
16     Q.  You didn't have an opportunity to
17 review the 911 dispatch calls or the EMS dispatch
18 calls for January 9th of 2017; did you?
19     A.  Oh, no.  You're talking about like the
20 calls that they pump out, I guess through 911?
21     Q.  Right.
22     A.  No, sir, I don't -- I've never seen a
23 911 call.
24     Q.  All right.  I am going to -- or I have
25 already marked what has been labeled as

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 13  PAGE 49

1  Plaintiff's Exhibit 1.  They also have some
2  numbers which are essentially Bates numbers
3  placed on them by your counsel, CCG 3188 through
4  CCG 3210, which purports to be a transcript of
5  some 911 calls or dispatch calls beginning
6  Monday, January the 9th of 2017 at 3:40 A.M.?
7      A.   Yes, sir.
8      Q.   I'm going to hand that to you.  And I
9  want to --
10         MR. CASHBAUGH:  Do you have a copy of
11      -- another copy of that.
12         MR. POST:  Yes, I think I do.
13         MR. CASHBAUGH:  If not, I can read
14      that.
15  BY MR. POST:
16      Q.   Okay.  I want to direct your attention
17  to page 17 of 23 of that recording, CCG 3204 is
18  where it starts.  And I want to play it for you
19  to make sure you can hear me.  I've got a few
20  questions about these 911 recordings and I want
21  to see if you can clear a few things up for me,
22  so.
23      A.   Okay.
24         (Whereupon, the recording was played.)
25         (Whereupon, the recording was stopped.)

PAGE 50

1              OFF THE RECORD.
2              ON THE RECORD.
3  BY MR. POST:
4      Q.   Looking at the transcript on page 32,
5  CCG 3204, page 17, we went off the record for a
6  moment because the recording number 2, track
7  number 6 is actually recording number 2, track
8  number 7 starts at 5:24 and 20 seconds.  So I am
9  going to play track 7 for you now, okay.  And you
10  can follow along there.
11      A.   All right.
12         (Whereupon, the recording was played.)
13         (Whereupon, the recording was stopped.)
14  BY MR. POST:
15      Q.   Okay.  Is that, where it says EMS, is
16  that your voice?
17      A.   It sounds like me, yes, sir.
18      Q.   Okay.  And it says which territory is
19  up; what did you mean by that?
20      A.   So, you know, you get trained in your
21  territory like to know the streets and where like
22  you automatically know they spit out at address
23  well, you know, that's not our address.
24  Sometimes dispatch, whether trucks are in service
25  or not sometimes I wouldn't say make a mistake

PAGE 51

1  but they'll not call the wrong truck but like
2  sometimes they make mistakes.  So I was like
3  yeah, he said 760 Moss Drive, it didn't sound to
4  familiar to me, so I was like whose territory is
5  up, like what territory is it.  He said 82 are
6  out and usually if it's north end, if you say 82
7  is out, usually it's north end, they were
8  sometimes not dispatching the right trucks and
9  all, they would send us from down here all the
10  way to the north end when there was a north end
11  truck up there at the time.  There was some
12  issues going on.  So I asked them if there was
13  anybody in the north end at the time and
14  obviously by looking at it he said no.  And he
15  said they had five and five is like way out near
16  Pratt and Whitney, which is way on the other side
17  of like -- I guess that would be the east side of
18  Columbus, and we're way closer to Moss Drive, so
19  that's when I said okay, you know.  What happened
20  is I guess there were some issues like the north
21  and the south, kind of thing.
22      Q.   So basically you were determining that
23  you were the closest EMS unit?
24      A.   Yes, sir.  To the medical emergency, to
25  make sure I was the closes one because obviously

PAGE 52

1  you want the closest truck to get there no matter
2  what kind of call it is, you want to closes unit.
3      Q.   And I see we're about to hear where it
4  says we have got five city there that something
5  was unintelligible.  So if you can understand
6  what that is, let me know after you hear it,
7  okay.
8      A.   Okay.
9         (Whereupon, the recording was played.)
10        (Whereupon, the recording was stopped.)
11        THE WITNESS:  I don't know what that
12     was to be honest with you.  It's five in the
13     morning, it could have been me, you know,
14     putting -- to be honest I don't know.
15  BY MR. POST:
16      Q.   Let me ask you this, going back it says
17  at north end unit, I thought I heard that north
18  end unit and then I thought I heard nobody else
19  is north, is what I heard you say; is that
20  accurate?
21      A.   Where?  Where are you asking?
22      Q.   Right where it says EMS at north end
23  unit, nobody else is going.  I thought it, I
24  heard you say that north end unit, nobody else is
25  north.  Let me play that back so you can hear it.

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 14  PAGE 53

1      A.   So you're up under -- you're saying
2  you're up under the 8 and 2 mark here?
3      Q.   Yes.
4      A.   At north.
5      Q.   Yes.
6           (Whereupon, the recording was played.)
7           (Whereupon, the recording was stopped.)
8  BY MR. POST:
9      Q.   That north end unit, nobody else is
10  north; is that what you said?
11     A.   It sounds like it.  I'm really not sure
12  to be honest with you.
13     Q.   I'm going let you listen to it again.
14          (Whereupon, the recording was played.)
15          (Whereupon, the recording was stopped.)
16          THE WITNESS:  It sound like north.
17  BY MR. POST:
18     Q.   Okay.  You're the one that said it,
19  that's why I'm asking.
20     A.   I mean, it was three years ago.  I
21  mean, I'm pretty sure that what is on there, but
22  I mean it sounds like north.
23     Q.   All right.  Now, we're going to skip
24  over to -- and that was actually -- the time when
25  that call came out to you was at 5:24 A.M. in the

PAGE 54

1  morning, correct?
2      A.   Yes, sir.
3      Q.   And I'm going to move to what is
4  reflected on the following page, page 18 of CCG
5  3205.  It says recording number 2, track number
6  8.
7           (Whereupon, the recording was played.)
8           (Whereupon, the recording was stopped.)
9  BY MR. POST:
10     Q.   All right.  It appears to me that this
11  is where it says track number 2 -- excuse me,
12  recording number 2, track 8, it is actually
13  going to be track 9 at 5:27:11.  So let's listen
14  to that one.
15          MR. POST:  Do you agree with me on
16      that, Tyler, Mr. Cashbaugh?
17          (Whereupon, the recording was played.)
18          (Whereupon, the recording was stopped.)
19  BY MR. POST:
20     Q.   Okay.  So on track 9 you responded to
21  Columbus 911, Medic 1, dispatch, repeat your last
22  traffic, correct?
23     A.   Yes, sir.
24     Q.   Okay.  So at 5:27 in the morning you
25  knew or your belief was that you needed to stand

PAGE 55

1  by for the time being, correct?
2      A.   Yes, sir.  When they tell us to stand
3  by for scene clearance or scene safety, that's
4  what we do.  It doesn't matter if you're on the
5  fire truck or the ambulance.
6      Q.   Okay.  Turning the page to page 19 CCG
7  3206 to the portion that is marked as recording
8  number 2, track 10.
9      A.   Yes, sir.
10     Q.   Based on what we have seen so far, I'm
11  going start with track 11.
12          (Whereupon, the recording was played.)
13          (Whereupon, the recording was stopped.)
14  BY MR. POST:
15     Q.   So on track 11 at 5:29 and 28 seconds
16  A.M., that's your voice as Medic 1 saying 10-4
17  coming from Station 1, it's going to be a while;
18  is that correct?
19     A.   Yes, sir.
20     Q.   And we're going to move to page 20, CCG
21  3207 where it says recording number 2, track 12
22  and I'm going start with track 13.
23          (Whereupon, the recording was played.)
24          (Whereupon, the recording was stopped.)
25  BY MR. POST:

PAGE 56

1      Q.   And on track 14 you actually -- that's
2  your voice saying Medic 1 on scene on Moss Drive,
3  correct?
4      A.   Yes, sir.
5      Q.   And at 5:36 A.M., right?
6      A.   Yes, sir.
7      Q.   And I'm going to move to track -- at
8  the bottom of the page it says track 15.
9      A.   Yes, sir.
10     Q.   I'm going to see if that's track 16.
11          (Whereupon, the recording was played.)
12          (Whereupon, the recording was stopped.)
13  BY MR. POST:
14     Q.   And it is track 16, was that your voice
15  saying Medic 1 has arrived at The Medical Center?
16     A.   No, sir.
17     Q.   Whose voice was that, do you know?
18     A.   Aaron Bush.  And just from listening to
19  it, he didn't say arrived.
20     Q.   And that was going to be my question,
21  what did you think he said?
22     A.   If you play it one more time, it sounds
23  like he says in route.
24     Q.   Okay.
25          (Whereupon, the recording was played.)

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 15  PAGE 57

1       (Whereupon, the recording was stopped.)
2       THE WITNESS: Yeah, it sounds like he
3   said in route.
4   BY MR. POST:
5       Q.   That would make more sense based on
6   what follows. Okay. That corrects one thing.
7   Because obviously you had not arrived at The
8   Medical Center at 5:48, correct?
9       A.   No, sir.
10      Q.   Now listening to these things and
11  looking at these transcripts, I never saw or
12  heard where you requested Engine 8 or requested
13  an engine to come assistant you. Would you have
14  done that through dispatch or would you have done
15  it in some other way?
16      A.   I would have done it threw dispatch, no
17  doubt about it. Yeah, because they're clearly
18  saying right here, wherever it's at, I don't
19  know, but they are clearly saying Columbus 911
20  says they said he's having a cardiac. So I'm not
21  assuming but I'm the only one that would know
22  that or be able to tell them what is going on so
23  I don't know.
24      Q.   And toward the bottom of that page you
25  were just looking, at page 21, CCG 3208, it says

PAGE 58

1   recording number 2, track 20 and again I think
2   we're one track off so I am going to play track
3   21.
4       A.   Okay.
5       (Whereupon, the recording was played.)
6       (Whereupon, the recording was stopped.)
7   BY MR. POST:
8       Q.   Hearing that transmission from Columbus
9   911 at 5:51 and 33 second, I am on track number
10  21, what does that tell you?
11      A.   You're at 5:51:33, is that what you're
12  saying? Do you want me to read what Columbus 911
13  says or?
14      Q.   Well, I'm still wondering about how
15  Columbus 911 would have known that, hearing that
16  dispatch what does that indicate as far as what
17  has been communicated to Columbus 911?
18      A.   It means, we would have called and had
19  dispatch to dispatch us help, whether it be
20  Engine 8 or whoever's territory it would have
21  been, you know.
22      Q.   And did you recognize the voice as far
23  as person speaking for Engine 8?
24      A.   No, sir.
25      Q.   I'm going ask you about the bottom of

PAGE 59

1   page 22, track number -- I think probably 24,
2   it's listed as track number 23 on here.
3       (Whereupon, the recording was played.)
4       (Whereupon, the recording was stopped.)
5   BY MR. POST:
6       Q.   All right. We just heard a rather long
7   summary to The Medical Center. Was that your
8   voice saying we're going to be in route to y'alls
9   facility, and what was said after that?
10      A.   Yes, sir. That was just me kind of
11  giving them a heads up before that engine got
12  there to let them know hey, kind of be prepared.
13  I'm trying to -- basically it's me trying to look
14  out the best for the patient, because I can do
15  what I can do in the back of the truck, but I
16  know something is going on so I want -- basically
17  what you tell them is who they get in the, like
18  the trauma room area or the ER. So if you tell
19  them, you know, I have just a headache they will
20  just evaluate him as nurses. I'm trying to let
21  them know hey, something is going on, you need to
22  activate, you know, whatever protocol that you
23  might have for that kind of stuff, so.
24      Q.   Just prior to that, to your statement,
25  somebody said when I say send one to The Medical

PAGE 60

1   Center, go to The Medical Center. Whose voice
2   was that? Did you hear that? I'll play that
3   again.
4       (Whereupon, the recording was played.)
5       (Whereupon, the recording was stopped.)
6   BY MR. POST:
7       Q.   Did you hear?
8       A.   Oh, that right there 106 M-1, that's
9   just me calling them. Like letting them know
10  -- I didn't hear them say when I say --
11      Q.   Tell me what it says if you could?
12      A.   Usually we say like --
13      Q.   Listen to it again?
14      A.   Oh, sorry.
15      (Whereupon, the recording was played.)
16      (Whereupon, the recording was stopped.)
17      THE WITNESS: 106 M-1.
18  BY MR. POST:
19      Q.   106 M-1?
20      A.   Yes, sir.
21      Q.   Okay.
22      A.   106 is like Muscogee County's, I
23  wouldn't say call sign but it's like a numerical
24  for like Muscogee County like. So they know I'm
25  M-1 from here and I'm not M-1 from Harris County.

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 16 PAGE 61

1     Q.   So it says 106 M-1 to The Medical
2 Center, going to The Medical Center?
3     A.   Go ahead, Medical Center.
4     Q.   Go ahead, okay.
5     A.   Yes, sir. I got that -- doing that,
6 you'll hear if you do other radio transmissions
7 you might not hear that 106 M-1, but that's from
8 older paramedics I rode with, that's our call
9 sign in Muscogee County.
10     Q.   All right. That makes sense. And then
11 it seems like there might have been a
12 typographical error or translation error in the
13 next sentence too. Right after we're going to be
14 in route to y'alls facility. Listen to that
15 -- what comes right after that and then see if
16 you might be able to help us interpret.
17     (Whereupon, the recording was played.)
18     (Whereupon, the recording was stopped.)
19 BY MR. POST:
20     Q.   We're going to be in route to y'alls
21 facility in a minute with a, instead of a man
22 with a?
23     A.   Yeah, it's got to be minute. That
24 doesn't sound like man to me.
25     (Whereupon, the recording was played.)

PAGE 62

1     (Whereupon, the recording was stopped.)
2 BY MR. POST:
3     Q.   The rest of is about right. Who was
4 that said that second to the last sentence on
5 -- in that same paragraph, top of page 23?
6     A.   Oh, I see.
7     Q.   Where it says unintelligible.
8     A.   Yes, sir.
9     Q.   See if we can figure that out.
10     (Whereupon, the recording was played.)
11     (Whereupon, the recording was stopped.)
12     THE WITNESS: We have got him
13     intubated.
14 BY MR. POST:
15     Q.   All right. So that unintelligible part
16 is we've got him in intubated --
17     A.   Yes, sir.
18     Q.   And we're doing CPR right now?
19     A.   Yes, sir.
20     Q.   Okay. That makes sense. Good enough
21 on the 911 recording. You didn't have an
22 opportunity to review any body cameras, police
23 body cameras or anything like that?
24     A.   No, sir.
25     Q.   In preparation for today, did you?

PAGE 63

1     A.   No, sir.
2     Q.   All right.
3     MR. POST: Off the record just for a
4   second.
5         OFF THE RECORD.
6         ON THE RECORD.
7     MR. POST: Back on the record.
8 BY MR. POST:
9     Q.   Okay. We're back on the record,
10 Sergeant Barnes, you're still under oath of
11 course.
12     A.   Yes, sir.
13     Q.   Okay. I'm going show you some video.
14 The first part of the video that I'm going show
15 you is what has been provided to us marked as CCG
16 number 11, CCG 11, which is -- purports to be
17 Officer Brian Dudley's body camera which started
18 January the 9th of 2017 at approximately 5:10
19 A.M. And I'm going to move over to approximately
20 5:25 A.M., if I can get to the right one.
21     (Whereupon, the recording was played.)
22     (Whereupon, the recording was stopped.)
23 BY MR. POST:
24     Q.   All right. Can you see anything yet?
25     MR. CASHBAUGH: I'm trying to get this

PAGE 64

1 thing on.
2 BY MR. POST:
3     Q.   Okay. I'm just going to let you listen
4 for a few minutes, okay.
5     A.   Okay.
6     Q.   And watch closely if you can.
7     (Whereupon, the recording was played.)
8     (Whereupon, the recording was stopped.)
9     MR. CASHBAUGH: Okay. Excuse me, we
10 don't have anything on the screen yet.
11     MR. POST: There should be something on
12 there. It is pretty dark, but it is
13 -- there is something on it right now. Let
14 me see what it is. We're off the record.
15         OFF THE RECORD.
16         ON THE RECORD.
17 BY MR. POST:
18     Q.   All right. Now I'm going to let you
19 listen. We're actually started about 5:25 and 13
20 seconds A.M., okay.
21     (Whereupon, the recording was played.)
22     (Whereupon, the recording was stopped.)
23 BY MR. POST:
24     Q.   Okay. So we stopped listening at 2058
25 on the video, which is on, as far as the time

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 17  PAGE 65

1  stamp is 0531 at 32 seconds, 5:31 A.M., at 32
2  seconds on that particular video.  Toward the end
3  of what we just listened to, we heard some noises
4  coming from Hector Arreola.  My question to you
5  is, the noises we heard toward the end were those
6  the same kind of moaning noises that you heard
7  when you arrived on scene when you first saw
8  Hector Arreola?
9      A.  I mean, to be honest with you, I mean
10  I'm not 100 percent sure.  It could have been a
11  combination of multiple different like noises.  I
12  just know that it was like -- it's hard to
13  explain, it had been like maybe a combination of
14  that with a little bit of like not that, like
15  maybe (witness makes noise) like that.  But I
16  mean, you know, I'm not 100 percent so.
17      Q.  A little bit less loud?
18      A.  A little bit less, you know, a little
19  bit of both I guess.
20      Q.  Okay.  And of course, we just heard
21  Hector Arreola saying he could not breathe 15
22  times or more on that video; is that true?
23          MR. CASHBAUGH:  Object to the form.
24      You can answer if you -- if it was 15 or if
25      you know.

PAGE 66

1          MR. POST:  I object to the suggestion
2      of an answer to the witness by Counsel.
3          MR. CASHBAUGH:  Well, Mark, we can
4      listen to the video.  I mean, if you wanted
5      him to go through and count, we'll do that
6      but it seems like a waste of time.
7      Everybody agrees that the video speaks for
8      itself.
9          MR. POST:  Nevertheless, I object.
10         THE WITNESS:  I don't -- I don't know
11     how many times --
12  BY MR. POST:
13      Q.  You heard Hector Arreola stating he
14  could not breathe a number of times, correct?
15      A.  Yes, sir.  I heard it.
16      Q.  Okay.  And you also heard Hector
17  Arreola begging for the police officers to get
18  off of him, correct?
19      A.  Yes, sir.
20      Q.  Of course, the struggle starting at
21  5:25 and 15 seconds A.M., and where we stopped
22  essentially, about five or six of minutes of a
23  struggle which with Hector Arreola not speaking
24  any more, true?
25      A.  I mean, the last part I heard he was,

PAGE 67

1  you know, saying what he kept saying the whole
2  time.  I'm really not sure about, you know, if he
3  completely was not saying anything.  I don't know
4  about that.
5      Q.  You didn't hear when Hector Arreola
6  ceased talking and started humming and moaning
7  and never said another word?
8      A.  If you would like to replay that back
9  part of the -- I would say the couple of minutes
10  prior to that.  It's a long -- a lot going on in
11  the video so or sound bite.
12      Q.  Let me back it up a little bit.  We're
13  going to start at 2005, 2006 which is 0530 and 40
14  seconds, 0530 A.M. and 40 seconds on the video.
15          (Whereupon, the recording was played.)
16          (Whereupon, the recording was stopped.)
17  BY MR. POST:
18      Q.  So basically all you heard after 2038
19  which is 0531 A.M., and 11 seconds on that video
20  was moaning from Hector Arreola, correct?
21      A.  Yeah.  From that and it was hard to
22  tell if it was the cop or breathing and the radio
23  traffic, it was hard to tell but it was a
24  combination of all three.
25      Q.  I'm going to show you something else as

PAGE 68

1  well.  I'm going to start at 25 and 28 seconds on
2  this video.  Which actually 25 and 27 seconds on
3  this video of Officer Dudley's body cam, which is
4  at 0536 A.M. and 1 second.
5          (Whereupon, the recording was played.)
6          (Whereupon, the recording was stopped.)
7  BY MR. POST:
8      Q.  Specifically take note of the flashing
9  lights in this part of the frame.
10          (Whereupon, the recording was played.)
11          (Whereupon, the recording was stopped.)
12  BY MR. POST:
13      Q.  On this at 0536 A.M. and 15 seconds
14  there appears to be an ambulance pulling up; is
15  that you?
16      A.  Yeah, it looks like.  Yeah.
17      Q.  And I'll let you watch a little bit
18  more?
19      A.  Yeah, sure.
20          (Whereupon, the recording was played.)
21          (Whereupon, the recording was stopped.)
22  BY MR. POST:
23      Q.  Okay.  At 0536 and 47 seconds who is
24  that pictured?
25      A.  This guy right here in the front,

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 18  PAGE 69

```
 1  that's Aaron Bush and that looks like me on the
 2  back side.
 3      Q.   Okay.  And with regards to my previous
 4  question, that was your ambulance arriving,
 5  correct?
 6      A.   Yes, sir.
 7         (Whereupon, the recording was played.)
 8         (Whereupon, the recording was stopped.)
 9  BY MR. POST:
10      Q.   Who was it that said just acting crazy
11  at 2645, Aaron?
12      A.   Aaron Bush.
13      Q.   Okay.
14         (Whereupon, the recording was played.)
15         (Whereupon, the recording was stopped.)
16  BY MR. POST:
17      Q.   And I'm seeing there at 2655 which is
18  0537 A.M. and 28 seconds, it appears that you and
19  your partner are walking up the driveway, up the
20  hill?
21      A.   Yeah.
22      Q.   Is that right?
23      A.   Yes, sir.
24         (Whereupon, the recording was played.)
25         (Whereupon, the recording was stopped.)
```

PAGE 71

```
 1  Aaron Bush along with some police officers around
 2  Hector Arreola?
 3      A.   Yes, sir.
 4      Q.   At 538 A.M., correct?
 5      A.   Yes, sir.
 6      Q.   According to this body camera time?
 7      A.   Yes, sir.
 8      Q.   Okay.  I'm going to show you another
 9  video which is CCG12 which is Officer Aaron
10  Evrard, E-V-R-A-R-D's body cam, disc one is what
11  it is labeled.
12         (Whereupon, the recording was played.)
13         (Whereupon, the recording was stopped.)
14  BY MR. POST:
15      Q.   I'm going to start it at approximately
16  -- I'm going start it at 0531 A.M., which is 255
17  on the video.
18         (Whereupon, the recording was played.)
19         (Whereupon, the recording was stopped.)
20  BY MR. POST:
21      Q.   Do you see that picture there at 0531
22  and 15 seconds?
23      A.   Yes, sir.
24      Q.   All right.  This video shows Hector
25  Arreola face down with Officer Evrard -- excuse
```

PAGE 70

```
 1  BY MR. POST:
 2      Q.   So basically Officer Dudley briefed you
 3  at the bottom of the driveway as -- upon your
 4  arrival; is that correct?
 5      A.   Yes, sir.
 6      Q.   He didn't tell you anything about being
 7  on Hector Arreola's back, did he?
 8      A.   I didn't hear anything.
 9      Q.   He didn't tell you that Hector Arreola
10  was saying he couldn't breathe, did he?
11      A.   Not from this video.
12      Q.   I want to show you Hector Arreola's
13  face at 2748 or so on this video.
14      A.   Okay.
15      Q.   We'll start at 2747 which is 0538 and
16  21 seconds.
17         (Whereupon, the recording was played.)
18         (Whereupon, the recording was stopped.)
19  BY MR. POST:
20      Q.   Actually I don't think that shows
21  Hector Arreola's face.  It just shows him sitting
22  there limp, leaning up against somebody's leg; is
23  that true?
24      A.   Yes, sir.  It looks like it.
25      Q.   Okay.  And that's you and your partner,
```

PAGE 72

```
 1  me, Officer Aguilar and Officer Dudley on Hector
 2  Arreola, correct?
 3         MR. CASHBAUGH:  Object to the form, you
 4  can answer.  You can answer, I'm sorry.
 5         THE WITNESS:  Okay.  Yes, sir.
 6  BY MR. POST:
 7      Q.   Okay.  And you didn't know any of this
 8  when you showed up to treat Hector Arreola; is
 9  that correct?
10      A.   No, sir.
11      Q.   Okay.  Let's see.  And looking at 5:38
12  A.M., and 33 seconds which is 1028 on the video,
13  it appears to be some people standing near the
14  bottom of the road near an ambulance; is that
15  -- do you know who that is?
16      A.   Just from not seeing the face, I mean
17  it looks like us.
18      Q.   Okay.  I'll let you watch for a minute.
19         (Whereupon, the recording was played.)
20         (Whereupon, the recording was stopped.)
21  BY MR. POST:
22      Q.   Does that appear to be you and EMT Bush
23  walking up the hill toward --
24      A.   Yes, sir.
25      Q.   Hector Arreola?
```

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 19  PAGE 73

```
 1        (Whereupon, the recording was played.)
 2        (Whereupon, the recording was stopped.)
 3  BY MR. POST:
 4     Q.  Somebody says, trying to make it, was
 5  that you or was that Aaron?
 6     A.  I don't know.
 7        (Whereupon, the recording was played.)
 8        (Whereupon, the recording was stopped.)
 9  BY MR. POST:
10     Q.  Did you hear it now when somebody said
11  what's up, guys?
12     A.  I heard that part, but I don't know who
13  answered.
14        (Whereupon, the recording was played.)
15        (Whereupon, the recording was stopped.)
16  BY MR. POST:
17     Q.  Okay.  Did you hear that, what's going,
18  man, was that you or Aaron Bush's voice?
19     A.  I heard it, but I mean, not that I'm
20  saying that ours is close, but our voices are
21  pretty close.  I can't tell who said it without
22  seeing the face.
23     Q.  Okay.
24        (Whereupon, the recording was played.)
25        (Whereupon, the recording was stopped.)
```

PAGE 74

```
 1  BY MR. POST:
 2     Q.  Okay.  Who is having that conversation
 3  that we're listening to now, that started about
 4  1108?  Somebody was asking the police officer if
 5  he was -- Hector Arreola was talking to y'all and
 6  one of the police officers responded no, he was
 7  talking to us at first and then somebody said hey
 8  buddy, apparently to Hector Arreola.
 9     A.  It sounded like me at that time.
10     Q.  And somebody -- one of the officers
11  said you got some sniff, sniffs and somebody
12  responded yeah, I've got some, who was that?
13     A.  I don't know who responded to that.
14     Q.  Okay.  I'll back it up and let you hear
15  it.
16        (Whereupon, the recording was played.)
17        (Whereupon, the recording was stopped.)
18  BY MR. POST:
19     Q.  Somebody said I can't tell if they are
20  dilated or not, but they're wide open though.
21  Who said that?  Was that you or Officer Bush?
22     A.  I'm not sure.  It's a combination of
23  voices and it's kind of hard to decipher who is
24  who, like between me and Aaron.
25     Q.  Take your time I'm going to let you
```

PAGE 75

```
 1  listen again.
 2        (Whereupon, the recording was played.)
 3        (Whereupon, the recording was stopped.)
 4  BY MR. POST:
 5     Q.  Did you hear that?
 6     A.  I heard it.  I don't know whose voice
 7  that was.
 8     Q.  Well, that would have been either you
 9  or Aaron Bush looking at Hector Arreola's eyes,
10  correct?
11     A.  Yeah.  But that didn't sound like
12  neither one of us at the time.  I don't know who
13  -- I'm really not sure to be honest with you.
14     Q.  Okay.
15     A.  I can't see anybody's mouth moving or
16  anything so I'm really not sure who is saying
17  what.
18     Q.  What would you have done at that point
19  being close to Hector Arreola, what is your
20  protocol as far as assessing him?
21     A.  I mean, we just try to get the, you
22  know, basic assessment, try to, you know, check
23  his responsiveness, to see if he's going to say
24  anything.  Maybe get -- we were already trying to
25  get information, so it was kind of like a
```

PAGE 76

```
 1  combination of things at that time going on.
 2  Trying to get information from CPD and -- so
 3  they're saying for instance he's not talking,
 4  we're trying to confirm what they're saying
 5  pretty much is what is going on?  To see if his
 6  mental status has changed or what was it, what is
 7  it now.
 8     Q.  So at that time that we were just
 9  looking at, around at that point you at some
10  point there looked at Hector Arreola's eyes or
11  did you not?
12     A.  Oh, I'm sure.  I'm sure I did, looking
13  like -- just from looking at the video it's hard
14  to make out, but I see myself go down and then
15  you can barely see me.  So I'm not sure what went
16  on in the video at the time.
17     Q.  Okay.  Could you tell whether Hector
18  Arreola's eyes were dilated or not, or could you
19  see them?
20     A.  Oh, I'm sure if I looked I would be
21  able to tell, but I'm not sure who said it in
22  that video.
23     Q.  Okay.  I'm just asking you what you
24  remember at this point.  Did you look at his eyes
25  when you were there at 747 Moss Drive on January
```

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 20  PAGE 77

1 the 9th?
2 A. Yes, sir. I'm sure I did, looking
3 -- doing a head to toe, yes, sir.
4 Q. Okay. Right there in the yard?
5 A. A rapid head to toe just looking at
6 what I could.
7 Q. Okay. And what did you see as far as
8 his eyes?
9 A. I mean, at the time I'm just like I put
10 in my report there, they would have been sluggish
11 at the time just looking at them like -- the
12 obviously didn't look like maybe mine or yours.
13 Q. The best you knew at that time it was a
14 psych eval, correct?
15 A. Yes, sir, I didn't know.
16 (Whereupon, the recording was played.)
17 (Whereupon, the recording was stopped.)
18 BY MR. POST:
19 Q. 1223 to 1233 or so, do you see two
20 gentlemen walking toward the ambulance?
21 A. Yes, sir.
22 Q. What are you and EMT Bush doing at that
23 time?
24 A. Walking around the passenger side of
25 the ambulance, it looks like.

PAGE 78

1 Q. For what purpose?
2 A. To get the stretcher.
3 (Whereupon, the recording was played.)
4 (Whereupon, the recording was stopped.)
5 BY MR. POST:
6 Q. Now at 1319 which is 0541 and 24
7 seconds A.M., what do you see?
8 A. Us bringing the stretcher up.
9 Q. Okay. So you and EMT Bush were walking
10 up the hill with the stretcher toward Hector
11 Arreola at that time?
12 A. Yes, sir.
13 Q. About halfway up the drive then?
14 A. Yes, sir.
15 (Whereupon, the recording was played.)
16 (Whereupon, the recording was stopped.)
17 BY MR. POST:
18 Q. So about 1423 which is about 5:42 and
19 31 seconds A.M., you all put him on the
20 stretcher; is that accurate?
21 A. Yes, sir.
22 (Whereupon, the recording was played.)
23 (Whereupon, the recording was stopped.)
24 BY MR. POST:
25 Q. Back up just one second.

PAGE 79

1 (Whereupon, the recording was played.)
2 (Whereupon, the recording was stopped.)
3 MR. POST: All right. Off the record
4 for just a second.
5 OFF THE RECORD.
6 ON THE RECORD.
7 MR. POST: All right. Let's go back on
8 the record.
9 (Whereupon, the recording was played.)
10 (Whereupon, the recording was stopped.)
11 BY MR. POST:
12 Q. We're now going to look at CCG number
13 10 which is Officer Aguilar's, Officer Michael
14 Aguilar's body camera, AMBA 0011. It starts
15 about 5:41 A.M. Do you see at nine seconds into
16 that video, 5:41:47 whose face that is? It might
17 be better at 8 seconds into it?
18 A. Yes, sir.
19 Q. Who is that?
20 A. That's myself.
21 Q. Okay. What are you doing at that
22 point?
23 A. Looks like we're putting -- looks like
24 a combination of like what would be like a waist
25 strap and harness over his shoulders.

PAGE 80

1 (Whereupon, the recording was played.)
2 (Whereupon, the recording was stopped.)
3 BY MR. POST:
4 Q. And about 32 seconds into that video at
5 0542 and 10 seconds, what is happening at that
6 point, do you see that?
7 A. I'm not sure whose flashlight that is
8 or whose hand that is, but it looks like they're
9 looking at their face.
10 Q. Okay. And why would somebody have been
11 shining a flashlight on Hector Arreola's face?
12 A. I'm not sure why. It doesn't look like
13 mine or Aaron's arm or hand, so I'm not sure what
14 exactly CPD was doing.
15 Q. Would you -- obviously that was when
16 you were at the stretcher, would you have asked
17 somebody to shine a light on him so you could see
18 him?
19 A. I mean, I might have, I'm not sure. It
20 looks like at the time I was putting straps on so
21 I'm not sure.
22 Q. I'm going let you watch it a little
23 closer.
24 A. Do you not have audio.
25 Q. No.

DEPOSITION OF: JAMES BRAD BARNES  8/19/2019

SHEET 21  PAGE 81

```
 1          (Whereupon, the recording was played.)
 2          (Whereupon, the recording was stopped.)
 3   BY MR. POST:
 4       Q.   Okay.  Do you see that picture of
 5   Hector Arreola at 5:42 and 18 seconds?
 6       A.   Yes, sir.
 7       Q.   And is that what you saw there in the
 8   yard at 747 Moss Drive or did you ever see that?
 9       A.   Just to be honest with you, I'm sure I
10   saw that, it could have been -- I don't know what
11   his facial expression was at the time.  Like I
12   can't remember, it could have been that facial
13   expression, it could have been a different one,
14   I'm not sure.
15       Q.   Well, I'm mainly talking more about his
16   eyes, what -- medically what would you describe
17   that as?
18       A.   I can't tell you, because first of all
19   the flashlight is not close enough to his eyes
20   and I can't tell you that, it's looks like black
21   dots right now.
22       Q.   So basically you're saying you just
23   didn't take the time to look at his eyes closely
24   there in the yard at 747 Moss Drive?
25       A.   I didn't say that.
```

PAGE 82

```
 1          MR. CASHBAUGH:  Object to form.
 2       Mischaracterization.  Go ahead, you can
 3       answer.
 4          THE WITNESS:  I never said that.
 5   BY MR. POST:
 6       Q.   You didn't do any oxygen satiation at
 7   that point, correct?
 8       A.   At that point, no, sir.
 9       Q.   Okay.  No BP?
10       A.   Not at that point.
11       Q.   Okay.  And your plan, based on what had
12   been told to you, was to get him in the ambulance
13   where wasn't cold and to the assess him; is that
14   accurate?
15       A.   Yes, sir.  So I could -- yeah, like
16   -- yes, sir, basically.
17       Q.   Now, that's enough for the videos.  A
18   few more questions.  Now, obviously based on what
19   you now know, having seen the video of the
20   struggle and the officers on Hector Arreola's
21   back, and him saying he couldn't breathe, Hector
22   Arreola had a pretty serious medical condition
23   there at 747 Moss Drive in the yard, true?
24          MR. CASHBAUGH:  Object to form.  You
25       can answer.
```

PAGE 83

```
 1          THE WITNESS:  I mean, I'm not sure at
 2       the time.  I don't know what like what
 3       caused what was going on.  I really don't
 4       know.
 5   BY MR. POST:
 6       Q.   I'm not asking you if you know what
 7   caused anything, I'm just asking you, based on
 8   what you have seen it's pretty apparent that
 9   Hector Arreola had a serious medical condition at
10   that time, right?
11       A.   I don't know.
12       Q.   Well, would it have made a difference
13   to you with respect to your response time and how
14   fast you were moving up the driveway and down the
15   driveway to get a gurney, if somebody would have
16   told you that they had been on his back for six
17   minutes or so?
18          MR. CASHBAUGH:  Object to form.  You
19       can answer if you know.
20          THE WITNESS:  You said I could answer
21       if I like or?
22          MR. CASHBAUGH:  No, if you understand
23       his question and have an answer to it, you
24       can answer it.
25          THE WITNESS:  Oh, I mean if obviously
```

PAGE 84

```
 1       if somebody was doing like CPR or something
 2       like that and they said they were just
 3       trying to resuscitate somebody, I'm sure
 4       there would have been more of a sense of
 5       urgency.  If they had said they felt like
 6       they injured him or something like that,
 7       there would have been a sense of urgency.
 8   BY MR. POST:
 9       Q.   And nobody told you that, did they?
10       A.   Nobody said anything like that to me.
11       Q.   Okay.  And nobody said that they had
12   sat on his back for six minutes or more, did
13   they?
14       A.   I didn't know any of that at the time.
15       Q.   All right.  And it would have made a
16   difference to you if you had known that, wouldn't
17   it?
18       A.   If I had known there was a possible
19   -- like a possibility of him being injured or
20   something wrong, I would -- it would have been
21   more of a sense of urgency, like to go faster I
22   guess you would say.
23       Q.   And you know what a hypoxia injury is,
24   right?
25       A.   Yes, sir.  There's many different ones,
```

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 22  PAGE 85

```
 1  yes, sir.
 2       Q.   Now, you know what systemic acidosis
 3  is, right?
 4       A.   It's going probably a little bit
 5  farther than my knowledge, but.
 6       Q.   You have heard of positional asphyxia
 7  and compressional asphyxia, haven't you?
 8       A.   Yes, sir.
 9       Q.   Okay.  And that can happen when
10  somebody sits on somebody's back for a period of
11  time, right?
12       A.   I'm not sure, depending on -- it could
13  be many factors that play into that.
14       Q.   Well, I'm sure you've seen things like
15  what happened in New York, the police officer
16  sitting on that gentleman.  I think his name
17  might be Eric Garner's back, and he died from
18  asphyxiation; you've seen that hadn't you?
19       A.   I don't know, I might have seen
20  something about it in the news.  I don't really
21  know to be honest with you.
22       Q.   Have they not trained you that it's
23  important to sit somebody up and get them in a
24  position that's not face down as soon as possible
25  when there's been a struggle?
```

PAGE 86

```
 1       A.   My -- what we do and what they do, I'm
 2  not sure what CPD's protocols are.  We have our
 3  own protocols.  Obviously you have to go off
 4  every situation, every situation is different,
 5  depending on what information you get and what
 6  you don't get, so.
 7       Q.   Tell me what protocols you applied in
 8  this situation.
 9       A.   There was no protocol.  Like you go to
10  what they call a psych eval, so you do your
11  patient's assessment.  You go off what you see.
12       Q.   Okay.  And all you saw was somebody
13  that was in handcuffs and leg restraints,
14  correct?
15       A.   Yes, sir, at the time.
16       Q.   Would it have made a difference in your
17  response if you had known that Hector Arreola was
18  crying and saying he couldn't breathe for three
19  minutes or so, before he gradually tapered off
20  and began to softly moan?
21            MR. CASHBAUGH:  Object to the form.
22       It's asked and answered, but you can repeat.
23            THE WITNESS:  Yeah.  I mean, it just
24       depended on the situation.  I mean, if I
25       would have known certain things, I don't
```

PAGE 87

```
 1       know, it would just be depending on how the
 2       patient would have presented --
 3  BY MR. POST:
 4       Q.   It would have mattered --
 5       A.   -- everybody is different.
 6       Q.   -- to you, wouldn't it?
 7       A.   I mean, at the time.  I mean, if he had
 8  something going on with him, yes, if he was
 9  telling me he couldn't breathe at the time, yes.
10  But I don't know any of that, that's what he was
11  saying to them.  And so, I mean it just --
12       Q.   And that's kind of my point, is that
13  nobody is telling you that Hector is saying he
14  couldn't breathe, right?
15       A.   At the time I didn't know.
16       Q.   Okay.  And as a paramedic that's
17  something you would like to know, right?
18       A.   If he was having some kind of breathing
19  problem I would have, yes, sir.  It would have.
20       Q.   Okay.  And knowing that Hector Arreola
21  said he couldn't breathe, you might have put
22  oxygen on him there in the yard, true?
23            MR. CASHBAUGH:  Objection to form.
24            THE WITNESS:  I mean, I would have
25       treated it -- I would have -- if he was
```

PAGE 88

```
 1       having problems breathing or could not
 2       breathe, I would have treated it.
 3  BY MR. POST:
 4       Q.   Okay.  And I'm asking you is that one
 5  of the things that you would have done?
 6       A.   Yes, sir.
 7       Q.   Okay.  Well, let me ask you, what would
 8  I have done if somebody had told you that Hector
 9  Arreola was saying that he couldn't breathe when
10  you arrived on the scene there on January 9th?
11       A.   If somebody would have told me that I
12  would have done my own assessment and maybe see
13  if I could get information from him, seeing if he
14  could tell me what was going on.
15       Q.   Okay.  What would you have done in the
16  yard differently that night if you knew that he
17  was saying he couldn't breathe?
18       A.   Well, I mean I would have got more
19  -- tried to get more information from him.  It
20  could have been the way he was positioned or not
21  positioned, I don't know at the time.  I just
22  would have went off what I saw and what he told
23  me.
24       Q.   But he's not talking to you, right?
25       A.   Yes, sir.
```

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 23 PAGE 89

1    Q.   Okay. So assume he cannot talk to you
2  and he's not going to talk to you, what would you
3  do knowing that he couldn't breathe?
4           MR. CASHBAUGH: I'm going to have to
5       state an objection to all our hypotheticals.
6       He's already told you he would have to
7       assess it on the scene.
8  BY MR. POST:
9    Q.   I'm asking you.
10   A.   That's what I would have done. I would
11 have done my assessment, I would of treated the
12 patient appropriately.
13   Q.   Are you telling me that you would not
14 have done anything different if they would have
15 told you that he was -- had said over and over
16 and over that he could not breathe?
17   A.   Yeah, I would have tried to figure out
18 why he couldn't breathe.
19   Q.   Okay. Well, explain that to me. What
20 would you have done differently?
21   A.   I would have done my assessment and
22 figure out why he couldn't breathe, make sure he
23 was getting good air in his lungs, if his O2 sat
24 or something was low, we would have put him on
25 oxygen, whatever the patient needed, we would

PAGE 90

1  have done.
2    Q.   And you would have done that right
3  there in the yard, right?
4    A.   There's -- yes, sir. There is oxygen,
5  we would have done that if needed right there in
6  the yard.
7    Q.   Okay. So again, it would have made a
8  difference to you, wouldn't it?
9    A.   If he needed it, yes, sir.
10   Q.   Okay. What is your protocol for
11 somebody that is hypoxic?
12   A.   There is -- you've got to try to maybe
13 figure out the reason why he's hypoxic, there's
14 many different reasons for hypoxia. So you've
15 just got to do ABC's and try to go from there and
16 maybe figure out a reason why he's hypoxic, I
17 mean, it just depends.
18   Q.   Kind of walk me through what your
19 assessment is and then what you would do to treat
20 hypoxia. What's the first thing you do?
21   A.   Well, I mean there is many different
22 reasons. So, you know, you want to get your
23 baseline vitals and you go off the baseline
24 vitals. Or let's just say his finger was cold or
25 something was going on with the a pulse, maybe

PAGE 91

1  something wasn't reading right, it's all
2  machines, you go off of how the patient presents.
3    Q.   Okay. So --
4    A.   That being said, if he needed oxygen or
5  he needed like for me to breathe for him or
6  something like that, you just go off how he
7  presents, so.
8    Q.   Don't they train you that the first
9  thing you do is give them some oxygen; is that
10 right?
11   A.   You go off your ABC's, you go off what
12 you see with the patient. You go off their skin
13 color, how they're breathing, if they're sating
14 good. I mean, you go off all of that. You just
15 don't go run and put somebody on oxygen. You
16 don't know nothing about their past medical
17 history, you don't know anything, so.
18   Q.   Well, let me ask you this. O2
19 saturation, essentially you put something on
20 their fingers or hands to get a measurement; is
21 that right?
22   A.   Yes, sir.
23   Q.   Okay. And if you find or if you see
24 that your subject or your patient has an issue
25 with their O2 saturation, what do you do?

PAGE 92

1    A.   Yes, sir. Well, so it just depends on
2  like how bad it is. It depends on how much
3  oxygen you would give them, whether it be like a
4  nasal cannula or an out breather, or --
5    Q.   Can you slow down a little bit, I
6  couldn't hear you.
7    A.   Like a nasal cannular or adult non-
8  rebreather, it depends on how much oxygen you
9  give them, it's just ways of giving oxygen.
10   Q.   Nasal cannular, that's --
11   A.   That's in the nose.
12   Q.   Okay. And that's -- spell that.
13   A.   It's called nasal cannular.
14   Q.   Okay. And the second --
15   A.   It's called an adult non-rebreather.
16   Q.   Okay. Was there another one?
17   A.   Oh, adult BVM type valve mask.
18   Q.   Okay. Anymore?
19   A.   You could go to something called a CPAP
20 but that's only for like your asthma, your COPD,
21 stuff like that. And than you have it to where
22 you put what they call intubated and you would
23 breathe with a BVM through that tube. That's
24 about the extent that we go.
25   Q.   Did you eventually put Hector Arreola

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 24  PAGE 93

1  on oxygen that morning?
2      A.   When I got in the truck, as soon as I
3  was doing my assessment is when -- at the same
4  time as we doing the assessment is the same time
5  that he happened to like -- it was like maybe a
6  couple of breaths and he took one deep breath and
7  when did that we started CPR.
8      Q.   Okay.  What else did you do at that
9  point?
10     A.   We had to put him obviously in the
11  position to do CPR.  I told my partner to pull
12  the truck over and we started what they call ACLS
13  protocols which is CPR, intubate, ventilate the
14  patient usually it's about 15 liters of oxygen
15  with BVM.  Gain IV access, give an ACLS drugs,
16  depending on what you see, what would be like on
17  the cardiac monitor or what you -- there is drugs
18  in case you think they might have done what they
19  call an opiate, you know, being overdose, it just
20  depends on what you see and what you think.
21     Q.   Okay.  And you actually were
22  interviewed by the Office of Professional
23  Standards of the Columbus Police Department on
24  January the 17th of 2017 beginning at 9:56 A.M.,
25  correct?

PAGE 94

1      A.   Yes, sir.  I'm not sure about the time,
2  but I do know I was interviewed.
3      Q.   And I'm going show you what has been
4  provided to me, which is a transcript of that
5  interview, of that videotaped interview?
6      A.   Yes, sir.
7      Q.   Which is CCG 192 through CCG 208 which
8  I have marked as Plaintiff's Exhibit 2.  Actually
9  it's the last page, it's CCG 209.  I'm showing
10  you that last page.
11     Do you recognize your signature as being on
12  page CCG 209?
13     A.   Yes, sir.
14     Q.   And when you spoke to the Office of
15  Professional Standards of the Columbus Police
16  Department, you told them the truth, correct?
17     A.   Yes, sir.
18     Q.   Okay.  You were forthcoming?
19     A.   Yes, sir.
20     Q.   Told them everything you knew?
21     A.   Yes, sir.  Everything I could remember
22  and that I knew.
23     Q.   Okay.  And that was just approximately
24  eight days after you responded to 747 Moss Drive,
25  correct?

PAGE 95

1      A.   I'm assuming so, yes, sir.
2      Q.   And I'm going let you see it so, I'm
3  not trying to trick you.  Everybody has a copy of
4  that.
5      A.   I understand.
6      Q.   And I want you to take a look at
7  Plaintiff's Exhibit 2 for a minute, and we'll
8  just give you a few minutes to read it.
9          MR. POST:  Off the record.
10             OFF THE RECORD.
11             ON THE RECORD.
12         MR. POST:  We're back on the record.
13 BY MR. POST:
14     Q.   Okay.  I understand you have already
15 reviewed Plaintiff's Exhibit 2, your statement to
16 the Office of Professional Standards prior to
17 coming in this afternoon, correct?
18     A.   Yes, sir.
19     Q.   Okay.  So was there anything that you
20 read in your review of Plaintiff's Exhibit 2,
21 your statement to the Office of Professional
22 Standards that was not correct?
23     A.   Not that I can think of.  No, sir.
24     Q.   Okay.  So Plaintiff's Exhibit 2 is
25 essentially your true and correct statement,

PAGE 96

1  correct?
2      A.   Yes, sir.  To the best of my knowledge.
3      Q.   Okay.  I think I was going to ask you
4  if you recognize that particular doctor in the
5  ER, let me see if I can pop this back up.
6          (Whereupon, the recording was played.)
7          (Whereupon, the recording was stopped.)
8  BY MR. POST:
9      Q.   All right.  Okay.  I am showing you a
10 video.
11         (Whereupon, the recording was played.)
12         (Whereupon, the recording was stopped.)
13 BY MR. POST:
14     Q.   Okay.  I'm showing you some video.
15     A.   Yes, sir.
16     Q.   Interrupt me whenever you recognize the
17 ER doctor that you see in any of these videos.
18         MR. CASHBAUGH:  One second, could we
19         state for the record what video we're
20         watching, Bates number and the minute?
21 BY MR. POST:
22     Q.   This is January 9, 2017 at 6:23:52
23 seconds A.M., is where we have it paused right
24 now.  I believe this is Officer Evrard's but I am
25 not positive.

DEPOSITION OF: JAMES BRAD BARNES 8/19/2019

SHEET 25  PAGE 97

```
 1         (Whereupon, the recording was played.)
 2         (Whereupon, the recording was stopped.)
 3  BY MR. POST:
 4      Q.  Have you seen any?
 5      A.  I saw a physician in there just looking
 6  from the side view, I don't know if you have like
 7  a facial, if he went any closer.
 8         (Whereupon, the recording was played.)
 9         (Whereupon, the recording was stopped.)
10  BY MR. POST:
11      Q.  Do you recognize that gentleman there
12  at 6:23 and 28 seconds A.M.?
13      A.  Yes, sir.  That's Dr. Spurlock.
14      Q.  Okay.  And he's attending to Hector
15  Arreola there in the emergency room, correct?
16      A.  Yes, sir.  That's trauma room.
17      Q.  Okay.  And that's the gentleman dressed
18  in kind of the maroon scrubs or?
19      A.  Yes, sir.  I can't tell what color.
20  That's him, though.
21      Q.  And that's in trauma room 3, correct,
22  T-3, correct?
23      A.  Yes, sir.
24      Q.  All right.  That's all I have.
25         MR. CASHBAUGH:  Okay.
```

PAGE 98

```
 1         COURT REPORTER:  Copy, Mr. Cashbaugh?
 2         MR. CASHBAUGH:  Yes.
 3         COURT REPORTER:  Copy, Mr. Post?
 4         MR. POST:  Yes, sir.
 5         DEPOSITION CONCLUDED AT 4:55 P.M.
```

PAGE 99

CERTIFICATE

STATE OF GEORGIA
COUNTY OF MUSCOGEE

I, Russell D. Anderson, a Georgia Certified
Court Reporter, in and for Muscogee County,
Georgia, do hereby certify that the aforegoing
pages numbered 2 through 98, inclusive, contain a
true and correct transcription of the
stenographic notes taken by me on the 19th of
August, 2019 of the testimony of Sgt. James Brad
Barnes, held at the offices of Page, Scrantom,
Sprouse, Tucker and Ford, 3rd Floor, Synovus
Building, Bay Avenue, Columbus, Georgia, 31902,
to the best of my skill and ability.

I further certify that I am not of counsel,
nor am I related to the parties in this action,
nor am I in anywise interested in the result of
said action.
WITNESS MY HAND, this 2nd day of September, 2019.


RUSSELL D. ANDERSON
COURT REPORTER
CERTIFICATE NO. B-403

PAGE 100

SGT. JAMES BRAD BARNES
_____
DEPONENT'S SIGNATURE PAGE AND ERRATA SHEET

MUSCOGEE COUNTY, GEORGIA
I DO HEREBY CERTIFY that I have read the
foregoing deposition and the following
corrections are required as a result of the
transcription:

PAGE/LINE              CORRECTION/REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed before _____, Notary Public,
this the ___ day of _____, 2019.

_____
(NAME OF NOTARY)

RUSSELL ANDERSON  COURT REPORTING  706-905-1759

DEPOSITION OF:  JAMES BRAD BARNES  8/19/2019

SHEET 26  PAGE 101

September 2, 2019

IN RE:  SIGNATURE TO DEPOSITION

Dear Mr. Cashbaugh,

    Please have SGT. JAMES BRAD BARNES, to read
his deposition and sign the errata sheet.
    After having done this, please have the
errata sheet and the signature page returned to
me for attachment to the original and filing with
the court.
    You have the required 30 days within which
to provide signature.  I will try to accommodate
you as much as possible to accomplish this.
    Should you need to contact me, please call
me at 706-905-1759 Monday through Friday.

Thank you for your attention to this matter.

Sincerely,

RUSSELL D. ANDERSON

DEPOSITION OF: JAMES BRAD BARNES 8-19-2019

## /

**/** [1] 3:18

## 0

**0011** [1] 79:14
**0530** [2] 67:13,14
**0531** [4] 65:1 67:19 71:16,21
**0536** [3] 68:4,13,23
**0537** [1] 69:18
**0538** [1] 70:15
**0541** [1] 78:6
**0542** [1] 80:5

## 1

**1** [21] 5:5 18:7,18,23 19:12,13,14,14,
14,15,16 20:4 21:19 25:22 49:1 54:
21 55:16,17 56:2,15 68:4
**10** [3] 55:8 79:13 80:5
**1028** [1] 72:12
**10-4** [1] 55:16
**100** [4] 32:21 44:25 65:10,16
**106** [6] 60:8,17,19,22 61:1,7
**10th** [2] 18:20 19:4
**11** [5] 55:11,15 63:16,16 67:19
**1108** [1] 74:4
**115** [4] 35:17 36:5,8 40:10
**12** [2] 40:13 55:21
**1223** [1] 77:19
**1233** [1] 77:19
**13** [3] 7:13 55:22 64:19
**1319** [1] 78:6
**14** [1] 56:1
**1423** [1] 78:18
**15** [7] 56:8 65:21,24 66:21 68:13 71:
22 93:14
**15-14-37** [1] 3:17
**16** [2] 56:10,14
**17** [2] 49:17 50:5
**17th** [1] 93:24
**18** [2] 54:4 81:5
**19** [1] 55:6
**192** [1] 94:7
**19th** [3] 1:37 4:9 99:9

## 2

**2** [21] 5:6 19:12 20:4 21:19 27:15 50:
6,7 53:2 54:5,11,12 55:8,21 58:1 94:
8 95:7,15,20,24 99:7 101:1
**2:30** [2] 1:38 4:9
**20** [4] 13:1 50:8 55:20 58:1
**2005** [1] 67:13
**2006** [2] 14:7 67:13
**2007** [2] 14:15,16
**2009** [1] 14:19
**2012** [1] 14:21
**2012'ish** [1] 14:20
**2015** [1] 13:9
**2016** [1] 13:9
**2017** [8] 22:22 27:16 42:11 48:18 49:
6 63:18 93:24 96:22
**2018** [1] 15:11
**2019** [6] 1:38 4:9 13:8 99:10,19 101:
1

**2038** [1] 67:18
**2058** [1] 64:24
**208** [2] 12:6 94:7
**209** [2] 94:9,12
**21** [6] 5:7,8 57:25 58:3,10 70:16
**22** [2] 15:18 59:1
**23** [2] 49:17 59:2 62:5
**24** [4] 18:12,17 59:1 78:6
**25** [2] 68:1,2
**255** [1] 71:16
**2572** [1] 2:14
**2645** [1] 69:11
**2655** [1] 69:17
**27** [1] 68:2
**2747** [1] 70:15
**2748** [1] 70:13
**28** [4] 55:15 68:1 69:18 97:12
**28th** [1] 9:4
**2nd** [3] 18:18,20 99:19

## 3

**3** [11] 2:4 5:7 20:4 21:10,13,19 24:14,
20 42:6 48:12 97:21
**3:40** [1] 49:6
**30** [2] 24:25 101:10
**31** [1] 78:19
**3188** [1] 49:3
**31902** [4] 1:37 2:11 4:8 99:13
**31902-2572** [1] 2:15
**31904** [1] 2:5
**32** [4] 50:4 65:1,1 80:4
**3204** [2] 49:17 50:5
**3205** [1] 54:5
**3206** [1] 55:7
**3207** [1] 55:21
**3208** [1] 57:25
**3210** [1] 49:4
**33** [2] 58:9 72:12
**3rd** [3] 1:36 2:9 99:12

## 4

**4** [10] 5:8 21:10,17,19,22 22:17 23:5
42:16 43:17 48:12
**4:19-cv-5-cdl** [1] 6:13
**4:55** [1] 98:5
**40** [2] 67:13,14
**47** [1] 68:23
**48** [1] 18:12
**49** [1] 5:5

## 5

**5** [4] 46:11,12
**5:00** [1] 33:1
**5:10** [1] 63:18
**5:24** [2] 50:8 53:25
**5:25** [3] 63:20 64:19 66:21
**5:27** [1] 54:24
**5:27:11** [1] 54:13
**5:29** [1] 55:15
**5:31** [1] 65:1
**5:36** [1] 56:5
**5:38** [1] 72:11
**5:39** [1] 45:13
**5:40** [2] 27:16,25

**5:41** [1] 79:15
**5:41:47** [1] 79:16
**5:42** [2] 78:18 81:5
**5:48** [2] 40:23 57:8
**5:50** [1] 39:24
**5:51** [3] 33:17,21 35:18 37:14 58:9
**5:51:33** [1] 58:11
**5201** [1] 27:8
**538** [1] 71:4

## 6

**6** [1] 50:7
**6:23** [1] 97:12
**6:23:52** [1] 96:22

## 7

**7** [5] 5:3 47:8,16 50:8,9
**706** [1] 2:16
**706-905-1759** [1] 101:14
**747** [9] 22:23 26:11 29:17 32:18 76:
25 81:8,24 82:23 94:24
**760** [2] 22:23 51:3

## 8

**8** [9] 23:10 25:23 53:2 54:6,12 57:12
58:20,23 79:17
**8.b** [1] 3:5
**82** [2] 51:5,6
**85** [1] 39:24

## 9

**9** [3] 54:13,20 96:22
**9:56** [1] 93:24
**90** [2] 38:23,24
**905-1759** [1] 2:16
**911** [11] 45:22 48:17,20,23 49:5,20
54:21 57:19 58:9,12,15,17 62:21
**94** [1] 5:6
**96** [1] 13:1
**98** [2] 12:9 99:7
**9th** [8] 22:22 27:16 42:11 48:18 49:6
63:18 77:1 88:10

## A

**a.m** [27] 27:16 33:21 39:24 45:13 49:
6 53:25 55:16 56:5 63:19,20 64:20
65:1 66:21 67:14,19 68:4,13 69:18
71:4,16 72:12 78:7,19 79:15 93:24
96:23 97:12
**aaron** [11] 1:24 6:22 16:9,9 23:14,
20 24:1 41:25,25 44:17 56:18 69:1,
11,12 71:1,9 73:5,18 74:24 75:9
**aaron's** [1] 80:13
**abc's** [2] 90:15 91:11
**abdominal** [1] 31:12
**ability** [1] 99:4
**able** [10] 13:3 28:18 32:10 33:12 40:
6 41:13 45:23 57:22 61:16 76:21
**abnormal** [2] 32:4,16
**abrasion** [3] 43:1,3,8
**abrasions** [2] 42:9,13
**access** [1] 93:15
**accommodate** [1] 101:11
**accomplish** [1] 101:12

**according** [2] 27:15 71:6
**accurate** [4] 28:19 52:20 78:20 82:
14
**acidosis** [1] 85:2
**acls** [2] 93:12,15
**acting** [1] 69:10
**action** [2] 99:16,18
**activate** [1] 59:22
**activity** [1] 27:3
**acts** [1] 41:16
**actually** [17] 16:20 22:23 25:2 30:
22 32:22 35:3 36:12 37:22 50:7 53:
24 54:12 56:1 64:19 68:2 70:20 93:
21 94:8
**address** [3] 27:8 50:22,23
**administrator** [1] 1:7 6:8
**adult** [2] 92:7,15,17
**aed** [1] 41:25
**aforegoing** [1] 99:6
**afternoon** [1] 95:17
**age** [1] 37:10
**agency** [1] 3:21
**ago** [2] 14:22 53:20
**agree** [1] 54:15
**agreed** [4] 4:2,10,16,23
**agreement** [1] 3:18
**agrees** [1] 66:7
**aguilar** [4] 1:20 6:19 16:13 72:1
**aguilar's** [1] 79:13,14
**ahead** [4] 44:18 61:3,4 82:2
**air** [2] 40:3 89:23
**alabama** [1] 11:21
**alcohol** [1] 8:6
**alert** [4] 25:3,4,6,10
**alertness** [1] 37:3
**alexis** [2] 9:11,14
**allows** [1] 28:14
**almost** [4] 10:19 13:1 38:21,23
**already** [6] 7:4 35:25 48:25 75:24
89:6 95:14
**amba** [1] 79:14
**ambulance** [16] 20:23 22:13 23:21,
24 26:12 30:16 39:4 41:7 42:3 55:5
68:14 69:4 72:14 77:20,25 82:12
**ambulances** [1] 19:5
**analysis** [2] 40:24,25
**anderson** [8] 1:34 2:13 3:10,28 4:5
99:4,20 101:17
**angle** [3] 38:23,24 39:1
**another** [6] 17:19 47:2 49:11 67:7
71:8 92:16
**answer** [10] 65:24 66:2 72:4,4 82:3,
25 83:19,20,23,24
**answered** [3] 35:25 73:13 86:22
**answering** [1] 37:11
**anybody** [3] 11:8 17:4 51:13
**anybody's** [1] 75:15
**anywise** [1] 99:17
**aphasic** [1] 29:13
**apparent** [1] 83:8
**apparently** [1] 74:8
**appear** [1] 72:22

DEPOSITION OF: JAMES BRAD BARNES 8-19-2019

appears [7] 21:15 27:15 42:8 54:10 68:14 69:18 72:13
applied [1] 86:7
appropriate [1] 37:10
appropriately [1] 89:12
approximately [5] 18:22 63:18,19 71:15 94:23
area [6] 18:22 19:3 31:12,13 46:24 59:18
arm [2] 39:10 80:13
around [8] 10:21 13:8 32:6 37:6 43:4 71:1 76:9 77:24
arreola [40] 1:4,5,8,9,10,11 6:6,7,9, 10,10,11 29:5 46:21 65:4,8,21 66: 13,17,23 67:5,20 70:9 71:2,25 72:2, 8,25 74:5,8 75:19 78:11 81:5 82:22 83:9 86:17 87:20 88:9 92:25 97:15
arreola's [10] 39:23 42:10 70:7,12, 21 75:9 76:10,18 80:11 82:20
arrest [3] 31:7 34:16,17
arrival [3] 24:24 27:21 70:4
arrived [5] 56:15,19 57:7 65:7 88:10
arriving [1] 69:4
article [1] 3:5
asphyxia [2] 85:6,7
asphyxiation [1] 85:18
assess [2] 82:13 89:7
assessed [2] 29:6,9
assessing [1] 75:20
assessment [17] 27:17,21 28:2,6, 10,13 29:21 30:25 31:2 75:22 86:11 88:12 89:11,21 90:19 93:3,4
assign [1] 4:20
assigned [1] 18:5
assistant [2] 15:21 57:13
assisted [1] 23:15
associate's [1] 13:22
assume [4] 27:10 36:8 47:7 89:1
assuming [2] 57:21 95:1
asthma [1] 92:20
attachment [1] 101:8
attended [1] 13:12
attending [1] 97:14
attention [2] 49:16 101:15
attorney [2] 3:32,34
attorneys [1] 1:36
audio [1] 80:24
august [3] 1:38 4:9 99:10
auto [3] 45:3,7,21
automatic [1] 34:4
automatically [1] 50:22
available [2] 28:21 29:23
avenue [4] 1:37 2:10 4:8 18:18,21 19:4 32:18 99:13

## B

b-403 [1] 99:22
baby's [1] 11:6
back [40] 9:19,21,23 10:3 23:14,19, 22,25 24:2,8 26:7,12 30:15 36:4 38: 3,14 41:3,21 42:3 44:12,12 52:16, 25 59:15 63:7,9 67:8,12 69:2 70:7

74:14 78:25 79:7 82:21 83:16 84:12 85:10,17 95:12 96:5
bad [1] 92:2
baptist [1] 11:2
barely [1] 76:15
barnes [9] 1:32 3:4 4:4 6:2 7:8 63: 10 99:11 100:1 101:4
baseball [1] 12:3
based [5] 55:10 57:5 82:11,18 83:7
baseline [2] 90:23,23
basic [2] 28:6 75:22
basically [15] 22:6,7 25:9,15,17 32: 25 37:2 42:1 51:22 59:13,16 67:18 70:2 81:22 82:16
bates [2] 49:2 96:20
battalion [3] 19:15,16 20:22
bay [4] 1:36 2:10 4:8 99:13
became [2] 14:16 15:13
become [1] 14:12
bed [1] 26:9
began [1] 86:20
begging [1] 66:17
beginning [3] 1:38 49:5 93:24
belief [1] 54:25
believe [1] 96:24
best [4] 59:14 77:13 96:2 99:14
better [1] 16:25 79:17
between [5] 4:2 13:9 30:1 42:21 74: 24
bg [2] 39:17,19
big [1] 42:25
bilateral [1] 25:1
bit [10] 8:9 10:22 38:23 39:1 65:14, 17,18,19 67:12 68:17 85:4 92:5
bite [1] 67:11
black [1] 81:20
blood [26] 26:20 33:18,22 34:1,2,2,8, 10,19,21 39:14,19,23 40:24,25 41: 13,20
board [1] 3:6
boards [2] 14:12,20
body [7] 62:22,23 63:17 68:3 71:6, 10 79:14
boren [2] 1:29 6:25
both [3] 20:25 36:21 65:19
bottom [8] 21:19 42:8 47:17 56:8 57:24 58:25 70:3 72:14
bought [1] 8:21
bounce [1] 10:21
box [1] 2:14
boxes [2] 42:22,23
bp [1] 82:9
brad [11] 1:32 3:4 4:4 6:2 7:8,20,21 11:3 99:10 100:1 101:4
bradley [1] 2:4
break [1] 47:20
breath [3] 28:8,11 93:6

18 88:1 91:13
breaths [1] 93:6
brian [4] 1:22 6:21 16:2 63:17
briefed [1] 70:2
bring [2] 13:3 21:6
bringing [1] 78:8
broad [1] 18:23
brothers [1] 12:14
brought [2] 21:12 24:14
bruising [2] 42:10,18
buddy [1] 74:8
building [4] 1:36 2:9 4:8 99:13
b-u-r-n-e-t-t [1] 17:21
burnett [4] 17:20,25
bush [12] 23:14,14,20 56:18 69:1,12 71:1 72:22 74:21 75:9 77:22 78:9
bush's [1] 73:18
button [1] 34:5
bvm [3] 92:17,23 93:15

## C

call [22] 19:11 20:4 22:4,5,9,20 25: 23 39:1 43:16 45:9 46:5 48:23 51:1 52:2 53:25 60:23 61:8 86:10 92:22 93:12,19 101:13
called [6] 25:22 46:16 58:18 92:13, 15,19
calling [1] 60:9
calls [7] 19:9 21:24 48:17,18,20 49: 5,5
cam [2] 68:3 71:10
came [7] 22:9 23:10,20 27:11 37:13, 22 53:25
camera [1] 63:17 71:6 79:14
cameras [2] 62:22,23
cannot [3] 35:10,12 89:1
cannula [2] 40:9 92:4
cannula [2] 92:7,10,13
capabilities [1] 20:13
capacity [6] 1:22,24,26,30 6:20,22, 23 7:1
cardiac [3] 26:20 31:7 34:16 35:13 36:20 57:20 93:17
care [5] 21:14 22:2 46:20 47:11 48: 8
cascade [1] 13:13
case [7] 3:19,20,24 6:13 10:5 26:10 93:18
cashbaugh [28] 2:8 6:16,17 11:3, 11,14 35:24 47:20 49:10,13 54:16 63:25 64:9 65:23 66:3 72:3 82:1,24 83:18,22 86:21 87:23 89:4 96:18 97: 25 98:1,2 101:3
caused [2] 83:3,7
ccg [5] 49:3,4,17 50:5 54:4 55:6,20 57:25 63:15,16 79:12 94:7,7,9,12
ccg12 [1] 71:9
caseel [1] 67:6
center [3] 13:2 23:15 37:23 56:15 57:8 59:7 60:1,1 61:2,2,3
certain [5] 19:1,23 33:25 47:13 86: 25
certificate [1] 99:1,22

certified [5] 1:34 3:9,29 4:6 99:4
certify [3] 99:6,15 100:4
chad [1] 23:11
chair [1] 26:8
change [2] 39:12 45:23
changed [2] 10:9 76:6
channel [3] 20:7,19 21:3
channels [5] 20:2,3,10,14,20
charge [1] 3:23
check [1] 75:22
checking [1] 37:2
chest [1] 30:24
chief [5] 1:28 6:24 17:17 19:15 20: 22
child [2] 1:11 6:11
children [1] 9:7
child's [1] 9:7
christian [1] 11:4
church [3] 10:20 11:8 13:11
circular [1] 33:11
city [4] 12:7 19:10 22:13 52:4
civic [1] 13:2
clear [1] 49:21
clearance [1] 55:3
clearheaded [1] 7:24
clearly [2] 57:17,19
clicked [1] 43:9
close [4] 73:20,21 75:19 81:19
closed [1] 9:22
closely [2] 64:6 81:23
closer [2] 51:18 80:23 97:7
closes [3] 17:9 51:25 52:2
closest [2] 51:23 52:1
cms [2] 32:4 33:10
coherent [1] 28:24
coincide [1] 27:7
cold [5] 26:23,24 35:1 82:13 90:24
collar [2] 41:20,25
color [1] 91:13 97:19
columbus [36] 1:3,19,27,37 2:5,11, 15 4:8 6:15,18,19,24 7:9,12,14,15 11:20,22 12:18,18 13:21 14:6 16:19, 24 19:17,20 51:18 54:21 57:19 58:8, 12,15,17 93:23 94:15 99:13
column [2] 40:2 43:20
columns [1] 39:18
coma [1] 36:25
combination [9] 36:20 43:2,7 65: 11,13 67:24 74:22 76:1 79:24
come [3] 19:8 27:9 57:13
comes [2] 45:22 61:15
comfort [2] 26:3,5
coming [4] 33:2 55:17 65:4 95:17
communicated [1] 58:17
completely [1] 67:3
compliance [1] 4:13
compound [1] 8:12
compressional [1] 85:7
concepcion [1] 1:9
conception [1] 6:9
concluded [1] 98:5
condition [2] 82:22 83:9

DEPOSITION OF:  JAMES BRAD BARNES  8-19-2019

**confirm** [1] 76:4
**congratulations** [1] 9:5
**conscious** [2] 25:3,5
**considered** [1] 15:8
**consolidated** [4] 1:18 6:18 7:15 12:19
**constantly** [1] 21:1
**contact** [1] 101:13
**contacted** [1] 3:12
**contain** [1] 99:7
**contract** [2] 3:16,18
**contractors** [1] 10:19
**conversation** [2] 26:16 74:2
**cop** [1] 67:22
**copd** [1] 92:20
**cops** [1] 26:15
**copy** [5] 49:10,11 95:3 98:1,3
**correct** [57] 7:16 14:17 15:25 17:5 18:19 21:15 27:17 29:7,17 30:9 32:18 35:6 38:14 39:24 40:3,11,14,25 42:11,14 43:12 45:16 54:1,22 55:1,18 56:3 57:8 66:14,18 67:20 69:5 70:4 71:4 72:2,9 75:10 77:14 82:7 86:14 93:25 94:16,25 95:17,22,25 96:1 97:15,21,22 99:8
**correction/reason** [1] 100:8
**correctional** [2] 12:21 13:3
**corrections** [1] 100:6
**correctly** [4] 26:22 44:25 45:14 46:23
**corrects** [1] 57:6
**couldn't** [17] 30:17 32:8 34:8,12,14 70:10 82:21 86:18 87:9,14,21 88:9,17 89:3,18,22 92:6
**council** [1] 3:7
**counsel** [7] 3:20 4:3,18,19 49:3 66:2 99:15
**count** [1] 66:5
**county** [14] 3:3 8:20 11:23 12:5,8,22 17:23 18:2 60:24,25 61:9 99:3,5 100:3
**county's** [1] 60:22
**couple** [4] 9:25 10:17 67:9 93:6
**course** [7] 8:1 15:23 30:14 43:24 63:11 65:20 66:20
**court** [19] 1:1,34 2:4,13 3:6,9,10,13,29 4:6,14,24 6:14 8:2 98:1,3 99:5,21 101:9
**cover** [3] 3:22 18:14,23
**cpap** [1] 92:19
**cpd** [3] 25:2 76:2 80:14
**cpd's** [1] 86:2
**cpr** [5] 62:18 84:1 93:7,11,13
**crazy** [1] 46:2 69:10
**cross-examination** [1] 7:2
**crying** [1] 86:18
**cuffs** [1] 25:1
**currently** [4] 7:8 8:16 18:13 26:13
**custodio** [2] 1:13 6:12
**customary** [1] 3:23
**cut** [1] 30:14

**D**

**dad** [2] 11:19,20
**dad's** [1] 12:16
**daniel** [1] 17:15,23
**dark** [2] 44:15 64:12
**date** [3] 3:31,33
**day** [8] 18:15 22:25 44:16,16 45:13 46:21 99:19 100:10
**days** [4] 12:4 18:14 94:24 101:10
**dear** [1] 101:3
**deceased** [2] 1:5 6:7
**decipher** [1] 74:23
**deep** [1] 93:6
**defendant/respondent** [1] 3:34
**defendants** [4] 1:31 2:7 6:17 7:1
**definitely** [3] 24:1 35:15 36:7
**degree** [2] 38:23,24
**delivered** [1] 37:23
**denomination** [1] 10:25
**department** [13] 1:27 6:24 13:23 14:6 15:5 16:7,20,24 17:10 19:18,20 93:23 94:16
**depended** [1] 86:24
**depending** [6] 27:23 32:8 40:16 41:17 85:12 86:5 87:1 93:16
**depends** [6] 27:24 90:17 92:1,2,8 93:20
**deponent's** [1] 100:2
**d-e-p-o-s-i-t-i-o-n** [1] 6:1
**deposition** [9] 1:32 3:4,14,15,22 4:4,11,12,21,24 8:1 21:8 98:5 100:5 101:2,5
**depositions** [1] 4:15
**dermatology** [1] 10:17
**describe** [2] 31:12 81:16
**determining** [1] 51:22
**died** [1] 85:17
**difference** [4] 83:12 84:16 86:16 90:8
**different** [9] 9:23 20:14 37:3 44:16 46:25 48:15 65:11 81:13 84:25 86:4 87:5 89:14 90:14,21
**differently** [2] 88:16 89:20
**dilated** [2] 74:20 76:18
**diploma** [4] 13:16,16,18,19
**direct** [1] 49:16
**disc** [1] 71:10
**disclosure** [1] 3:8
**discount** [1] 3:24
**dispatch** [23] 19:25 20:1,10,12,17,17,23,24 21:3 45:1,8,21,22 48:17,17 49:5 50:24 54:21 57:14,16 58:16,19,19
**dispatching** [1] 51:8
**district** [3] 1:1,2 6:15
**division** [2] 1:3 6:15
**dixie** [1] 15:15
**doctor** [9] 9:22 10:1 47:2,10,12 96:4,17
**doctor's** [2] 10:13,18
**document** [1] 24:14
**documentation** [3] 22:1,8 48:9
**documents** [1] 21:21

**doing** [12] 15:8 42:1,2 61:5 62:18 77:3,22 79:21 80:14 84:1 93:3,4
**done** [21] 14:14 38:15 41:11 57:14,14,16 75:18 88:5,8,12,15 89:10,11,14,20,21 90:1,2,5 93:18 101:6
**dots** [1] 81:21
**doubt** [1] 57:17
**down** [12] 13:4 26:25 33:17 38:7,25 39:3 41:9 51:11 71:25 76:14 83:14 85:24 92:5
**downtown** [1] 18:18
**dressed** [1] 97:17
**drift** [1] 8:9
**drive** [9] 19:4 22:23,24 26:11 29:17 51:3,18 56:2 76:25 78:13 81:8,24 82:23 94:24
**driveway** [5] 34:23 69:19 70:3 83:14,15
**driving** [2] 23:23 44:4
**drop** [2] 42:22,22
**drove** [1] 23:24
**drugs** [5] 8:6 47:13,13 93:15,17
**duces** [1] 21:7
**dudley** [5] 1:22 6:21 16:3 70:2 72:1
**dudley's** [2] 63:17 68:3
**duly** [1] 6:3
**during** [1] 13:23
**duty** [1] 16:23

**E**

**each** [4] 21:19 22:3 25:19 43:11
**earlier** [2] 11:15 36:1
**east** [2] 19:5 51:17
**education** [2] 13:20 14:1
**effect** [1] 4:13
**eight** [2] 12:12 94:24
**either** [1] 75:8
**electrical** [1] 27:3
**elrod** [1] 23:11
**emergency** [6] 16:14 44:21 46:19 47:1 51:24 97:15
**employed** [2] 15:12,14
**employs** [1] 7:16
**ems** [20] 7:10,12,15 12:18 14:6 15:5,6 19:25 20:11,12,17,24 21:3,24 22:3 24:24 48:17 50:15 51:23 52:22 72:22 77:22 78:9
**emt** [9] 14:2,11,13,16 20:17 23:14 72:22 77:22 78:9
**end** [12] 12:2 14:19 34:23 51:6,7,10,10,13 52:17,18,22,24 53:9 65:2,5
**ends** [1] 19:2
**engine** [12] 18:25 19:7,14 20:21 22:8 23:10 25:22 57:12,13 58:20,23 59:11
**enough** [6] 62:20 81:19 82:17
**enter** [1] 33:25
**entered** [1] 45:6
**eric** [1] 85:17
**errata** [3] 100:2 101:5,7
**eventually** [1] 92:25
**e-v-r-a-r-d's** [1] 71:10
**er** [3] 59:18 96:5,17
**error** [2] 61:12,12

**escalated** [1] 34:15
**especially** [2] 8:9 29:2
**essentially** [6] 28:17 48:11 49:2 66:22 91:19 95:25
**estate** [2] 1:8 6:9
**eval** [1] 77:14 86:10
**evaluate** [1] 59:20
**even** [2] 20:22 23:25
**everybody** [4] 33:8 66:7 87:5 95:3
**everything** [8] 34:6,15 36:13 37:6 41:18 42:2 94:20,21
**evidence** [1] 4:22
**evrard** [6] 1:25 6:22 16:9,10 71:10,25
**evrard's** [1] 96:24
**exactly** [11] 11:18 23:2 34:25 35:3 37:17,19,20 39:21 43:14 45:3 80:14
**exam** [1] 27:17
**examination** [1] 5:3
**examines** [1] 24:17
**except** [1] 4:18
**excuse** [3] 54:11 64:9 71:25
**exhibit** [14] 5:5,6,7,8 22:17 24:14,17,20 49:1 94:8 95:7,15,20,24
**exhibits** [1] 5:4
**explain** [3] 26:4 65:13 89:19
**explained** [1] 11:14
**expression** [2] 81:11,13
**extent** [1] 92:24
**extra** [1] 40:17
**extremely** [2] 26:23,23
**extremities** [2] 32:2,3
**eye** [3] 29:19 30:9,9
**eyes** [12] 25:16,20 28:5 29:19 32:22 37:5 75:9 76:10,18,24 77:8 81:16,19,23

**F**

**face** [13] 30:13 42:13,17 43:15 70:13,21 71:25 72:16 73:22 79:16 80:9,11 85:24
**facial** [3] 81:11,12 97:7
**facility** [4] 13:5 59:9 61:14,21
**factors** [1] 85:13
**familiar** [1] 51:4
**far** [9] 17:13 18:6 19:18 55:10 58:16,22 64:25 75:20 77:7
**farther** [2] 15:5 85:5
**fashion** [1] 16:6
**fast** [1] 83:14
**faster** [2] 44:20 84:21
**feel** [4] 32:14,15 33:13,15
**feeling** [1] 7:23
**feet** [3] 26:6,9 37:8
**felt** [2] 35:10 84:5
**few** [6] 13:10 49:19,21 64:4 82:18 95:8
**figure** [7] 34:6 35:3 62:9 89:17,22 90:13,16
**file** [1] 27:12
**filing** [2] 4:24 101:8
**financial** [1] 3:24
**find** [4] 10:22,23 34:12 91:23

DEPOSITION OF: JAMES BRAD BARNES  8-19-2019

fine [1] 11:16
finger [6] 33:14,15 40:7,16,19 90:24
fingers [3] 33:13,16 40:18 91:20
finish [1] 13:22
fire [21] 7:9,9,12,14 12:18 13:22 14:6 15:4 17:10 19:25 20:4,9,10,17,23 21:23 22:4,6,6,10 55:5
firefighter [2] 14:13 15:13
fireman [2] 14:10 17:16
first [20] 6:3 14:10 21:17 24:18 30:6 33:22 35:18,21,23 36:2 41:2,11,12 46:13 63:14 65:7 74:7 81:18 90:20 91:8
five [5] 51:15,15 52:4,12 66:22
fixed/non [1] 29:19
flashing [1] 68:8
flashlight [7] 33:4,6,7,9 80:7,11 81:19
flashlights [2] 30:2 33:3
floor [3] 1:36 2:9 99:12
follow [1] 50:10
following [3] 3:8 54:4 100:5
follows [2] 6:4 57:6
force [1] 4:13
ford [3] 1:35 4:7 99:12
foregoing [1] 100:5
foreman [1] 13:5
foreseeable [1] 14:25
form [9] 4:19 35:24 65:23 72:3 82:1,24 83:18 86:21 87:23
formal [1] 14:1
forthcoming [1] 94:18
found [2] 24:25 31:16
fowler's [1] 38:22
fowlers [2] 38:17,20
frame [1] 68:9
francis [2] 10:16 20:12
frederick [1] 23:12
freezing [1] 34:25
frequencies [1] 19:21
friday [1] 101:14
friend [2] 1:12 6:12
friends [3] 6:2,21 17:13
front [8] 24:13,20 25:1 37:16,21 44:11,12 68:25
full [1] 4:13
further [3] 4:16,23 99:15
future [1] 14:25

**G**

gain [1] 93:15
garner's [1] 85:17
garrett [3] 17:3,8,9
gary [1] 17:7
gash [1] 30:20
gcs [1] 36:25
ged [1] 13:17
gentleman [3] 85:16 97:11,17
gentlemen [1] 77:20
georgia [21] 1:2,19,34,37 2:5,11,15 3:2,7,9 4:5,8 6:15,19 8:16 11:24 99:2,4,6,13 100:3
gets [2] 11:5 44:11

getting [3] 26:19 44:5 89:23
gi [1] 31:22
give [10] 28:21 30:19 42:20 46:1 47:14 91:9 92:3,9 93:15 95:8
given [1] 3:25
gives [2] 42:22,25
giving [3] 8:2 59:11 92:9
glasgow [1] 36:25
glitch [1] 46:3
g-l-o-v-e-r [1] 17:5
glover [1] 17:4
glucose [5] 39:20,23 40:25 41:13,20
got [41] 10:9 12:3 13:16,19,22 18:16 20:5 21:2 23:13,22 26:17,18 27:13 28:10 32:19,20 34:9,22,24 35:12,19 36:12 38:14,19 39:14 40:10 42:23 44:10 49:19 52:4 59:11 61:5,23 62:12,16 74:11,12 88:18 90:12,15 93:2
gotcha [2] 11:10,13
government [4] 1:18 6:18 7:15 12:19
grab [1] 85:9
grade [2] 12:10,12
gradually [1] 86:19
graduated [2] 13:15 14:20
ground [2] 24:25 34:20
grounds [1] 4:20
grow [1] 11:22
growing [1] 13:11
gu [1] 31:19
guess [10] 9:19 10:2,16 13:2,5,25 18:3 22:11 30:4 31:13 40:2 48:20 51:17,20 65:19 84:22
gurney [1] 83:15
guy [1] 68:25
guys [1] 73:11

**H**

half [1] 12:2
halfway [1] 78:13
hamilton [2] 8:16 9:12
hand [5] 32:7 49:8 80:8,13 99:19
handcuffs [2] 25:2 86:13
hands [3] 37:8 41:21 91:20
hangout [1] 16:22
happen [1] 85:9
happened [4] 28:1 51:19 85:15 93:5
happening [1] 80:5
hard [5] 65:12 67:21,23 74:23 76:13
harness [1] 79:25
harris [3] 8:19 17:23 60:25
hartford [1] 11:21
head [6] 30:13,15,20 32:21 42:10 43:15 77:3,5
headache [1] 59:19
heads [1] 59:11
hear [20] 19:24 34:14 49:19 52:3,6,25 60:2,7,10 61:6,7 67:5 70:8 73:10,17 74:14 75:5 92:6
heard [20] 15:23 52:17,18,19,24 57:12 59:6 65:3,5,6,20 66:13,15,16,25

67:18 73:12,19 75:6 85:6
hearing [2] 58:8,15
heart [2] 31:2 36:22
hector [17] 1:5,8,10,11 6:7,9,10,11 29:5 39:23 42:10 46:20 65:4,8,21 66:13,16,23 67:5,20 70:7,9,12,21 71:2,24 72:1,8,25 74:5,8 75:9,19 76:10,17 78:10 80:11 81:5 82:20,21 83:9 86:17 87:13,20 88:8 92:25 97:14
held [1] 99:11
help [4] 13:4 23:6 58:19 61:16
helping [1] 23:22
hereby [2] 99:6 100:4
high [4] 11:25 12:1,13 13:15
highest [1] 41:23
highway [1] 12:6
hill [3] 69:20 72:23 78:10
hills [1] 13:14
hire [1] 14:10
history [2] 31:24 91:17
hits [1] 19:2
hitting [1] 34:5
hold [1] 7:8
home [1] 12:1
hon [2] 2:3,8
honest [5] 24:1 27:10,12 37:15,17 39:11,15,20 52:12,14 53:12 65:9 75:13 81:9 85:21
horizon's [5] 9:16,20,24 10:3,13
hospital [8] 17:3 21:13 23:24 26:17 36:11 38:15,16 42:4
hospitals [2] 10:17 20:6
hours [1] 18:17
house [2] 8:21 33:2
humming [1] 67:6
hurt [1] 12:3
hypotheticals [1] 89:5
hypoxia [3] 84:23 90:14,20
hypoxic [2] 90:11,13,16

**I**

id [1] 27:11
imagetrend [3] 21:18,25,25
imee [2] 1:12 6:12
immediate [1] 43:18
important [1] 85:23
inclusive [1] 99:7
incoherent [3] 28:19 29:6,10
index [2] 5:1,4
indicate [1] 58:16
indicates [1] 42:16
individual [11] 1:21,23,25,29 6:20,21,23,25 27:22 28:7,22
individually [1] 43:9
influence [1] 8:5
information [9] 75:25 76:2 86:5 88:13,19
initial [2] 24:24 43:21
initially [3] 26:2 44:4,10
injured [2] 84:6,19
injuries [1] 43:15
injury [3] 42:23 84:23
instance [5] 25:14 26:8 43:6 44:10,

21 76:3
instead [1] 61:21
interested [1] 99:17
interpret [1] 61:16
interrupt [1] 96:16
interview [2] 94:5,5
interviewed [2] 93:22 94:2
intubate [1] 93:13
intubated [2] 62:13,16 92:22
issue [1] 91:24
issues [2] 51:12,20
itself [1] 66:8
iv [1] 93:15

**J**

j-a-c-k-s-o-n [1] 10:10
jackson [1] 10:4
jail [1] 12:22
james [9] 1:32 3:4 4:4 6:2 7:8,20 99:10 100:1 101:4
january [10] 22:22 27:16 42:11 48:18 49:6 63:18 76:25 88:10 93:24 96:22
jezreel [2] 1:12 6:12
job [2] 9:25 14:8
jones [1] 23:11
judicial [1] 3:7
july [3] 1:35 15:11
jury [3] 8:3 11:6,7

**K**

keep [2] 34:5 37:11
kept [1] 67:1
kids [1] 37:10
kind [20] 10:21 13:23 20:9 31:20 38:2,20,21,22 40:8 41:11 51:21 52:2 59:10,12,23 65:6 74:23 75:25 87:12,18 90:18 97:18
knowing [1] 87:20 89:3
knowledge [2] 85:5 96:2
known [5] 58:15 84:16,18 86:17,25

**L**

labeled [2] 48:25 71:11
laceration [5] 42:9,14 43:1,3,8
ladder [8] 18:25 19:8,14 20:22 22:8,16,24 23:9
last [10] 10:4 14:1 15:11 47:8,16 54:21 62:4 66:25 94:9,10
laws [1] 4:14
lawsuit [1] 15:25
leaning [1] 70:22
least [1] 28:24
left [3] 30:9 31:10 39:9
leg [3] 25:1 70:22 86:13
less [1] 38:24 65:17,18
letting [1] 60:9
level [2] 40:16 41:23
levels [1] 37:3
light [4] 30:22 32:24 44:17 80:17
lighting [1] 17:24
lights [5] 30:2 33:2 43:21,22 44:9,19 68:9
likely [1] 36:13

DEPOSITION OF:  JAMES BRAD BARNES  8-19-2019

**limb** [2] 39:9,10
**limits** [1] 12:7
**limp** [1] 70:22
**line** [3] 35:21 41:9,10
**list** [1] 41:15
**listed** [3] 43:12,17 59:2
**listen** [8] 53:13 54:13 60:13 61:14 64:3,19 66:4 75:1
**listened** [1] 65:3
**listening** [4] 56:18 57:10 64:24 74:3
**litchfield** [1] 27:8
**liters** [1] 93:14
**litigation** [1] 3:26
**little** [16] 8:9 9:21 10:22 38:23,25 44:16,19 65:14,17,18,18 67:12 68:17 80:22 85:4 92:5
**live** [5] 8:15,16 9:12 11:9 12:5
**lived** [1] 8:19
**lives** [2] 11:20,21
**long** [7] 7:11 8:19 9:17 15:16 59:6 67:10
**longest** [2] 13:14 15:14
**look** [10] 10:5 24:15 41:9 59:13 76:24 77:12 79:12 80:12 81:23 95:6
**looked** [3] 43:14 76:10,20
**looking** [23] 2 27:21 28:5,7,22 33:19 38:4 44:8 50:4 51:14 57:11,25 72:11 75:9 76:9,12,13 77:2,5,11 80:9 97:5
**looks** [11] 21:23 68:16 69:1 70:24 72:17 77:25 79:23,23 80:8,20 81:20
**lot** [10] 28:4,5 30:18,19 32:11 33:12 39:2 45:20 47:9 67:10
**loud** [1] 65:17
**low** [2] 34:13 89:24
**lower** [2] 31:10,11
**lpn** [1] 9:16
**lumbar** [2] 32:2,2
**lung** [1] 30:25
**lungs** [1] 89:23
**luq** [1] 31:9

## M

**m01** [1] 45:9
**m-1** [7] 60:8,17,19,25,25 61:1,7
**m1** [1] 45:10
**machine** [5] 31:16 36:2,5,8,14
**machines** [2] 36:15 91:2
**macon** [2] 17:15,23
**made** [9] 3:22 4:18 15:9 25:11,12 83:12 84:15 86:16 90:7
**mainly** [5] 11:13 13:13 22:14 47:12 81:15
**male** [1] 24:25
**man** [3] 61:21,24 73:18
**manager** [1] 15:22
**manually** [2] 34:14 36:6
**many** [7] 12:4 33:7 66:11 84:25 85:13 90:14,21
**mark** [6] 2:3 6:5 7:5 21:9 53:2 66:3
**marked** [5] 21:13 48:25 55:7 63:15 94:8

**maroon** [1] 97:18
**marriages** [1] 8:25
**married** [2] 8:23 10:8
**martin** [1] 23:11
**mask** [1] 92:17
**matt** [1] 17:19
**matter** [8] 21:1 40:19 42:24 52:1 55:4 101:15
**mattered** [1] 87:4
**mean** [55] 10:21 15:4 17:2,12 23:8 25:4,16 26:2 27:2 28:3 29:13,14 31:9,19,23 32:4 34:11,24 36:16 37:1 38:9,18 39:4 40:5 44:23 45:14,25 46:9,14 50:19 53:20,21,22 65:9,9,16 66:4,25 72:16 73:19 75:21 77:9 80:19 83:1,25 86:23,24 87:7,7,11,24 88:18 90:17,21 91:14
**means** [7] 28:9 34:12 40:6 44:3,5,13 58:18
**measurement** [1] 91:20
**medic** [7] 7:9 19:12,12,13,15 25:22 54:21 55:16 56:2,15
**medical** [15] 23:15 31:23 37:23 51:24 56:15 57:8 59:7,25 60:1 61:1,2,3 82:22 83:9 91:16
**medically** [1] 81:16
**medication** [1] 47:14
**mental** [3] 28:18,21 76:6
**mentally** [1] 32:9
**met** [2] 7:4 16:13
**michael** [4] 1:20 6:19 16:12 79:13
**middle** [2] 1:2 6:14
**midtown** [2] 20:12 46:15,16
**might** [9] 3:21 8:8 9:18,24 10:4 33:5 40:21 59:23 61:7,11,16 79:16 80:19 85:17,18 87:21 93:18
**mileage** [1] 44:22
**mind** [1] 15:9
**mine** [2] 77:12 80:13
**minor** [2] 1:11 6:11
**minute** [7] 24:16 47:21 61:21,23 72:18 95:7 96:20
**minutes** [7] 64:4 66:22 67:9 83:17 84:12 86:19 95:8
**mischaracterization** [1] 82:2
**missing** [1] 12:4
**mistake** [1] 50:25
**mistakes** [1] 51:2
**moan** [1] 86:20
**moaning** [3] 65:6 67:6,20
**mode** [1] 43:21
**mom** [2] 11:19,20
**moment** [1] 50:6
**monday** [2] 49:6 101:14
**monitor** [7] 19:20,25 26:20 34:3 35:14 36:20 93:17
**morning** [7] 18:16 33:1 45:13 52:13 54:1,24 93:1
**moss** [8] 22:23,24 26:11 29:17 32:18 51:3,18 56:2 76:25 81:8,24 82:23 94:24
**mostly** [1] 13:12

**mother** [2] 9:7 11:6
**motor** [2] 32:5 33:11
**mouth** [1] 75:15
**move** [7] 12:8 33:12 48:2 54:3 55:20 56:7 63:19
**moved** [4] 10:1,23 12:12 34:13
**moving** [7] 31:13,14 32:6 37:7,8 75:15 83:14
**mpost@markpostlaw.com** [1] 2:6
**ms** [2] 5:3 9:14
**much** [12] 11:5,23 19:23 22:12,13 26:16 31:12 42:20 76:5 92:2,8 101:12
**multiple** [4] 20:14 28:12 46:25 65:11
**muscogee** [3] 3:3 12:22 60:22,24 61:9 99:3,5 100:3
**myself** [3] 45:6 76:14 79:20

## N

**name** [6] 7:5,6 9:10 10:4 85:16 100:7,12
**named** [3] 15:24 17:19 23:19
**names** [3] 10:19 15:23 23:1
**narrative** [2] 24:19,19
**nasal** [5] 40:8 92:4,7,10,13
**near** [5] 51:15 72:13,14
**necessarily** [2] 46:14 47:11
**necessary** [1] 4:17
**neck** [1] 30:13
**need** [5] 36:10,11 44:9 59:21 101:13
**needed** [6] 54:25 89:25 90:5,9 91:4,5
**neighborhood** [1] 44:6
**neither** [1] 75:12
**neuro** [1] 29:12
**never** [5] 10:8 48:22 57:11 67:7 82:4
**nevertheless** [1] 66:9
**new** [6] 9:16,20,23 10:3,12 85:15
**news** [1] 85:20
**next** [8] 1:12 6:12 29:12 37:19 43:20 61:13
**n-f-i-r-s** [1] 22:7
**nfirs** [1] 22:5
**night** [1] 88:16
**nine** [1] 79:15
**ninth** [1] 12:12
**nobody** [6] 16:22 52:18,23,24 53:9 84:9,10,11 87:13
**noise** [1] 65:15
**noises** [5] 28:23 65:3,5,6,11
**non** [1] 92:7
**non-rebreather** [1] 92:15
**nor** [2] 99:16,17
**normal** [11] 28:25 30:11,13,14 31:22,25 32:2 37:7,8,9 48:5
**north** [7] 51:6,7,10,10,13,20 52:17,17,19,22,24,25 53:4,9,10,16,22
**northside** [1] 20:11
**nose** [1] 92:11

**notary** [1] 100:11
**note** [5] 28:18 30:11 39:10 68:8
**noted** [5] 25:19 31:25 32:3 42:8,13
**notes** [2] 38:10 99:9
**nothing** [5] 29:3 30:18 31:15,17 91:16
**notice** [3] 4:24 21:8 30:5
**noticed** [2] 30:21 34:15
**notified** [1] 45:2
**november** [1] 7:13
**npoc** [1] 26:2
**number** [26] 6:13 46:1,4,6 50:6,7,7,8 54:5,5,11,12 55:8,21 58:1,9 59:1,2 63:16 66:14 79:12 96:20
**numbered** [1] 21:20 99:7
**numbers** [4] 45:15 46:5 49:2,2
**numerical** [1] 60:23
**nurse** [1] 46:15
**nurses** [2] 10:19 59:20
**nursing** [1] 15:8

## O

**o.c.g.a** [1] 3:16
**o2** [5] 36:23 40:7 89:23 91:18,25
**oaks** [1] 16:17
**oath** [2] 24:10 63:10
**object** [9] 35:24 65:23 66:1,9 72:3 82:1,24 83:18 86:21
**objection** [6] 87:23 89:5
**objections** [2] 4:17,20
**obvious** [2] 31:15,17
**obviously** [19] 8:6 15:4 24:11 32:12 35:8 38:5 41:22 43:4 44:3 46:4 51:14,25 57:7 77:12 80:15 82:18 83:25 86:3 93:10
**occupation** [2] 9:15 12:16
**occurred** [1] 31:6
**october** [1] 9:4
**offered** [1] 4:22
**office** [5] 10:13 93:22 94:14 95:16,21
**officer** [26] 1:19,22,24 6:19,21,22 12:21 13:3 16:2,9,12,17,25 63:17 68:3 70:2 71:9,25 72:1,1 74:4,21 79:13,13 85:15 96:24
**officers** [9] 15:24 16:19 25:2 33:8 66:17 71:1 74:6,10 82:20
**offices** [3] 3:12 4:6 10:18 99:11
**official** [8] 1:21,23,26,30 6:20,22,23 7:1
**okay** [148] 7:4,11,14,20 8:5,8,13 10:7,12 13:19 16:12 17:9 18:4 19:11,17 20:16 22:16,22 23:4,6,13 24:3,22 25:15 27:6 28:15 29:9,12,16,19 30:8,11,24 31:2,6,25 32:17 33:4,17,21 34:18 35:4,17,23 36:19 38:13,16 39:9,16 40:23 41:15 42:6,7 43:16,24 44:9,14 45:5,9,12,18 46:11 47:8,19 49:16,23 50:9,15,18 51:19 52:7,8 53:18 54:20,24 56:24 57:6 58:4 60:21 61:4 62:20 63:9,13 64:3,4,5,9,20,24 65:20 66:16 68:23 69:3,13 70:14,25 71:8 72:5,7,11,18 73:

DEPOSITION OF: JAMES BRAD BARNES  8-19-2019

17,23 74:2,14 75:14 76:17,23 77:4,
7 78:9 79:21 80:10 81:4 82:9,11 84:
11 85:9 86:12 87:16,20 88:4,7,15
89:1,19 90:7,10 91:3,23 92:12,14,
16,18 93:8,21 94:18,23 95:14,19,24
96:3,9,14 97:14,17,25
**old** [2] 12:10 24:25
**older** [1] 61:8
**once** [3] 13:15,19 14:11 28:10 30:
15,21 32:19 35:12 36:9 42:23 44:9,
12 46:23
**one** [46] 9:3 13:12 15:3 17:11 18:12,
15 20:11,19 22:11 23:18,23,25 24:
22 28:14 29:12 34:5,8,11,12,13,14
35:23 37:10,10 42:4 46:13 47:21 51:
25 53:18 54:14 56:22 57:6,21 58:2
59:25 63:20 71:10 74:6,10 75:12 78:
25 81:13 88:4 92:16 93:6 96:18
**ones** [4] 17:1 20:15 22:20 84:25
**only** [19] 13:9 17:18 19:24 20:1 27:
13 28:8,13,14 29:22 30:1 33:24 37:
6 41:21 42:20,25 43:5 47:9 57:21
92:20
**open** [2] 25:16 74:20
**opiate** [1] 93:19
**opportunity** [2] 48:16 62:22
**optional** [1] 3:30
**options** [3] 28:20 29:22 30:19
**order** [1] 41:15
**original** [1] 101:8
**other** [10] 14:2,25 16:6,13 17:1,2 20:
1 51:16 57:15 61:6
**out** [29] 10:2,23 14:11 19:9 26:6,24
30:18 32:23 33:8,9 34:6,19 35:3 44:
5,15 48:20 50:22 51:6,7,15 53:25
59:14 62:9 76:14 89:17,22 90:13,16
92:4
**outside** [2] 12:6 34:25
**over** [14] 9:21 19:10 42:6 46:1,4,20
47:12 53:24 63:19 79:25 89:15,15,
16 93:12
**overdose** [1] 93:19
**own** [8] 8:17,18 13:25 21:3,24 22:5
29:24 86:3 88:12
**ox** [4] 36:14,16,23
**oximeter** [1] 36:16
**oxygen** [16] 35:5,7 40:8,11 82:6 87:
22 89:25 90:4 91:4,9,15 92:3,8,9 93:
1,14

**P**

**p.m** [3] 1:38 4:9 98:5
**page** [42] 1:35 4:6 5:2 21:17,19 23:5
24:18,20 26:25 27:9,15 29:12 33:17
42:6,16 43:17 46:11,12 47:8,8,16,
16,17 49:17 50:4,5 54:4,4 55:6,6,20
56:8 57:24,25 59:1 62:5 94:9,10,12
99:11 100:2 101:7
**page/line** [1] 100:8
**pages** [4] 21:15,18,20 99:7
**panel** [1] 11:7
**paragraph** [1] 62:5
**paramedic** [5] 14:18,21,24 17:10

87:16
**paramedics** [1] 61:8
**parent** [4] 1:4,9 6:6,10
**park** [1] 2:4
**part** [7] 39:13 62:15 63:14 66:25 67:
9 68:9 73:12
**particular** [4] 26:10 41:16 65:2 96:
4
**parties** [4] 3:24 4:3,20 99:16
**partner** [5] 33:5 35:11 69:19 70:25
93:11
**party** [3] 3:19,25
**pass** [2] 14:12 47:11
**passed** [1] 14:20
**passenger** [1] 77:24
**past** [3] 11:4 31:23 91:16
**patient** [14] 22:2 25:3 27:1 38:17 41:
12 48:8 59:14 87:2 89:12,25 91:2,
12,24 93:14
**patient's** [1] 86:11
**paul** [2] 9:11,14
**paul's** [1] 9:14
**paused** [1] 96:23
**paychecks** [1] 7:18
**pcr** [1] 48:7
**pcrs** [1] 48:5
**pea** [2] 27:1,2
**people** [4] 11:7 39:1 39:2 72:13
**per** [1] 41:14
**percent** [4] 32:21 44:25 65:10,16
**performed** [1] 41:16
**period** [2] 10:14 85:10
**person** [3] 29:1 44:4 58:23
**personal** [2] 1:6 6:8
**personally** [1] 46:14
**personnel** [1] 22:14
**physically** [1] 32:10
**physician** [4] 46:17,20 47:15 97:5
**pick** [4] 20:25 34:3,10 36:21
**picking** [1] 40:21
**picture** [2] 71:21 81:4
**pictured** [1] 68:24
**piedmont** [3] 10:16 20:11 46:16
**pinch** [2] 33:14,14
**place** [1] 27:19
**placed** [1] 49:3
**places** [1] 27:13
**plaintiff** [2] 1:33 2:2
**plaintiff/complainant** [1] 3:32
**plaintiff's** [20] 5:5,6,7,8 21:10,10,13,
17,22,22 24:13,20 48:12,12 49:1
94:8 95:7,15,20,24
**plaintiffs** [3] 1:14 3:13 6:13
**plan** [2] 14:24 82:11
**planned** [1] 10:2
**plans** [1] 15:1
**play** [7] 49:18 50:9 52:25 56:22 58:2
60:2 85:13
**played** [50] 49:24 50:12 52:9 53:6,
14 54:7,17 55:12,23 56:11,25 58:5
59:3 60:4,15 61:17,25 62:10 63:21
64:7,21 67:15 68:5,10,20 69:7,14,

24 70:17 71:12,18 72:19 73:1,7,14,
24 74:16 75:2 77:16 78:3,15,22 79:
1,9 80:1 81:1 96:6,11 97:1,8
**playing** [1] 12:3
**please** [4] 7:7 101:4,6,13
**plug** [1] 41:13
**point** [14] 25:11,12 36:1 75:18 76:9,
10,24 79:22 80:6 82:7,8,10 87:12
93:9
**police** [18] 1:27,28 6:24,24 15:24 16:
6,20,24 19:17,20 62:22 66:17 71:1
74:4,6 85:15 93:23 94:15
**pop** [1] 96:5
**populate** [1] 45:21
**populated** [2] 45:4,7
**populates** [1] 46:3
**portion** [3] 26:1 28:13 55:7
**position** [7] 26:3,5,8 38:17,22 85:
24 93:11
**positional** [1] 85:6
**positioned** [2] 88:20,21
**positive** [1] 96:25
**possibility** [1] 84:19
**possible** [4] 27:1 84:18 85:24 101:
12
**possibly** [1] 19:24
**post** [92] 2:3 5:3 6:5,5 7:3,5 11:16,
17 21:9,11 24:4,8,9 36:3 47:22,25
48:1 49:12,15 50:3,14 52:15 53:8,
17 54:9,15,19 55:14,25 56:13 57:4
58:7 59:5 60:6,18 61:19 62:2,14 63:
3,7,8,23 64:2,11,17,23 66:1,9,12 67:
17 68:7,12,22 69:9,16 70:1,19 71:
14,20 72:6,21 73:3,9,16 74:1,18 75:
4 77:18 78:5,17,24 79:3,7,11 80:3
81:3 82:5 83:5 84:8 87:3 88:3 89:8
95:9,12,13 96:8,13,21 97:3,10 98:3,
4
**practice** [3] 9:22,23 10:1
**practitioner** [1] 3:10
**pratt** [1] 51:16
**pre** [1] 21:13
**precedent** [1] 13:24
**preparation** [3] 14:4 48:3 62:25
**prepare** [2] 22:17 38:11
**prepared** [3] 38:13 43:24 59:12
**preparing** [1] 14:2
**presented** [1] 87:2
**presents** [2] 91:2,7
**pressing** [1] 31:14
**pressure** [9] 33:18,22 34:1,2,2,8,10,
19,21
**pretty** [7] 11:23 19:23 26:16 31:11
35:20,21 53:21 64:12 73:21 76:5 82:
22 83:8
**previous** [1] 69:3
**prior** [6] 4:22 8:25 10:12 59:24 67:
10 95:16
**prison** [2] 12:23,25
**prisoners** [1] 13:4
**probably** [5] 13:14 17:3 35:25 59:1

**problem** [1] 87:19
**problems** [1] 88:1
**professional** [4] 93:22 94:15 95:16,
21
**program** [9] 22:1 28:14 29:24,24
39:13,22 41:18 43:6 44:24
**programs** [5] 33:24 39:12 42:20
**prohibited** [1] 3:16
**protocol** [4] 59:22 75:20 86:9 90:10
**protocols** [4] 86:2,3,7 93:13
**provide** [3] 3:13,18 101:11
**provided** [2] 63:15 94:4
**pry** [1] 11:4
**psap** [1] 44:22
**psych** [2] 77:14 86:10
**pull** [1] 93:11
**pulling** [1] 68:14
**pulse** [27] 6:33:12 35:4,10,15,17,
18,19 36:4,14,16,16,23,23 40:10 90:
25
**pulseless** [2] 27:3,4
**pulses** [1] 36:15
**pump** [1] 48:20
**purports** [2] 49:4 63:16
**purpose** [1] 78:1
**pursuant** [1] 3:5
**push** [1] 19:8
**put** [34] 21:24 22:4,10,20 26:18 28:
12 31:21 32:22 34:23 35:5,7,13 36:
11,22 37:18,20 41:9,10,13,19,25,25
45:15 46:6,25 77:9 78:19 87:21 89:
24 91:15,19 92:22,25 93:10
**putting** [5] 40:21 42:2 52:14 79:23
80:20

**Q**

**quadrant** [2] 31:10,11
**quality** [1] 40:1
**question** [9] 4:19 8:12 16:16 18:23
30:5 56:20 65:4 69:4 83:23
**questions** [4] 4:18 25:13 49:20 82:
18

**R**

**radial** [1] 35:10
**radio** [4] 19:18 20:5 61:6 67:22
**radios** [3] 19:22,24 20:25
**rank** [2] 7:6,9
**rapid** [1] 77:5
**rate** [1] 35:14
**rates** [1] 3:23
**rather** [1] 59:6
**re** [1] 101:2
**reacting** [1] 30:3
**reactive** [1] 29:20
**read** [7] 36:2 49:13 58:12 95:8,20
100:4 101:4
**reading** [2] 4:11 91:1
**real** [1] 30:3
**realized** [1] 44:14
**really** [10] 17:19,20 19:6 30:17 53:
11 67:2 75:13,16 83:3 85:20
**reason** [3] 47:9 90:13,16

RUSSUELL ANDERSON  COURT REPORTING  706-905-1759

DEPOSITION OF: JAMES BRAD BARNES  8-19-2019

**reasons** [2] 90:14,22
**rebreather** [1] 92:8
**recall** [1] 23:13
**recognize** [4] 47:6 58:22 94:11 96:4,16 97:11
**recollection** [1] 23:7
**record** [29] 7:6 10:4 24:4,6,7,8 47:23,24,25 50:1,2,5 63:3,5,6,7,9 64:14,15,16 79:3,5,6,8 95:9,10,11,12 96:19
**recording** [109] 49:17,24,25 50:6,7,12,13 52:9,10 53:6,7,14,15 54:5,7,8,12,17,18 55:7,12,13,21,23,24 56:11,12,25 57:1 58:1,5,6 59:3,4 60:4,5,15,16 61:17,18,25 62:1,10,11,21 63:21,22 64:7,8,21,22 67:15,16 68:5,6,10,11,20,21 69:7,8,14,15,24,25 70:17,18 71:12,13,18,19 72:19,20 73:1,2,7,8,14,15,24,25 74:16,17 75:2,3 77:16,17 78:3,4,15,16,22,23 79:1,2,9,10 80:1,2 81:1,2 96:6,7,11,12 97:1,2,8,9
**recordings** [1] 49:20
**referral** [1] 3:21
**referring** [1] 26:12
**reflected** [1] 54:4
**refresh** [1] 23:6
**regards** [2] 16:16 69:3
**registered** [1] 46:15
**regulations** [1] 3:6
**related** [1] 99:16
**relating** [1] 4:14
**remain** [1] 14:24
**remained** [1] 27:1
**remember** [17] 22:24 23:1,18,21 26:22 35:1,10,12,14 38:10 43:14 44:24 45:14 46:23 76:24 81:12 94:21
**remembering** [1] 39:21
**rent** [1] 8:17
**repeat** [3] 8:11 54:21 86:22
**rephrase** [1] 8:13
**replay** [1] 67:8
**report** [7] 21:14 22:6 38:11,13 41:23 43:25 77:10
**reporter** [11] 1:34 2:13 3:9,20,29 4:6,25 98:1,3 99:5,21
**reporting** [5] 3:6,11,13,19,21
**reports** [3] 22:2,5 48:8
**represent** [1] 6:6
**representative** [2] 1:6 6:8
**requested** [2] 57:12,12
**required** [2] 100:6 101:10
**residence** [1] 25:1
**respect** [1] 83:13
**respective** [1] 4:3
**respirations** [1] 40:13
**respiratory** [2] 34:17 36:24
**respond** [3] 37:4,4,7
**responded** [6] 22:23 54:20 74:6,12,13 94:24
**responding** [4] 16:13 32:11 37:6 38:6

**response** [5] 21:7 43:21 44:22 83:13 86:17
**responsiveness** [1] 75:23
**rest** [1] 62:3
**restraints** [1] 86:13
**result** [2] 99:17 100:6
**resuscitate** [1] 84:3
**retire** [1] 13:7
**retired** [2] 12:17,25 13:10
**returned** [1] 101:7
**review** [3] 48:17 62:22 95:20
**reviewed** [3] 48:3,13 95:15
**rhythm** [1] 27:1
**richard** [2] 1:28 6:25
**ride** [1] 23:21
**rn** [1] 46:14
**road** [3] 19:2 27:9 72:14
**rode** [1] 61:8
**rodrigo** [2] 1:4 6:6
**rogers** [1] 23:11
**ronnie** [1] 16:17
**room** [8] 40:2 46:19,24 47:5 59:18 97:15,16,21
**roughly** [1] 13:7 15:17
**route** [6] 13:25 56:23 57:3 59:8 61:14,20
**rts** [2] 39:17,21
**rude** [1] 11:12
**rules** [2] 3:5 4:14
**run** [2] 19:10 91:15
**running** [1] 21:1
**russell** [4] 1:33 2:13 3:28 4:5 18:2 99:4,20 101:17

**S**

**s.a** [2] 1:10 6:11
**safety** [1] 55:3
**same** [11] 4:13 8:2 13:6 16:16 19:7,22 45:2 62:5 65:6 93:3,4
**sat** [3] 36:24 84:12 89:23
**satiation** [1] 82:6
**sating** [1] 91:13
**saturation** [2] 91:19,25
**saw** [6] 31:18 42:17,18,24 43:11 57:11 65:7 81:7,10 86:12 88:22 97:5
**saying** [18] 8:11 25:17 28:1,3 29:14 32:12 36:17 53:1 55:16 56:2,15 57:18,19 58:12 59:8 65:21 67:1,1,3 70:10 73:20 75:16 76:3,4 81:22 82:21 86:18 87:11,13 88:9,17
**says** [31] 21:18,18 22:2 23:11 24:24 25:22 26:1 29:13 33:18 39:9 40:2 43:20 45:9,12 50:15,18 52:4,16,22 54:5,11 55:21 56:8,23 57:20,25 58:13 60:11 61:1 62:7 73:4
**sbo2** [1] 40:15
**scale** [4] 36:25 37:16,19,21
**scene** [9] 16:14 25:23 45:12 55:3,3 56:2 65:7 88:10 89:7
**school** [6] 11:25 12:1,13 13:15 14:11,18
**schooled** [2] 12:2 13:24
**schools** [1] 13:24

**scrantom** [3] 1:35 4:7 99:11
**screen** [1] 64:10
**scrubs** [1] 97:18
**se** [1] 41:14
**second** [11] 18:20 24:5 25:2 58:9 62:4 63:4 68:4 78:25 79:4 92:14 96:18
**seconds** [26] 50:8 55:15 64:20 65:1,2 66:21 67:14,14,19 68:1,2,13,23 69:18 70:16 71:22 72:12 78:7,19 79:15,17 80:4,5 81:5 96:23 97:12
**sectors** [1] 19:18
**see** [56] 14:19 17:4 21:12 24:18 27:22,23 30:1,15,17,22 32:23 33:17,18 35:17 36:13 38:17 39:9 42:23 43:16,22 44:15,15 48:14 49:21 52:3 56:10 61:15 62:6,9 63:24 64:14 71:21 72:11 75:15,23 76:5,14,15,19 77:7,19 78:7 79:15 80:6,17 81:4,8 86:11 88:12 91:12,23 93:16,20 95:2 96:5,17
**seeing** [8] 17:2 40:23 69:17 72:16 73:22 88:13
**seemed** [1] 33:9
**seems** [2] 61:11 66:6
**seen** [8] 48:22 55:10 82:19 83:8 85:14,18,19 97:4
**semi** [1] 38:20
**send** [2] 51:9 59:25
**sense** [6] 57:5 61:10 62:20 84:4,7,21
**sensitive** [2] 40:17,20
**sensory** [2] 32:5 33:11
**sentence** [4] 24:24 25:3 61:13 62:4
**separate** [2] 20:7,20
**september** [2] 99:19 101:1
**sergeant** [5] 7:9 15:10 17:19,25 63:10
**serious** [2] 82:22 83:9
**service** [2] 17:10 50:24
**services** [3] 3:13,19 40:1
**set** [3] 34:4 41:12,21
**settings** [1] 47:1
**seven** [6] 15:18,19 21:15 37:13,18,19
**sgt** [7] 1:32 3:4 4:6 2 99:10 100:1 101:4
**shall** [1] 4:17
**shaw** [2] 12:1,13
**sheet** [3] 100:2 101:5,7
**sherrod** [1] 23:12
**she's** [4] 9:16,19,23 10:15
**shift** [3] 18:11,13,14
**shine** [1] 80:17
**shining** [1] 80:11
**shoots** [1] 46:1
**shoulders** [1] 79:25
**shove** [1] 19:8
**showed** [9] 36:23 47:4 63:13,14 67:25 70:12 71:8 94:3
**showed** [1] 72:8
**showing** [4] 22:11 94:9 96:9,14
**shows** [3] 70:20,21 71:24

**side** [13] 15:6 21:23,24 22:3,6,6,21 30:20 51:16,17 69:2 77:24 97:6
**sign** [5] 19:11 45:9 60:23 61:9 101:5
**signature** [8] 4:11 47:10,15 94:11 100:2 101:2,7,11
**signatures** [1] 3:30 46:12 47:17
**signed** [1] 100:9
**signs** [1] 26:19
**similar** [1] 19:19
**since** [2] 10:22 14:21
**sincerely** [1] 101:16
**single** [1] 22:9
**sir** [155] 7:17,19 8:4,7,14,24 9:1,9,13 10:11 12:15 14:3,18,23 15:2 16:1,4,8,11,15,18 17:6,22,24 18:9 20:18 21:5,16 23:8,17 24:12,21 25:18,21,25 27:5,7,18 29:11,18 30:7,10 31:3,5,8 32:1,1 33:20 34:20 35:22 36:18 38:1,5,5,5,12,15 39:8,25 40:4,15 41:1,4,6,8 42:12,15 43:13,19,19,23 44:1 45:11,17 46:9,10,13 47:7,18 48:22 49:7 50:17 51:24 54:2,23 55:2,9,19 56:4,6,9,16 57:9 58:24 59:10 60:20 61:5 62:8,17,19,24 63:1,1,12 66:15,19 69:6,23 70:5,24 71:3,5,7,23 72:5,10,24 77:2,3,15,21 78:12,14,21 79:18 81:6 82:8,15,16 84:25 85:1,8 86:15 87:19 88:6,25 90:4,9 91:22 92:1 94:1,6,13,17,19,21 95:1,18,23 96:2,15 97:13,16,19,23 98:4
**sirens** [4] 43:21,22 44:9,19
**sisters** [1] 12:14
**sit** [2] 39:2 85:23
**sits** [1] 85:10
**sitting** [11] 7:24:25 25:6,10,13 26:6,7,8,14 32:24 34:20 35:8 38:21,25 39:4 70:21 85:16
**situation** [5] 34:7 86:4,4,8,24
**six** [5] 15:18,19 66:22 83:16 84:12
**sixteen** [1] 15:18
**size** [1] 43:14
**skill** [1] 99:14
**skin** [2] 30:11 91:12
**skip** [1] 53:23
**slow** [2] 30:3 92:5
**sluggish** [5] 25:20 29:20,25 30:4 77:10
**small** [1] 42:25
**smiths** [1] 18:1
**sniff** [1] 74:11
**sniffs** [1] 74:11
**socialize** [2] 16:5,20
**socializing** [1] 17:13
**soft** [3] 42:9,17 43:2
**softly** [1] 86:20
**sole** [1] 3:10
**somebody** [20] 22:16 23:13,23 59:25 73:4,10 74:4,7,10,11,19 80:10,17 83:15 84:1,3 85:10,23 86:12 88:8,11 90:11 91:15
**somebody's** [2] 70:22 85:10

DEPOSITION OF:  JAMES BRAD BARNES  8-19-2019

**sometimes** [12] 8:8 38:19 40:15,17, 19 45:25 46:2,3 50:24,25 51:2,8
**somewhat** [1] 23:8
**somewhere** [1] 13:9
**soon** [4] 26:18 34:8 85:24 93:2
**sorry** [2] 60:14 72:4
**sort** [2] 13:20 17:14
**sound** [5] 51:3 53:16 61:24 67:11 75:11
**sounded** [1] 74:9
**sounds** [7] 28:9,11 50:17 53:11,22 56:22 57:2
**south** [1] 51:21
**speaking** [4] 25:4 29:14 58:23 66: 23
**speaks** [1] 66:7
**specifically** [2] 37:13 68:8
**spell** [1] 92:12
**spit** [1] 50:22
**spoke** [2] 29:2 94:14
**spot** [1] 39:10
**sprouse** [1] 1:35 4:7 99:12
**spurlock** [4] 46:16,19 47:6 97:13
**squad** [3] 18:7,8,10
**squeeze** [1] 32:7
**st** [2] 10:15 20:12
**stamp** [1] 65:1
**stand** [3] 39:17 54:25 55:2
**standards** [4] 93:23 94:15 95:16, 22
**standing** [1] 72:13
**stands** [2] 33:10 40:2
**staring** [1] 25:6
**start** [10] 14:5 25:12 46:21 55:11,22 67:13 68:1 70:15 71:15,16
**started** [12] 13:1 14:8 15:25 26:19 28:10 40:24 63:17 64:19 67:6 74:3 93:7,12
**starting** [1] 66:20
**starts** [3] 49:18 50:8 79:14
**stat** [1] 40:7
**state** [4] 3:2 89:5 96:19 99:2
**statement** [4] 59:24 95:15,21,25
**states** [2] 1:1 6:14
**stating** [1] 66:13
**station** [5] 17:18,17,18,23 19:14 38:14 55:17
**stations** [3] 18:6 20:25
**status** [3] 28:18,21 76:6
**stenographic** [1] 99:9
**still** [5] 9:7 24:10 46:18 58:14 63:10
**stipulated** [4] 4:2,10,16,23
**stipulations** [1] 4:1
**stocking** [1] 15:21
**stopped** [52] 49:25 50:13 52:10 53: 7,15 54:8,18 55:13,24 56:12 57:1 58:6 59:4 60:5,16 61:18 62:1,11 63: 22 64:8,22,24 66:21 67:16 68:6,11, 21 69:8,15,25 70:18 71:13,19 72:20 73:2,8,15,25 74:17 75:3 77:17 78:4, 16,23 79:2,10 80:2 81:2 96:7,12 97: 2,9

**store** [1] 15:22
**straight** [4] 26:6 38:21,25 39:2
**strap** [1] 79:25
**straps** [1] 80:20
**street** [1] 18:20
**streetlights** [1] 33:2
**streets** [1] 50:21
**stretcher** [12] 26:17,18 34:22,24 36: 11 39:6,7 78:2,8,10,20 80:16
**strictly** [1] 36:21
**struggle** [4] 66:20,23 82:20 85:25
**stuff** [11] 22:15 26:21 33:16,25 38:2 45:3 46:6 48:5,9 59:23 92:21
**subject** [1] 91:24
**subpoena** [1] 21:7
**sugar** [3] 26:20 39:14 40:24
**suggestion** [1] 66:1
**suite** [1] 2:4
**summary** [1] 59:7
**super** [1] 34:13
**swap** [1] 20:10
**swelling** [4] 42:10,17 43:4,8
**sworn** [1] 6:3
**synovus** [4] 1:36 2:9 4:7 99:12
**system** [3] 45:8,22 46:3
**systemic** [1] 85:2

---

**T**

**t-3** [1] 97:22
**tac** [3] 20:3,4,9
**talbot** [3] 11:23 12:5,8
**talbotton** [3] 11:24 12:7 19:2
**tapered** [1] 86:19
**tcashbaugh@psstf.com** [1] 2:12
**tech** [1] 13:21
**tecum** [1] 21:7
**tells** [1] 23:2
**temp** [1] 40:16
**temperature** [2] 35:1 40:18
**tenure** [2] 13:14 15:14
**territory** [7] 19:1,7 50:18,21 51:4,5 58:20
**testified** [1] 6:3
**testimony** [3] 8:2 48:4 99:10
**themself** [1] 19:1
**there's** [4] 84:25 85:25 90:4,13
**thereto** [1] 4:22
**they'll** [1] 51:1
**thoracic** [1] 31:25
**though** [2] 74:20 97:20
**three** [4] 20:3 53:20 67:24 86:18
**threw** [1] 57:16
**till** [1] 15:18
**timer** [1] 34:4
**tired** [2] 8:9,10
**tissue** [3] 42:9,17 43:2
**titled** [1] 21:14
**today** [6] 7:22,23 21:6 24:15 48:4 62:25
**toe** [3] 32:21 77:3,5
**together** [3] 9:18 23:21 29:25
**took** [7] 9:25 13:24 33:22 35:18 37: 18 46:20 93:6

**top** [3] 21:18 27:9 62:5
**touching** [1] 33:15
**toward** [6] 57:24 65:2,5 72:23 77:20 78:10
**track** [24] 50:6,7,9 54:5,11,12,13,20 55:8,11,15,21,22 56:1,7,8,10,14 58: 1,2,2,9 59:1,2
**traffic** [3] 19:19 54:22 67:23
**train** [1] 91:8
**trained** [2] 50:20 85:22
**training** [1] 17:17
**transcript** [3] 49:4 50:4 94:4
**transcription** [2] 99:8 100:7
**transcripts** [1] 57:11
**translation** [1] 61:12
**transmission** [1] 58:8
**transmissions** [2] 20:6 61:6
**trauma** [5] 46:24 47:5 59:18 97:16, 21
**traumas** [1] 46:25
**treat** [2] 72:8 90:19
**treated** [3] 87:25 88:2 89:11
**trial** [1] 4:21
**trick** [1] 95:3
**tried** [3] 36:1 88:19 89:17
**truck** [34] 19:1,8 20:22 22:4,8,10,15, 16,19,25 23:9 26:19 27:23 28:11 31: 1,4 32:20 34:9,24 35:2,13 36:12 38: 3 41:5 42:24 44:7,11 51:1,11 52:1 55:5 59:15 93:2,12
**trucks** [4] 19:9 48:9 50:24 51:8
**true** [7] 65:22 66:24 70:23 82:23 87: 22 95:25 99:8
**truth** [1] 94:16
**try** [8] 34:18,21 41:9 75:21,22 90:12, 15 101:11
**trying** [6] 10:22,23 11:4,9,11 32:20, 22 34:1,1,2,5,6,7,9 41:9,10 59:13, 13,20 63:25 73:4 75:24 76:2,4 84:3 95:3
**tube** [1] 92:23
**tucker** [4] 1:35 4:7 99:12
**turning** [1] 55:6
**two** [5] 17:18 18:15 30:1 40:1 77:19
**tyler** [3] 2:8 6:16 54:16
**type** [5] 19:23 31:22 42:21 47:1 92: 17
**typographical** [1] 61:12

---

**U**

**unable** [1] 29:15
**unconscious** [2] 25:7 27:2
**under** [7] 3:15 8:5 24:10 26:25 53:1, 2 63:10
**understand** [6] 8:10 20:16 52:5 83: 22 95:5,14
**unintelligible** [3] 52:5 62:7,15
**unit** [7] 51:23 52:2,17,18,23,24 53:9
**united** [2] 1:1 6:14
**unresponsive** [1] 27:2
**until** [1] 38:14
**up** [43] 8:12 10:5 11:22 13:11 15:9 20:25 26:7,14 32:19 34:3,10 36:21

37:13,22 38:20,21,25 39:2 40:22 44: 19 49:21 50:19 51:5,11 53:1,2 59: 11 67:12 68:14 69:19,19 70:22 72:8, 23 73:11 74:14 78:8,10,13,25 83:14 85:23 96:5
**updated** [1] 39:12
**upgraded** [2] 43:22 44:14
**upper** [3] 31:11,11 32:3
**urgency** [4] 43:17 84:5,7,21
**using** [1] 36:5
**usual** [1] 3:23

---

**V**

**valve** [1] 92:17
**varies** [2] 18:16 40:22
**ventilate** [1] 93:13
**verbal** [3] 37:4,7,9
**verify** [1] 46:5
**versa** [1] 44:6
**version** [1] 18:3
**veteran's** [1] 19:3
**vice** [1] 44:6
**victory** [1] 19:4
**video** [28] 47:4 63:13,14 64:25 65:2, 22 66:4,7 67:11,14,19 68:2,3 70:11, 13 71:9,17,24 72:12 76:13,16,22 79: 16 80:4 82:19 96:10,14,19
**videos** [2] 82:17 96:17
**videotaped** [1] 94:5
**view** [1] 97:6
**vital** [1] 26:19
**vitals** [5] 26:2,11 41:12 90:23,24
**voice** [11] 8:8 50:16 55:16 56:2,14, 17 58:22 59:8 60:1 73:18 75:6
**voices** [2] 73:20 74:23

---

**W**

**waist** [1] 79:24
**waived** [4] 4:12,25
**walk** [1] 90:18
**walked** [1] 26:14
**walking** [5] 69:19 72:23 77:20,24 78:9
**wanted** [1] 66:4
**waste** [1] 66:6
**watch** [4] 64:6 68:17 72:18 80:22
**watching** [1] 96:20
**way** [9] 3:10 22,24 19:4 21:14 23: 15 28:8 32:17 33:25 36:12 38:20 39: 5 42:4 43:9 45:8 51:10,15,16,18 57: 15 88:20
**ways** [1] 92:9
**whatever** [2] 59:22 89:25
**whatnot** [10] 17:3 28:5,9,12,23 31: 14 32:6 35:9,11 40:17
**whenever** [1] 96:16
**whereupon** [100] 49:24,25 50:12, 13 52:9,10 53:6,7,14,15 54:7,8,17, 18 55:12,13,23,24 56:11,12,25 57: 58:5,6 59:3,4 60:4,5,15,16 61:17,18, 25 62:1,10,11 63:21,22 64:7,8,21, 22 67:15,16 68:5,6,10,11,20,21 69: 7,8,14,15,24,25 70:17,18 71:12,13,

DEPOSITION OF:  JAMES BRAD BARNES  8-19-2019

18,19 **72**:19,20 **73**:1,2,7,8,14,15,24,
25 **74**:16,17 **75**:2,3 **77**:16,17 **78**:3,4,
15,16,22,23 **79**:1,2,9,10 **80**:1,2 **81**:1,
2 **96**:6,7,11,12 **97**:1,2,8,9
**wherever** [1] **57**:18
**whether** [8] **33**:1 **44**:3,5,17 **50**:24
 **58**:19 **76**:17 **92**:3
**whichever** [2] **22**:19 **42**:4
**whitney** [1] **51**:16
**whoever** [1] **44**:18
**whoever's** [1] **58**:20
**whole** [2] **37**:16 **67**:1
**whom** [1] **3**:21
**wide** [1] **74**:20
**will** [10] **3**:15,22,25 **7**:13 **9**:3 **36**:21,
 23 **47**:5 **59**:19 **101**:11
**william** [1] **23**:11
**winn** [1] **15**:15
**wise** [1] **37**:9
**within** [1] **101**:10
**without** [2] **27**:6 **73**:21
**witness** [19] **4**:12 **11**:10,13 **52**:11
 **53**:16 **57**:2 **60**:17 **62**:12 **65**:15 **66**:2,
 10 **72**:5 **82**:4 **83**:1,20,25 **86**:23 **87**:
 24 **99**:19
**wonder** [1] **24**:23
**wondering** [2] **24**:23 **58**:14
**word** [2] **29**:6 **67**:7
**work** [5] **10**:2 **13**:4 **15**:16 **18**:15 **19**:
 21
**worked** [6] **9**:17,18,20 **10**:15 **12**:17,
 24
**working** [5] **10**:12 **14**:5 **38**:8 **46**:21
 **47**:5
**works** [2] **45**:8 **46**:18
**write** [2] **7**:18 **24**:19
**writing** [1] **38**:7
**written** [1] **28**:2

## X

**x-ray** [1] **31**:16

## Y

**y'all** [2] **10**:20 **74**:5
**y'alls** [3] **59**:8 **61**:14,20
**yard** [18] **26**:11,14 **28**:17 **29**:7,10,16
 **30**:6 **32**:18 **34**:19 **35**:6 **77**:4 **81**:8,24
 **82**:23 **87**:22 **88**:16 **90**:3,6
**year** [6] **8**:22 **9**:20,21 **12**:2 **15**:11 **24**:
 25
**years** [9] **7**:13 **9**:25 **12**:24 **13**:1,10
 **15**:18,19,19 **53**:20
**york** [1] **85**:15
**yourself** [1] **42**:22

## Z

**zero** [1] **33**:18