911 Recording                                         Case #:  17-01/Officer Michael S. Aguilar and
Date/Time: Monday, January 9, 2017                                    Officer Brian J. Dudley

*03:40:38*

Columbus 911:   Columbus 911.

Mr. Arreola:    Yeah, can I get some assistance at the Efficiency Lodge[1]?

Columbus 911:   Okay, and what is the address, sir?

Mr. Arreola:    What's the address . . . what's the address? Efficiency Lodge behind Macon Road be-
                hind the Kmart. I feel like my life is being threatened.

Columbus 911:   Okay, all right . . . all right, [unintelligible – 00:21:53] out at 1776 Boxwood Place. The Ef-
                ficiency Lodge? Okay, and what's the phone number you're calling from?

Mr. Arreola:    I have no idea, ma'am.

Columbus 911:   Okay, and what's your name?

Mr. Arreola:    Hector . . . Hector Arreola.

Columbus 911:   Could you repeat?

Mr. Arreola:    Hector Arreola.

Columbus 911:   Okay, and what . . . you said your life's being threatened?

Mr. Arreola:    Yes. I feel like I'm in danger right now.

Columbus 911:   Okay, and is the person, who's threatening you, there with you?

Mr. Arreola:    I'm not sure. I believe they're outside or something.

Columbus 911:   Okay. And who is this person? Do you know them?

Mr. Arreola:    I'm not . . . I'm not sure.

Columbus 911:   Okay, where you . . . are you in a room there?

Mr. Arreola:    Yes.

Columbus 911:   What is the . . .



---

[1] Efficiency Lodge of Columbus, 1776 Boxwood Place, Columbus, Georgia 31906, 706-568-7010

Mr. Arreola:     Yes, ma'am.

Columbus 911:  What is the name of the room?

Mr. Arreola:     The name of the room or the number?

Columbus 911:  I mean . . . I'm sorry. The room . . . room number? What is the room number that you're in?

Mr. Arreola:     124.

Columbus 911:  24?

Mr. Arreola:     124, ma'am . . .

Columbus 911:  124.

Mr. Arreola:     Please hurry . . . please hurry.

Columbus 911:  Okay. Have you seen this person out there?

Mr. Arreola:     No . . . no . . .

Columbus 911:  Okay.

Mr. Arreola:     . . . I'm not looking outside.

Columbus 911:  Okay here. And do you have a description of the person at all? Have you seen them before?

Mr. Arreola:     No, I'm not sure, ma'am. I know it might be a group of people or . . . I'm not sure.

Columbus 911:  All right . . . all right. We will go ahead and get someone out there for you, sir.

Mr. Arreola:     Okay. Can I, also, get a . . . another goddamn police vehicle to my mother's house.

Columbus 911:  Okay, and where's your mother's house?

Mr. Arreola:     I'm not sure.

Columbus 911:  You don't know where her . . . her house is?

Mr. Arreola:     I know where it is.

Columbus 911:   You just don't know the address? Sir, do you know the address?

Mr. Arreola:   I'm not sure, ma'am.

Columbus 911:   Okay. Without an address, I can't have anybody go by there . . .

Mr. Arreola:   Car . . . Carmen Concepcion Arreola. The address is 5201 Lynchfield[sic] Road. That's my sister's house. It's right down the street.

Columbus 911:   Okay. All right . . . all right. We'll have someone go by her's, too . . .

Mr. Arreola:   All right . . .

Columbus 911:   . . . okay?

Mr. Arreola:   . . . please hurry.

Columbus 911:   All right . . .

Mr. Arreola:   Please hurry.

Columbus 911:   . . . thank you.

Mr. Arreola:   Hey . . . hey, excuse me.

Columbus 911:   Yes.

Mr. Arreola:   Can you stay on line with me?

Columbus 911:   Okay, I can.

Mr. Arreola:   Is this 911?

Columbus 911:   Yes, it is. Okay, and when was the last time you saw these people, who are threatening your life?

Mr. Arreola:   Probably, earlier today.

Columbus 911:   Okay, and you don't have any description of them, at all?

Mr. Arreola:   I'm sure it's the white man . . . I'm not sure. Just a group of people, I guess.

Columbus 911:   Okay.

CCG003190

Mr. Arreola:      Probably . . . I'm not sure but . . . the names are correct. That's, uhm, trying to tell you.

Columbus 911:     Okay, and your mother's address is on Lynch . . . what you said?

Mr. Arreola:      No, that's my sister's address. She would know where my mother is.

Columbus 911:     Do you have your sister's phone number?

Mr. Arreola:      Not sure. You still there?

Columbus 911:     Yes, I am.

Mr. Arreola:      7 . . . 706-587-2314.

Columbus 911:     Okay, 706-587-231 . . .

Mr. Arreola:      Thank you.

Columbus 911:     . . . 4?

Mr. Arreola:      2314.

Columbus 911:     Okay, and what's your sister's name?

Mr. Arreola:      Patricia Reagan.

Columbus 911:     Okay. All right, sir.

Mr. Arreola:      What you say, ma'am?

Columbus 911:     Yes, sir. I . . . I put the call in for the officers to come out.

Mr. Arreola:      Ma'am, please . . . ma'am, please hurry.

Columbus 911:     Now . . . now, sir. I have the call in. Officers are gonna get there as soon as they can.

Mr. Arreola:      That's right, ma'am. Can you just stay on the line with me, please?

Columbus 911:     Yes, sir. I am staying on the line with you.

Mr. Arreola:      All right.

Columbus 911:     Why do you think that they will hurt . . . that they're threatening . . .

Mr. Arreola:     I . . .

Columbus 911:  . . . your mom, too?

Mr. Arreola:     I'm not sure . . . I'm not . . . I'm not sure, ma'am. I'm not . . . I'm not sure, ma'am, just
                 being careful. Just check . . . making sure everything's fine with everybody . . . You still
                 there, ma'am?

Columbus 911:  I'm still here, sir.

Mr. Arreola:     Okay [unintelligible - 00:15:37 . . .]

Columbus 911:  Okay, Hector, we're not able to get a hold of your sister.

Mr. Arreola:     [Unintelligible – 00:14:37] I'm trying to think of the street.

Columbus 911:  Okay.

Mr. Arreola:     What's the street again? What's the street . . . what's the street . . . what's the street?
                 [unintelligible – 00:14:23] the street. I . . . . I know the streets.

Columbus 911:  Okay, but you don't know the street number?

Mr. Arreola:     Yes, ma'am. Hold on. Just give me a minute . . . Boxwood, my . . . come on . . . come on
                 . . . come on . . . oh Lord, do you know know my address?

Columbus 911:  You have someone there with you?

Mr. Arreola:     No, ma'am.

Columbus 911:  Okay.

Mr. Arreola:     I'm . . . I'm . . . see [unintelligible – 00:13:30 . . .] cell phone [unintelligible – 00:13:28 . . .]
                 [unintelligible – 00:13:17 . . .] It's 760 Moss Drive, ma'am.

Columbus 911:  Could you repeat that, please?

Mr. Arreola:     760 Moss Drive.

Columbus 911:  Can you spell the name of the drive?

Mr. Arreola:     M O S S.

Columbus 911:  Okay, 760 Moss Drive is where your mother lives?

CCG003192

Mr. Arreola:        Yes, ma'am.

Columbus 911:    Okay. Do you want them to speak to your mother and go see her or do you want to just have them do a drive through the area?

Mr. Arreola:        Can they do a drive through the area and make sure everything is copacetic or maybe knock?

Columbus 911:    Okay, all right, and her name is Consuela? Is that what you . . .

Mr. Arreola:        It's Concepcion.

Columbus 911:    Concepcion . . . I'm sorry.

Mr. Arreola:        Yes, ma'am.

Columbus 911:    Okay.

Mr. Arreola:        [Unintelligible – 00:10:54]

Columbus 911:    I'm still here. Just so you know that, okay . . . Is there anybody out there? Can you tell?

Mr. Arreola:        No.

Columbus 911:    Okay.

Mr. Arreola:        I can't . . . I can't really get a good vantage point.

Columbus 911:    Okay . . . they're on their way.

Mr. Arreola:        No problem, ma'am . . . you still there, ma'am?

Columbus 911:    I'm still here, sir. They're get . . . getting . . . they're getting closer to you, okay, and should be there soon?

Mr. Arreola:        Okay . . . [unintelligible – 00:05:19] . . . yeah, I gotcha . . . Ma'am?

Columbus 911:    I'm still here . . . because you're up there alone, right?

Mr. Arreola:        Is this 911, ma'am?

Columbus 911:    Yes, sir, it is.

Mr. Arreola:        Can you prove it?

Columbus 911:   You called us. I answered the phone. You did dial 911. This is who you're speaking to.

Mr. Arreola:   Is it?

Columbus 911:   Your . . . the officers'll be there soon . . . You still don't hear anybody out there, whom you think might be threatening you? Mr. Arreola? Hello? Hector? Hello? Sir? I'm want-ing . . .

*Recording #1/Track #1/00:22:29*
*04:02:47*

*03:57:05*

Columbus 911:   1 Adam 25[2] . . . 1 Adam 28.[3]

1 Adam 25:   25.

1 Adam 25:   [Unintelligible – 00:00:43] for 28.

Columbus 911:   8760, welfare check, 760 Moss Drive . . .760 Moss Drive. See . . . see if a female party is 10-97 here. Last name of A R I O L A. Called in by the son, wants to make sure every-thing's 10-4.

Unit ?:   That's 10-4, both units en route.

*Recording #2/Track #2/00:00:59*
*03:57:43*

*04:08:39*

1 Adam 25:   25 . . . Dispatch, both units will be 10-8. Message relayed.

*Recording #1/Track #3/00:00:27*
*04:08:45*

*04:10:24*

Columbus 911:   Columbus 911.

Ms. Rollier:   Yes, I'm just wondering why the . . . you would know why two pol . . . well, I believe police officers knocked on my door and then left?

---

[2] Officer Brian J. Dudley, Bureau of Patrol Services' Squad 23
[3] Officer First Class Michael S. Aguilar, Bureau of Patrol Services' Squad 23

911 Recording
Officer Michael S. Aguilar and Officer Brian J. Dudley

Columbus 911:   What . . . what's your address, ma'am?

Ms. Rollier:      766 Moss.

Columbus 911:   766 Moss?

Ms. Rollier:      Moss Drive.

Columbus 911:   Okay.

Ms. Rollier:      I just . . . it scared me out there [unintelligible – 00:05:34] somebody knocked on my door and I . . . and it scared me 'cause I live by myself now . . .

Columbus 911:   Uh huh. [Yes]

Ms. Rollier:      . . . and I see two police cars driving off. Parked in front of my neighbor's house and it's . . . I don't know . . .

Columbus 911:   They . . .

Ms. Rollier:      . . . it's weird.

Columbus 911:   I . . . okay, but they knocked on your door at 766?

Ms. Rollier:      Yes, somebody knocked on my door. I mean I don't know if it was them or not.

Columbus 911:   Okay. All right, but you do see two officers out in the area when it happened?

Ms. Rollier:      I saw two police cars, yes ma'am . . .

Columbus 911:   Okay.

Ms. Rollier:      . . . in front of my neighbor's house, and then they turned around and sped off. So I don't know. I mean I just . . . figured I can at least check.

Columbus 911:   Okay, I know we had officers out in the area. I'm not sure why they would have knocked on your door, but I can . . .

Ms. Rollier:      I mean I don't even know if it was them, that's what scares me.

Columbus 911:   Yeah . . . okay. Let me go ahead and I can get some officers to come out to you, okay, just to check . . .

Ms. Rollier:      I don't want them to come out here and look at me if they don't have to. I just . . .

Columbus 911:   Okay.

Ms. Rollier:   . . . it's my first day back to work tomorrow. I'm just scared, you know, I don't . . .

Columbus 911:   Uh huh.[Yes]

Ms. Rollier:   . . . if they were the ones knocking on my door, fine, but I don't . . . I just want them to know that somebody knocked on my door very lightly.

Columbus 911:   Okay, one moment.

Ms. Rollier:   They were after somebody. God! Maybe they had the wrong house, I don't know.

Columbus 911:   It could have been, and . . . yeah . . .

Ms. Rollier:   [Unintelligible – 00:03:56] . . .

Columbus 911:   Uh huh.[Yes]

Ms. Rollier:   . . . beating the door down, you understand . . .

Columbus 911:   Right.

Ms. Rollier:   . . . my dogs didn't even bark.

Columbus 911:   Okay. I'm checking to see, okay, if it was . . .

Ms. Rollier:   Oh.

Columbus 911:   . . . them, okay? Hold on.

Ms. Rollier:   All right . . . oh, goodness.

Columbus 911:   You only heard the one knock?

Ms. Rollier:   Yeah, just kind of like a knock . . . knock . . . knock.

Columbus 911:   Uh huh.[Yes] Okay.

Ms. Rollier:   And then I . . . I thought . . . God, is that a knock on my door?

Columbus 911:   Uh huh.[Yes]

Ms. Rollier:   The dogs didn't even bark, which is unusual . . .

Columbus 911:   Right.

Ms. Rollier:    They were . . . I guess . . . and . . . and . . . so I got up and I looked out my front window
                and I saw two police officers . . . two police . . . excuse me, two police cars, and then, I
                turned on my front light and I turned on my . . .

Columbus 911:   Okay, ma'am, it . . . actually, they said they didn't knock on your door. They'll come back
                out there if you would like them to . . .

Ms. Rollier:    They didn't knock on my door?

Columbus 911:   They said they only knocked on the door of the person that they were going to.

Ms. Rollier:    Well, somebody knocked on my door.

Columbus 911:   Okay.

Ms. Rollier:    The . . . okay, well, that . . . I mean, 'cause I wouldn't have woke up, you know . . .

Columbus 911:   Uh huh.[Yes]

Ms. Rollier:    Maybe . . . I don't know . . . since they went to the . . . did they say it's the person's side
                door?

Columbus 911:   Annette, was it 760 where they went to? I don't think it would have been close enough
                for you to hear, would it?

Ms. Rollier:    Well, they're . . . if they went to that person's side door, my . . . that . . . my bedroom
                window is right next to that person's side door, but I . . . I would think not, but I have
                heard the man out there laughing before when I was in my bedroom.

Columbus 911:   Okay. Is your next . . . but is your next-door neighbor 760?

Ms. Rollier:    I don't know, darling, I just moved here . . .

Columbus 911:   Okay.

Ms. Rollier:    . . . I've only been here for a little while. I don't know my neighbors.

Columbus 911:   Okay, what's your name, ma'am?

Ms. Rollier:    Alyssa Rollier . . . R O L L I E R.

Columbus 911:   Okay. All right, well, we'll . . .

Ms. Rollier:     And if they . . .

Columbus 911:  . . . go ahead and have 'em come out.

Ms. Rollier:     . . . if they were looking for somebody, I just . . . you know, I . . .

Columbus 911:  Yeah.

Ms. Rollier:     . . . don't know. I don't know what their nature of business was, but . . . I . . . I mean I feel safe and everything. I just wanted . . . I did hear somebody knocking, and I don't know . . . it just seemed strange . . .

Columbus 911:  Okay.

Ms. Rollier:     . . . I don't know. I'm gonna keep my lights on. I'm gonna go ahead and get in the shower, I guess, and stuff.

Columbus 911:  So, all right. So, do you want . . . I . . . like I said, I can have them come out or if you feel like, you know, you hear [unintelligible – 00:01:05] . . .

Ms. Rollier:     If they weren't looking for anybody in the neighborhood . . . I don't think anybody's on the loose, that's fine with me . . .

Columbus 911:  Okay.

Ms. Rollier:     . . . you know.

Columbus 911:  No, they weren't looking for anybody on the loose, ma'am, if that was your main . . .

Ms. Rollier:     That's . . .

Columbus 911:  . . . concern, okay?

Ms. Rollier:     But . . . I mean as long as it wasn't my fault . . . problem, I just, you know, maybe, and I did see them come up. You know, I did see them come out from the neighbors . . . my next-door neighbor's house.

Columbus 911:  Okay.

Ms. Rollier:     They were . . .

Columbus 911:  All right.

Ms. Rollier:       They were parked in front of that house. Maybe they knocked on the side door out
                   there. I don't know . . .

Columbus 911:   Okay.

Ms. Rollier:       . . . you know, I mean. But I appreciate you checking into it for me, and as long as that
                   . . . you know, that's not a problem. It . . . and that . . . I'm . . . I'm okay. I'm sorry . . . I'm
                   sorry I'm acting like this.

Columbus 911:   Okay, ma'am.

Ms. Rollier:       It . . . it just made me nervous. I apologize . . .

Columbus 911:   Ma'am.

Ms. Rollier:       . . . first time living alone in a long time, so I just . . .

Columbus 911:   I understand that.

Ms. Rollier:       . . . I may be [unintelligible – 00:00:15].

Columbus 911:   Yes, okay, thank you, ma'am.

Ms. Rollier:       Thank you, bye-bye.

Columbus 911:   Bye-bye.

*04:16:18*
*Recording #1/Track #4/00:06:14*

*04:12:37*

Columbus 911:   . . . 5.

1 Adam 25:        25.

Columbus 911:   Did y'all happen to accidently knock on 776?

1 Adam 25:        No [unintelligible – 00:00:41] We may have pulled into that driveway, but we ain't
                   knocked . . . for, man?

Columbus 911:   Just had somebody calling from a couple of doors down saying someone . . .

1 Adam 25:        That's negative, do you need us to go back out there and check it out?

Columbus 911: Not.

*Recording #1/Track #5/00:01:05*
*04:13:22*

*04:55:55*

Columbus 911: Columbus 911.

Mr. Arreola:    Could I get a police officer at the residence of 7 . . . yeah, 760 Moss Drive, please?

Columbus 911: 760 Moss Drive?

Mr. Arreola:    Yes, ma'am.

Columbus 911: Okay, and what's the phone number you're calling from?

Mr. Arreola:    706 . . .

Columbus 911: Uh huh.[Yes]

Mr. Arreola:    . . . okay . . . 706-326-0592.

Columbus 911: Okay, 706-326-0592?

Mr. Arreola:    Yes, ma'am.

Columbus 911: Okay, and what's happening?

Mr. Arreola:    I . . . my mom's acting a little weird. Just want to make sure she's fine.

Columbus 911: Okay, are you there with her now?

Mr. Arreola:    Yes, ma'am.

Columbus 911: What's your name?

Mr. Arreola:    Hector.

Columbus 911: Okay, Mr. Arreola?

Mr. Arreola:    Yes, ma'am.

Columbus 911:   Yeah, we sent the officers out to you to your motel room earlier, and you didn't answer the door.

Mr. Arreola:    Yeah, I had to go . . . I just drove off. It's a . . . a window, and I just took off. Had to go . . . I had to go check on my mother, 'cause like I said, she's been acting a little weird.

Columbus 911:   Okay. Is she giving you any problems, violent, or anything?

Mr. Arreola:    No, ma'am. It's just . . . just acting a little strange.

Columbus 911:   Do you think she's sick? Should we call . . .

Mr. Arreola:    No, I don't think she's sick.

Columbus 911:   Okay. All right. We'll go ahead and get an officer out there for you, okay?

Mr. Arreola:    How long do you think that's gonna take, ma'am?

Columbus 911:   I can't say for sure, but we'll get one to you as soon as possible.

Mr. Arreola:    Okay.

Columbus 911:   All right.

Mr. Arreola:    All right.

Columbus 911:   Thank you . . .

Mr. Arreola:    Shit . . . fuck . . .

*Recording #2/Track #1/00:04:47*
*05:00:22*

*04:58:49*

Columbus 911:   Dispatch . . .1 Adam 25.

1 Adam 25:      25.

*Recording #2/Track #2/00:00:32*
*04:59:00*

*05:01:03*

Columbus 911:   10-4. Dispatch . . . 1 Adam 35,[4] it's gone be an 8400 at 760 Moss Drive . . . 760 Moss Drive. You want to see me . . . see Hector in reference to his mother, who's acting a little strange.

1 Adam 35:     10-4, I'm going out on traffic, first. Be a white pickup truck. I'm here, in the . . . front of the airport. It's Queen . . . QFD 4359. A white pickup truck. I [unintelligible - 00:01:29] in front of the airport . . . Chevrolet.

Columbus 911:   10-4.

1 Adam 25:     25 . . . Dispatch, I can be back en route to Moss Drive. We just went out there and spoke with the mother.

Columbus 911:   That's 10-4, 25. 25, just let me know when you clear the 8000 and I'll send it to you.

1 Adam 35:     That's 10-4 repair, mechanical, does appear to be secure. No code 4 on scene. Be en route to Moss . . .

Columbus 911:   10-4. Dispatch to 78, Code 3. I'm not sure the mother is . . . son is 10-74.

1 Adam 28:     10-4, 28, Code 3 with 25.

?:             Copy that.

*05:02:54*
*Recording #2/Track #3/00:02:12*

*05:07:07*

1 Adam 28:     28 . . . Dispatch

Columbus 911:   Go ahead.

1 Adam 28:     10-4. The complaining party on this call, is that his phone number on the very bottom of the screen? It ends in 0592?

Columbus 911:   Yes.

1 Adam 28:     10-4. Is there any way you can call him and advise him I'm gonna be calling from a blocked number and to answer the phone, please?

---

[4] Officer First Class Aaron D. Evrard, Bureau of Patrol Services' Squad 23

Columbus 911: I can try. I believe we've been trying to contact him all night or something.

1 Adam 28:     Copy that. He might be 10-74.

1 Adam 35:     35 . . . Dispatch, getting 10-8 investigated. You need me en route to Moss Drive?

1 Adam 25:     25 to 35, myself and 28 are en route. We were out there just a little bit ago. So, we're gone try to speak with the complaining party.

1 Adam 35:     35 checking 10-8.

Columbus 911: Okay, as usual, he will not answer the phone when you call him back.

1 Adam 28:     Copy, thank you.

1 Adam 35:     35 . . . Dispatch, we'll be out with a Georgia tag Army Echo Victor 1543.

Columbus 911: At 760 Moss?

1 Adam 35:     That's 10-4.

Columbus 911: Okay . . .

*Recording #2/Track #4/00:03:17*
*05:10:04*

*05:20:46*

1 Adam 25:     25 . . . Dispatch, go ahead and send E.M.S. out here.

Columbus 911: You need E.M.S. at 76 . . . at . . . you need E.M.S. at 760 Moss? What's the problem?

1 Adam 25:     Psych eval . . .

Columbus 911: That's 10-4.

*Recording #2/Track #5/00:00:46*
*05:21:12*

*05:24:08*

1 Adam 28:     28 . . . Dispatch, if you could have E.M.S. just come for routine, no lights, no sirens, or no siren?

911 Recording
Officer Michael S. Aguilar and Officer Brian J. Dudley

*Recording #2/Track #6/00:00:30*
*05:24:18*

*05:24:20*

Columbus 911: *Ringing . . . how about . . . ringing . . . I'm already running to Ray's by myself . . . ringing . . . I know . . .*

E.M.S.:          E.M.S.

Columbus 911: Hey, we've got a psychiatric at 760 Moss Drive.

E.M.S.:          Where . . . which territory's up? Who's . . .

Columbus 911: 8 to 2 are out, showing y'all out there.

E.M.S.:          At north end unit? Nobody else is going?

Columbus 911: We've got 5 sitting there [unintelligible – 00:00:16]

E.M.S.:          All right.

Columbus 911: All right.

*Recording #2/Track #7/00:00:57*
*05:24:57*

*05:25:24*

1 Adam 28:      28 . . . Dispatch, hold traffic.

Columbus 911: Hold traffic on Sector A.

1 Adam 25:      25 . . . Dispatch, go ahead and get another unit out here.

1 Adam 31:      31s[5] en route.

1 Adam 35:      35s en route, [unintelligible – 00:01:21] and 185.

Columbus 911: 10-4.

1 Adam 35:      35 . . . Dispatch, this is 700 block of Moss Drive?

---

[5] Officer W. Ronnie Oakes, Bureau of Patrol Services' Squad 23

Columbus 911:  10-4, sent to the call 760 Moss.

1 Adam 28:      28 . . . Dispatch [unintelligible – 00:00:25] fighting.

?:              [Unintelligible – 00:00:23 . . .]

?:              Send those units.

?:              [Unintelligible – 00:00:21 . . .] shut up.

?:              Right now . . .

?:              [Unintelligible – 00:00:17] feet.

?:              . . . we've got him contained, but we do not have him in custody.

?:              [Unintelligible – 00:00:14]

Columbus 911:  10-4.

*Recording #2/Track #8/00:02:21*
*05:27:24*

*05:27:11*

Columbus 911:  Medic 1, be advised, PD is still trying to secure the scene. Standby until we let you know.

Medic 1:        Medic 1, Dispatch, repeat your last traffic?

Columbus 911:  PD is out with the patient right now, but the patient's being combative. Standby until we let you know.

*Recording #2/Track #9/00:00:44*
*05:27:35*

*05:28:59*

1 Adam 28:      28 to Dispatch. We, finally, got him in handcuffs. You slow down all the units.

?:              [Unintelligible – 00:00:43]

Columbus 911:  10-4, one in custody at 5:29,[a.m.] cleared for E.M.S.?

1 Adam 28:      That's 10-4 [unintelligible – 00:00:33]

911 Recording
Officer Michael S. Aguilar and Officer Brian J. Dudley

Columbus 911:  10-4. I buzzed 'em to stand by until he was in handcuffs, is he?

1 Adam 28:     Yeah, that's 10-4. Everything's 10-4. We have him in custody.

Columbus 911:  Y'all can . . . 10-4. 28, you want us to resume.

1 Adam 28:     That's 10-4. You resume [unintelligible – 00:00:13]

Columbus 911:  10-4, resume traffic on Sector A.

*Recording #2/Track #10/00:01:02*
*05:29:40*

*05:29:28*

Columbus 911:  Medic 1, scene is secure when you get there.

Medic 1:       10-4, coming from Station 1, it's gone be a while.

Columbus 911:  10-4.

*Recording #2/Track #11/00:00:34*
*05:29:41*

*05:30:18*

1 Adam 28:     28 to 85[6] . . .

1 Adam 85:     . . . 5.

1 Adam 28:     . . . can you 9010 with us [unintelligible – 00:03:14]

1 Adam 85:     I'm en route.

1 Adam 28:     That's 10-4, thank you.

?:             [Unintelligible – 00:02:13] your station copy.

?:             Clear for E.M.S.

Columbus 911:  I'm sorry, am I copying what?

---

[6] Sergeant Randolph M. Kiel, Bureau of Patrol Services' Squad 23

911 Recording                                                         Case #:  17-01
Officer Michael S. Aguilar and Officer Brian J. Dudley                Page 20 of 23

?:              Did you copy it's clear for E.M.S.?

Columbus 911:  They're en route.

?:              Copy.

1 Adam 31:      31 . . . Dispatch, we're gone be at 747 Moss Drive . . . 747 Moss Drive.

Columbus 911:  10-4.

*Recording #2/Track #12/00:03:28*
*05:33:26*

*05:33:48*

Columbus 911:  Medic 1, they moved to 747 Moss Drive.

*Recording #2/Track #13/00:00:25*
*05:33:52*

*05:36:02*

Medic 1:        Medic 1, on scene on Moss Drive.

*Recording #2/Track #14/00:00:24*
*05:36:05*

*05:39:28*

1 Adam 25:      25 to 85, I'm gone give you a call.

1 Adam 85:      I'm almost 10-97.

*Recording #2/Track #15/00:00:27*
*05:39:34*

*05:48:35*

Medic 1:        Medic 1s arrived at the Medical Center.

Columbus 911:  10-4.

*Recording #2/Track #16/00:00:26*
*05:48:40*

*05:50:53*

1 Adam 31:     31 . . . Dispatch, can you send me a [unintelligible – 00:00:18], 10-18, to River Road out in front of the Piggly Wiggly. Got a car here, arrest.

Columbus 911:  10-4.

*Recording #2/Track #17/00:00:31
05:51:04*

*05:51:08*

1 Adam 28:     28 to 85, can you 9010 with us on River Road? E.M.S. stopped [unintelligible – 00:00:22] . . .

Columbus 911:  87, they said he's having a cardiac.

*Recording #2/Track #18/00:00:36
05:51:23*

*05:51:17*

*Tone.*

*Recording #2/Track 19/00:00:29
05:51:25*

*05:51:25*

Columbus 911:  Copy.

1 Adam 85:      . . . 5 copy.

*Recording #2/Track #20/00:00:30
05:51:34*

*05:51:33*

Columbus 911:  Dispatch . . . Engine 8. Engine 8 respond with Medic 1 to 747 Moss Drive . . . 747 . . . correction. It's gone be the Piggly Wiggly on River Road . . . the Piggly Wiggly on River Road. It's gone be a cardiac arrest. Medic 1 has the patient in the ambulance. It's gone be the Piggly Wiggly on River Road. It's gone be a cardiac . . .

Engine 8:        Engine 8, acknowl . . . Engine 8s clear.

CCG003208

Columbus 911:  10-4.

*Recording #2/Track #21/00:01:46*
*05:52:58*

*05:55:47*

1 Adam 35:      35 to 31, please meet me on the TAC 1.

1 Adam 31:      31 copy.

*Recording #2/Track #22/00:00:35*
*05:56:01*

*05:59:49*

Engine 8:       Engine 8 . . . Dispatch.

Columbus 911:  Go ahead.

Engine 8:       Engine 8, we're at 747 Moss Drive, is that not the correct address?

Columbus 911:  That's negative. It's at . . .

?:              We're on River Road . . .

Columbus 911:  . . . PIggly Wiggly.

?:              . . . River Road in front of the pharmacy.

Engine 8:       10-4, Engine 8s en route.

*Recording #2/Track #23/00:00:49*
*06:00:18*

*06:00:37*

?:              When I say send one to the Medical Center go to Medical Center.

Medical Center: Go ahead.

?:              We're gone be en route to y'alls facility. Man with a . . . not sure if it's gone be a trauma
                arrest or cardiac arrest, respiratory arrest but patient was being combative with CPD.
                Upon our arrival, he was just kind of acting funny. The CPD said he was kind of acting

that way anyways. We are en route to your facility just as a psych eval . . . and then he went into what would be either trauma arrest or cardiac arrest. But we've got him in a [unintelligible – 00:00:22]. We're doing CPR right now and got an engine on the way to meet us, and we'll be at your facility in probably about five to ten . . .

*Recording #2/Track 24/00:01:10*
*06:01:26*

*06:01:25*

Engine 8:         Engine 8s on the scene.

Columbus 911:  10-4.

*Recording #2/Track 25/00:00:25*
*06:01:29*

*06:03:26*

Engine 8:         Engine 8 [unintelligible – 00:00:23]

Columbus 911:  Engine . . .

Engine 8:         Engine 8s gone be en route to the Medical Center to pick up personnel.

Columbus 911:  10-4.

*Recording #2/Track 26/00:00:35*
*06:03:40*

✿ ✿ ✿ ✿ ✿

/db