Patient Name: ARREOLA, HECTOR R.



EXHIBIT

P-3

PENGAD 800-631-6989



### Prehospital Care Report

**Columbus Fire and Emergency Medical Services**
510 10th Street
Columbus, GA 31993

Incident Date: 01/09/2017 | Call #: 17-0000869 | Patient Care #: 1

| Patient Information | | |
| --- | --- | --- |

**Name:** ARREOLA, HECTOR R.

**Age:** 30 Years
**D.O.B:** 08/14/1986 (mm/dd/yyyy)

**Address:** 5201 LICHFIELD ROAD
**Gender:** Male
**SSN:** 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

COLUMBUS, MUSCOGEE, GA 31904
**Weight:** KG / LB
**Race:** Hispanic or Latino

**Phone:** 9999999999
**Ethnicity:** Hispanic or Latino

| Provider Impression | |
| --- | --- |
| Primary Impression | Secondary Impression |
| Cardiac Arrest | Respiratory Arrest |

| Protocols Used |
| --- |
| Universal Patient Care Protocol |

| Narrative |
| --- |

**Summary of Events**

A- UPON ARRIVAL EMS FOUND A 30 Y/O MALE SITTING ON THE GROUND IN FRONT OF A RESIDENCE IN BILATERAL LEG CUFFS AND HANDCUFFS WITH CPD OFFICERS. THE PT WAS CONSCIOUS, ALERT, BUT NOT SPEAKING. THE PT WAS ONLY MAKING NON-SPECIFIC NOISES/SOUNDS. EACH EYE WAS VERY SLUGGISH.

C- INITIALLY MEDIC 1 WAS CALLED TO THE SCENE DUE TO THE PT BEING COMBATIVE/A POSSIBLE PSYCH PER THE CPD OFFICERS. THE PT WAS TRANSPORTED TO MMC ER IN THE CPD'S BILATERAL LEG CUFFS AND HANDCUFFS DUE TO BEING POSSIBLY COMBATIVE. WHILE ENROUTE TO MMC ER FOR FURTHER EVALUATION, THE PT POSSIBLY WENT INTO A CARDIAC/RESPIRATORY/TRAUMA ARREST. THE PT HAD A HEMATOMA AND AN ABRASION/LACERATION ABOVE THE L/T EYE/EYEBROW AREA. BLEEDING WAS CONTROLLED ON SCENE. CPD STATES THAT THE PT WAS VERY COMBATIVE PRIOR TO EMS ARRIVAL. MEDIC 1 CALLED ENGINE 8 TO THE SCENE FOR MAN POWER DUE TO THE PT POSSIBLY GOING INTO RESPIRATORY/CARDIAC/TRAUMA ARREST WHILE ENROUTE TO MMC ER. MEDIC 1 STOPPED ON THE SIDE OF RIVER ROAD NEAR THE PIGGLY WIGGLY AND STARTED ALS PROTOCOLS AND CPR WHILE WAITING FOR THE ENGINE COMPANY TO ARRIVE.

H- EMS WAS UNABLE TO GET A MEDICAL HISTORY ON THE PT

A- VITALS, INITIALLY IN POC WITH LEG CUFFS AND HANDCUFFED BEHIND THE PTS BACK, THEN INTO THE SUPINE POSITION TO START ALS PROTOCOLS. UPON THE PT GOING INTO RESPIRATORY/CARDIAC/TRAUMA ARREST MEDIC 1 CALLED FOR DISPATCH TO SEND THE CLOSEST ENGINE COMPANY FOR MAN POWER, FSBS 85, 15 LITERS O2 ADULT BVM WITH VENTILATIONS AT 10 TO 12 TIMES A MINUTE, AED PADS ADVISED NO SHOCK, CPR, 3-LEAD SHOWED ASYSTOLE AND POSSIBLE PEA RHYTHM, 16GA INT R/T EJ, 18GA INT L/T EJ, 200CC BOLUS OF A 1000ML BAG N/S, INTUBATED WITH 7.5MM ET TUBE AT 26-28CM, ADULT TUBE HOLDER, ETCO2 READING OF 11-60 MMHG, 1 2MG NARCAN IV, 1 1MG 1:10000 EPI IV, 1 AMP SODIUM BICARB, ADULT C-COLLAR FOR PRECAUTIONARY REASONS

R- PT REMAINED IN A POSSIBLE PEA RHYTHM, UNCONSCIOUS, AND UNRESPONSIVE. EACH EYE BECAME FIXED AND DILATED. ALS PROTOCOLS AND CPR WERE CONTINUED WHILE ENROUTE TO MMC ER.

T- MMC ER FOR FURTHER EVAL WITHOUT INCIDENT PER THE TRAUMA ARREST PROTOCOL.

T- MMC ER FOR FURTHER EVAL WITHOUT INCIDENT PER POSSIBLE TRAUMA ARREST PROTOCOL.

| Prior Aid | | |
| --- | --- | --- |
| Prior Aid | Performed By | Outcome |
| | N/A, | N/A |

| Past Medical History | | |
| --- | --- | --- |
| MEDICATION ALLERGIES | Generic Name | Description |
| Unable to determine allergies | EMS crew was unable to determine if patient has any known drug allergies | EMS crew was unable to determine if patient has any known drug allergies |
| Environmental/Food Allergies | | Description |
| Not Known | | |
| Patient Medications | Generic Name | Dosage |
| Unable to obtain medications | EMS crew was unable to determine / obtain patient medications | |

Inc. Date: 01/09/2017
Incident #: 0000869
Patient Name: ARREOLA, HECTOR R.
Call #: 17-0000869
Columbus Fire and Emergency Medical Services
Page: 1
Date Printed: 08/16/2019 15:53

Patient Name: ARREOLA, HECTOR R.

| Medical Surgery History |
|---|
| Not Available, *not applicable* |

| History Primarily Obtained From | Pregnancy | Advanced Directives | | Practitioner Name |
|---|---|---|---|---|

## Assessment Exam

| 05:40 | **Mental Status:** Incoherent, ; **Neuro:** Aphasic, ; **Eyes: R:** Fixed/Non-Reactive, Sluggish, ; **L:** Fixed/Non-Reactive, Sluggish, ; **Skin:** Normal, ; **Head/Face:** Normal, ; **Neck:** Normal, ; **Chest/Lungs:** Normal Chest Assmt, Normal, Clear & Equal Breath Sounds, ; **Heart:** Normal, ; **LUQ:** Normal (Soft, Non-Tender), ; **LLQ:** Normal (Soft, Non-Tender), ; **RUQ:** Normal (Soft, Non-Tender), ; **RLQ:** Normal (Soft, Non-Tender), ; **GU:** Normal, ; **Cervical:** Normal (No Pain or Deformities), ; **Thoracic(back):** Normal (No Pain or Deformities), ; **Lumbar:** Normal (No Pain or Deformities), ; **Extremities: Upper R:** Abnormal C.M.S., ; **Upper L:** Abnormal C.M.S., ; **Lower R:** Abnormal C.M.S., ; **Lower L:** Abnormal C.M.S., ; |
|---|---|

## Patient Condition

**Chief Complaint:** POSSIBLE CARDIAC/RESPIRATORY ARREST X

**Secondary Complaint:**

**Alcohol/Drug Use:**

| Injury Onset | Injury Cause | Injury Mechanism | Injury Intent | Ht. of Fall |
|---|---|---|---|---|
| | Not Known | | Not Applicable | |

| Primary Symptom | Other Associated Symptoms |
|---|---|
| Change in Responsiveness | |

## Patient Vitals

| Time | B/P | Pulse | Rhythm | Resp. | Effort | SpO2 | SpO2 Qual. | EtCO2 | GCS | Pain | Stroke Scl | PTA | B.G. | RTS | Limb | Patient Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:51 | 0/0 | 115 | | 12 | Normal | | Rm. Air | | 7 | | | | 85 | 6 | Left Arm | Fowlers |

## ECG Monitor

| Time | ECG Type | ECG Lead | ECG Interpretation | ECG Ectopy | Cause For Change |
|---|---|---|---|---|---|
| 05:51 | ECG-Monitor | | Pulseless Electrical Activity – PEA | 12 Lead ECG-Lateral Ischemia | |

## Procedures and Treatments

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success | Comments |
|---|---|---|---|---|---|---|---|---|
| 05:48 | JB | Blood Glucose Analysis | Hand-Left | | 1 | N/A | Yes | FSBS 85 |
| 05:51 | JB | Airway - Positive Pressure Ventilation | Mouth | | 1 | Unchanged | Yes | |
| 05:51 | JB | CPR -Cardiopulmonary Resuscitation | Other | | 1 | Unchanged | Yes | |
| 05:51 | JB | Airway - Endotracheal Intubation | Mouth | | 2 | N/A | Yes | 7.5MM ET TUBE AT 28CM |
| 05:51 | JB | Airway-ECO2 Monitoring | Other | | 1 | N/A | Yes | ETCO2 READING 11-60 MMHG |
| 05:51 | JB | Cervical Spinal Immobilization – Rigid Collar | Neck | | 1 | N/A | Yes | |
| 05:51 | JB | Venous Access-External Jugular Line | Neck | 16 | 1 | Unchanged | Yes | R/T SIDE EJ |
| 05:51 | JB | Venous Access-External Jugular Line | Neck | 18 | 1 | N/A | Yes | L/T SIDE EJ |
| 05:51 | JB | AED-First Responder | Other | | 1 | N/A | Yes | |

## Intubation Confirmation

| Time | Preoxy | Gastric Sounds | Lung L/R | Chest L/R | Wave Form | ETCO2 Numeric | ETCO2 Color | Verify Tube | EDD Draws Back | EDD Inflates | EDD | Misting | POGO Score | Secured | Tube Depth At | Depth | Tube size | Verify X-Ray | MD/RN Verify Placement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:51 | | | | | | | | | | | | | | | | | | | |

## Medication Administered

| Time | Crew | Medication | Route | Dosage | Response | PTA | Comments |
|---|---|---|---|---|---|---|---|
| 05:51 | JB | Oxygen | Other/Miscellaneous | 15 LPM (Gas Administration) | | No | 15 LITERS O2 ADULT BVM |
| 05:51 | JB | Normal Saline | Intravenous | 200 ML | Unchanged | No | 200CC BOLUS OF A 1000ML BAG N/S |
| 05:51 | JB | Naloxone (Narcan) | Intravenous | 2 MG | Unchanged | No | |
| 05:51 | JB | Epinephrine 1:10,000 | Intravenous | 1 MG | Unchanged | No | |
| 05:51 | JB | Sodium bicarbonate | Intravenous | 88 MEQ | Unchanged | No | |

## Physical Assessment

| Front | Left |
|---|---|

Patient Name: ARREOLA, HECTOR R.



| Injury # | Injury Site | | Injury Detail |
|---|---|---|---|
| | Head | | Abrasions |
| | Head | | Bleeding Controlled |
| | Head | | Laceration |
| | Head | | Soft Tissue Swelling/Bruising |
| | Face | | Abrasions |
| | Face | | Bleeding Controlled |
| | Face | | Laceration |

Patient Name: ARREOLA, HECTOR R.

| Injury Details | | |
|---|---|---|
| Injury # | Injury Site | Injury Detail |
| | Face | Soft Tissue Swelling/Bruising |

| Patient Transport/Positioning | | |
|---|---|---|
| Patient Moved To Ambulance | Patient's Position In Transport | Patient Moved From Ambulance |
| Stretcher | Supine | Stretcher |

| Call Type and Location | Call Disposition | Response Times and Mileage | | |
|---|---|---|---|---|
| **Call Type:** Psychiatric Problems | **Disposition:** Treated, Transported by EMS | **1st Resp. Arr.:** | | |
| **Resp. Mode:** Lights and Sirens | **Resp. Mode:** Initial No Lights or Sirens, Upgraded to Lights and Sirens | **PSAP:** 05:27 | **Incident #:** 0000869 | |
| **Urgency:** Immediate | | **Disp. Notified:** 05:27 | **Call Sign:** M01 | |
| **Response:** 911 Response | | **Unit Disp.:** 05:28 | **Veh. #:** 01791 | |
| **Location:** Home/Residence | **Destination:** Midtown Medical Center - Columbus, 710 Center St., Columbus, GA 31901 | **Enroute:** 05:29 | **Start Miles:** 84676.4 | |
| **Address:** 747 MOSS DR | | **At Scene:** 05:39 | **Scene Miles:** 84680.3 | **To Scene:** 3.9 |
| COLUMBUS, Muscogee, GA 31904 | | **At Patient:** 05:40 | | |
| | | **Depart:** 05:51 | | |
| | | **Arrive Dest:** 06:11 | **Dest. Miles:** 84683.4 | **To Dest:** 3.1 |
| | **Dest. Determ.:** Protocol | **In Service:** 07:30 | | |
| | **Diverted From:** | **In Quarters:** 07:40 | **End Miles:** 84683.4 | **To End:** 0.0 |
| | **Response Delay:** None | **Cancelled:** | | |
| | **Scene Delay:** None | | | |
| | **Transport Delay:** None | | | |

| Transfer of Patient Care | |
|---|---|
| **Time Patient Care Transferred:** 06:15 01 /09/2017 | **Time ALS/Alternate Care Called:** |

| Unit Personnel | | |
|---|---|---|
| Crew Member | Level of Certification | Role |
| Barnes, James (JB) | EMT Paramedic | Primary Patient Caregiver |
| Bush, Aaron (AB) | EMT Intermediate | Secondary Patient Caregiver |

| Billing Information | |
|---|---|
| **Payment Method:** Insurance | **Work Related?** Not Applicable |

| Insurance Information | | | | |
|---|---|---|---|---|
| Company Name | Company City | Company State | Insurance Policy # | Relationship To Insured |
| Medicaid | | GA | NO CARD | Self |

| Patient Occupation Information | |
|---|---|
| Occupation | Industry |

| Service-Defined Questions | |
|---|---|
| Did you aquire the necessary signatures: patient, nurse, doctor, family member, etc.? | Yes |
| Do you have copies of the hospital face sheet and insurance card? | Yes |
| Patient Feedback Contact Email | NONE |

Patient Name: ARREOLA, HECTOR R.

| Hospital/Receiving Agent Signature | | |
| --- | --- | --- |

**Hospital/Receiving Agent**

I acknowledge that the above patient was transferred to my care.

| **I Agree** | I Disagree | Not Applicable |
| --- | --- | --- |

Signature

| Printed Name   AMY RN | | Date   01/09/2017 07:11 |
| --- | --- | --- |

| Medical Control/Physician Signature | | |
| --- | --- | --- |

**Medical Control/Physician**

I acknowledge that I have authorized the use of controlled medications/procedures for this patient.

| **I Agree** | I Disagree | Not Applicable |
| --- | --- | --- |

Signature

| Printed Name   SPURLOCK | | Date   01/09/2017 |
| --- | --- | --- |

| Patient Consent Form | | |
| --- | --- | --- |

**HIPAA Consent**

Our Notice of Privacy Practices provides information about how we may use and disclose protected health information about you. You have the right to review our notice before signing this consent. As provided in our notice, the terms of our notice may change. If we change our notice, you may obtain a revised copy. You have the right to request that we restrict how protected health information about you is used or disclosed for treatment, payment or health care operations. We are not required to agree to this restriction, but if we do, we are bound by our agreement. By signing this form, you consent to our use and disclosure of protected health information about you for treatment, payment or health care operations. You have the right to revoke this consent, in writing, except where we have already made disclosures in reliance on your prior consent.

| I Agree | I Disagree | Not Applicable |
| --- | --- | --- |

**Waiver of Liability**

I refuse treatment and/or transportation by the providing ambulance service. I assume responsibility for my own, my child's own, or any family member's medical treatment. I have been advised to seek the attention of a physician. I release the providing ambulance service, its employees, officers and directors from liability resulting from my own, my child's own, or any other family member's refusal of medical treatment or transportation.

| I Agree | I Disagree | Not Applicable |
| --- | --- | --- |

**Authorization for Billing**

I authorize the release to the Social Security Administration and Centers for Medicare and Medicaid Services, any HMO/PPO, other private or public insurance, or their agents, fiscal intermediaries or carriers or an independent agency performing billing or collection functions on behalf of the ambulance service, any personal, medical or billing information needed for this or a related claim. I understand I will be responsible for any services that are not paid/covered by my insurance. A copy of this authorization shall be valid as the original and shall remain in effect until revoked in writing by the patient/insured. I request payment of medical insurance benefits either to me or to the ambulance service.

| I Agree | I Disagree | Not Applicable |
| --- | --- | --- |

Patient Name: ARREOLA, HECTOR R.

Signature

*Pt unable to sign*

Printed Name   HECTOR R ARREOLA                                Date   01/09/2017

Authorized Representative Signature

**HIPAA Consent**

Our Notice of Privacy Practices provides information about how we may use and disclose protected health information about you. You have the right to review our notice before signing this consent. As provided in our notice, the terms of our notice may change. If we change our notice, you may obtain a revised copy. You have the right to request that we restrict how protected health information about you is used or disclosed for treatment, payment or health care operations. We are not required to agree to this restriction, but if we do, we are bound by our agreement. By signing this form, you consent to our use and disclosure of protected health information about you for treatment, payment or health care operations. You have the right to revoke this consent, in writing, except where we have already made disclosures in reliance on your prior consent.

    I Agree        I Disagree       **Not Applicable**

**Waiver of Liability**

I refuse treatment and/or transportation by the providing ambulance service. I assume responsibility for my own, my child's own, or any family member's medical treatment. I have been advised to seek the attention of a physician. I release the providing ambulance service, its employees, officers and directors from liability resulting from my own, my child's own, or any other family member's refusal of medical treatment or transportation.

    I Agree        I Disagree       **Not Applicable**

**Authorization for Billing**

I authorize the release to the Social Security Administration and Centers for Medicare and Medicaid Services, any HMO/PPO, other private or public insurance, or their agents, fiscal intermediaries or carriers or an independent agency performing billing or collection functions on behalf of the ambulance service, any personal, medical or billing information needed for this or a related claim. I understand I will be responsible for any services that are not paid/covered by my insurance. A copy of this authorization shall be valid as the original and shall remain in effect until revoked in writing by the patient/insured. I request payment of medical insurance benefits either to me or to the ambulance service.

    I Agree        I Disagree       **Not Applicable**

**Witness**

I acknowledge that I have witnessed the patient/guardian sign this Patient Care Report.

    I Agree        I Disagree       **Not Applicable**

**Authorized Representative**

I am signing on behalf of the patient. I recognize that signing on behalf of the patient is not an acceptance of financial responsibility for the services rendered.

    **I Agree**        I Disagree       Not Applicable

Signature

Printed Name   AMY                                              Date   01/09/2017
Relationship   MMC ER RN                          Authorized Representative   Representative of agency/institute furnishing care,
                                                                               services, assistance to pt.

Address                                                          City
State                                                           Postal Code

Columbus Fire and Emergency Medical
Services

Patient Name: ARREOLA, HECTOR R.

| Reason Pt. Unable to Sign | DUE TO POSSIBLY BEING IN CARDIAC/RESPIRATORY ARREST | Phone Number |
|---|---|---|

## Technician

Technician

I acknowledge that I have provided the above assessments/treatments for this patient.

**I Agree**          I Disagree          Not Applicable

Ambulance Crew Member Statement

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives were available or willing to sign on the patient's behalf.

I Agree          I Disagree          **Not Applicable**

Signature

Printed Name   Aaron Bush                    Date   01/09/2017

Reason Pt. Unable to Sign

## Technician

Technician

I acknowledge that I have provided the above assessments/treatments for this patient.

**I Agree**          I Disagree          Not Applicable

Ambulance Crew Member Statement

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives were available or willing to sign on the patient's behalf.

I Agree          I Disagree          **Not Applicable**

Signature

Printed Name   James Barnes                   Date   01/09/2017

Reason Pt. Unable to Sign

## Valuables

Valuables:

**Belongings Left:** At Destination with Patient