# IMAGETREND FIRE BRIDGE

Columbus Fire and Emergency Medical Services
510 10th Street, Columbus, GA 31993
Phone: 706 653 3500  Fax: 706 653 3504

**NFIRS-1 Basic**

## A
- FDID: 10601
- State: GA
- Incident Date: 01/09/2017
- Station: 8
- Incident Number: 0000869
- Exposure: 0

## B Location Type
- X Street address
- 747 MOSS DR
- COLUMBUS, GA 31904

## C Incident Type
321 — EMS call, excluding vehicle accident with injury

## D Aid Given or Received
N × None

## E1 Dates and Times
- Alarm: 01/09/2017 05:27:01
- Arrival: 01/09/2017 05:39:22
- Last Unit Cleared: 01/09/2017 06:33:03

## E2 Shifts and Alarms
- Shift: A
- District: M84

## F Actions Taken
73 — Provide manpower (Primary Action Taken)

## G1 Resources
- Suppression: Apparatus 1, Personnel 4
- EMS: Apparatus 1, Personnel 2
- Other: 0, 0

## G2 Estimated Dollar Losses and Values
Losses: None

## Completed Modules
- X Apparatus-9
- X Personnel-10

## H1 Casualties
- Fire Service: Death 0, Injury 0
- × None

## H3 Hazardous Materials Release
N — None

## I Mixed Use Property
NN × Not mixed use


EXHIBIT P-4



## J  Property Use

**Structures**
- 131  Church, mosque, synagogue, temple, chapel
- 161  Restaurant or cafeteria
- 162  Bar or nightclub
- 213  Elementary school, including kindergarten
- 215  High school/junior high school/middle school
- 241  Adult education center, college classroom
- 311  24-hour care Nursing homes, 4 or more persons
- 331  Hospital - medical or psychiatric
- 341  Clinic, clinic-type infirmary
- 342  Doctor, dentist or oral surgeon office
- 361  Jail, prison (not juvenile)
- 419  1 or 2 family dwelling
- 429  Multifamily dwelling
- 439  Boarding/rooming house, residential hotels
- 449  Hotel/motel, commercial
- 459  Residential board and care
- 464  Barracks, dormitory
- 519  Food and beverage sales, grocery store
- 539  Household goods, sales, repairs
- 571  Service station, gas station
- 579  Motor vehicle or boat sales, services, repair
- 599  Business office
- 615  Electric-generating plant
- 629  Laboratory or science laboratory
- 700  Manufacturing, processing
- 819  Livestock, poultry storage
- 882  Parking garage, general vehicle
- 891  Warehouse

**Outside**
- 124  Playground
- 655  Crops or orchard
- 669  Forest, timberland, woodland
- 807  Outside material storage area
- 919  Dump, sanitary landfill
- 931  Open land or field
- 936  Vacant lot
- 938  Graded and cared-for plots of land
- 946  Lake, river, stream
- 951  Railroad right-of-way
- 960  ✗ Street, other
- 961  Highway or divided highway
- 962  Residential street, road or residential driveway
- 981  Construction site
- 984  Industrial plant yard - area

Property Use Code: **960**
Property Use Description: Street, other

## K1  Person/Entity Involved
Local Option

## K2  Owner
Local Option

## M  Authorization

| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |
|---|---|---|---|---|---|---|
| 689 | William Elrod | Fire Sergeant | Station 8 | 01 | 09 | 2017 |
| Member Making report ID | Signature | Position or rank | Assignment | Month | Day | Year |
| 323 | Chad Jones | Firefighter | Station 8 | 01 | 09 | 2017 |

## L  Remarks
Local Option

E-08 responded to a cardiac arrest. Upon arrival at residence E-08 was advised by the occupant that the patient was taken away in custody by C.P.D. Shortly, after E-08 was advised patient was being transported by M-01 and was stopped on river road administering CPR. M-01 requested the assistance of E-08 for manpower. E-08 provided a ambulance driver and a extra firefighter for assistance. Response time slightly delayed because Engine 8 was dispatched to the wrong address initially.

Case 4:19-cv-00005-CDL   Document 15-4   Filed 11/08/19   Page 4 of 8

| A | FDID | State | Incident Date (MM/DD/YYYY) | Station | Incident Number | Exposure | NFIRS-9 Apparatus or Resources |
|---|---|---|---|---|---|---|---|
| | 10601 | GA | 01/09/2017 | 8 | 0000869 | 0 | |

| B # | Apparatus or Resource | Dates and Times (Month/Day/Year — Hour/Min) | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|
| 1 | ID: M01<br>Type: 76 | Dispatch × 01/09/2017 0528<br>Arrival × 01/09/2017 0539<br>Clear × 01/09/2017 0545 | Sent × | 2 | Other<br>Suppression<br>Administrative<br>Support<br>× EMS | |
| 2 | ID: E08<br>Type: 11 | Dispatch × 01/09/2017 0555<br>Arrival × 01/09/2017 0602<br>Clear × 01/09/2017 0633 | Sent × | 4 | Other<br>× Suppression<br>Administrative<br>Support<br>EMS | |

**A** | FDID: 10601 | State: GA | Incident Date: 01/09/2017 | Station: 8 | Incident Number: 0000869 | Exposure: 0 | NFIRS-10 Personnel

### B — Apparatus or Resource 1

- ID: M01
- Type: 76

**Dates and Times**
- Dispatch ✗ 01/09/2017 0528
- Arrival ✗ 01/09/2017 0539
- Clear ✗ 01/09/2017 0545

Sent: ✗  Number of People: 2

Apparatus Use: ✗ EMS (Other / Suppression / Administrative / Support / EMS)

| Personnel ID | Name | Rank Or Grade | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|
| 570 | Barnes, James | Firefighter | | | | |
| 652 | Bush, Aaron | Firefighter | | | | |

### B — Apparatus or Resource 2

- ID: E08
- Type: 11

**Dates and Times**
- Dispatch ✗ 01/09/2017 0555
- Arrival ✗ 01/09/2017 0602
- Clear ✗ 01/09/2017 0633

Sent: ✗  Number of People: 4

Apparatus Use: ✗ Suppression (Other / Suppression / Administrative / Support / EMS)

| Personnel ID | Name | Rank Or Grade | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|
| 689 | Elrod, William | Fire Sergeant | | | | |
| 323 | Jones, Chad | Firefighter | | | | |
| 699 | Rogers, Martin | Firefighter | | | | |
| 766 | Sherrod, Frederick | Firefighter | | | | |