# DEFENDANT'S EXHIBIT 2



Defendant's Deposition Exhibit 2