(TIMEKEEPER) (OFFICE COPY) (CAPT. DANFORD) (LT. WALTON - LT. DOWE - LT. HAMER)
(SGT'S)---LAWRENCE--MURPHY--MILLS--HAYES--BARTLETT--RICHARDS----HICKMAN--KIEL---NEAL

| RICK T. BOREN | COLUMBUS POLICE DEPARTMENT | | | | LEMUEL MILLER |
|---|---|---|---|---|---|
| CHIEF OF POLICE | BUREAU OF PATROL SERVICES | | | | ASSISTANT CHIEF |
| UNIT #02 | DUTY ROSTER | | | | UNIT # 03 |
| | J. D. HAWK, MAJOR, UNIT # 06 | | | | |

| DATE: 01/09/17 | SHIFT: MORNING/ OFF DAY # 1 | UNIT # | STATUS | TM-IN | TM-OUT | TOTAL |
|---|---|---|---|---|---|---|
| CAPTAIN: | DANFORD, TONY | 012 | OFF | | | |
| LIEUTENANT: | WALTON, DEAN | 040 | | 2345 | 0815 | 8.5 |
| LIEUTENANT:T | DOWE, RALPH | 031 | | 2230 | 0700 | 8.5 |
| LIEUTENANT:T | HAMER, KEVIN | 023 | OFF | | | |
| EXTRA SERGEANT | | | | | | |
| SECTOR / SECTION: | SQUAD # 26 | UNIT # | STATUS | TM-IN | TM-OUT | TOTAL |
| SERGEANT: T/C/SG | NEAL, MARK | 1C 81/82 | | 2315 | 0745 | 8.5 |
| T/C/FTO | CPL. THORNTON, WILLIAM | 1C 1 | | 2315 | 0745 | 8.5 |
| T/R/SPANISH/SG | MIRANDA, JULIO | 1C 2 | | 2315 | 0745 | 8.5 |
| T | THOMAS, ZACK | 1C 4 | | 2315 | 0745 | 8.5 |
| | KOLLER, ALEXANDER | 1C 5 | | 2315 | 0745 | 8.5 |
| T/C/SG/ETS | GRANT, ROBERT | 1C 7 | | 2345 | 0815 | 8.5 |
| T/ETS | MCDOWELL, DEMETRIUS | 1C 8 | | 2345 | 0815 | 8.5 |
| T/FTO/ETS/C/SPANISH | CPL. AVILES, LOURDES | 1C 10 | | 2345 | 0815 | 8.5 |
| T/C/MFF/SHOTGUN | MARSHALL, LARRY | 1C 11 | | 2345 | 0815 | 8.5 |
| | | | | | | |
| SECTOR / SECTION: | SQUAD # 22 | UNIT # | STATUS | TM-IN | TM-OUT | TOTAL |
| SERGEANT: | RICHARDS, MARK | | SICK | | | 8.5 |
| T/R/FTO/C/E/SHOTGU | CPL. CHAVERS, CHRIS - | | HOL | | | 8.5 |
| T/R | ROBINSON, JAMARK | 1B 14 | | 2315 | 0745 | 8.5 |
| T/C | TOMBERLIN, EMILY | | OB.TRAINING | | | 8.5 |
| T/E/C.SHOTGUN | RAMBO, DONALD - WILSON, BRENT (11-21-16) | 1B 16 | | 2315 | 0745 | 8.5 |
| | | | | | | 8.5 |
| | | | | | | 8.5 |
| SECTOR / SECTION: | SQUAD # 25 | UNIT # | STATUS | TM-IN | TM-OUT | TOTAL |
| SERGEANT: | HICKMAN, CHARLES | 1B 84/83 | | 2345 | 0815 | 8.5 |
| T | GIBSON, KEVIN | 1B 19 | | 2345 | 0815 | 8.5 |
| T/C/R | GLOVER, JONATHON | | LT.DUTY | 2345 | 0815 | 8.5 |
| T/R | MILLER, ROBERT- | 1B 22 | | 2345 | 0815 | 8.5 |
| T/C | KNIGHTEN, YOLANDA | | SICK | | | 8.5 |
| | | | | | | 8.5 |
| | | | | | | 8.5 |
| SECTOR / SECTION: | SQUAD # 23 | UNIT # | STATUS | TM-IN | TM-OUT | TOTAL |
| SERGEANT:T/E | KIEL, RANDY | 1A 85 | | 2315 | 0745 | 8.5 |
| T/ETS | DUDLEY, BRIAN | 1A 25 | | 2315 | 0745 | 8.5 |
| | HROMY, EVON | 1A 26 | | 2315 | 0745 | 8.5 |
| T | AGUILAR, MICHAEL | 1A 28 | | 2315 | 0745 | 8.5 |
| | CPL. SCHWIND, ERIC - POWELL, MARK (B010217) | 1A 29 | | 2315 | 0745 | 8.5 |
| | OAKES, WILLIAM | 1A 31 | | 2345 | 0815 | 8.5 |
| T/C/R | JACKSON, BOBBY | | LT. DUTY | 2345 | 0815 | 8.5 |
| | | 1A 34 | | | | |
| T | EVRARD, AARON - | 1A 35 | | 2345 | 0815 | 8.5 |



PLAINTIFF'S EXHIBIT
B.D. 2
10-16-19

CCG000048