Use of Force Report #: _UF17-01_

Date Logged In: _03/31/2017_
Initials: _daf_
OPS Case 17-01

# Columbus Police Department
## Field Use-Of-Force Report

Reporting Officer  **Brian Dudley**                          Employee No.  **27341**

Date  **1-9-17**          Time  **0501**          Nature of Call  **8400**

Location  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Use of Force           ☐ Pain Compliance      ☐ Baton        ☐ Fist

Check All That Apply   ☐ Chemical Agent       ☐ Kicks        ☒ Other (Specify)  **Soft empty hands**

Officers Who     1.  **Brian Dudley**                    2.  **Michael Aguilar**

Used Force       3.                                      4.

Suspect Data:  Name  **Arreola, Hector Rodrigo**                          Age  **30**

DOB  **8-14-86**    Race  **Hispanic**    Height  **601**    Weight  **190**    Sex  M ☒   F ☐

Charges, If any  **Disorderly Conduct**

Disposition (Jail, hospital, etc.)  **Hospital**

**Narrative of Circumstances:**

On 1-9-17 at approximately 0500 hours, police were dispatched to ▇▇▇▇▇▇▇ in reference to meeting with an individual. Upon arrival I spoke to Mr. Arreola who stated that he wanted to check on his mother. Prior to arriving on scene at this call Officer Aguilar and I were out at this address to check on Mr. Arreola's mother who ended up being in good health and was asked to contact Mr. Arreola. While on scene the second time speaking to Mr. Arreola, Officer Dudley asked why police officers are needed back out at this address and Mr. Arreola stated that something was strange about this situation. I asked several times what was so strange that would warrant us to knock on the door again to wake his mother up again. While talking to Mr. Arreola he stated that there were flashlights on in his mother's residence. I looked behind me at the residence and did not see any signs of flashlights but noticed his mother looking out the front door at us talking to Mr. Arreola. Mr. Arreola's mother then came outside and spoke to Mr. Arreola about why he was acting so strange and even suggested he come inside to sleep. Mr. Arreola continued to act strange and did not offer any information to us.

Continued on Reverse

PLAINTIFF'S
EXHIBIT
B.D. 3
10-16-19 TC

RECEIVED

MAR 3 0 2017

COLUMBUS POLICE DEPT
PROFESSIONAL STANDARDS

# MEDICAL INFORMATION



# WITNESS INFORMATION

1. NAME _____
   ADDRESS _____
   TELEPHONE:   HOME _____   WORK _____

2. NAME _____
   ADDRESS _____
   TELEPHONE:   HOME _____   WORK _____

3. NAME _____
   ADDRESS _____
   TELEPHONE:   HOME _____   WORK _____

4. NAME _____
   ADDRESS _____
   TELEPHONE:   HOME _____   WORK _____

Reporting Officer's Signature _____   Date  1-9-17

Name of Supervisor Notified  Sgt. Randy Kiel        By  Michael Aguilar

CCG001946

# Columbus Police Department
## Field Use-Of-Force Report

### Narrative of Circumstances
#### Continued from First Page

Mr. Arreola stated that he was going to a different residence to call someone. Mr. Arreola went to 747 Moss drive and knocked on the door. Officer Aguilar and I followed Mr. Arreola with his mother in an attempt to get Mr. Arreola detained so the responding EMTs could speak to him. At 747 Moss Drive Officer Aguilar and I approached Mr. Arreola and asked him to come talk to them. Mr. Arreola continued to disrupt and disturb the residence at 747 Moss Dr. he then asked "where is your back up". Officers then approached Mr. Arreola and attempted to take him into custody. Officer Aguilar grabbed Mr. Arreola's right arm at which time Mr. Arreola attempted to get his arm free from Officer Aguilar and moved towards the front steps of the house. As Mr. Arreola pulled his arm away I (Officer Dudley) grabbed the left arm of Mr. Arreola in attempt to get his hand behind his back and prevent him from going up the steps towards the front door. While Officer Aguilar and I held onto his arms Mr. Arreola continued to resist as police told him to comply. During the struggle Mr. Arreola was finally taken to the ground where officers were still unsuccessful in getting his hands behind his back. After several minutes of struggling to get Mr. Arreola's hands behind his back, Officer Aguilar and I were able to get the hands cuffed. At no time was any other form of force used to gain control of Mr. Arreola. Mr. Arreola was rolled to his side and when other units arrived on scene he was sat up on the ground. During the struggle I noticed some blood near the nose of Mr. Arreola. Mr. Arreola was transported to the Midtown Medical Center by M-1 for further treatment.

Nothing further at this time.

CCG001947

# COLUMBUS POLICE DEPARTMENT
## Supervisor's Field Use-Of-Force Report

Supervisor Reporting   __Sergeant Randy Kiel__                         Employee No.  __14362__

Reporting Officer   __Brian Dudley__                                    Employee No.  __27341__

SUSPECT DATA   Name  __Hector Rodrigo Arreola__                         Age  __30__

DOB  __08-14-86__   Race  __H__       Height  __601__    Weight  __190__    Sex M  __X__   F

Charges, If Any  __Disorderly Conduct__

Disposition of Suspect  __Midtown Medical Center__

Circumstances   __On 01-09-17 at approximately 0500 hrs. , Officers Dudley and Aguilar responded to a 2nd__
__meet a person call at [REDACTED] Officers met with Hector Arreola, who was acting in an irrational manner.__
__Officers attempted to place Mr. Arreola in custody, at which time he resisted.  A struggle ensued with officers__
__and Mr. Arreola was then forcibly handcuffed and placed under arrest.__

| Officers Who | 1.  Officer Brian Dudley | 2.  Officer Michael Aguilar |
|---|---|---|
| Used Force | 3. | 4. |

## SUPERVISOR'S INVESTIGATION

Deviations From Columbus Police Department Policies or Rules   YES  [ ]   NO  [X]

Tactics or Actions Should Be Reviewed                         YES  [ ]   NO  [X]

Narrative of Investigation   __On 01-09-17 at approximately 0500 hours, Officers Dudley and__
__Aguilar were dispatched to [REDACTED] in reference to meeting with an individual. Upon__
__arrival Officer Dudley spoke to Mr. Arreola who stated that he wanted to check on his mother.__
__Earlier, Officers Dudley and Aguilar were dispatched to this address to check on Mr.__
__Arreola's mother who ended up being in good health and was asked to contact Mr. Arreola.__
__While on scene the second time, officers asked Mr. Arreola why he needed police back out at__
__this address. Mr. Arreola stated that something was strange about this situation. Officers__
__asked several times what was so strange that would warrant officers to knock on the door__
__again and wake his mother up. Mr. Arreola stated that there were flashlights on in his__
__mother's residence. Officer Dudley looked at the residence and did not see any signs of__
__flashlights but noticed his mother looking out the front door at them talking to Mr. Arreola.__

## Supervisor's Recommendations
## Use of Force Report

Based on the circumstances of this incident and my investigation this use of force incident is classified as:

[  ]     Justified – The investigation's findings reveal the act or acts did occur, but were within department policy and guidelines.

[  ]     Not Justified – The investigation's findings reveal sufficient evidence that the use of force violated department policy and guidelines.  Disciplinary Action report is attached.

[ X ]     Needs Further Investigation – Refer to the Office of Chief of Police for review and assignment.

_01-09-17_
Date Received

_SGT, R.K____
Investigating Supervisor

_01-09-17_
Date Received

_CAPT. C. _____ HASTINGS_
Bureau Captain

_01-09-17_
Date Received

Bureau Major

_Mayor J.D. Hawk_
Signature

Date Received

Assistant Chief

Signature

Date Received

Chief of Police

Signature

Date Received

Professional Standards

Signature

CCG001949

# COLUMBUS POLICE DEPARTMENT
## Supervisor's Field Use-Of-Force Report

### Narrative of Investigation
### Continued from Page

Mr. Arreola's mother then came outside and spoke to Mr. Arreola and asked him why he was acting so strange and even suggested that he come inside to sleep. Mr. Arreola continued to act strange and stated that he was going to a different residence to call someone. Mr. Arreola walked to ██████████ and knocked on the door. Officers followed Mr. Arreola alongside his mother in attempt to get Mr. Arreola detained so the responding EMTs could speak to him. (officers had requested an EMS unit due to the erratic behavior of Mr. Arreola).

Officer Dudley and Aguilar approached Mr. Arreola in front of ██████████, where he was causing a disturbance. Officers asked Mr. Arreola to come talk to them. Mr. Arreola then asked "where is your back up". Officers then approached Mr. Arreola and attempted to take him into custody. Officer Aguilar grabbed Mr. Arreola's right arm at which time Mr. Arreola attempted to get his arm free from Officer Aguilar and moved towards the front steps of ██████████ As Mr. Arreola pulled his arm away, Officer Dudley grabbed the left arm of Mr. Arreola in attempt to get his hand behind his back and prevent him from going up the steps towards the front door. While Officer Aguilar and Dudley held onto his arms, Mr. Arreola continued to resist as officers ordered him to comply and stop resisting. During the struggle Mr. Arreola was finally taken to the ground in the grassy area of front yard. Officers were still unsuccessful in getting his hands behind his back. After several minutes of struggling, officers were able to get his hands cuffed. Mr. Arreola was rolled to his side sat up on the ground and checked for injuries.

CCG001950