Start | Admin | Report | Training | Officers | Applications | Help | Logout

Officer Information O206110 DUDLEY

[Fact Sheet] [Report Arrest]

## Annual Training Dashboard

|  | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Firearms | 0 | 1 | 1 | 1 |
| Deadly Force | 1 | 1 | 1 | 1 |
| De-escalation | 1 | 1 | 1 | 0 |
| Community Policing | 2 | 2 | 4 | 0 |
| Total Training | 39 | 26 | 29 | 35 |

[Career]

## Recertification Dashboard

BASIC LAW ENFORCEMENT                         Hours This Period

P.O.S.T. Block                                       4

Recertification required topics incomplete           0

2 years, 0 months, 16 days until required on March 22, 2021

## Demographics

| Officer Key | O206110 |
|---|---|
| Name | BRIAN JEREMY DUDLEY |
| SSN | ▓▓▓▓▓▓▓ |
| Sex | Male |
| Race | Two or More Races (Not Hispanic/Latino) |
| Date of Birth | ▓▓▓▓▓▓▓ |
| Height | 6' 0" |
| Weight | 180 |
| Hair Color | Black |
| Eye Color | Brown |
| Address | ▓▓▓▓▓▓▓ |
| Primary Phone | ▓▓▓▓▓▓▓ |
| Cell Phone | (706) 315-0642 |
| Other Phone | (706) 315-0642 |
| Education | GED |
| Photograph | [View Photograph] [Upload Picture] |

[Demographics Details] [Apply for Name Change]

## Applications for Basic Certifications

| Action | Certification | Status |
|---|---|---|
| [Application] | Peace Officer | POST Approved |



PLAINTIFF'S EXHIBIT
B.D. 5
10-16-19 SC

3/6/2019                                                                 Officer Information O206110 DUDLEY

[Application] Peace Officer Recertification POST Approved

## Applications for Advanced Certifications

Action     Certification     Status
[Application] RADAR OPERATOR POST Approved

## Officer Certifications

| Certification | Description | Certification Type | Status | Expires | View |
|---|---|---|---|---|---|
| PS0920130649S | RADAR OPERATOR | Specialized | Active | | [PS0920130649S] |
| PBLE2013O206110 | BASIC LAW ENFORCEMENT | Basic | Active | March 22, 2021 | [Certification] [Letter] |

## Employment History [New C11] [C11 Help]

| | Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|---|
| [Edit] | COLUMBUS POLICE DEPARTMENT | PEACE OFFICER | January 7, 2013 | | Actively Employed in Law Enforcement |

## Mandated Training History

| Date Completed | Course | | Class | Hours | Location | Certification/Result |
|---|---|---|---|---|---|---|
| 03/22/13 | BASIC LAW ENFORCEMENT TRAINING COURSE (2013) | [View] | | 408 | GPSTC - COLUMBUS | [Peace Officer] [Accompanying Letter] |

## Training History [Apply for Training Waiver] [Apply for Recertification Training Waiver]

| Date Completed | Course | Class | Hours | Location | Certification |
|---|---|---|---|---|---|
| 02/13/19 | IFM56F USE OF DEADLY FORCE & DE-ESCALATION (minimum of 2 hrs) | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 02/12/19 | IGS12G POLICE LEGITIMACY, PROCEDURAL JUSTICE & COMM. RELATIONS | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 02/12/19 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | [View] | 19 | COLUMBUS POLICE DEPARTMENT | |
| 01/08/19 | AWD07G ADV ROADSIDE IMPAIRED DRIVNG ENFRCMT | [View] | 16 | GPSTC REGIONAL ACADEMY - COLUMBUS | |
| 08/29/18 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 08/29/18 | ICR02G DE-ESCALATION TECHNIQUES | [View] | 1 | COLUMBUS POLICE DEPARTMENT | |
| 08/28/18 | IQM34G EQUAL EMPLOYMENT OPPORTUNITY (E.E.O.) | [View] | 1 | COLUMBUS POLICE DEPARTMENT | |
| 08/28/18 | IGS11G FOSTERING POSITIVE COMMUNITY RELATIONS | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 08/28/18 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | [View] | 18 | COLUMBUS POLICE DEPARTMENT | |
| 07/13/18 | IGB31G CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | BC | 1 | GA POST COUNCIL | |
| 07/13/18 | DGB01G GCIC SECURITY AWARENESS TRAINING | BC | 1 | GA POST COUNCIL | |
| 04/13/17 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 04/12/17 | ICR02G DE-ESCALATION TECHNIQUES | [View] | 1 | COLUMBUS POLICE DEPARTMENT | |
| 04/12/17 | IGF05G CULTURAL AWARENESS | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 04/11/17 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | [View] | 19 | COLUMBUS POLICE DEPARTMENT | |
| 03/18/17 | DBI01G STOP THE STALKER (GPSTC Online) | [View] | 2 | GPSTC ACADEMY | |
| 03/17/17 | DBI02G FUNDAMENTALS OF PRELIMINARY INVEST (GPSTC ONLINE) | [View] | 1 | GPSTC ACADEMY | |
| 03/17/17 | DYE00G CULTURAL AWARENESS (Gov. Initiative) | [View] | 2 | GPSTC ACADEMY | |
| 08/01/16 | IGB30G CJIS NETWORK OPERATOR TRAINING | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 08/01/16 | DGB01G GCIC SECURITY AWARENESS TRAINING | BC | 1 | COLUMBUS POLICE DEPARTMENT | |
| 07/31/16 | IBR00G ROBBERY INVESTIGATION | [View] | 8 | COLUMBUS POLICE DEPARTMENT | |
| 03/02/16 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 03/01/16 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | [View] | 22 | COLUMBUS POLICE DEPARTMENT | |
| 08/31/15 | DLU15G LEGAL AND CASE LAW UPDATE 2015 (GPSTC ONLINE) | [View] | 1 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 08/31/15 | DBI04G EYEWITNESS IDENTIFICATION (GPSTC ONLINE) | [View] | 1 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 08/31/15 | DCD02G ELDER ABUSE (GPSTC ONLINE) | [View] | 1 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 08/31/15 | DCD03G DOMESTIC VIOLENCE (GPSTC ONLINE) | [View] | 1 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 08/19/15 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | [View] | 2 | COLUMBUS POLICE DEPARTMENT | |
| 08/19/15 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | [View] | 22 | COLUMBUS POLICE DEPARTMENT | |

CCG001834

3/6/2019                               Officer Information O206110 DUDLEY

| Date | Course | | Hours | Agency |
|---|---|---|---|---|
| 03/20/15 | IEL00E CPR with AED | View | 2 | COLUMBUS POLICE DEPARTMENT |
| 09/02/14 | IGB21G GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | BC | 2 | COLUMBUS POLICE DEPARTMENT |
| 09/02/14 | IGB29G SECURITY AND INTEGRITY OF CHRI (2 HR) | BC | 2 | COLUMBUS POLICE DEPARTMENT |
| 04/23/14 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT |
| 04/23/14 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT |
| 07/18/13 | SGV00G OVERVIEW OF POST COUNCIL (RECERT REQMNT) | View | 4 | GPSTC - COLUMBUS |
| 06/10/13 | IDD07D DEFENSIVE TACTICS | View | 80 | COLUMBUS POLICE DEPARTMENT |
| 05/20/13 | IKV12G ACTIVE SHOOTER RESPONSE | View | 40 | COLUMBUS POLICE DEPARTMENT |
| 05/16/13 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT |
| 05/10/13 | IYC03G VERBAL JUDO | View | 16 | COLUMBUS POLICE DEPARTMENT |
| 05/06/13 | IFJ03F JUDGEMENTAL SHOOTING | View | 8 | COLUMBUS POLICE DEPARTMENT |
| 05/03/13 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 16 | COLUMBUS POLICE DEPARTMENT |
| 04/29/13 | IFL03F PATROL RIFLE | View | 24 | COLUMBUS POLICE DEPARTMENT |
| 04/26/13 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 40 | COLUMBUS POLICE DEPARTMENT |
| 04/19/13 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 24 | COLUMBUS POLICE DEPARTMENT |
| 04/19/13 | IFE00F SHOTGUN | View | 8 | COLUMBUS POLICE DEPARTMENT |
| 04/17/13 | IGS00G COMMUNITY ORIENTED POLICING | View | 4 | COLUMBUS POLICE DEPARTMENT |
| 04/16/13 | IDG06G TASER X-26 | View | 8 | COLUMBUS POLICE DEPARTMENT |
| 04/15/13 | IDC01G CHEMICAL MUNITIONS | View | 8 | COLUMBUS POLICE DEPARTMENT |
| 04/12/13 | AGW01G CRISIS INTERVENTION TEAM TRAINING | View | 40 | COLUMBUS POLICE DEPARTMENT |
| 04/05/13 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 40 | COLUMBUS POLICE DEPARTMENT |
| 03/29/13 | AWS93G STANDARDIZED FIELD SOBRIETY TESTING | View | 24 | GPSTC - COLUMBUS |
| 03/26/13 | STT01R RADAR OPERATOR TRAINING COURSE | View | 16 | GPSTC - COLUMBUS | PS0920130649S |

Logout | Profile

The current time is 11:09 am. Your session will expire after 20 minutes of inactivity.

Copyright 2019 rttassociates.com