Welcome CPD Training                                                                 1

| Type | Date | Name | |
|---|---|---|---|
| Course | 09/21/2012 | Dudley, Brian Jeremy | Name: Approved Course Of Fire/Police Expert Shooter 1 Hour / Code: PBE-LE96 / Hours: 1 |
| Course | 10/29/2012 | Dudley, Brian Jeremy | Name: Customer Service Training 3 Hrs / Code: ACO-0401 / Hours: 2 |
| Course | 10/29/2012 | Dudley, Brian Jeremy | Name: Vehicle Operations 8 Hrs / Code: AHO-0300 / Hours: 24 |
| Course | 10/30/2012 | Dudley, Brian Jeremy | Name: Security And Integrity Of Cj Info 4 Hrs / Code: ASO-0501 / Hours: 4 |
| Course | 10/30/2012 | Dudley, Brian Jeremy | Name: Mdt Terminal Operator Course Gbi-18 Hours / Code: AKO-0102 / Hours: 18 |
| Course | 12/07/2012 | Dudley, Brian Jeremy | Name: Oc Familiarization / Code: AJO-1105 / Hours: 4 |
| Course | 12/07/2012 | Dudley, Brian Jeremy | Name: Basic Asp Baton 6 Hours / Code: PSC-5016 / Hours: 8 |
| Course | 01/16/2013 | Dudley, Brian Jeremy | Name: Community Relations 4 Hrs / Code: ACO-0700 / Hours: 4 |
| Course | 03/22/2013 | Dudley, Brian Jeremy | Name: Basic Law Enforcement Training Course 408 Hrs / Code: PBC-LE92 / Hours: 408 |
| Course | 03/26/2013 | Dudley, Brian Jeremy | Name: Radar Operator Training 16 Hrs / Code: PSC-5303 / Hours: 16 |
| Course | 03/29/2013 | Dudley, Brian Jeremy | Name: Dui- Driving Under The Influence 24 Hrs / Code: ATO-1000 / Hours: 24 |
| Course | 04/15/2013 | Dudley, Brian Jeremy | Name: Bean Bag Shotgun Operator Course Cpd 2 Hrs / Code: AIO-2209 / Hours: 2 |
| Course | 04/15/2013 | Dudley, Brian Jeremy | Name: Pepperball User 1 Hr / Code: AIO-2210 / Hours: 2 |
| Course | 04/16/2013 | Dudley, Brian Jeremy | Name: Taser M26/X26 8 Hrs / Code: AIO-2305 / Hours: 8 |
| Course | 05/06/2013 | Dudley, Brian Jeremy | Name: Fats Judgmental Shooting 8 Hours Cpd / Code: AJO-1502 / Hours: 8 |
| Course | 04/23/2014 | Dudley, Brian Jeremy | Name: 2014 In-Service Training 22 Hours / Code: TIO-14PS / Hours: 22 |
| Course | 04/23/2014 | Dudley, Brian Jeremy | Name: 2014 In-Service Firearms 2 Hours / Code: TF14-14PS / Hours: 2 |
| Course | 03/19/2015 | Dudley, Brian Jeremy | Name: Cpr/Aed Refresher Training Course 4 Hrs Cpd/Cfd / Code:  / Hours: 2 |
| Course | 08/19/2015 | Dudley, Brian Jeremy | Name: 2015 In-Service Firearms 2 Hours / Code:  / Hours: 2 |
| Course | 08/19/2015 | Dudley, Brian Jeremy | Name: 2015 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 03/01/2016 | Dudley, Brian Jeremy | Name: 2016 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 03/02/2016 | Dudley, Brian Jeremy | Name: 2016 In-Service Firearms 2 Hours / Code:  / Hours: 2 |

"Quality People Providing Quality Service"


PLAINTIFF'S EXHIBIT
B.D. 6
10-16-19 TC

03/06/2019  11:29:23 AM                                                    CCG001819

Welcome CPD Training 1

| Type | Date | Name | |
|---|---|---|---|
| Course | 07/31/2016 | Dudley, Brian Jeremy | Name: Electronic Tracking Device Class 8 Hrs / Code: / Hours: 8 |
| Course | 08/28/2016 | Dudley, Brian Jeremy | Name: Electronic Tracking Device Class 8 Hrs / Code: / Hours: 8 |
| Course | 04/11/2017 | Dudley, Brian Jeremy | Name: 2017 In-Service Training 22 Hours / Code: / Hours: 22 |
| Course | 04/13/2017 | Dudley, Brian Jeremy | Name: 2017 In-Service Training 2 Hours / Code: / Hours: 2 |
| Course | 08/28/2018 | Dudley, Brian Jeremy | Name: 2018 In-Service Training 22 Hours / Code: / Hours: 22 |
| Course | 08/29/2018 | Dudley, Brian Jeremy | Name: 2018 In-Service Training 2 Hours / Code: / Hours: 2 |
| Gun | 12/05/2012 | Dudley, Brian Jeremy | Name: 2012 Night Fire / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/04/2013 | Dudley, Brian Jeremy | Name: 2013 Spring Shoot Qualifications / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/04/2013 | Dudley, Brian Jeremy | Name: 2013 Spring Shoot Qualifications / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/02/2013 | Dudley, Brian Jeremy | Name: 2013 Back-Up Gun Qual. / Score: 100 / Hits: 25 / Type: Springfield / Caliber: .45 |
| Gun | 05/13/2013 | Dudley, Brian Jeremy | Name: 2013 01 Recruit Firearms / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/03/2013 | Dudley, Brian Jeremy | Name: 2013 Fall Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/28/2013 | Dudley, Brian Jeremy | Name: 2013 Back-Up Gun Qual. / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 01/08/2014 | Dudley, Brian Jeremy | Name: 2013 Night Shoot Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/17/2014 | Dudley, Brian Jeremy | Name: 2014 Spring Shoot / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/23/2014 | Dudley, Brian Jeremy | Name: 2014 In-Service Qualifications / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/07/2014 | Dudley, Brian Jeremy | Name: 2014 Spring Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/02/2014 | Dudley, Brian Jeremy | Name: 2014 Fall Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/23/2014 | Dudley, Brian Jeremy | Name: 2014 Admin/Medical Requalification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 11/10/2014 | Dudley, Brian Jeremy | Name: 2014 Fall Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                1

| Type | Date | Name | |
|---|---|---|---|
| Gun | 12/01/2014 | Dudley, Brian Jeremy | Name: 2014 Night Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| | | | Name: 2014 Night Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 01/16/2015 | Dudley, Brian Jeremy | Name: 2014 Night Shoot Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/06/2015 | Dudley, Brian Jeremy | Name: 2015 Spring Shoot / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/20/2015 | Dudley, Brian Jeremy | Name: 2015 Patrol Rifle First Half / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 08/19/2015 | Dudley, Brian Jeremy | Name: 2015 In-Service Firearms / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/22/2015 | Dudley, Brian Jeremy | Name: 2015 2015 Fall Firearms / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 11/09/2015 | Dudley, Brian Jeremy | Name: 2015 2015 Patrol Rifle 2 Quarter / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 12/01/2015 | Dudley, Brian Jeremy | Name: 2015 Night Shoot / Score: 77 / Hits: 23 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/02/2016 | Dudley, Brian Jeremy | Name: 2016 In-Service Qualifications / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/02/2016 | Dudley, Brian Jeremy | Name: 2016 2016 Back-Up Qualification / Score: 100 / Hits: 25 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/04/2016 | Dudley, Brian Jeremy | Name: 2016 2016 Spring Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/27/2016 | Dudley, Brian Jeremy | Name: 2016 1St Patrol Rifle Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/03/2016 | Dudley, Brian Jeremy | Name: 2016 Fall Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/13/2017 | Dudley, Brian Jeremy | Name: 2017 In-Service Training Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/02/2017 | Dudley, Brian Jeremy | Name: 2017 Fall Qualification 2017 / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/27/2017 | Dudley, Brian Jeremy | Name: 2017 Night Fire / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: 9mm |

*"Quality People Providing Quality Service"*

| Type | Date | Name | |
|---|---|---|---|
| Gun | 11/27/2017 | Dudley, Brian Jeremy | Name: 2017 Night Fire / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/27/2017 | Dudley, Brian Jeremy | Name: 2017 2017 Low Light Rifle Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/09/2018 | Dudley, Brian Jeremy | Name: 2018 2018 Spring Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 04/09/2018 | Dudley, Brian Jeremy | Name: 2018 1St Rifle Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 08/29/2018 | Dudley, Brian Jeremy | Name: 2018 In Service Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 10/01/2018 | Dudley, Brian Jeremy | Name: 2018 Fall Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/26/2018 | Dudley, Brian Jeremy | Name: 2018 Low Light Qualification / Score: 81 / Hits: 42 / Type: Smith/Wesson / Caliber: 9mm |
| PT | 04/26/2013 | Dudley, Brian Jeremy | Push-ups: 41 / Score: 5 / Sit-ups: 53 / Score: 5 / Mile Run: 7:17 / Score: 4 / Obstacle: 1:09 / Score: 5 / Average Score: 4.75 |
| PT | 04/26/2013 | Dudley, Brian Jeremy | Push-ups: 41 / Score: 5 / Sit-ups: 53 / Score: 5 / Mile Run: 7:17 / Score: 4 / Obstacle: 1:09 / Score: 5 / Average Score: 4.75 |
| PT | 04/26/2013 | Dudley, Brian Jeremy | Push-ups: 41 / Score: 5 / Sit-ups: 53 / Score: 5 / Mile Run: 7:17 / Score: 4 / Obstacle: 1:09 / Score: 5 / Average Score: 4.75 |
| PT | 10/12/2018 | Dudley, Brian Jeremy | Push-ups: 38 / Score: 5 / Sit-ups: 67 / Score: 5 / Mile Run: 9:06 / Score: 3 / Obstacle: 1:25 / Score: 4 / Average Score: 4.25 |

*"Quality People Providing Quality Service"*