# Employee Early Warnings Report

| EmpID | EW# | LastName | FirstName | Date Counseled | Type Warning Triggered | Disposition |
|---|---|---|---|---|---|---|
| 1435 | EW11-49 | Aguilar | Michael S. | 12/15/2010 | FDA - 10/21/2010 & 12/23/2010 | Counseled |
| 1435 | EW16-31 | Aguilar | OFC Michael S. | 6/15/2016 | VP16-12 & FDA 05/12/2016 | Counseled |

PLAINTIFF'S EXHIBIT 3 M.A. 10-16-19 TC

CCG002200

# Employee Personnel Complaints Report

| EmpID | Complaint or Ref# | Employee's Name | | Rank | Date of Report | Disposition | Discipline |
|---|---|---|---|---|---|---|---|
| 1435 | PC11-12 | Aguilar | Michael S. | PO | 3/24/2011 | Unfounded | |
| 1435 | PC11-59 | Aguilar | Michael S. | PO | 11/16/2011 | Exonerated | |
| 1435 | PC12-77 | Aguilar | Michael S. | PO | 11/20/2012 | Admin Investigation | |
| 1435 | PC13-51 | Aguilar | Michael S. | PO | 9/9/2013 | Exonerated | |
| 1435 | PC15-48 | Aguilar | Michael S. | OFC | 9/24/2015 | Unfounded | |
| 1435 | PC16-57 | Aguilar | Michael S. | OFC | 8/15/2016 | Unfounded | |
| 1435 | PC16-57 | Aguilar | Michael S. | OFC | 8/15/2016 | Exonerated | Letter of Counsel |
| 1435 | PC16-59 | Aguilar | Michael S. | OFC | 7/15/2016 | Exonerated | |
| 1435 | PC17-24 | Aguilar | Michael S. | OFC | 5/29/2017 | Exonerated | |
| 1435 | PC17-50 | Aguilar | Michael S. | OFC | 11/13/2017 | Exonerated | |
| 1435 | PC18-04 | Aguilar | Michael S. | OFC | 1/10/2018 | Unfounded | |

# Officer Use of Force Report

| EmplID | UF Incident# | Officer's Name | Rank | Date | Disposition | Discipline | Type of Force: |
|---|---|---|---|---|---|---|---|
| 1435 | UF19-04 | Aguilar, Michael S. | OFC | 1/5/2019 | Justified | | Soft Empty Hands |
| 1435 | UF18-37 | Aguilar, Michael S. | OFC | 6/22/2018 | Justified | | Impact Tools |
| 1435 | UF18-26 | Aguilar, Michael S. | OFC | 6/4/2018 | Justified | | Soft Empty Hands |
| 1435 | UF17-01 | Aguilar, Michael S. | OFC | 1/9/2017 | Justified | | Soft Empty Hands |
| 1435 | UF16-62 | Aguilar, Michael S. | OFC | 8/22/2016 | Justified | | Soft Empty Hands |
| 1435 | UF16-56 | Aguilar, Michael S. | OFC | 6/10/2016 | Justified | | Hard Empty Hands |
| 1435 | UF16-45 | Aguilar, Michael S. | OFC | 5/20/2016 | Justified | | Impact Tools |
| 1435 | UF16-21 | Aguilar, Michael S. | OFC | 4/19/2016 | Justified | | Impact Tools |
| 1435 | UF15-69 | Aguilar, Michael S. | OFC | 12/28/2015 | Justified | | Hard Empty Hands |
| 1435 | UF15-68 | Aguilar, Michael S. | OFC | 12/28/2015 | Justified | | Impact Tools |
| 1435 | UF15-29 | Aguilar, Michael S. | OFC | 6/8/2015 | Justified | | Chemical Irritants |
| 1435 | UF14-04 | Aguilar, Michael S. | PO | 1/12/2014 | Justified | | Impact Tools |
| 1435 | UF13-42 | Aguilar, Michael S. | PO | 7/7/2013 | Justified | | Impact Tools |
| 1435 | UF13-37 | Aguilar, Michael S. | PO | 6/9/2013 | Justified | | Impact Tools |

CCG002202

| EmpID | UF Incident# | Officer's Name | Rank | Date | Disposition | Discipline | Type of Force: |
|---|---|---|---|---|---|---|---|
| 1435 | UF13-30 | Aguilar Michael S. | PO | 5/5/2013 | Justified | | Chemical Irritants |
| 1435 | UF13-22 | Aguilar Michael S. | PO | 4/18/2013 | Justified | | Impact Tools |
| 1435 | UF12-76 | Aguilar Michael S. | PO | 12/1/2012 | Justified | | Soft Empty Hands |
| 1435 | UF12-68 | Aguilar Michael S. | PO | 7/28/2012 | Justified | | Soft Empty Hands |
| 1435 | UF12-55 | Aguilar Michael S. | PO | 10/29/2012 | Justified | | Impact Tools |
| 1435 | UF12-40 | Aguilar Michael S. | PO | 8/25/2012 | Justified | | Impact Tools |
| 1435 | UF12-29 | Aguilar Michael S. | PO | 7/11/2012 | Justified | | Impact Tools |
| 1435 | UF12-12 | Aguilar Michael | PO | 4/4/2012 | Justified | | Soft Empty Hands |
| 1435 | UF12-04 | Aguilar Michael S. | PO | 2/12/2012 | Justified | | Impact Tools |
| 1435 | UF11-64 | Aguilar Michael S. | PO | 11/12/2011 | Justified | | Impact Tools |

CCG002203

# Vehicle Pursuit Report

| Reference# | Primary Reporting Officer | Unit No | Secondary Reporting Officer | Unit No | Date | Disposition | Discipline |
|---|---|---|---|---|---|---|---|
| VP12-06 | Aguilar | Michael | 1435 | | 1435 | 3/15/2012 | In Compliance | N/A |
| VP12-12 | Aguilar | Michael | 1435 | | 1435 | 8/25/2012 | In Compliance | |
| VP13-13 | Aguilar | Michael | 1435 | | 1435 | 7/14/2013 | In Compliance | N/A |
| VP15-06 | | | 1435 | Aguilar | Michael | 1435 | 2/28/2015 | In Compliance | |
| VP16-12 | Aguilar | Michael | 1435 | | 1435 | 4/1/2016 | Not In Compliance | Letter of Reprimand |
| VP18-22 | Aguilar | Michael | 1435 | | 1435 | 11/4/2018 | In Compliance | N/A |

CCG002204