Start | Admin | Report | Training | Officers | Applications | Help | Logout

## Officer Information O152913 AGUILAR

[Fact Sheet] [Report Arrest]

### Annual Training Dashboard

|  | Hours This Year |
|---|---|
| Firearms | 0 |
| Deadly Force | 0 |
| De-escalation | 0 |
| Community Policing | 0 |
| Total Training | 44 |

[Career]

**PLAINTIFF'S EXHIBIT**
M.A. 4
10-16-19   ZC

### Demographics

| | |
|---|---|
| Officer Key | O152913 |
| Name | MICHAEL S AGUILAR |
| SSN | [redacted] |
| Sex | Male |
| Race | Hispanic or Latino |
| Date of Birth | [redacted] |
| Height | 5' 11" |
| Weight | 275 |
| Hair Color | Brown |
| Eye Color | Blue |
| Address | [redacted] |
| Primary Phone | [redacted]4 |
| Cell Phone | |
| Other Phone | |
| Education | High School Diploma |
| Photograph | Not on file [Upload Picture] |

[Demographics Details] [Apply for Name Change]

### Officer Certifications

| Certification | Description | Certification Type | Status | Expires | View |
|---|---|---|---|---|---|
| PS09100518S | RADAR OPERATOR | Specialized | Active | | [PS09100518S] |
| PBLE100247S | BASIC LAW ENFORCEMENT | Basic | Active | | [Certification] [Letter] |

### Employment History [New C11] [C11 Help]

| | Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|---|
| [Edit] | COLUMBUS POLICE DEPARTMENT | PEACE OFFICER | January 29, 2010 | | Actively Employed in Law Enforcement |
| [View] | PRE-SERVICE AUTHORIZED | PRESERVICE | January 28, 2010 | January 28, 2010 | Transfer |

3/6/2019                                                                 Officer Information O152913 AGUILAR

[View] COLUMBUS POLICE DEPARTMENT PEACE OFFICER   April 1, 2009   September 20, 2009   Voluntary Resignation

## Mandated Training History

| Date Completed | Course | Class | Hours | Location | Certification/Result |
|---|---|---|---|---|---|
| 12/04/09 | BASIC LAW ENFORCEMENT TRAINING CRS. | BC | 408 | GPSTC REGIONAL ACADEMY - COLUMBUS | BML06G |

## Training History [Apply for Training Waiver] [Apply for Recertification Training Waiver]

| Date Completed | Course | Class | Hours | Location | Certification |
|---|---|---|---|---|---|
| 02/15/19 | ADW07G HIGH RISK WARRANT SERVICE | View | 44 | GPSTC ACADEMY | |
| 07/26/18 | ITM07G STOP STICK TRAINING | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 05/16/18 | ICR02G DE-ESCALATION TECHNIQUES | View | 1 | COLUMBUS POLICE DEPARTMENT | |
| 05/15/18 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 05/15/18 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 18 | COLUMBUS POLICE DEPARTMENT | |
| 05/15/18 | IGS11G FOSTERING POSITIVE COMMUNITY RELATIONS | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 05/15/18 | IQM34G EQUAL EMPLOYMENT OPPORTUNITY (E.E.O. ) | View | 1 | COLUMBUS POLICE DEPARTMENT | |
| 11/03/17 | IGB31G CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | BC | 1 | COLUMBUS POLICE DEPARTMENT | |
| 11/03/17 | DGB01G GCIC SECURITY AWARENESS TRAINING | BC | 1 | COLUMBUS POLICE DEPARTMENT | |
| 07/26/17 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 07/19/17 | IGF05G CULTURAL AWARENESS | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 07/19/17 | ICR02G DE-ESCALATION TECHNIQUES | View | 1 | COLUMBUS POLICE DEPARTMENT | |
| 07/18/17 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 19 | COLUMBUS POLICE DEPARTMENT | |
| 01/18/17 | IBM00G MISCELLANEOUS INVESTIGATION | View | 1 | COLUMBUS POLICE DEPARTMENT | |
| 04/27/16 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 04/26/16 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT | |
| 04/14/16 | NTM06G COMMERCIAL VEHICLE INTERDICTION | View | 24 | GA POST COUNCIL | |
| 01/05/16 | IGB30G CJIS NETWORK OPERATOR TRAINING | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 01/05/16 | IGB29G SECURITY AND INTEGRITY OF CHRI (2 HR) | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 11/09/15 | AKG02G STREET GANG I.D. AND AWARENESS | View | 8 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 08/31/15 | ITE10G TRAFFIC ENFORCEMENT NETWORK TRNG | View | 4 | BYRON POLICE DEPARTMENT | |
| 08/13/15 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 08/13/15 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT | |
| 08/11/15 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT | |
| 02/28/15 | DLT00G DUE REGARD (GPSTC ONLINE) | View | 1 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 09/26/14 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 09/24/14 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT | |
| 02/04/14 | IGB13G SECURITY AND INTEGRITY OF CHRI (4 HR) | BC | 4 | COLUMBUS POLICE DEPARTMENT | |
| 02/04/14 | IGB21G GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 03/21/13 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 03/21/13 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT | |
| 03/08/13 | ACD08G L.E. OFFICER'S RESPONSE TO DOM. VIOL. | View | 40 | GEORGIA PUBLIC SAFETY TRNG CENTER POLICE | |
| 10/09/12 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | View | 2 | COLUMBUS POLICE DEPARTMENT | |
| 10/09/12 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | View | 22 | COLUMBUS POLICE DEPARTMENT | |
| 02/07/12 | NOC38G GCIC SECURITY & INTEGRITY | BC | 4 | COLUMBUS POLICE DEPARTMENT | |
| 03/31/11 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 03/31/11 | INC10G COLUMBUS P.D. ANNUAL INSERVICE TRNG. | BC | 22 | COLUMBUS POLICE DEPARTMENT | |
| 09/19/10 | IBJ00G SURVEILLANCE | BC | 8 | COLUMBUS POLICE DEPARTMENT | |
| 06/13/10 | IFR02F FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | BC | 4 | COLUMBUS POLICE DEPARTMENT | |
| 05/21/10 | IKV12G ACTIVE SHOOTER RESPONSE | BC | 40 | COLUMBUS POLICE DEPARTMENT | |

CCG001831

3/6/2019                                                                 Officer Information O152913 AGUILAR

| Date | Course | | Hours | Agency | |
|---|---|---|---|---|---|
| 05/14/10 | INM00G DEPARTMENTAL INSERVICE TRAINING | BC | 320 | COLUMBUS POLICE DEPARTMENT | |
| 04/29/10 | IDG06G TASER X-26 | BC | 8 | COLUMBUS POLICE DEPARTMENT | |
| 04/27/10 | ICC00G CRISIS INTERVENTION | BC | 4 | COLUMBUS POLICE DEPARTMENT | |
| 04/26/10 | ICD07G ELDER AND DEPENDENT ABUSE | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 04/26/10 | IYT01G DUI CASE PREP.& COURTROOM PRESENTATI | BC | 4 | PROSECUTING ATTORNEY'S COUNCIL | |
| 04/25/10 | IDM17G LESS LETHAL FORCE | BC | 4 | COLUMBUS POLICE DEPARTMENT | |
| 04/25/10 | IFM22F USE OF DEADLY FORCE | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 04/19/10 | IFM22G USE OF DEADLY FORCE | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 04/16/10 | ICC00G CRISIS INTERVENTION | BC | 40 | COLUMBUS POLICE DEPARTMENT | |
| 04/07/10 | AGB01G CRIMINAL HISTORY RECORDS/TRAINERS | BC | 4 | COLUMBUS POLICE DEPARTMENT | |
| 03/29/10 | IWD01G ALCO-SENSOR OPERATION | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 03/29/10 | ICD07G ELDER AND DEPENDENT ABUSE | BC | 2 | COLUMBUS POLICE DEPARTMENT | |
| 03/26/10 | AWG01G DUI/DWI DET. & STAN. FIELD SOBRIETY TEST | BC | 24 | GPSTC REGIONAL ACADEMY - COLUMBUS | |
| 03/23/10 | STT01R RADAR OPERATOR TRAINING COURSE | BC | 16 | GPSTC REGIONAL ACADEMY - COLUMBUS | PS09100518S |
| 12/30/09 | PAV13G 20 HR/FA/UODF AVG 2 HRS PER MOS TRAINING WAIVER | BC | 0 | Not found | |

Logout | Profile

The current time is 11:09 am. Your session will expire after 20 minutes of inactivity.

Copyright 2019 rtpassociates.com