
PLAINTIFF'S EXHIBIT M.A. 5 10-16-19

| Type | Date | Name | |
|---|---|---|---|
| Course | 03/09/2009 | Aguilar, Michael S | Name: Customer Service Training 3 Hrs / Code: ACO-0401 / Hours: 3 |
| Course | 03/23/2010 | Aguilar, Michael S | Name: Radar Operator Training 16 Hrs / Code: PSC-5303 / Hours: 16 |
| Course | 03/26/2010 | Aguilar, Michael S | Name: Dui Standardized Field Sobriety Testing 24 Hrs / Code: APO-3600 / Hours: 24 |
| Course | 04/06/2010 | Aguilar, Michael S | Name: Defensive Driving Course 6 Hours / Code: AHC-0401 / Hours: 6 |
| Course | 04/16/2010 | Aguilar, Michael S | Name: Crisis Intervention Team Training Nami 40 Hours / Code: AQO-1101 / Hours: 40 |
| Course | 05/21/2010 | Aguilar, Michael S | Name: Active Shooter Course - 40 Hours Nat Security Associates / Code: AIO-0813 / Hours: 40 |
| Course | 03/31/2011 | Aguilar, Michael S | Name: 2011 In Service Training 22 Hours / Code: TIO-11PS / Hours: 22 |
| Course | 03/31/2011 | Aguilar, Michael S | Name: 2011 In Service Firearms 2 Hours / Code: TF11-11PS / Hours: 2 |
| Course | 10/11/2012 | Aguilar, Michael S | Name: 2012 In Service Firearms 2 Hours / Code: TF12-12PS / Hours: 2 |
| Course | 10/11/2012 | Aguilar, Michael S | Name: 2012 In-Service Training 22 Hours / Code: TIO-12PS / Hours: 22 |
| Course | 03/21/2013 | Aguilar, Michael S | Name: 2013 In Service Training 22 Hours / Code: TIO-13PS / Hours: 22 |
| Course | 03/21/2013 | Aguilar, Michael S | Name: 2013 In-Service Firearms 2 Hrs / Code: TF13-13PS / Hours: 2 |
| Course | 09/26/2014 | Aguilar, Michael S | Name: 2014 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 09/26/2014 | Aguilar, Michael S | Name: 2014 In-Service Firearms 2 Hours / Code: TF14-14PS / Hours: 2 |
| Course | 02/28/2015 | Aguilar, Michael S | Name: Online Course Due Regard 1 Hour / Code:  / Hours: 1 |
| Course | 08/11/2015 | Aguilar, Michael S | Name: 2015 In-Service Training 22 Hours / Code: TIO-15PS / Hours: 22 |
| Course | 08/11/2015 | Aguilar, Michael S | Name: 2015 In-Service Firearms 2 Hours / Code: TF15-15PS / Hours: 2 |
| Course | 04/26/2016 | Aguilar, Michael S | Name: 2016 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 04/27/2016 | Aguilar, Michael S | Name: 2016 In-Service Firearms 2 Hours / Code:  / Hours: 2 |
| Course | 07/18/2017 | Aguilar, Michael S | Name: 2017 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 05/15/2018 | Aguilar, Michael S | Name: 2018 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 05/28/2018 | Aguilar, Michael S | Name: High Risk Warrant Service Course Tac*One 40 Hours / Code:  / Hours: 40 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                                          1

| Type | Date | Name | |
|---|---|---|---|
| Course | 03/21/2013 | Aguilar, Michael S | Name: 2013 In-Service Firearms 2 Hrs / Code: TF13-13PS / Hours: 2 |
| Course | 09/26/2014 | Aguilar, Michael S | Name: 2014 In-Service Training 22 Hours / Code: / Hours: 22 |
| Course | 09/26/2014 | Aguilar, Michael S | Name: 2014 In-Service Firearms 2 Hours / Code: TF14-14PS / Hours: 2 |
| Course | 02/28/2015 | Aguilar, Michael S | Name: Online Course Due Regard 1 Hour / Code: / Hours: 1 |
| Course | 08/11/2015 | Aguilar, Michael S | Name: 2015 In-Service Training 22 Hours / Code: TIO-15PS / Hours: 22 |
| Course | 08/11/2015 | Aguilar, Michael S | Name: 2015 In-Service Firearms 2 Hours / Code: TF15-15PS / Hours: 2 |
| Course | 04/26/2016 | Aguilar, Michael S | Name: 2016 In-Service Training 22 Hours / Code: / Hours: 22 |
| Course | 04/27/2016 | Aguilar, Michael S | Name: 2016 In-Service Firearms 2 Hours / Code: / Hours: 2 |
| Course | 07/18/2017 | Aguilar, Michael S | Name: 2017 In-Service Training 22 Hours / Code: / Hours: 22 |
| Course | 05/15/2018 | Aguilar, Michael S | Name: 2018 In-Service Training 22 Hours / Code: / Hours: 22 |
| Course | 05/28/2018 | Aguilar, Michael S | Name: High Risk Warrant Service Course Tac*One 40 Hours / Code: / Hours: 40 |
| Course | 07/26/2018 | Aguilar, Michael S | Name: Traffic Stop Stick 2 Hours Cpd / Code: / Hours: 2 |
| Gun | 05/11/2010 | Aguilar, Michael S | Name: 2010 Recruit Firearms Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/11/2010 | Aguilar, Michael S | Name: 2010 Back-Up Weapon / Score: 83 / Hits: 25 / Type: Glock / Caliber: .357 |
| Gun | 10/04/2010 | Aguilar, Michael S | Name: 2010 Fall Shoot / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 12/01/2010 | Aguilar, Michael S | Name: 2010 Night Fire / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/02/2011 | Aguilar, Michael S | Name: 2011 Spring Shoot / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/31/2011 | Aguilar, Michael S | Name: 2011 In Service Firearms / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/21/2011 | Aguilar, Michael S | Name: 2011 Back-Up Weapon / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/04/2011 | Aguilar, Michael S | Name: 2011 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/27/2012 | Aguilar, Michael S | Name: 2012 1St Quarter Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/01/2012 | Aguilar, Michael S | Name: 2012 Spring Shoot Qualifications / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |

"Quality People Providing Quality Service"

| Type | Date | Name | |
|---|---|---|---|
| Course | 07/26/2018 | Aguilar, Michael S | Name: Traffic Stop Stick 2 Hours Cpd / Code: / Hours: 2 |
| Gun | 05/11/2010 | Aguilar, Michael S | Name: 2010 Recruit Firearms Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/11/2010 | Aguilar, Michael S | Name: 2010 Back-Up Weapon / Score: 83 / Hits: 25 / Type: Glock / Caliber: .357 |
| Gun | 10/04/2010 | Aguilar, Michael S | Name: 2010 Fall Shoot / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 12/01/2010 | Aguilar, Michael S | Name: 2010 Night Fire / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/02/2011 | Aguilar, Michael S | Name: 2011 Spring Shoot / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/31/2011 | Aguilar, Michael S | Name: 2011 In Service Firearms / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/21/2011 | Aguilar, Michael S | Name: 2011 Back-Up Weapon / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/04/2011 | Aguilar, Michael S | Name: 2011 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/27/2012 | Aguilar, Michael S | Name: 2012 1St Quarter Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/01/2012 | Aguilar, Michael S | Name: 2012 Spring Shoot Qualifications / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/24/2012 | Aguilar, Michael S | Name: 2012 Back-Up Weapon / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/02/2012 | Aguilar, Michael S | Name: 2012 Medical Requalification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 06/11/2012 | Aguilar, Michael S | Name: 2012 2Nd Quarter Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 08/31/2012 | Aguilar, Michael S | Name: 2012 3Rd Qtr. Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/27/2012 | Aguilar, Michael S | Name: 2012 Fall Shoot / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/11/2012 | Aguilar, Michael S | Name: 2012 In-Service Training / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 11/06/2012 | Aguilar, Michael S | Name: 2012 4Th Qtr Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 11/28/2012 | Aguilar, Michael S | Name: 2012 Night Fire / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/01/2013 | Aguilar, Michael S | Name: 2013 Spring Shoot Qualifications / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                                               1

| Type | Date | Name | |
|---|---|---|---|
| Gun | 03/04/2013 | Aguilar, Michael S | Name: 2013 Spring Shoot Qualifications / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/21/2013 | Aguilar, Michael S | Name: 2013 In-Service Qualifications / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/07/2013 | Aguilar, Michael S | Name: 2013 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 01/07/2014 | Aguilar, Michael S | Name: 2013 4Th Quarter Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 01/07/2014 | Aguilar, Michael S | Name: 2013 4Th Quarter Patrol Rifle / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/07/2014 | Aguilar, Michael S | Name: 2014 Spring Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/26/2014 | Aguilar, Michael S | Name: 2014 In-Service Qualifications / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/02/2014 | Aguilar, Michael S | Name: 2014 Fall Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 01/16/2015 | Aguilar, Michael S | Name: 2014 Night Shoot Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/09/2015 | Aguilar, Michael S | Name: 2015 Spring Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/09/2015 | Aguilar, Michael S | Name: 2015 Administration/Medical Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/20/2015 | Aguilar, Michael S | Name: 2015 Patrol Rifle First Half / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/22/2015 | Aguilar, Michael S | Name: 2014 Night Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 08/13/2015 | Aguilar, Michael S | Name: 2015 In-Service Firearms / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/22/2015 | Aguilar, Michael S | Name: 2015 2015 Fall Firearms / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 11/09/2015 | Aguilar, Michael S | Name: 2015 2015 Patrol Rifle 2 Quarter / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/04/2016 | Aguilar, Michael S | Name: 2016 2016 Spring Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/27/2016 | Aguilar, Michael S | Name: 2016 In-Service Qualifications / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                1

| Type | Date | Name | |
|---|---|---|---|
| Gun | 10/04/2016 | Aguilar, Michael S | Name: 2016 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/26/2016 | Aguilar, Michael S | Name: 2016 2Nd Quarter Rifle Qual / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/02/2017 | Aguilar, Michael S | Name: 2017 Fall Qualification 2017 / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/27/2017 | Aguilar, Michael S | Name: 2017 Night Fire / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/27/2017 | Aguilar, Michael S | Name: 2017 2017 Low Light Rifle Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/09/2018 | Aguilar, Michael S | Name: 2018 2018 Spring Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 04/09/2018 | Aguilar, Michael S | Name: 2018 1St Rifle Qualification / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/16/2018 | Aguilar, Michael S | Name: 2018 2018 Spring Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 05/16/2018 | Aguilar, Michael S | Name: 2018 In Service Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 10/01/2018 | Aguilar, Michael S | Name: 2018 Fall Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/26/2018 | Aguilar, Michael S | Name: 2018 Low Light Qualification / Score: 98 / Hits: 51 / Type: Smith/Wesson / Caliber: 9mm |
| PT | 04/08/2010 | Aguilar, Michael S | Push-ups: 36 / Score: 4 / Sit-ups: 63 / Score: 5 / Mile Run: 8:58 / Score: 3 / Obstacle: 1:13 / Score: 5 / Average Score: 4.25 |
| PT | 04/08/2010 | Aguilar, Michael S | Push-ups: 36 / Score: 4 / Sit-ups: 63 / Score: 5 / Mile Run: 8:58 / Score: 3 / Obstacle: 1:13 / Score: 5 / Average Score: 4.25 |
| PT | 04/08/2010 | Aguilar, Michael S | Push-ups: 36 / Score: 4 / Sit-ups: 63 / Score: 5 / Mile Run: 8:58 / Score: 3 / Obstacle: 1:13 / Score: 5 / Average Score: 4.25 |
| PT | 12/28/2011 | Aguilar, Michael S | Push-ups: 50 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 5:59 / Score: 5 / Obstacle: 1:33 / Score: 3 / Average Score: 4.5 |
| PT | 12/28/2011 | Aguilar, Michael S | Push-ups: 50 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 5:59 / Score: 5 / Obstacle: 1:33 / Score: 3 / Average Score: 4.5 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                 1

| Type | Date | Name | |
|------|------|------|---|
| PT | 04/08/2010 | Aguilar, Michael S | Push-ups: 36 / Score: 4 / Sit-ups: 63 / Score: 5 / Mile Run: 8:58 / Score: 3 / Obstacle: 1:13 / Score: 5 / Average Score: 4.25 |
| PT | 12/28/2011 | Aguilar, Michael S | Push-ups: 50 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 5:59 / Score: 5 / Obstacle: 1:33 / Score: 3 / Average Score: 4.5 |
| PT | 12/28/2011 | Aguilar, Michael S | Push-ups: 50 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 5:59 / Score: 5 / Obstacle: 1:33 / Score: 3 / Average Score: 4.5 |
| PT | 12/28/2011 | Aguilar, Michael S | Push-ups: 50 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 5:59 / Score: 5 / Obstacle: 1:33 / Score: 3 / Average Score: 4.5 |
| PT | 05/28/2015 | Aguilar, Michael S | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 13:10 / Score: 1 / Obstacle: 1:08 / Score: 5 / Average Score: 4 |
| PT | 05/28/2015 | Aguilar, Michael S | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 13:10 / Score: 1 / Obstacle: 1:08 / Score: 5 / Average Score: 4 |
| PT | 05/28/2015 | Aguilar, Michael S | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 13:10 / Score: 1 / Obstacle: 1:08 / Score: 5 / Average Score: 4 |
| PT | 01/20/2017 | Aguilar, Michael S | Push-ups: 37 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 11:32 / Score: 1 / Obstacle: 1:30 / Score: 4 / Average Score: 3.75 |
| PT | 01/23/2018 | Aguilar, Michael S | Push-ups: 37 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 17:00 / Score: 1 / Obstacle: 1:18 / Score: 5 / Average Score: 4 |
| PT | 01/11/2019 | Aguilar, Michael S | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 19:35 / Score: 1 / Obstacle: 1:10 / Score: 5 / Average Score: 4 |

*"Quality People Providing Quality Service"*

03/06/2019  11:25:52 AM

CCG001818