DEPOSITION OF: CORPORAL AARON EVRARD  10-25-2019

SHEET 1  PAGE 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RODRIGO ARREOLA, as parent of ) CASE NO.:
Hector Arreola, Deceased, and ) 4:19-CV-00005-CDL
as Personal Representative     )
and Administrator of the       )
Estate of Hector Arreola,      )
CONCEPCION ARREOLA, as parent  )
of Hector Arreola and S.A.,    )
minor child of Hector Arreola  )
by next friend Jezreel Imee    )
Custodio,                      )
        Plaintiffs,            )
                               )
v.                             )
                               )
THE CONSOLIDATED GOVERNMENT OF )
COLUMBUS, GEORGIA, OFFICER     )
MICHAEL AGUILAR, in his        )
individual and official        )
capacity, OFFICER BRIAN DUDLEY )
in his individual and official )
capacity, OFFICER AARON        )
EVRARD, in his individual and  )
official capacity, and         )
COLUMBUS POLICE DEPARTMENT      )
CHIEF OF POLICE RICHARD T.      )
BOREN, in his individual and   )
official capacity,             )
        Defendants.            )

        The deposition of CORPORAL AARON EVRARD,
taken by the Plaintiff, before Russell D.
Anderson, a Georgia Certified Court Reporter, at
Page, Scrantom, Sprouse, Tucker and Ford,
Attorneys, 3rd Floor, Synovus Building, Bay
Avenue, Columbus, Georgia, 31902 on the 25th of
October, 2019, beginning at 12:00 P.M.

PAGE 2

A P P E A R A N C E S

FOR THE PLAINTIFF:
    HON. MARK POST
    3 Bradley Park Court, Suite F
    Columbus, Georgia, 31904
    mpost@markpostlaw.com

FOR THE DEFENDANTS:
    HON. TYLER CASHBAUGH
    3rd Floor, Synovus Building
    Bay Avenue
    Columbus, Georgia, 31902
    tcashbaugh@psstf.com




        RUSSELL D. ANDERSON, COURT REPORTER
               P. O. BOX 2572
        COLUMBUS, GEORGIA  31902-2572
               (706) 905-1759

PAGE 3

D I S C L O S U R E

STATE OF GEORGIA

COUNTY OF MUSCOGEE

        Deposition of:  CORPORAL AARON EVRARD

        Pursuant to Article 8.B of the rules and
regulations of the Board of Court Reporting of
the Judicial Council of Georgia, I make the
following disclosure:
        I am a Georgia Certified Court Reporter. I
am here as a sole practitioner of ANDERSON COURT
REPORTING.
        I was contacted by the offices of the
Plaintiffs to provide court reporting services
for the deposition.
        I will not be taking this deposition under
any contract that is prohibited by O.C.G.A.
15-14-37 (a) and (b).
        I have no contract / agreement to provide
reporting services with any party to the case,
any counsel in the case, or any reporter or
reporting agency from whom a referral might have
been made to cover this deposition. I will
charge my usual and customary rates to all
parties in the case, and a financial discount
will not be given to any party to this
litigation.


_____, CCR# B-403
RUSSELL D. ANDERSON
Certified Court Reporter


OPTIONAL SIGNATURES:


_____  Date:_____
Attorney for Plaintiff/Complainant


_____  Date:_____
Attorney for Defendant/Respondent

PAGE 4

STIPULATIONS

        IT IS STIPULATED AND AGREED, by and between
the parties through their respective counsel that
the deposition of CORPORAL AARON EVRARD, may be
taken before Russell D. Anderson, a Georgia
Certified Court Reporter, at the offices of Page,
Scrantom, Sprouse, Tucker and Ford, Synovus
Building, Bay Avenue, Columbus, Georgia, 31902, on
the 25th of October, 2019, on or about 12:00 P.M.

        IT IS STIPULATED AND AGREED, that the
signature and reading of the deposition by the
witness is not waived, the deposition to have the
same force and effect as if full compliance had
been had with all laws and rules of court relating
to the taking of depositions.

        IT IS FURTHER STIPULATED AND AGREED, that
notice of filing of the deposition by the court
reporter is waived.

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 2   PAGE 5

**INDEX**

1                           INDEX
2                                         PAGE
3  Examination by Mr. Post ............... 6
4              INDEX OF EXHIBITS
5  Plaintiff's Exhibit 1 ................ 27
6  Plaintiff's Exhibit 2 ................ 33
7  Plaintiff's Exhibit 3 ................ 34
8  Plaintiff's Exhibit 4 ................ 44
9  Plaintiff's Exhibit 5 ................ 46
10 Plaintiff's Exhibit 6 ................ 53

PAGE 6

```
1                D-E-P-O-S-I-T-I-O-N
2             CORPORAL AARON EVRARD,
3        having been first duly sworn, testified
4  as follows:
5        MR. POST:  This will be the deposition
6  of Corporal Aaron Evrard being taken by
7  Plaintiffs for the purposes of discovery and
8  all other purposes allowed by law.
9        The deposition is taken by agreement of
10 counsel and pursuant to notice.  It was
11 rescheduled to accommodate Corporal Evrard.
12       All objections will be reserved, except
13 for those going to the form of the question
14 or the responsiveness of the answer.
15       Is that agreeable, sir?
16       MR. CASHBAUGH:  We agree.
17             CROSS-EXAMINATION
18 BY MR. POST:
19       Q.   Okay.  If you would please, sir, tell
20 us what your name is.
21       A.   Aaron Dean Evrard.
22       Q.   All right.  And before I forget --
23 well, what do you go by, Aaron?
24       A.   Yes, sir.
25       Q.   OKAY.  Do you have any nicknames or
```

PAGE 7

```
1  anything like that?
2        A.   No, sir.
3        Q.   What is your height, weight and age
4  please, sir?
5        A.   Approximately 6-4 and I haven't weighed
6  myself in a long time, about 240.
7        Q.   Okay.  And how old are you?
8        A.   I'm 47 years old.
9        Q.   Okay.  Were you approximately the same
10 height and weight on January 9th of 2017?
11       A.   Yes, sir.
12       Q.   Have you given depositions before?
13       A.   Yes, sir.
14       Q.   Okay.  And I would assume that you have
15 testified in court before, true?
16       A.   I have.
17       Q.   Okay.  Have you been trained by the
18 Police Department or by Georgia Post or some
19 other agency how to testify?
20       A.   I believe we received some training in
21 the Academy, yes, sir.
22       Q.   They gave you some tips on how to
23 present; is that right?
24       A.   I believe so.
25       Q.   Okay.  Obviously you know you're under
```

PAGE 8

```
1  oath here today?
2        A.   I do.
3        Q.   And it's the same as a trial in front
4  of a jury, just as important, right?
5        A.   Right.
6        Q.   Okay.  I'm going to ask you to wait
7  until I finish asking the questions before you
8  answer and I'm going try to do the same thing; is
9  that okay?
10       A.   That's okay.
11       Q.   Sometimes we get going too fast and we
12 know what the other one is thinking and saying
13 and we tend to cut each other off, so I'm going
14 to try not to do that?
15       A.   I understand.
16       Q.   Do you have any difficulty hearing?
17       A.   No.
18       Q.   Okay.  If for any reason you think that
19 you did not understand or completely hear my
20 question, let me know that, okay.
21       A.   I will.
22       Q.   If you don't understand or you need me
23 to repeat a question, let me know that as well,
24 okay?
25       A.   I will.
```

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 3   PAGE 9

```
 1      Q.   Are you suffering from any sort of
 2 mental or physical condition today that's going
 3 to interfere with your ability to testify fully
 4 and truthfully?
 5      A.   No, I'm not.
 6      Q.   Where do you live?
 7      A.   I live in Upatoi.  Do you need the
 8 address?
 9      Q.   Not specifically, that's okay.  That's
10 fine.  That's still in Muscogee County, right?
11      A.   It is.
12      Q.   Okay.  Do you rent or do you own?
13      A.   I own.
14      Q.   Okay.  Are you married?
15      A.   I am.
16      Q.   How long have you been married?
17      A.   This summer will be 13 years.
18      Q.   What is your wife's name?
19      A.   Stacey, the same last name, S-T-A-C-E-
20 Y.
21      Q.   What is her occupation?
22      A.   She is a homemaker/home school mom.
23      Q.   How many children do you have, and tell
24 me their ages if you would?
25      A.   I have two, an eight year old and a ten
```

PAGE 10

```
 1 year old.
 2      Q.   What schools do they attend?
 3      A.   Home school.
 4      Q.   Oh, yeah, you said that.  As I said
 5 before we started this deposition --
 6      A.   I understand.
 7      Q.   I'm tired and I understand you are a
 8 little tired, too.  What church do you attend, if
 9 any?
10      A.   Cross Point Church here in Columbus.
11      Q.   How long have you gone there?
12      A.   Probably six years.
13      Q.   Did you attend another church before
14 that?
15      A.   I did.
16      Q.   Where?
17      A.   Crist Community Church here in
18 Columbus.
19      Q.   Where is that located?
20      A.   I don't know if it's Milgen or Gentian
21 at that point, but it's one or the other.  It was
22 on Box Road but now it's on Milgen or Gentian.
23      Q.   Okay.  Who is the pastor there, do you
24 know?
25      A.   I don't know currently.
```

PAGE 11

```
 1      Q.   Who is the pastor at Cross Point?
 2      A.   Brad Evangelista.
 3      Q.   Do your parents live here?
 4      A.   They do not.
 5      Q.   They don't live in Georgia, do they?
 6      A.   No, sir.
 7      Q.   What state do they live in?
 8      A.   My mother lives in Maryland, my father
 9 is deceased.
10      Q.   Do you have any brothers or sisters?
11      A.   I have one brother.
12      Q.   Where does he live?
13      A.   He lives in Maryland as well.
14      Q.   What is his occupation?
15      A.   He's a machinist.
16      Q.   Where did you go to high school?
17      A.   I graduated from Mark Twain School.
18 It's in Montgomery County, Maryland.
19      Q.   Did you go there all four years?
20      A.   No, I went to -- you're talking about
21 high school itself?
22      Q.   Yes, sir.
23      A.   I attended Wheaton High School as well.
24      Q.   What year did you graduate high school?
25      A.   I don't recall, I think that's college.
```

PAGE 12

```
 1 I think I graduated college in '96 so high
 2 school, you do the math, 1990 maybe.
 3      Q.   Close enough.
 4      A.   Approximately.
 5      Q.   What about any higher education?
 6      A.   I have a Bachelor's Degree from the
 7 University of Maryland.  Some graduate work at
 8 CSU.
 9      Q.   So the Bachelor's in 1996, what was
10 that in?
11      A.   Criminology.
12      Q.   What is the graduate work from Columbus
13 State University in?
14      A.   I believe it's called public
15 administration.  I haven't taken a class in a
16 long time.
17      Q.   When did you first work for Columbus
18 Police Department?
19      A.   I started in 2008, I believe I was
20 hired.
21      Q.   Let go back prior to that, what was
22 your employment just previous to being hired by
23 the Columbus Police Department?
24      A.   I owned a small business.
25      Q.   What kind of business?
```

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 4  PAGE 13

```
 1      A.   It was a -- it's called Turning Point,
 2 it was a transport company.  We transported
 3 children in legal custody.
 4      Q.   How long did you do that for?
 5      A.   With my company, and with other
 6 companies, as a contractor for probably five
 7 years maybe.
 8      Q.   Did you receive training with regard to
 9 rendering emergency medical aid to children in
10 the event there was an issue while transporting
11 them?
12      A.   First aid and CPR.  Yes, sir.
13      Q.   What was it that moved you to become a
14 police officer?
15      A.   I wanted to help people in distress and
16 catch the bad guy, you know, sort of help
17 society.  It's a noble job.
18      Q.   I think I read somewhere that there was
19 some incident where you helped save some people
20 maybe in a boat, was that you?
21      A.   Yeah.  I fished some kids out of the
22 water that had fallen out of a boat and, you
23 know, I enjoyed being there when somebody needed
24 help, you know.  It was an important incident.
25      Q.   What are your future plans with regard
```

PAGE 14

```
 1 to law enforcement?  Do you plan to stay there at
 2 the Columbus Police Department?
 3      A.   I do.  Yes, sir.
 4      Q.   Make a career of it?
 5      A.   Yes, sir.
 6      Q.   You're studying for the sergeant's exam
 7 now; is that what is going on?
 8      A.   I am.
 9      Q.   Okay.  Tell us about your training and
10 what course you're involved in at the moment, if
11 you would?
12      A.   So there is two things going on
13 simultaneously.  I'm currently in polygraph
14 examiner training.  And I am preparing -- I've
15 already taken one portion of the sergeant's exam,
16 I've taken the exam itself and I'm preparing for
17 the -- they call it the assessment center, which
18 is the second portion of the promotional process.
19      Q.   Who is training you with regard to
20 polygraph?
21      A.   The American International Institute of
22 Polygraph.
23      Q.   Do you get some sort of special
24 certification once you complete that course?
25      A.   The course gives you a graduation, you
```

PAGE 15

```
 1 know, I -- yes.
 2      Q.   Does the Columbus Police Department
 3 have anybody else that does polygraphs at this
 4 time?
 5      A.   They do.
 6      Q.   How many?
 7      A.   I don't know that they have them
 8 active.  I don't know how many they have active
 9 but they have one person primarily doing the
10 polygraph.
11      Q.   And who is that?
12      A.   Sergeant Allen McCarty.
13      Q.   Who is -- who will do the assessment
14 with regard to your sergeant's exam?
15      A.   I don't know specifically who.  I know
16 Captain Rawn is over the -- oversees the
17 promotional process.  As far as the assessment
18 center, I believe -- I honestly don't know.  I've
19 heard that other people come in from other
20 jurisdictions and assist with it, but I don't
21 know how that works exactly.  R-A-W-N.
22      Q.   Okay.  That was about to be my next
23 question.  Okay.  Well, let ask you this, when do
24 you expect to finish the assessment and be up for
25 promotion?
```

PAGE 16

```
 1      A.   The week of November, I guess it's the
 2 11th through, I don't know if it's 16th or 17th
 3 but it's that week.  It's the -- there are
 4 multiple appointments during that week.
 5      Q.   Good luck.
 6      A.   Thank you.
 7      Q.   All right.  Now are you friends with
 8 Corporal Michael Aguilar?
 9      A.   Yes.  Is he a corporal?
10      A.   No, I think it's Officer First Class or
11 Officer Michael Aguilar.
12      A.   Yes, sir.
13      Q.   What about Officer Brian Dudley?
14      A.   I am.
15      Q.   And Officer Ronnie Oaks?
16      A.   I am.
17      Q.   Okay.  Do you socialize with those
18 people?
19      A.   Not necessarily.  I have socialized
20 with Brian Dudley.  But I do think of the others
21 as coworkers, as well as friends.
22      Q.   What other officers or employees of the
23 Columbus Police Department do you socialize with
24 or have you socialized with?
25      A.   I can't give you an exhaustive list,
```

DEPOSITION OF: CORPORAL AARON EVRARD   10-25-2019

SHEET 5   PAGE 17

```
 1  but I'm friendly with Sergeant Mark Neal.  I have
 2  many people I know, but most of my social circles
 3  tend to be church and other related.  But if I
 4  spend time with somebody from a family it would
 5  be the Neal's.
 6     Q.   Okay.  Speaking of church, other
 7  Columbus Police Department officers that go to
 8  Cross Point, are there any?
 9     A.   There are.
10     Q.   Who?
11     A.   Richard McLaughlin, Randy Long.  I
12  can't think of any others at this time.
13     Q.   The same questions with regard to the
14  Fire Department and EMS, do you socialize with
15  anybody from that service?
16     A.   No.
17     Q.   Do you know Brad Barnes and Aaron Bush
18  at all?
19     A.   It doesn't ring a bell.
20     Q.   Okay.
21     A.   Just friendly with Josh Adams, but he
22  is no longer with the department.
23     Q.   I know that the Columbus -- well, let's
24  talk about January 9th of 2017 just a little bit.
25  I know that the Columbus Police Department has
```

PAGE 18

```
 1  sectors, A, B, and C.  What sector were you in
 2  the morning of January 9th, of 2017?
 3     A.   Sector A.
 4     Q.   And obviously I've given you a roster
 5  there for you to refer to, if you need to.  Did
 6  you -- what did you review today in preparation
 7  for this deposition or to prepare in -- let me
 8  rephrase that.
 9         What did you review in preparation for this
10  deposition today?
11     A.   Prior to coming here I didn't review
12  anything.  When I got here, I spoke with Tyler
13  Cashbaugh, and reviewed my statement given before
14  OPS.
15     Q.   Okay.  That's the Office of
16  Professional Standards, correct?
17     A.   Correct.
18     Q.   Sometimes referred to as OOPS by some
19  officers?
20     A.   Yes, sir.
21         MR. POST:  We'll mark this as
22  Plaintiff's Exhibit Number 1.  I see that
23  you have a copy already?
24         MR. CASHBAUGH:  Yeah.
25         MR. POST:  Mr. Cashbaugh.
```

PAGE 19

```
 1         MR. CASHBAUGH:  I've got it.
 2  BY MR. POST:
 3     Q.   Well, let me back up a minute before I
 4  go to your statement to the Office of
 5  Professional Standards.  I asked you when you
 6  started working for the Police Department, you
 7  said 2008, correct?
 8     A.   Yes.
 9     Q.   Did you leave for a period of time?
10     A.   Yes, sir.
11     Q.   When was that?
12     A.   Sometime, I believe 2011 I resigned and
13  came back in sometime in 2013.  I believe it was
14  early 2013 and late 2011, if I'm not mistaken.
15     Q.   Okay.  And you left due to family
16  reasons in Maryland; is that accurate?
17     A.   Yes, sir.
18     Q.   So having reviewed your statement to
19  the Office of Professional Standards on January
20  the 12th of 2017, did you notice anything that
21  needed to be corrected in that statement?
22     A.   So there was nothing that I needed to
23  correct.  However, looking at the body camera
24  footage I had initially thought that Brian Dudley
25  was down towards Mr. Arreola at his feet.
```

PAGE 20

```
 1     Q.   Uh-huh.  (Affirmative response.)
 2     A.   And that Mike Aguilar was at his mid-
 3  section and it turned out that Brian Dudley was
 4  up towards his upper body, while Aguilar was at
 5  his mid-section.  Other than that, no.
 6     Q.   Okay.  And other than that one
 7  correction, was the statement that you gave to
 8  the Office of Professional Standards true and
 9  correct?
10     A.   Yes, sir.
11     Q.   Go ahead and just tell me what you
12  remember about January 9th of 2017 in your own
13  words, I know it's been a while but?
14     A.   It has.  I was dispatched to a call.
15  In the course of conducting a traffic stop for a
16  vehicle that I wanted to check out because there
17  were some thefts at Home Depot.  And a vehicle
18  rolled through the parking lot so I took notice
19  and saw a particular violation and they asked me
20  to respond to a call.  I told them that I was
21  going out on traffic, meaning conducting a
22  traffic stop.  So they gave the call to Officer
23  Aguilar and Officer Dudley instead.
24     Q.   When you say them and they, you're
25  talking about 911 dispatch; is that right?
```

DEPOSITION OF: CORPORAL AARON EVRARD   10-25-2019

SHEET 6   PAGE 21

```
 1        A.   Yes.  The call was instead dispatched
 2   to Dudley and Aguilar.  I conducted my traffic
 3   stop.  I was -- when I was finished, I went back
 4   to the Home Depot parking lot and sometime within
 5   a few minutes of that, Officer Aguilar got on the
 6   radio and either, I believe he asked for another
 7   unit because he had some combative person or some
 8   problem.
 9        So I initiated my lights and sirens, I drove
10   to that location which was Moss Drive.  During
11   that drive there he gave out additional radio
12   traffic.  During that radio traffic I heard
13   somebody screaming and yelling.  I didn't know
14   who it was, but it was clear that there was a
15   situation that needed attending to, it was a
16   volatile situation.
17        So I drove to -- I continued to the
18   location.  Shortly before arriving, I don't know
19   what the radio traffic was, but Officer Aguilar
20   gave out some traffic on the radio.  I say
21   traffic meaning verbal traffic, that the -- that
22   the individual was in custody or something to
23   that effect.
24        It had been several minutes of, you know,
25   from the time I left Home Depot till the time I
```

PAGE 22

```
 1   got there, so it was clearly a long amount of
 2   time that they were struggling with somebody.  So
 3   I wanted to make sure that if anybody needed
 4   assistance, so I could help out.
 5        I located them nearby where their patrol
 6   cars were a few houses away and I went up to them
 7   and I saw that they had a suspect in handcuffs on
 8   the ground.  It was clear that the suspect was
 9   still moving and perhaps trying to get away and
10   still being -- resisting the officers' attempts
11   to bring them under control.
12        So I asked if they needed help.  They
13   indicated that they did, I believe Aguilar, in
14   some fashion.  I saw a small amount of blood on
15   the ground, so I put on some gloves to limit any
16   exposure.  It was clear to me that Officer
17   Aguilar was winded, meaning out of breath and
18   exhausted.  So I put my gloves on and I heard
19   somebody mention getting leg shackles because of
20   the individual's -- the suspect or the arrestee's
21   behavior they deemed it necessary to put leg
22   shackles on.
23        Q.   When we're talking about the suspect,
24   we're talking about Hector Arreola?
25        A.   Correct.
```

PAGE 23

```
 1        Q.   Okay.  Go ahead.
 2        A.   At this time I assumed control of him
 3   by holding his wrists which were already
 4   handcuffed, until I believe it was Dudley ran and
 5   got leg shackles out of, I assume it was his car.
 6   And he brought those leg shackles up, Ronnie Oaks
 7   contained -- had arrived sometime shortly after I
 8   did, and he was trying to contain Mr. Arreola's
 9   legs because Mr. Arreola was kicking his legs and
10   rolling side to side, attempting to get up or
11   attempting to resist in some way.
12        So Officer Oaks contained his legs while
13   Officer Dudley put the leg shackles on, I believe
14   that's how it was.  I was not facing toward them.
15        Q.   Where were you?
16        A.   I was over Mr. Arreola's hips.
17        Q.   Doing what?
18        A.   Containing him from rolling over or
19   trying to get away.
20        Q.   How did you manage to do that?
21        A.   By holding his wrists.  He began
22   grabbing my fingers and squeezing my fingers and
23   crushing them together.  I gave him instructions
24   not to do that.  When the leg shackles went on
25   him, I rolled him side to side in order to make
```

PAGE 24

```
 1   sure that he didn't have any weapons.  The
 2   situation was safe obviously, you know, once
 3   somebody is contained you want to ensure that
 4   they don't have a weapon or something that could
 5   hurt them or you.
 6        So I turned him to one side.  I don't recall
 7   which side I went to first.  But I pulled the
 8   items in his pocket.  I pulled the items out of
 9   his pockets, as I tried to pull him side to side
10   he kept resisting and trying to roll back over
11   away from me.  Just anyway that I pushed, he
12   would push against me, so I turned him one way,
13   turned him the other way.
14        Q.   So that's fairly apparently to you at
15   the time; is what you're saying, right?  That
16   Hector Arreola was resisting as you tried to roll
17   him over?
18        A.   Yes, sir.
19        Q.   The whole time you were trying to roll
20   him either way, right?
21        A.   Well, I don't know the entire time, but
22   there were attempts to try and resist me rolling
23   him over to get to his pockets.
24        Q.   Okay.  Go ahead.
25        A.   So I got his pockets, emptied out, I
```

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 7  PAGE 25

1 think there were keys and a wallet but I don't
2 recall exactly.  Then we attempted to sit him up
3 against Officer Aguilar's knees, like up against
4 his knees and I remember his body -- just wanted
5 to keep his body straight and he again was kind
6 of resisting anything we were doing.
7     Q.    I think you described it like a plank
8 or something like that at one time?
9     A.    Correct.  Like he was purposely bending
10 his body straight to try and avoid doing what we
11 were asking him to do or telling him to do.
12     Q.    Could that have possibly been a
13 seizure?
14     A.    I don't think so.
15     Q.    Go ahead.
16     A.    It was in keeping with his other
17 resistance.  We sat him against Officer Aguilar's
18 legs in an upright position.
19     Q.    And you're saying we, you're talking
20 about you and Officer Aguilar, the two working to
21 sit Hector Arreola up and search him; is that
22 right?
23     A.    There may have been other people
24 involved, but I don't recall.  I know that I
25 checked his pockets.

PAGE 26

1     Q.    Okay.
2     A.    We sat him up against Officer Aguilar's
3 knees, he was standing up.  I say his knees, just
4 his legs so something to lean back against.  And
5 at that time Officer Aguilar monitored him and I
6 didn't know what was going on, I didn't
7 understand the conditions.  So I got a little bit
8 of information.  Shortly thereafter I saw the
9 headlights to the ambulance that Officer Aguilar
10 had requested.  I blinked my flashlight to get
11 their attention, because our patrol cars were a
12 little further down, maybe one or two houses down
13 and EMS came up and tended to him.
14     Q.    Okay.  You said you didn't know what
15 was going on, so you sought further information.
16 What information did you receive?
17     A.    I don't recall.  I believe I got a
18 short explanation of what happened from Officer
19 Dudley.  I had been to that address before and I
20 inquired if that was the same person we had dealt
21 with previously.  I think that was one of the
22 things I asked Dudley.
23     Q.    And it turned out it wasn't the same
24 person, it was actually Concepcion Arreola's
25 boyfriend or somebody that was older than Hector

PAGE 27

1 Arreola; is that right?
2     A.    Correct.
3     Q.    Now, I'm looking at page CCG 156 in
4 your statement to the Office of Profession
5 Standards.  You told Sergeant Bridges that Hector
6 Arreola wasn't talking, but he was sitting
7 upright and appeared to be coherent, correct?
8     A.    Where is that?
9     Q.    Do you see it in the middle of the
10 page?
11     A.    Yes.
12     Q.    Tell us what you meant when you said
13 coherent.
14     A.    He appeared to be sitting upright just
15 resting from being in a scuffle.
16     Q.    Okay.  And how did you assess that he
17 was coherent?
18     A.    I did not assess that he was coherent.
19 Officers Aguilar had him up against his body and
20 seemed to be tending to him.
21     Q.    Okay.  So you weren't checking his
22 pulse and you weren't checking Hector Arreola's
23 airway or anything yourself; is that right?
24     A.    I did not.
25     Q.    Okay.  Did you look at Hector Arreola's

PAGE 28

1 eyes?
2     A.    No.
3     Q.    After you got there, Hector Arreola
4 never said anything; is that right?
5     A.    I don't recall him saying anything.
6 There was some talk further, you know, when we
7 looked at the body cam footage, he said some
8 words but I don't recall him saying anything at
9 the time.  There were verbal sounds coming from
10 him as in frustration, but I don't remember him
11 saying any --
12     Q.    Did Aguilar or Dudley tell you that
13 they had been on Hector Arreola's back for
14 several minutes before you got there?
15     A.    No.
16     Q.    Did you assume that, based on what you
17 saw when you arrived?
18     A.    Assume what?
19     Q.    That they been on his back or around
20 -- holding him down?
21     A.    No.
22     Q.    That's what they were doing when you
23 showed up on the scene, right?
24     MR. CASHBAUGH:  Objection.  Object to
25 form.

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 8   PAGE 29

1              THE WITNESS:  No.
2  BY MR. POST:
3      Q.    So you're saying they were not holding
4  him down when you arrived?
5              MR. CASHBAUGH:  Object to the form.
6      You asked him if they were on his back when
7      he arrived.
8              MR. POST:  Well I'm asking him
9      something different.
10 BY MR. POST:
11     Q.    Are you saying that they were not
12 holding him down when you arrived?
13     A.    They were holding him.
14     Q.    It was Brian Dudley, Officer Brian
15 Dudley that walked down to meet EMS and briefed
16 them somewhat; is that accurate?
17     A.    I don't know.
18     Q.    You don't remember?
19     A.    No.
20     Q.    You didn't alert EMS that Hector
21 Arreola was in any sort of distress; did you,
22 yourself?
23     A.    No.
24     Q.    Okay.  Did you know that he had said
25 before you arrived that -- repeatedly that he

PAGE 30

1  could not breathe, he being Hector Arreola?
2      A.    I had no knowledge of that.
3      Q.    Okay.  Nobody told you?
4      A.    No.
5      Q.    Other than knowing that the ambulance
6  had been called, you didn't personally seek any
7  medical assistance from Hector Arreola, did you,
8  for Hector Arreola?
9      A.    No.  He appeared to be -- Aguilar
10 appeared to be monitoring him just fine.
11     Q.    You conducted some interviews following
12 the cardiac arrest, true?
13     A.    I did.
14     Q.    Okay.  Who instructed you to do that?
15     A.    I believe my boss.  I'm not 100
16 percent, but my Sergeant.
17     Q.    That would be Sergeant Kiel; is that
18 right?
19     A.    Correct.
20     Q.    K-I-E-L; is that right?
21     A.    Yes, sir.
22             MR. POST:  Let's go off the record for
23     a minute.
24                 OFF THE RECORD.
25                 ON THE RECORD.

PAGE 31

1  BY MR. POST:
2      Q.    Corporal Evrard, I'm showing you what
3  has been marked as CCG 12 and labeled Officer
4  Evrard disc 1, body cam, a lot of numbers, but
5  directly before the X it says 1725 is before the
6  X of the number that helps distinguish this from
7  others videos.  When I say CCG, we have little
8  numbers that your Counsel has given to us in
9  discovery and they are Bates stamp it so we can
10 keep track of things.
11     A.    Okay.
12     Q.    This particular disc starts at -- is on
13 January 9th of 2017 and beginning at 5:53 and 7
14 second A.M., in the morning.  And it appears to
15 be behind an ambulance, do you see that, sir?
16     A.    I do.
17     Q.    Okay.  I'm going play a little bit of
18 it for you.
19             (Whereupon, the video was played.)
20             (Whereupon, the video was stopped.)
21 BY MR. POST:
22 Q.    Is that your body camera that I'm playing
23     now?
24 A.    Yes, sir.
25     Q.    Okay.

PAGE 32

1              (Whereupon, the video was played.)
2              (Whereupon, the video was stopped.)
3  BY MR. POST:
4      Q.    At about 14, 13-14 seconds into the
5  video, who are the two individuals shown?
6      A.    Officer Dudley and Sergeant Kiel.
7      Q.    And was your voice talking about
8  putting an EAD on him; is that correct?
9      A.    Correct.
10     Q.    You took Officer Dudley to his house to
11 get his inhaler that morning, didn't you?
12     A.    I did.
13     Q.    I'm going move this video forward some
14 after you leave the scene of the ambulance.  It
15 appears that you left and went back to the scene
16 of the incident with Hector Arreola; do you
17 remember that?
18     A.    Yes, sir.
19     Q.    I'll play a little bit here at 1405 on
20 the video.
21             (Whereupon, the video was played.)
22             (Whereupon, the video was stopped.)
23 BY MR. POST:
24     Q.    Who is that speaking with you at that
25 time?

DEPOSITION OF: CORPORAL AARON EVRARD   10-25-2019

SHEET 9   PAGE 33

1     A.   I believe that's Sergeant Kiel.
2          (Whereupon, the video was played.)
3          (Whereupon, the video was stopped.)
4   BY MR. POST:
5     Q.   And you pointed out to Sergeant Kiel
6   where everybody was or where Hector Arreola,
7   Officer Aguilar and Officer Dudley were when you
8   arrived on scene, didn't you?
9     A.   Yes, sir.
10         (Whereupon, the video was played.)
11         (Whereupon, the video was stopped.)
12  BY MR. POST:
13    Q.   And around 1450 or so a civilian
14  address you and the Sergeant, was the Allen
15  Tarvin, a young fellow?
16    A.   I don't recall the name, it sounds
17  accurate but I don't recall his name.
18    Q.   I'm going show you -- well, what I'm
19  going mark as Plaintiff's Number 2. And it's
20  front and back and it's CCG 102 and 103. Do you
21  recognize that, sir?
22    A.   Yes, sir.
23    Q.   Is that a statement that you obtained,
24  a written statement you obtained from Allen
25  Tarvin on January 9th of 2017 at 747 Moss Drive?

PAGE 34

1     A.   Yes.
2     Q.   And that's the complete statement that
3   you obtained from Allen Tarvin as far as in
4   writing; is that correct?
5     A.   Yes.
6     Q.   Now, going back to the videotape. Does
7   that help refresh your recollection as to who you
8   were talking to?
9     A.   Yes.
10    Q.   Was that Allen Tarvin, the civilian
11  that you were talking to at the time?
12    A.   I mean, I can't see him from the video
13  but I remember talking to him at that house, so I
14  would -- yeah, I think it is, yeah.
15    Q.   You talked to him and his dad, Raymond
16  Tarvin didn't you?
17    A.   I did.
18    Q.   And in fact, you got written statements
19  from both of them, correct?
20    A.   I don't recall, did I get one from the
21  father?
22    Q.   Yeah. Let me show it to you.
23  Plaintiff's Exhibit 3. I'll show it to you. Do
24  you recognize that, sir?
25    A.   Yeah. This appears to be a statement

PAGE 35

1   from Raymond Tarvin, Sr., or Raymond Tarvin.
2     Q.   The father of Allen Tarvin?
3     A.   Yes.
4     Q.   And you obtained that on January 9th of
5   this 2017 from him, is that correct?
6     A.   Correct.
7          (Whereupon, the video was played.)
8          (Whereupon, the video was stopped.)
9   BY MR. POST:
10    Q.   Okay. A little bit after 15 minutes
11  into the video that we're talking about, Allen
12  Tarvin's talking to you a little bit about what
13  happened at that point; is that right?
14    A.   You'd have to let it play but I --
15    Q.   I will.
16    A.   Okay.
17    Q.   Let me back it up some.
18         (Whereupon, the video was played.)
19         (Whereupon, the video was stopped.)
20  BY MR. POST:
21    Q.   Can you -- could you tell for sure, now
22  that it's Allen Tarvin talking you on the video?
23    A.   It appears to be.
24    Q.   Okay.
25         (Whereupon, the video was played.)

PAGE 36

1          (Whereupon, the video was stopped.)
2   BY MR. POST:
3     Q.   Officer Dudley is there with you as
4   well, isn't he?
5     A.   Yeah, I can see him.
6     Q.   I'll have to stop. Let's go off the
7   record.
8                   OFF THE RECORD.
9                   ON THE RECORD.
10  BY MR. POST:
11    Q.   I'm going to move to about 1702 onto
12  the video and let you listen to it for a minute.
13         (Whereupon, the video was played.)
14         (Whereupon, the video was stopped.)
15  BY MR. POST:
16    Q.   The speakers, just before or just after
17  19 minutes and 18 seconds into this video, were
18  you and Allen Tarvin and Officer Ronnie Oaks; is
19  that correct?
20    A.   Yes, sir.
21    Q.   Pretty cold out that night?
22    A.   It was cold.
23    Q.   I was just laughing about something you
24  said toward the end of it, I had forgotten about.
25  Off the record.

DEPOSITION OF: CORPORAL AARON EVRARD   10-25-2019

SHEET 10  PAGE 37

```
 1                OFF THE RECORD.
 2                ON THE RECORD.
 3           (Whereupon, the video was played.}
 4           (Whereupon, the video was stopped.}
 5  BY MR. POST:
 6      Q.   So the video we're looking at now is
 7  you entering the home of Allen Tarvin and Raymond
 8  Tarvin in order to interview them; is that
 9  correct?
10      A.   Yes.
11      Q.   And that particular disc is CCG 12,
12  disc 1, body cam 5809X with some other numbers,
13  January 9th of 2017 starting at 6:41 A.M., and
14  one second.  So you actually interviewed Allen
15  Tarvin first, correct?
16      A.   Yes, I talked to him first.
17           (Whereupon, the video was played.}
18           (Whereupon, the video was stopped.}
19  BY MR. POST:
20      Q.   About three and a half minutes into the
21  videotape Raymond Tarvin comes down the hallway
22  and sits down and joins you, you and Allen
23  Tarvin; is that right?
24      A.   Yes.
25           (Whereupon, the video was played.}
```

PAGE 38

```
 1           (Whereupon, the video was stopped.}
 2  BY MR. POST:
 3      Q.   All right.  About 5:16 or 5:20 or 5:30
 4  into the interview you asked Mr. Raymond Tarvin
 5  to let you interview them one at a time if he
 6  didn't mind; is that fair to say?
 7      A.   Yes.
 8      Q.   Okay.  Then later on in that videotape
 9  after you talked to Allen Tarvin, you did
10  interview Raymond Tarvin, correct?
11      A.   Yes.
12      Q.   And then toward the end of this video
13  you asked Raymond Tarvin and Allen Tarvin to
14  write a statement and told them that you'd be
15  back in a little bit to get it; is that accurate?
16      A.   That sounds accurate.
17      Q.   If you don't recall I can let you
18  listen to it.
19      A.   I know I got a statement from them.  I
20  can see they are blank there, so that sounds like
21  what I may have done.
22      Q.   I'm going to go to about 14:27 or so on
23  the videotape and play it.
24           (Whereupon, the video was played.}
25           (Whereupon, the video was stopped.}
```

PAGE 39

```
 1  BY MR. POST:
 2      Q.   So is that what happened?
 3      A.   Yes, sir.  As far as leaving them with
 4  a statement.
 5      Q.   All right.  And then I'm going to show
 6  you CCG 12, last four, 1244X, January 9, 2017,
 7  starting at 7:00 a.m. in the morning and one
 8  second.
 9           (Whereupon, the video was played.}
10           (Whereupon, the video was stopped.}
11  BY MR. POST:
12      Q.   So this video is you -- your initial
13  interview with Concepcion Arreola; is that
14  correct?
15      A.   Yes, I believe it's the only time I
16  interviewed her in relation to this.
17      Q.   Well, it appears that toward the end of
18  this video that you leave the house briefly to
19  speak to Sergeant Kiel; is that right?
20      A.   Yes.
21           (Whereupon, the video was played.}
22           (Whereupon, the video was stopped.}
23  BY MR. POST:
24      Q.   And your video cuts off about 11:45
25  after 11 minutes and 45 into it as you're talking
```

PAGE 40

```
 1  to Sergeant Kiel, correct?
 2      A.   Yes.
 3      Q.   Now, I'm going to show you another
 4  video which is CCG 13, Officer Evrard, disc 2,
 5  body cam, the last four, 2755X, January 9, 2017
 6  at 7:13 A.M., and 53 seconds.
 7           (Whereupon, the video was played.}
 8           (Whereupon, the video was stopped.}
 9  BY MR. POST:
10      Q.   When this video starts you and Sergeant
11  Kiel go back into Connie or Concepcion Arreola's
12  house?
13      A.   Yes.
14      Q.   And tell her that her son has had some
15  complications, correct?
16      A.   Correct.
17      Q.   And you continue to interview
18  Concepcion Arreola up until approximately 7
19  minutes and 20 seconds into the video, correct?
20      A.   It appears so, yes.
21           (Whereupon, the video was played.}
22           (Whereupon, the video was stopped.}
23  BY MR. POST:
24      Q.   And you leave Ms. Arreola's, Concepcion
25  Arreola's house at that point, right?
```

DEPOSITION OF:  CORPORAL AARON EVRARD  10-25-2019

SHEET 11  PAGE 41

```
1      A.   Yes.
2           (Whereupon, the video was played.}
3           (Whereupon, the video was stopped.}
4  BY MR. POST:
5      Q.   Then you go to Allen Tarvin's house
6  again, don't you?
7      A.   Yes.
8      Q.   And talk to him again?
9      A.   Yes.
10     Q.   And after a few minutes of conversation
11 with Allen Tarvin, Raymond Tarvin reappears; is
12 that correct?
13     A.   I don't recall.  I'd have to -- okay, I
14 see, yes.
15          (Whereupon, the video was played.}
16          (Whereupon, the video was stopped.}
17 BY MR. POST:
18     Q.   And you actually collected their
19 written statements toward the end of this video,
20 correct?
21     A.   Yes.
22     Q.   I'm going to show you one more video,
23 which is CCG 13, Officer Evrard, disc 2, body
24 cam, last four, 4109X, starting at January 9,
25 2017 at 7:37 A.M. and 43 seconds.
```

PAGE 42

```
1           (Whereupon, the video was played.}
2           (Whereupon, the video was stopped.}
3  BY MR. POST:
4      Q.   And in this video you collect Connie or
5  Concepcion Arreola's written statement and give
6  her your contact information; is that accurate?
7      A.   I believe so.
8           (Whereupon, the video was played.}
9           (Whereupon, the video was stopped.}
10 BY MR. POST:
11     Q.   Concepcion Arreola tells you that she
12 is upset and that she might have forgotten to
13 write something in the statement, didn't she?
14     A.   She said -- I don't recall her exact
15 words.
16     Q.   I'll let you see it again, about 2:90
17 on the video, or actually a little before that.
18          (Whereupon, the video was played.}
19          (Whereupon, the video was stopped.}
20 BY MR. POST:
21     Q.   So that's what she told you, isn't it?
22 That she was still upset and was woken up about 4
23 o'clock in the morning and might have forgotten
24 something in her statement, in the written
25 statement?
```

PAGE 43

```
1      A.   She indicates that she may have put
2  something in there or forgotten something, but I
3  think she said she is tired.  I don't know if she
4  said upset, but something to that effect.
5           (Whereupon, the video was played.}
6           (Whereupon, the video was stopped.}
7  BY MR. POST:
8      Q.   So my previous question about you
9  collecting Concepcion Arreola's written statement
10 and the giving her your contact information
11 that's what you did, correct?
12     A.   Yes, sir.
13     Q.   Okay.
14          MR. POST:  Off the record for a minute.
15               OFF THE RECORD.
16               ON THE RECORD.
17 BY MR. POST:
18     Q.   All right.  Just a few more questions.
19 You went through the basic law enforcement course
20 in order to become a police officer; is that
21 correct?
22     A.   Yes.
23     Q.   And when I refer to the basic law
24 enforcement course for the State of Georgia,
25 that's offered by -- that's in order to become
```

PAGE 44

```
1  certified pursuant to the Peace Officer's
2  Standards and Training organization; is that
3  right?
4      A.   Correct.
5      Q.   When did you go through that training?
6      A.   I attended the mandated academy in, I
7  believe I started in 2008 and completed in early
8  2009.
9      Q.   Okay.  And I'm going to show you what
10 is marked as Plaintiff's 4.  This is your POST
11 training history; is that correct?  Take a look
12 at it.
13     A.   (Examines document.}
14     Q.   And while you're looking at that, that
15 is CCG 1836 through 38.
16     A.   That appears to be my training record.
17     Q.   And it indicates that you completed
18 your basic law enforcement training course on
19 March 20th of 2009, correct?
20     A.   Correct.
21     Q.   Okay.  And --
22     A.   Well, I saw that it was March but,
23 yeah.
24     Q.   How many hours are in -- did you
25 complete for the basic law enforcement training
```

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 12  PAGE 45

1  course?
2       A.    I think it was somewhere in the
3  neighborhood of 4 to 500 hours.
4       Q.    Okay.  And (indicates).
5       A.    Okay.  So it looks like 408 hours.
6       Q.    Okay.  You don't have any reason to
7  believe that this POST training history is
8  inaccurate, do you?
9       A.    No.
10      Q.    And you attended, on March the 8th of
11  2016, the Columbus Police Department's annual in-
12  service training, didn't you?
13      A.    Yes.
14      Q.    Okay.  And that was 22 hours of
15  training and also the next day re-qualified with
16  regard to firearms for two hours, correct?
17      A.    Correct.
18      Q.    And you received crisis intervention
19  training April 17th of 2009.  I think that's
20  reflected on the last page, is that correct?
21      A.    Correct.
22      Q.    Have you received any more crisis
23  intervention training since then?
24      A.    We may have had some modules during in-
25  service, but nothing specific that I can recall.

PAGE 46

1       Q.    Is de-escalation techniques considered
2  part of CIT training?
3       A.    Yes.
4       Q.    Okay.  It appears that you received
5  some training in 2017 and 2018 with regard to de-
6  escalation techniques; do you see that?
7       A.    I see it in September of 2017.
8       Q.    What about in July of 2018?
9       A.    Yes.
10      Q.    And that was through the Columbus
11  Police Department, correct?
12      A.    Yes.
13      Q.    I'm showing you what is marked as
14  Plaintiff's Exhibit Number 5.  What is
15  Plaintiff's Exhibit 5, that you are looking at
16  there?
17      A.    It appears to be some form off training
18  record.
19      Q.    From the Columbus Police Department?
20      A.    It looks like it.  I haven't seen this
21  format before.
22      Q.    Okay.  Take a look at it and see if it
23  appears to be an accurate list of your training
24  through the Columbus Police Department, at least
25  up through the time that your Counsel provided it

PAGE 47

1  to me.
2       A.    (Examines document.)
3       Q.    I should say probably up through the
4  time last reflect or the last date reflected on
5  this record.
6       A.    I can only assume by looking at it that
7  it's accurate, I mean.
8       Q.    Does it appear to be the training that
9  you have been through?
10      A.    It does.
11      Q.    Okay.  On -- an indication on March 8th
12  of 2016 that you went through in-service training
13  for 22 hours with the Columbus Police Department,
14  correct?
15      A.    Correct.
16      Q.    And it was annual in-service training,
17  right?
18      A.    Correct.
19      Q.    In order to keep your certification
20  when you go through annual in-service training
21  with the Columbus Police Department you have to
22  attend the course and also score at least an 80
23  percent on the test that goes along with it; is
24  that correct?
25      A.    I don't know the minimum requirement.

PAGE 48

1  I attended, I do pretty well on my testing and
2  I've always passed, but.
3       Q.    You have to pass whatever their
4  requirement is to remain certified, correct?
5       A.    Yes.
6       Q.    Okay.  I'll give you documents which
7  are marked as CCG 1753 through 1812, I believe.
8  Okay.  Actually CCG 1753 through 1784.  And these
9  have already been attached to Officer Brian
10  Dudley's deposition, so I'm not going to reenter
11  them as an exhibit, but I'm going hand it to you.
12       So I'm going to ask you some questions about
13  it.  This was the use of force or the in-service
14  training for March the -- March of 2016 and for
15  actually the whole year of 2016 for the Columbus
16  Police Department.
17       Referring you to -- and one of the things
18  you all went over in this training was the deadly
19  force policy, correct?  Referring you to the
20  first page there.
21      A.    Yes.
22      Q.    And flipping over to the second page in
23  the introduction, that's where it indicates that
24  the Peace Officer's Standards and Training
25  Counsel requires you to obtain a minimum score of

DEPOSITION OF: CORPORAL AARON EVRARD   10-25-2019

SHEET 13  PAGE 49

```
 1  80 percent, right?
 2     A.   Yes.
 3     Q.   Okay.  Is that accurate?
 4     A.   Yes.
 5     Q.   And one of the things that you reviewed
 6  during this course was updated information on
 7  Excited Delirium Syndrome, correct?  I'd refer
 8  you to the bottom of that same page.
 9     A.   I see it, yes.
10     Q.   And one of the things you went over,
11  flipping over to 1758 and 1759 was the use of
12  force continuum and some updates with regard to
13  the old use of force continuum, correct?
14     A.   Yes.
15     Q.   And turning to page 1760 and 1761 and
16  1762, y'all went over excited delirium, correct,
17  and the definition of it?
18     A.   Yes.
19     Q.   And I want to ask you -- well, let me
20  ask you this.  Were you aware of what positional
21  asphyxiation was prior to this training in March
22  of 2016?
23     A.   Yes.
24     Q.   You had been trained with regard to
25  that and excited delirium as far back as basic
```

PAGE 51

```
 1     A.   Just what it says.  I mean, I don't
 2  know how to define it any better than be aware of
 3  people that become suddenly tranquil.
 4     Q.   Okay.  What does suddenly tranquil mean
 5  to you?
 6     A.   I mean, I would define tranquil as
 7  peaceful.
 8     Q.   As opposed to kicking and screaming and
 9  fighting, that sort of thing?
10     A.   I mean, it could be opposed to any
11  number of personality traits or behaviors.
12     Q.   Well, you were trained that you should
13  always keep in mind that people that exhibit
14  symptoms and behavioral patterns suggesting some
15  sort of psychosis that they are actually
16  experiencing a medical emergency, correct?
17     A.   Can you rephrase the question or repeat
18  the question?
19     Q.   Well, if you were taught that if
20  somebody -- if a suspect that you had in custody
21  exhibited symptoms of some kind of psychosis or
22  excited delirium, that they would be experiencing
23  a medical emergency at that time, correct?
24     A.   I've been taught that exit delirium can
25  be dangerous, yeah.
```

PAGE 50

```
 1  law enforcement training, correct?
 2     A.   I don't recall the exact time, no.
 3     Q.   Okay.  But prior to this March 2016
 4  training you had been trained, right?
 5     A.   In what?
 6     Q.   Recognizing positional asphyxia and
 7  excited delirium, correct?
 8     A.   I -- prior to this date?
 9     Q.   Right.
10     A.   Both those topics had been discussed at
11  some point.
12     Q.   Okay.  So you knew what to look for and
13  what to watch for and that you were supposed to
14  monitor people that were in custody, especially
15  in certain circumstances, correct?
16     A.   I understood I'm supposed to monitor
17  people in custody, yes.
18     Q.   Okay.  And that's what it says in bold
19  on page 1761 there, underneath positional
20  asphyxiation, correct?
21     A.   Yes, that's what it says.
22     Q.   Okay.  And it also says just under that
23  beware of sudden tranquility, right?
24     A.   Yes.
25     Q.   What does that mean to you?
```

PAGE 52

```
 1     Q.   Right.  It could be dangerous to the
 2  officer and it can be dangerous to the suspect,
 3  correct?
 4     A.   You know, it could be dangerous to the
 5  suspect, but as far as the officer, what do you
 6  mean by that?
 7     Q.   Just with the behavior of the suspect,
 8  that can be dangerous to the officers, of course,
 9  might it?
10     A.   Yes.
11     Q.   And it could be medically dangerous to
12  the suspect?
13     A.   It can, yes.
14     Q.   Did either Officer Aguilar or Officer
15  Dudley alert you that there had been a
16  substantial change in the demeanor, behavior of
17  Hector Arreola since the time you arrived?
18     A.   I was not notified that there was a
19  definitive change.
20     Q.   But you had heard more than one person
21  screaming over the radio in route, correct?
22     A.   I had heard someone screaming, I don't
23  know if it was more than one.
24     Q.   Well, as far as -- I'll talk a little
25  bit about the Columbus Police Department's use of
```

DEPOSITION OF: CORPORAL AARON EVRARD  10-25-2019

SHEET 14  PAGE 53

1  force policy.  I have a copy of that.  I'll mark
2  that as Plaintiff's Exhibit 6.  Can we agree that
3  you were -- you were and you are familiar with
4  the Columbus Police Department's use of policy
5  -- use of force policy that was in effect on
6  January 9th of 2017?
7      A.  Yes.
8      Q.  And this Plaintiff's Exhibit Number 6,
9  is CCG 52 through 53 I believe.  And of course
10  part of the policy is that all officers will use
11  reasonable force in accordance with the
12  Constitutional rights of all citizens, correct?
13      A.  Yes.
14      Q.  And of course, you have to use
15  reasonable force when you make an arrest,
16  correct?
17      A.  Yes.
18      Q.  CPD policy does not train or authorize
19  the use of any neck restraint or any chock hold,
20  does it?
21      A.  Correct.
22      Q.  Okay.  And Columbus Police Department's
23  policy does not allow the use of any excessive
24  force to affect an arrest; is that right?
25      A.  Correct.

PAGE 55

1          THE WITNESS:  I mean, I think it's a
2  relative question, serious to somebody.
3  BY MR. POST:
4      Q.  Well, Hector Arreola was not
5  threatening you, was he?
6      A.  No.
7      Q.  And he was unarmed when you searched
8  him, right?
9      A.  When I searched him, I didn't find any
10  weapons.
11      Q.  Okay.  And you don't know of anything
12  that says that he was armed that morning,
13  correct?
14      A.  I know of nothing that says that he was
15  armed.
16          MR. POST:  That's all I have.
17          MR. CASHBAUGH:  All right.
18          COURT REPORTER:  Copy, Mr. Cashbaugh?
19          MR. CASHBAUGH:  Yeah.
20          COURT REPORTER:  Copy, Mr. Post?
21          MR. POST:  Please.
22          DEPOSITION CONCLUDED AT 1:30 P.M.

PAGE 54

1      Q.  And it prohibits continued use of force
2  after a person has submitted to the arrest,
3  correct?
4      A.  When somebody has submitted to arrest,
5  yes.
6      Q.  Would you agree that the offense in
7  this case that Hector Arreola was under arrest
8  for, disorderly conduct, was not a serious
9  offense?
10          MR. CASHBAUGH:  Object to the form.
11  You can answer if you know what the offense
12  was.
13          THE WITNESS:  Pardon me?
14          MR. CASHBAUGH:  You can answer if you
15  know.
16          THE WITNESS:  If I know what?
17          MR. CASHBAUGH:  The answer to his
18  question.
19          THE WITNESS:  Could you repeat the
20  question?
21  BY MR. POST:
22      Q.  I said, would you agree that disorderly
23  conduct, the offense for which Hector Arreola was
24  arrested; is not a serious offense?
25          MR. CASHBAUGH:  The same objection.

PAGE 56

CERTIFICATE

STATE OF GEORGIA
COUNTY OF MUSCOGEE

      I, Russell D. Anderson, a Georgia Certified
Court Reporter, in and for Muscogee County,
Georgia, do hereby certify that the aforegoing
pages numbered 2 through 55, inclusive, contain a
true and correct transcription of the
stenographic notes taken by me on the 25th of
October, 2019 of the testimony of Corporal Aaron
Evrard, held at the offices of Page, Scrantom,
Sprouse, Tucker and Ford, 3rd Floor, Synovus
Building, Bay Avenue, Columbus, Georgia, 31902,
to the best of my skill and ability.
      I further certify that I am not of counsel,
nor am I related to the parties in this action,
nor am I in anywise interested in the result of
said action.
WITNESS MY HAND, this 28th day of October, 2019.


RUSSELL D. ANDERSON
COURT REPORTER
CERTIFICATE NO. B-403

DEPOSITION OF:  CORPORAL AARON EVRARD   10-25-2019

SHEET 15   PAGE 57

CORPORAL AARON EVRARD

DEPONENT'S SIGNATURE PAGE AND ERRATA SHEET

MUSCOGEE COUNTY, GEORGIA

     I DO HEREBY CERTIFY that I have read the foregoing deposition and the following corrections are required as a result of the transcription:

PAGE/LINE                CORRECTION/REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed before _____, Notary Public, this the ___ day of _____, 2019.

_____
(NAME OF NOTARY)

PAGE 58

October 28, 2019

IN RE:  SIGNATURE TO DEPOSITION

Dear Mr. Cashbaugh,

     Please have CORPORAL AARON EVRARD, to read his deposition and sign the errata sheet.
     After having done this, please have the errata sheet and the signature page returned to me for attachment to the original and filing with the court.
     You have the required 30 days within which to provide signature.  I will try to accommodate you as much as possible to accomplish this.
     Should you need to contact me, please call me at 706-905-1759 Monday through Friday.

Thank you for your attention to this matter.

Sincerely,

RUSSELL D. ANDERSON

DEPOSITION OF:  CORPORAL AARON EVRARD  10-25-2019

## /

**/** [1] 3:18

## 1

**1** [4] 5:5 18:22 31:4 37:12
**1:30** [1] 55:22
**100** [1] 30:15
**102** [1] 33:20
**103** [1] 33:20
**11** [1] 39:25
**11:45** [1] 39:24
**11th** [1] 16:2
**12** [3] 31:3 37:11 39:6
**12:00** [2] 1:38 4:9
**1244x** [1] 39:6
**12th** [1] 19:20
**13** [3] 9:17 40:4 41:23
**13-14** [1] 32:4
**14** [1] 32:4
**14:27** [1] 38:22
**1405** [1] 32:19
**1450** [1] 33:13
**15** [1] 35:10
**15-14-37** [1] 3:17
**156** [1] 27:3
**16th** [1] 16:2
**1702** [1] 36:11
**1725** [1] 31:5
**1753** [2] 48:7,8
**1758** [1] 49:11
**1759** [1] 49:11
**1760** [1] 49:15
**1761** [2] 49:15 50:19
**1762** [1] 49:16
**1784** [1] 48:8
**17th** [2] 16:2 45:19
**18** [1] 36:17
**1812** [1] 48:7
**1836** [1] 44:15
**19** [1] 36:17
**1990** [1] 12:2
**1996** [1] 12:9

## 2

**2** [5] 5:6 33:19 40:4 41:23 56:7
**2:90** [1] 42:16
**20** [1] 40:19
**2008** [3] 12:19 19:7 44:7
**2009** [3] 44:8,19 45:19
**2011** [2] 19:12,14
**2013** [2] 19:13,14
**2016** [6] 45:11 47:12 48:14,15 49:22 50:3
**2017** [15] 7:10 17:24 18:2 19:20 20: 12 31:13 33:25 35:5 37:13 39:6 40: 5 41:25 46:5,7 53:6
**2018** [2] 46:5,8
**2019** [5] 1:38 4:9 56:10,19 58:1
**20th** [1] 44:19
**22** [2] 45:14 47:13
**240** [1] 7:6
**2572** [1] 2:14
**25th** [3] 1:37 4:9 56:9

## 27

**27** [1] 5:5
**2755x** [1] 40:5
**28** [1] 58:1
**28th** [1] 56:19

## 3

**3** [3] 2:4 5:7 34:23
**30** [1] 58:10
**31902** [4] 1:37 2:11 4:8 56:13
**31902-2572** [1] 2:15
**31904** [1] 2:5
**33** [1] 5:6
**34** [1] 5:7
**38** [1] 44:15
**3rd** [2] 1:36 2:9 56:12

## 4

**4** [4] 5:8 42:22 44:10 45:3
**408** [1] 45:5
**4109x** [1] 41:24
**43** [1] 41:25
**44** [1] 5:8
**45** [1] 39:25
**46** [1] 5:9
**47** [1] 7:8

## 5

**5** [3] 5:9 46:14,15
**5:16** [1] 38:3
**5:20** [1] 38:3
**5:30** [1] 38:3
**5:53** [1] 31:13
**500** [1] 45:3
**52** [1] 53:9
**53** [5] 5:10 40:6 53:9
**55** [1] 56:7
**5809x** [1] 37:12

## 6

**6** [4] 5:3,10 53:2,8
**6:41** [1] 37:13
**6-4** [1] 7:5

## 7

**7** [3] 31:13 40:18
**7:00** [1] 39:7
**7:13** [1] 40:6
**7:37** [1] 41:25
**706** [1] 2:16
**706-905-1759** [1] 58:14
**747** [1] 33:25

## 8

**8.b** [1] 3:5
**80** [2] 47:22 49:1
**8th** [2] 45:10 47:11

## 9

**9** [3] 39:6 40:5 41:24
**905-1759** [1] 2:16
**911** [1] 20:25
**96** [1] 12:1
**9th** [9] 7:10 17:24 18:2 20:12 31:13 33:25 35:4 37:13 53:6

## A

**a.m** [5] 31:14 37:13 39:7 40:6 41:25
**aaron** [12] 1:24,32 3:4 4:4 6:2,6,21, 23 17:17 56:10 57:1 58:4
**ability** [2] 9:3 56:14
**academy** [2] 7:21 44:6
**accommodate** [2] 6:11 58:11
**accomplish** [1] 58:12
**accordance** [1] 53:11
**accurate** [9] 19:16 29:16 33:17 38: 15,16 42:6 46:23 47:7 49:3
**action** [2] 56:16,18
**active** [2] 15:8,8
**actually** [6] 26:24 37:14 41:18 42: 17 48:8,15 51:15
**adams** [1] 17:21
**additional** [1] 21:11
**address** [3] 9:8 26:19 33:14
**administration** [1] 12:15
**administrator** [1] 1:7
**affect** [1] 53:24
**affirmative** [1] 20:1
**aforegoing** [1] 56:6
**age** [1] 7:3
**agency** [3] 3:21 7:19
**ages** [1] 9:24
**agree** [4] 6:16 53:2 54:6,22
**agreeable** [1] 6:15
**agreed** [3] 4:2,10,16
**agreement** [2] 3:18 6:9
**aguilar** [19] 1:20 16:8,11 20:2,4,23 21:2,5,19 22:13,17 25:20 26:5,9 27: 19 28:12 30:9 33:7 52:14
**aguilar's** [3] 25:3,17 26:2
**ahead** [4] 20:11 23:1 24:24 25:15
**aid** [2] 13:9,12
**airway** [1] 27:23
**alert** [2] 29:20 52:15
**allen** [16] 15:12 33:14,24 34:3,10 35: 2,11,22 36:18 37:7,14,22 38:9,13 41:5,11
**allow** [1] 53:23
**allowed** [1] 6:8
**already** [4] 14:15 18:23 23:3 48:9
**ambulance** [4] 26:9 30:5 31:15 32: 14
**american** [1] 14:21
**amount** [2] 22:1,14
**anderson** [8] 1:34 2:13 3:10,28 4:5 56:4,20 58:17
**annual** [3] 45:11 47:16,20
**another** [3] 10:13 21:6 40:3
**answer** [6] 6:14 8:8 54:11,14,17
**anybody** [3] 15:3 17:15 22:3
**anyway** [1] 24:11
**anywise** [1] 56:17
**apparently** [1] 24:14
**appear** [1] 47:8
**appeared** [4] 27:7,14 30:9,10
**appears** [9] 31:14 32:15 34:25 35: 23 39:17 40:20 44:16 46:4,17,23
**appointments** [1] 16:4

## B (column 4, under A heading continues)

**approximately** [4] 7:5,9 12:4 40: 18
**april** [1] 45:19
**armed** [2] 55:12,15
**around** [2] 28:19 33:13
**arreola** [17] 1:4,5,8,9,10,11 19:25 22:24 23:9 24:16 25:21 27:1,6 28:3 29:21 30:1,7,8 32:16 33:6 39:13 40: 18 42:11 52:17 54:7,23 55:4
**arreola's** [11] 23:8,16 26:24 27:22, 25 28:13 40:11,24,25 42:5 43:9
**arrest** [6] 30:12 53:15,24 54:2,4,7
**arrested** [1] 54:24
**arrestee's** [1] 22:20
**arrived** [8] 23:7 28:17 29:4,7,12,25 33:8 52:17
**arriving** [1] 21:18
**article** [1] 3:5
**asphyxia** [1] 50:6
**asphyxiation** [2] 49:21 50:20
**assess** [2] 27:16,18
**assessment** [4] 14:17 15:13,17,24
**assist** [1] 15:20
**assistance** [2] 22:4 30:7
**assume** [5] 7:14 23:5 28:16,18 47:6
**assumed** [1] 23:2
**attached** [1] 48:9
**attachment** [1] 58:8
**attempted** [1] 25:2
**attempting** [2] 23:10,11
**attempts** [2] 22:10 24:22
**attend** [4] 10:2,8,13 47:22
**attended** [5] 11:23 44:6 45:10 48:1
**attending** [1] 21:15
**attention** [2] 26:11 58:15
**attorney** [2] 3:32,34
**attorneys** [1] 1:36
**authorize** [1] 53:18
**avenue** [4] 1:37 2:10 4:8 56:13
**avoid** [1] 25:10
**aware** [2] 49:20 51:2
**away** [4] 22:6,9 23:19 24:11

## B

**b-403** [1] 56:22
**bachelor's** [2] 12:6,9
**back** [16] 12:21 19:3,13 21:3 24:10 26:4 28:13,19 29:6 32:15 33:20 34: 6 35:17 38:15 40:11 49:25
**bad** [1] 13:16
**barnes** [1] 17:17
**based** [1] 28:16
**basic** [5] 43:19,23 44:18,25 49:25
**bates** [1] 31:9
**bay** [4] 1:36 2:10 4:8 56:13
**become** [4] 13:13 43:20,25 51:3
**began** [1] 23:21
**beginning** [2] 1:38 31:13
**behavior** [3] 22:21 52:7,16
**behavioral** [1] 51:14
**behaviors** [1] 51:11
**behind** [1] 31:15
**believe** [20] 7:20,24 12:14,19 15:18

DEPOSITION OF: CORPORAL AARON EVRARD  10-25-2019

19:12,13 21:6 22:13 23:4,13 26:17
30:15 33:1 39:15 42:7 44:7 45:7 48:
7 53:9
**bell** [1] 17:19
**bending** [1] 25:9
**best** [1] 56:14
**better** [1] 51:2
**between** [1] 4:2
**beware** [1] 50:23
**bit** [6] 17:24 26:7 31:17 32:19 35:10,
12 38:15 52:25
**blank** [1] 38:20
**blinked** [1] 26:10
**blood** [1] 22:14
**board** [1] 3:6
**boat** [2] 13:20,22
**body** [12] 19:23 20:4 25:4,5,10 27:
19 28:7 31:4,22 37:12 40:5 41:23
**bold** [1] 50:18
**boren** [1] 1:29
**boss** [1] 30:15
**both** [2] 34:19 50:10
**bottom** [1] 49:8
**box** [2] 2:14 10:22
**boyfriend** [1] 26:25
**brad** [2] 11:2 17:17
**bradley** [1] 2:4
**breath** [1] 22:17
**breathe** [1] 30:1
**brian** [8] 1:22 16:13,20 19:24 20:3
29:14,14 48:9
**bridges** [1] 27:5
**briefed** [1] 29:15
**briefly** [1] 39:18
**bring** [1] 22:11
**brother** [1] 11:11
**brothers** [1] 11:10
**brought** [1] 23:6
**building** [4] 1:36 2:9 4:8 56:13
**bush** [1] 17:17
**business** [2] 12:24,25

### C

**call** [6] 14:17 20:14,20,22 21:1 58:
13
**called** [3] 12:14 13:1 30:6
**cam** [5] 28:7 31:4 37:12 40:5 41:24
**came** [2] 19:13 26:13
**camera** [2] 19:23 31:22
**capacity** [4] 1:22,24,26,30
**captain** [1] 15:16
**car** [1] 23:5
**cardiac** [1] 30:12
**career** [1] 14:4
**cars** [2] 22:6 26:11
**case** [4] 3:19,20,24 54:7
**cashbaugh** [16] 2:6 8:16 18:13,24,
25 19:1 28:24 29:5 54:10,14,17,25
55:17,18,19 58:3
**catch** [1] 13:16
**ccg** [12] 27:3 31:3,7 33:20 37:11 39:
6 40:4 41:23 44:15 48:7,8 53:9
**center** [2] 14:17 15:18

**certain** [1] 50:15
**certificate** [2] 56:1,22
**certification** [2] 14:24 47:19
**certified** [7] 1:34 3:9,29 4:6 44:1 48:
4 56:4
**certify** [3] 56:6,15 57:4
**change** [2] 52:16,19
**charge** [1] 3:23
**check** [1] 20:16
**checked** [1] 25:25
**checking** [2] 27:21,22
**chief** [1] 1:28
**child** [1] 1:11
**children** [3] 9:23 13:3,9
**chock** [1] 53:19
**church** [6] 10:8,10,13,17 17:3,6
**circles** [1] 17:2
**circumstances** [1] 50:15
**cit** [1] 46:2
**citizens** [1] 53:12
**civilian** [2] 33:13 34:10
**class** [2] 12:15 16:10
**clear** [3] 21:14 22:8,16
**clearly** [1] 22:1
**close** [1] 12:3
**coherent** [4] 27:7,13,17,18
**cold** [2] 36:21,22
**collect** [1] 42:4
**collected** [1] 41:18
**collecting** [1] 43:9
**college** [1] 11:25 12:1
**columbus** [10] 1:3,19,27,37 2:5,11,
15 4:8 10:10,18 12:12,17,23 14:2
15:2 16:23 17:7,23,25 45:11 46:10,
19,24 47:13,21 48:15 52:25 53:4,22
56:13
**combative** [1] 21:7
**come** [1] 15:19
**comes** [1] 37:21
**coming** [2] 18:11 28:9
**community** [1] 10:17
**companies** [1] 13:6
**company** [2] 13:2,5
**complete** [3] 14:24 34:2 44:25
**completed** [2] 44:7,17
**completely** [1] 8:19
**compliance** [1] 14:13
**complications** [1] 40:15
**concepcion** [9] 1:9 26:24 39:13 40:
11,18,24 42:5,11 43:9
**concluded** [1] 55:22
**condition** [1] 9:2
**conditions** [1] 26:7
**conduct** [2] 54:8,23
**conducted** [2] 21:2 30:11
**conducting** [2] 20:15,21
**connie** [2] 40:11 42:4
**considered** [1] 46:1
**consolidated** [1] 1:18
**constitutional** [1] 53:12
**contact** [3] 42:6 43:10 58:13
**contacted** [1]

**contain** [2] 23:8 56:7
**contained** [3] 23:7,12 24:3
**containing** [1] 23:18
**continue** [1] 40:17
**continued** [2] 21:17 54:1
**continuum** [2] 49:12,13
**contract** [2] 3:16,18
**contractor** [1] 13:6
**control** [2] 22:11 23:2
**conversation** [1] 41:10
**copy** [4] 18:23 53:1 55:18,20
**corporal** [1] 1:32 3:4 4:4 6:2,6,11
16:8,9 31:2 56:10 57:1 58:4
**correct** [62] 18:16,17 19:7,23 20:9
22:25 25:9 27:2,7 30:19 32:8,9 34:4,
19 35:5,6 36:19 37:9,15 38:10 39:
14 40:1,15,16,19 41:12,20 43:11,21
44:4,11,19,20 45:16,17,20,21 46:11
47:14,15,18,24 48:4,19 49:7,13,16
50:1,7,15,20 51:16,23 52:3,21 53:
12,16,21,25 54:3 55:13 56:8
**corrected** [1] 19:21
**correction** [1] 20:7
**correction/reason** [1] 57:8
**corrections** [1] 57:6
**council** [1] 3:7
**counsel** [7] 3:20 4:3 6:10 31:8 46:
25 48:25 56:15
**county** [5] 3:3 9:10 11:18 56:3,5 57:
3
**course** [14] 14:10,24,25 20:15 43:
19,24 44:18 45:1 47:22 49:6 52:8
53:9,14
**court** [18] 1:1,34 2:4,13 3:6,9,10,13,
29 4:6,14,17 7:15 55:18,20 56:5,21
58:9
**cover** [1] 3:22
**coworkers** [1] 16:21
**cpd** [1] 53:18
**cpr** [1] 13:12
**criminology** [1] 12:11
**crisis** [2] 45:18,22
**crist** [1] 10:17
**cross** [3] 10:10 11:1 17:8
**cross-examination** [1] 6:17
**crushing** [1] 23:23
**csu** [1] 12:8
**currently** [2] 10:25 14:13
**custodio** [1] 1:13
**custody** [5] 13:3 21:22 50:14,17 51:
20
**customary** [1] 3:23
**cut** [1] 8:13
**cuts** [1] 39:24

### D

**dad** [1] 34:15
**dangerous** [6] 51:25 52:1,2,4,8,11
**date** [3] 3:31,33 47:4 50:8
**day** [3] 45:15 56:19 57:10
**days** [1] 58:10
**de** [1] 46:5
**deadly** [1] 48:18

**dealt** [1] 26:20
**dean** [1] 6:21
**dear** [1] 58:3
**deceased** [2] 1:5 11:9
**deemed** [1] 22:21
**de-escalation** [1] 46:1
**defendant/respondent** [1] 3:34
**defendants** [2] 1:31 2:7
**define** [2] 51:2,6
**definition** [1] 49:17
**definitive** [1] 52:19
**degree** [1] 12:6
**delirium** [6] 49:7,16,25 50:7 51:22,
24
**demeanor** [1] 52:16
**department** [18] 1:27 7:18 12:18,
23 14:2 15:2 16:23 17:7,14,22,25
19:6 46:11,19,24 47:13,21 48:16
**department's** [4] 45:11 52:25 53:4,
22
**deponent's** [1] 57:2
**d-e-p-o-s-i-t-i-o-n** [1] 6:1
**deposition** [9] 1:32 3:4,14,15,22 4:
4,11,12,17 6:5,9 10:5 18:7,10 48:10
55:22 57:5 58:2,5
**depositions** [2] 4:15 7:12
**depot** [2] 20:17 21:4,25
**described** [1] 25:7
**different** [1] 29:9
**difficulty** [1] 8:16
**directly** [1] 31:5
**disc** [6] 31:4,12 37:11,12 40:4 41:23
**disclosure** [1] 3:8
**discount** [1] 3:24
**discovery** [2] 6:7 31:9
**discussed** [1] 50:10
**disorderly** [2] 54:8,22
**dispatch** [1] 20:25
**dispatched** [2] 20:14 21:1
**distinguish** [1] 31:6
**distress** [2] 13:15 29:21
**district** [1] 1:1,2
**division** [1] 1:3
**document** [2] 44:13 47:2
**documents** [1] 48:6
**doing** [5] 15:9 23:17 25:6,10 28:22
**done** [2] 38:21 58:6
**down** [9] 19:25 26:12,12 28:20 29:4,
12,15 37:21,22
**drive** [3] 21:10,11 33:25
**drove** [2] 21:9,17
**dudley** [19] 1:22 16:13,20 19:24 20:
3,23 21:2 23:4,13 26:19,22 28:12
29:14,15 32:6,10 33:7 36:3 52:7
**dudley's** [1] 48:10
**due** [1] 19:15
**duly** [1] 6:3
**during** [5] 16:4 21:10,12 45:24 49:6

### E

**each** [1] 8:13
**ead** [1] 32:8
**early** [2] 19:14 44:7

believe - early

DEPOSITION OF: CORPORAL AARON EVRARD 10-25-2019

education [1] 12:5
effect [4] 4:13 21:23 43:4 53:5
eight [1] 9:25
either [3] 21:6 24:20 52:14
emergency [3] 13:9 51:16,23
employees [1] 16:22
employment [1] 12:22
emptied [1] 24:25
ems [4] 17:14 26:13 29:15,20
end [4] 36:24 38:12 39:17 41:19
enforcement [6] 14:1 43:19,24 44:18,25 50:1
enjoyed [1] 13:23
enough [1] 12:3
ensure [1] 24:3
entering [1] 37:7
entire [1] 24:21
errata [3] 57:2 58:5,7
escalation [1] 46:6
especially [1] 50:14
estate [1] 1:8
evangelista [1] 11:2
event [1] 13:10
everybody [1] 33:6
evrard [15] 1:25,32 3:4 4:4 6:2,6,11,21 31:2,4 40:4 41:23 56:11 57:1 58:4
exact [2] 42:14 50:2
exactly [2] 15:21 25:2
exam [4] 14:6,15,16 15:14
examination [1] 5:3
examiner [1] 14:14
examines [2] 44:13 47:2
except [1] 6:12
excessive [1] 53:23
excited [5] 49:7,16,25 50:7 51:22
exhausted [1] 22:18
exhaustive [1] 16:25
exhibit [14] 4:5,6,7,8,9,10 18:2 34:23 46:14,15 48:11 51:13 53:2,8
exhibited [1] 51:21
exhibits [1] 5:4
exit [1] 51:24
expect [1] 15:24
experiencing [2] 51:16,22
explanation [1] 26:18
exposure [1] 22:16
eyes [1] 28:1

### F

facing [1] 23:14
fact [1] 34:18
fair [1] 38:6
fairly [1] 24:14
fallen [1] 13:22
familiar [1] 53:3
family [2] 17:4 19:15
far [8] 15:17 34:3 39:3 49:25 52:5,24
fashion [1] 22:14
fast [1] 8:11
father [3] 11:8 34:21 35:2
feet [1] 19:25
fellow [1] 33:15

few [4] 21:5 22:6 41:10 43:18
fighting [1] 51:9
filing [2] 4:17 58:8
financial [1] 3:24
find [1] 55:9
fine [2] 9:10 30:10
fingers [2] 23:22,22
finish [2] 8:7 15:24
finished [1] 21:3
fire [1] 17:14
firearms [1] 45:16
first [6] 6:3 12:17 13:12 16:10 24:7 37:15,16 48:20
fished [1] 13:21
five [1] 13:6
flashlight [1] 26:10
flipping [2] 48:22 49:11
floor [1] 1:36 2:9 56:12
following [3] 3:8 30:11 57:5
follows [1] 6:4
footage [2] 19:24 28:7
force [14] 4:13 48:13,19 49:12,13 53:1,5,11,15,24 54:1
ford [1] 1:35 4:7 56:12
foregoing [1] 57:5
forget [1] 6:22
forgotten [4] 36:24 42:12,23 43:2
form [6] 6:13 28:25 29:5 46:17 54:10
format [1] 46:21
forward [1] 32:13
four [4] 11:19 39:6 40:5 41:24
friday [1] 58:14
friend [1] 1:12
friendly [1] 17:1,21
friends [2] 16:7,21
front [3] 8:3 33:20
frustration [1] 28:10
full [1] 4:13
fully [1] 9:3
further [5] 4:16 26:12,15 28:6 56:15
future [1] 13:25

### G

gave [6] 7:22 20:7,22 21:11,20 23:23
gentian [2] 10:20,22
georgia [20] 1:2,19,34,37 2:5,11,15 3:2,7,9 4:5,8 7:18 11:5 43:24 56:2,4,6,13 57:3
getting [1] 22:19
give [3] 16:25 42:5 48:6
given [5] 3:25 7:12 18:4,13 31:8
gives [1] 14:25
giving [1] 43:10
gloves [2] 22:15,18
got [12] 18:12 19:1 21:5 22:1 23:5 24:25 26:7,17 28:3,14 34:18 38:19
government [1] 1:18
grabbing [1] 23:22
graduate [3] 11:24 12:7,12
graduated [2] 11:17 12:1
graduation [1] 14:25

ground [2] 22:8,15
guess [1] 16:1
guy [1] 13:16

### H

half [1] 37:20
hallway [1] 37:21
hand [2] 48:11 56:19
handcuffed [1] 23:4
handcuffs [1] 22:7
happened [2] 26:18 35:13 39:2
headlights [1] 26:9
hear [1] 8:19
heard [5] 15:19 21:12 22:18 52:20,22
hearing [1] 8:16
hector [23] 1:5,8,10,11 22:24 24:16 25:21 26:25 27:5,22,25 28:3,13 29:20 30:1,7,8 32:16 33:6 52:17 54:7,23 55:4
height [2] 7:3,10
held [1] 56:11
help [8] 13:15,16,24 22:4,12 34:7
helped [1] 13:19
helps [1] 31:6
hereby [2] 56:6 57:4
high [5] 11:16,21,23,24 12:1
higher [1] 12:5
hips [2] 23:16
hired [2] 12:20,22
history [2] 44:11 45:7
hold [1] 53:19
holding [6] 23:3,21 28:20 29:3,12,13
home [6] 10:3 20:17 21:4,25 37:7
homemaker/home [1] 9:22
hon [2] 2:3,8
honestly [1] 15:18
hours [6] 44:24 45:3,5,14,16 47:13
house [5] 32:10 34:13 39:18 40:12,25 41:5
houses [2] 22:6 26:12
however [1] 19:23
hurt [1] 24:5

### I

imee [1] 1:12
important [2] 8:4 13:24
inaccurate [1] 45:8
incident [3] 13:19,24 32:16
inclusive [1] 56:7
index [2] 5:1,4
indicated [1] 22:13
indicates [4] 43:1 44:17 45:4 48:23
indication [1] 47:11
individual [5] 1:21,23,25,29 21:22
individual's [1] 22:20
individuals [1] 32:5
information [7] 26:8,15,16 42:6 43:10 49:6
inhaler [1] 32:11
initial [1] 39:12
initially [1] 19:24

initiated [1] 21:9
inquired [1] 26:20
in-service [4] 47:12,16,20 48:13
instead [2] 20:23 21:1
institute [1] 14:21
instructed [1] 30:14
instructions [1] 23:23
interested [1] 56:17
interfere [1] 9:3
international [1] 14:21
intervention [2] 45:18,23
interview [9] 37:8 38:4,5,10 39:13 40:17
interviewed [2] 37:14 39:16
interviews [1] 30:11
introduction [1] 48:23
involved [2] 14:10 25:24
isn't [2] 36:4 42:21
issue [1] 13:10
items [2] 24:8,8
itself [2] 11:21 14:16

### J

january [13] 7:10 17:24 18:2 19:19 20:12 31:3,22 35:4 37:13 39:6 40:5 41:24 53:6
jezreel [1] 1:12
job [1] 13:17
joins [1] 37:22
josh [1] 17:21
judicial [1] 3:7
july [1] 46:8
jurisdictions [1] 15:20
jury [1] 8:4

### K

keep [4] 25:5 31:10 47:19 51:13
keeping [1] 25:16
kept [1] 24:10
keys [1] 25:1
kicking [2] 23:9 51:8
k-i-e-l [1] 30:20
kids [1] 13:21
kiel [5] 30:17 32:6 33:1,5 39:19 40:1,11
kind [3] 12:25 25:5 51:21
knees [4] 25:3,4 26:3,3
knowing [1] 30:5
knowledge [1] 30:2

### L

labeled [1] 31:3
last [7] 9:19 39:6 40:5 41:24 45:20 47:4,4
late [1] 19:14
later [1] 38:8
laughing [1] 36:23
law [7] 6:8 14:1 43:19,23 44:18,25 50:1
laws [1] 4:14
lean [1] 26:4
least [2] 46:24 47:22
leave [4] 19:9 32:14 39:18 40:24
leaving [1] 39:3

DEPOSITION OF: CORPORAL AARON EVRARD 10-25-2019

**left** [3] 19:15 21:25 32:15
**leg** [6] 22:19,21 23:5,6,13,24
**legal** [1] 13:3
**legs** [5] 23:9,9,12 25:18 26:4
**lights** [1] 21:9
**limit** [1] 22:15
**list** [2] 16:25 46:23
**listen** [2] 36:12 38:18
**litigation** [1] 3:26
**little** [12] 10:8 17:24 26:7,12 31:7,17 32:19 35:10,12 38:15 42:17 52:24
**live** [6] 9:6,7 11:3,5,7,12
**lives** [2] 11:8,13
**located** [2] 10:19 22:5
**location** [2] 21:10,18
**long** [7] 7:6 9:16 10:11 12:16 13:4 17:11 22:1
**longer** [1] 17:22
**look** [4] 27:25 44:11 46:22 50:12
**looked** [1] 28:7
**looking** [6] 19:23 27:3 37:6 44:14 46:15 47:6
**looks** [2] 45:5 46:20
**lot** [3] 20:18 21:4 31:4
**luck** [1] 16:5

**M**

**machinist** [1] 11:15
**made** [1] 3:22
**manage** [1] 23:20
**mandated** [1] 44:6
**many** [5] 9:23 15:6,8 17:2 44:24
**march** [6] 44:19,22 45:10 47:11 48:14,14 49:21 50:3
**mark** [6] 2:3 11:17 17:1 18:21 33:19 53:1
**marked** [4] 31:3 44:10 46:13 48:7
**married** [2] 9:14,16
**maryland** [5] 11:8,13,18 12:7 19:16
**math** [1] 12:2
**matter** [1] 58:15
**mccarty** [1] 15:12
**mclaughlin** [1] 17:11
**mean** [9] 34:12 47:7 50:25 51:1,4,6, 10 52:6 55:1
**meaning** [3] 20:21 21:21 22:17
**meant** [1] 27:12
**medical** [4] 13:9 30:7 51:16,23
**medically** [1] 52:11
**meet** [1] 29:15
**mental** [1] 9:2
**mention** [1] 22:19
**michael** [3] 1:20 16:8,11
**mid** [1] 20:2
**middle** [2] 1:2 27:9
**mid-section** [1] 20:5
**might** [4] 3:21 42:12,23 52:9
**mike** [1] 20:2
**milgen** [2] 10:20,22
**mind** [2] 38:6 51:13
**minimum** [2] 47:25 48:25
**minor** [1] 1:11
**minute** [4] 19:3 30:23 36:12 43:14

**minutes** [9] 21:5,24 28:14 35:10 36: 17 37:20 39:25 40:19 41:10
**mistaken** [1] 19:14
**modules** [1] 45:24
**mom** [1] 9:22
**moment** [1] 14:10
**monday** [1] 58:14
**monitor** [2] 50:14,16
**monitored** [1] 26:5
**monitoring** [1] 30:10
**montgomery** [1] 11:18
**morning** [5] 18:2 31:14 32:11 39:7 42:23 55:12
**moss** [2] 21:10 33:25
**most** [1] 17:2
**mother** [1] 11:8
**move** [2] 32:13 36:11
**moved** [1] 13:13
**moving** [1] 22:9
**mpost@markpostlaw.com** [1] 2: 6
**ms** [1] 40:24
**much** [1] 58:12
**multiple** [1] 16:4
**muscogee** [5] 3:3 9:10 56:3,5 57:3
**myself** [1] 7:6

**N**

**name** [6] 6:20 9:18,19 33:16,17 57: 11
**neal** [1] 17:1
**neal's** [1] 17:5
**nearby** [1] 22:5
**necessarily** [1] 16:19
**necessary** [1] 22:21
**neck** [1] 53:19
**need** [6] 8:22 9:7 18:5 58:13
**needed** [6] 13:23 19:21,22 21:15 22: 3,12
**neighborhood** [1] 45:3
**never** [1] 28:4
**next** [3] 1:12 15:22 45:15
**nicknames** [1] 6:25
**night** [1] 36:21
**noble** [1] 13:17
**nobody** [1] 30:3
**nor** [2] 56:16,17
**notary** [1] 57:11
**notes** [1] 56:9
**nothing** [1] 19:22 45:25 55:14
**notice** [4] 4:17 6:10 19:20 20:18
**notified** [1] 52:18
**november** [1] 1:11
**number** [6] 18:22 31:6 33:19 46:14 51:11 53:8
**numbered** [1] 56:7
**numbers** [3] 31:4,8 37:12

**O**

**o.c.g.a** [1] 3:16
**oaks** [4] 16:15 23:6,12 36:18
**oath** [1] 8:1
**object** [3] 28:24 29:5 54:10

**objection** [2] 28:24 54:25
**objections** [1] 6:12
**obtain** [1] 48:25
**obtained** [4] 33:23,24 34:3 35:4
**obviously** [3] 7:25 18:4 24:2
**occupation** [2] 9:21 11:14
**o'clock** [1] 42:23
**october** [5] 1:38 4:9 56:10,19 58:1
**offense** [5] 54:6,9,11,23,24
**offered** [1] 43:25
**office** [5] 18:15 19:4,19 20:8 27:4
**officer** [38] 1:19,22,24 13:14 16:10, 11,13,15 20:22,23 21:5,19 22:16 23: 12,13 25:3,17,20 26:2,5,9,18 29:14 31:3 32:6,10 33:7,7 36:3,18 40:4 41: 23 43:20 48:9 52:2,5,14,14
**officer's** [2] 44:1 48:24
**officers** [6] 16:22 17:7 18:19 27:19 52:8 53:10
**officers'** [1] 22:10
**offices** [3] 3:12 4:6 56:11
**official** [4] 1:21,23,26,30
**okay** [64] 6:19,25 7:7,9,14,17,25 8:6, 9,10,18,20,24 9:9,12,14 10:23 14:9 15:22,23 16:17 17:6,20 18:15 19:15 20:6 23:1 24:24 26:1,14 27:16,21, 25 29:24 30:3,14 31:11,17,25 35:10, 16,24 38:8 41:13 43:13 44:21 45: 4,5,6,14 46:4,22 47:11 48:6,8 49:3 50:3,12,18,22 51:4 53:22 55:11
**old** [5] 7:7,8 9:25 10:1 49:13
**older** [1] 26:25
**once** [2] 14:24 24:2
**one** [8] 8:12 10:21 11:1 14:15 15: 9 20:6 24:6,12 25:8 26:12,21 34:20 37:14 38:5 39:7 41:22 48:17 49:5, 10 52:20,23
**only** [1] 39:15 47:6
**oops** [1] 18:18
**opposed** [2] 51:8,10
**ops** [1] 18:14
**optional** [1] 3:30
**order** [5] 23:25 37:8 43:20,25 47:19
**organization** [1] 44:2
**original** [1] 58:8
**other** [18] 6:8 7:19 8:12,13 10:21 13: 5 15:19,19 16:22 17:3,6 20:5,6 24: 13 25:16,23 30:5 37:12
**others** [5] 16:20 17:12 31:7
**out** [15] 13:21,22 20:3,16,21 21:11, 20 22:4,17 23:5 24:8,25 26:23 33:5 36:21
**over** [12] 15:16 23:16,18 24:10,17, 23 48:18,22 49:10,11,16 52:21
**oversees** [1] 15:16
**own** [2] 9:12,13 20:12
**owned** [1] 12:24

**P**

**p.m** [3] 1:38 4:9 55:22
**page** [14] 1:35 4:6 5:2 27:3,10 45:20 48:20,22 49:8,15 50:19 56:11 57:2 58:7

**page/line** [1] 57:8
**pages** [1] 56:7
**pardon** [1] 54:13
**parent** [4] 1:4,9
**parents** [1] 11:3
**park** [1] 2:4
**parking** [2] 20:18 21:4
**part** [2] 46:2 53:10
**particular** [3] 20:19 31:12 37:11
**parties** [3] 3:24 4:3 56:16
**party** [2] 3:19,25
**pass** [1] 48:3
**passed** [1] 48:2
**pastor** [2] 10:23 11:1
**patrol** [2] 22:5 26:11
**patterns** [1] 51:14
**peace** [1] 44:1 48:24
**peaceful** [1] 51:1
**people** [10] 13:15,19 15:19 16:18 17:2 25:23 50:14,17 51:3,13
**percent** [3] 30:16 47:23 49:1
**perhaps** [1] 22:9
**period** [1] 19:9
**person** [8] 15:9 21:7 26:20,24 52: 20 54:2
**personal** [1] 1:6
**personality** [1] 51:11
**personally** [1] 30:6
**physical** [1] 9:2
**plaintiff** [1] 1:33 2:2
**plaintiff/complainant** [1] 3:32
**plaintiff's** [14] 5:5,6,7,8,9,10 18:22 33:19 34:23 44:10 46:14,15 53:2,8
**plaintiffs** [1] 1:14 3:13 6:7
**plan** [1] 14:1
**plank** [1] 25:7
**plans** [1] 13:25
**play** [4] 31:17 32:19 35:14 38:23
**played** [23] 31:19 32:1,21 33:2,10 35:7,18,25 36:13 37:3,17,25 38:24 39:9,21 40:7,21 41:2,15 42:1,8,18 43:5
**playing** [1] 31:22
**please** [6] 6:19 7:4 55:21 58:4,6,13
**pocket** [1] 24:8
**pockets** [4] 24:9,23,25 25:25
**point** [8] 10:10,21 11:1 13:1 17:8 35: 13 40:25 50:11
**pointed** [1] 33:5
**police** [23] 1:27,28 7:18 12:18,23 13: 14 14:2 15:2 16:23 17:7,25 19:4,8 20 45:11 46:11,19,24 47:13,21 48: 16 52:25 53:4,22
**policy** [7] 48:19 53:1,4,5,10,18,23
**polygraph** [4] 14:13,20,22 15:10
**polygraphs** [1] 15:3
**portion** [2] 14:15,18
**position** [1] 25:18
**positional** [3] 49:20 50:6,19
**possible** [1] 58:12
**possibly** [1] 25:12
**post** [46] 2:3 5:3 6:5,18 7:18 18:21,

DEPOSITION OF:  CORPORAL AARON EVRARD  10-25-2019

25 **19**:2 **29**:2,8,10 **30**:22 **31**:1,21 **32**:
3,23 **33**:4,12 **35**:9,20 **36**:2,10,15 **37**:
5,19 **38**:2 **39**:1,11,23 **40**:9,23 **41**:4,
17 **42**:3,10,20 **43**:7,14,17 **44**:10 **45**:
7 **54**:21 **55**:3,16,20,21
**practitioner** [1] 3:10
**preparation** [2] 18:6,9
**prepare** [1] 18:7
**preparing** [2] 14:14,16
**present** [1] 7:23
**pretty** [2] 36:21 48:1
**previous** [2] 12:22 43:8
**previously** [1] 26:21
**primarily** [1] 15:9
**prior** [5] 12:21 18:11 49:21 50:3,8
**probably** [3] 10:12 13:6 47:3
**problem** [1] 21:8
**process** [2] 14:18 15:17
**profession** [1] 27:4
**professional** [4] 18:16 19:5,19 20:
8
**prohibited** [1] 3:16
**prohibits** [1] 54:1
**promotion** [1] 15:25
**promotional** [2] 14:18 15:17
**provide** [3] 3:13,18 58:11
**provided** [1] 46:25
**psychosis** [2] 51:15,21
**public** [1] 12:14
**pull** [1] 24:9
**pulled** [2] 24:7,8
**pulse** [1] 27:22
**purposely** [1] 25:9
**purposes** [2] 6:7,8
**pursuant** [3] 3:5 6:10 44:1
**push** [1] 24:12
**pushed** [1] 24:11
**put** [5] 22:15,18,21 23:13 43:1
**putting** [1] 32:8

### Q

**question** [10] 6:13 8:20,23 15:23
43:8 51:17,18 54:18,20 55:2
**questions** [4] 8:7 17:13 43:18 48:
12

### R

**radio** [6] 21:6,11,12,19,20 52:21
**ran** [1] 23:4
**randy** [1] 17:11
**rates** [1] 3:23
**r-a-w-n** [1] 15:21
**rawn** [1] 15:16
**raymond** [9] 34:15 35:1,1 37:7,21
38:4,10,13 41:11
**re** [1] 58:2
**read** [3] 13:18 57:4 58:4
**reading** [1] 4:11
**reappears** [1] 41:11
**reason** [2] 8:18 45:6
**reasonable** [2] 53:11,15
**reasons** [1] 19:16
**recall** [15] 11:25 24:6 25:2,24 26:17

---

28:5,8 33:16,17 34:20 38:17 41:13
42:14 45:25 50:2
**receive** [2] 13:8 26:16
**received** [4] 7:20 45:18,22 46:4
**recognize** [2] 33:21 34:24
**recognizing** [1] 50:6
**recollection** [1] 34:7
**record** [15] 30:22,24,25 36:7,8,9,25
37:1,2 43:14,15,16 44:16 46:18 47:
5
**reenter** [1] 48:10
**refer** [3] 18:5 43:23 49:7
**referral** [1] 3:21
**referred** [1] 18:18
**referring** [2] 48:17,19
**reflect** [1] 47:4
**reflected** [2] 45:20 47:4
**refresh** [1] 34:7
**regard** [5] 13:8,25 14:19 15:14 17:
13 45:16 46:5 49:12,24
**regulations** [1] 3:6
**related** [2] 17:3 56:16
**relating** [1] 4:14
**relation** [1] 39:16
**relative** [1] 55:2
**remain** [1] 48:4
**remember** [6] 20:12 25:4 28:10 29:
18 32:17 34:13
**rendering** [1] 13:9
**rent** [1] 9:12
**repeat** [3] 8:23 51:17 54:19
**repeatedly** [1] 29:25
**rephrase** [1] 18:8 51:17
**reporter** [5] 1:34 2:13 3:9,20,29 4:
6,18 55:18,20 56:5,21
**reporting** [5] 3:6,11,13,19,21
**representative** [1] 1:6
**re-qualified** [1] 45:15
**requested** [1] 26:10
**required** [2] 57:6 58:10
**requirement** [2] 47:25 48:4
**requires** [1] 48:25
**rescheduled** [1] 6:11
**reserved** [1] 6:12
**resigned** [1] 19:12
**resist** [2] 23:11 24:22
**resistance** [1] 25:17
**resisting** [4] 22:10 24:10,16 25:6
**respective** [1] 4:3
**respond** [1] 20:20
**response** [1] 20:1
**responsiveness** [1] 6:14
**resting** [1] 27:15
**restraint** [1] 53:19
**result** [2] 56:17 57:6
**returned** [1] 58:7
**review** [3] 18:6,9,11
**reviewed** [4] 18:13 19:18 49:5
**richard** [2] 1:28 17:11
**rights** [1] 53:12
**ring** [1] 17:19
**road** [1] 10:22

---

**rodrigo** [1] 1:4
**roll** [3] 24:10,16,19
**rolled** [2] 20:18 23:25
**rolling** [3] 23:10,18 24:22
**ronnie** [3] 16:15 23:6 36:18
**roster** [1] 18:4
**route** [1] 52:21
**rules** [2] 3:5 4:14
**russell** [8] 1:33 2:13 3:28 4:5 56:4,
20 58:17

### S

**s.a** [1] 1:10
**safe** [1] 24:2
**same** [10] 4:13 7:9 8:3,8 9:19 17:13
26:20,23 49:8 54:25
**sat** [2] 25:17 26:2
**save** [1] 13:19
**saw** [5] 20:19 22:7,14 26:8 28:17 44:
22
**saying** [8] 8:12 24:15 25:19 28:5,8,
11 29:3,11
**says** [7] 31:5 50:18,21,22 51:1 55:
12,14
**scene** [4] 28:23 32:14,15 33:8
**school** [8] 9:22 10:3 11:16,17,21,23,
24 12:2
**schools** [1] 10:2
**score** [2] 47:22 48:25
**scranton** [3] 1:35 4:7 56:11
**screaming** [4] 21:13 51:8 52:21,22
**scuffle** [1] 27:15
**search** [1] 25:21
**searched** [2] 55:7,9
**second** [5] 14:18 31:14 37:14 39:8
48:22
**seconds** [5] 32:4 36:17 40:6,19 41:
25
**section** [1] 20:3
**sector** [2] 18:1,3
**sectors** [1] 18:1
**see** [12] 18:22 27:9 31:15 34:12 36:
5 38:20 41:14 42:16 46:6,7,22 49:9
**seek** [1] 30:6
**seemed** [1] 27:20
**seen** [1] 46:20
**seizure** [1] 25:13
**september** [1] 46:7
**sergeant** [12] 15:12 17:1 27:5 30:
16,17 32:6 33:1,5,14 39:19 40:1,10
**sergeant's** [2] 14:6,15 15:14
**serious** [3] 54:8,24 55:2
**service** [3] 17:15 45:12,25
**services** [2] 3:13,19
**several** [2] 21:24 28:14
**shackles** [6] 22:19,22 23:5,6,13,24
**sheet** [3] 57:2 58:5,7
**short** [1] 26:18
**shortly** [3] 21:18 23:7 26:8
**show** [7] 33:18 34:22,23 39:5 40:3
41:22 44:9
**showed** [1] 28:23
**showing** [3] 31:2 46:13

---

**shown** [1] 32:5
**side** [7] 23:10,10,25,25 24:6,7,9,9
**sign** [1] 58:5
**signature** [5] 4:11 57:2 58:2,7,11
**signatures** [1] 3:30
**signed** [1] 57:9
**simultaneously** [1] 14:13
**since** [2] 45:23 52:17
**sincerely** [1] 58:16
**sir** [30] 6:15,19,24 7:2,4,11,13,21 11:
6,22 13:12 14:3,5 16:12 18:20 19:
10,17 20:10 24:18 30:21 31:15,24
32:18 33:9,21,22 34:24 36:20 39:3
43:12
**sirens** [1] 21:9
**sisters** [1] 11:10
**sit** [2] 25:2,21
**sits** [1] 37:22
**sitting** [2] 27:6,14
**situation** [3] 21:15,16 24:2
**six** [1] 10:12
**skill** [1] 56:14
**small** [2] 12:24 22:14
**social** [1] 17:2
**socialize** [3] 16:17,23 17:14
**socialized** [2] 16:19,24
**society** [1] 13:17
**sole** [1] 3:10
**somebody** [5] 13:23 17:4 21:13
22:2,19 24:3 26:25 51:20 54:4 55:2
**someone** [1] 52:22
**sometime** [4] 19:12,13 21:4 23:7
**sometimes** [2] 8:11 18:18
**somewhat** [1] 29:16
**somewhere** [2] 13:18 45:2
**son** [1] 40:14
**sort** [6] 9:1 13:16 14:23 29:21 51:9,
15
**sought** [1] 26:15
**sounds** [4] 28:9 33:16 38:16,20
**speakers** [1] 36:16
**speaking** [1] 17:6 32:24
**special** [1] 14:23
**specific** [1] 45:25
**specifically** [2] 9:9 15:15
**spend** [1] 17:4
**spoke** [1] 18:12
**sprouse** [3] 1:35 4:7 56:12
**squeezing** [1] 23:22
**s-t-a-c-e** [1] 9:19
**sr** [1] 35:1
**stacey** [1] 9:19
**stamp** [1] 31:9
**standards** [5] 18:16 19:5,19 20:8
27:5 44:2 48:24
**standing** [1] 26:3
**started** [4] 10:5 12:19 19:6 44:7
**starting** [3] 37:13 39:7 41:24
**starts** [2] 31:12 40:10
**state** [5] 3:2 11:7 12:13 43:24 56:2
**statement** [18] 18:13 19:4,18,21 20:
7 27:4 33:23,24 34:2,25 38:14,19

DEPOSITION OF: CORPORAL AARON EVRARD 10-25-2019

39:4 42:5,13,24,25 43:9
**statements** [2] 34:18 41:19
**states** [1] 1:1
**stay** [1] 14:1
**stenographic** [1] 56:9
**still** [4] 9:10 22:9,10 42:22
**stipulated** [3] 4:2,10,16
**stipulations** [1] 4:1
**stop** [4] 20:15,22 21:3 36:6
**stopped** [23] 31:20 32:2,22 33:3,11
35:8,19 36:1,14 37:4,18 38:1,25 39:
10,22 40:8,22 41:3,16 42:2,9,19 43:
6
**straight** [2] 25:5,10
**struggling** [1] 22:2
**studying** [1] 14:6
**submitted** [2] 54:2,4
**substantial** [1] 52:16
**sudden** [1] 50:23
**suddenly** [2] 51:3,4
**suffering** [1] 9:1
**suggesting** [1] 51:14
**suite** [1] 2:4
**summer** [1] 9:17
**supposed** [2] 50:13,16
**suspect** [9] 22:7,8,20,23 51:20 52:2,
5,7,12
**sworn** [1] 6:3
**symptoms** [2] 51:14,21
**syndrome** [1] 49:7
**synovus** [4] 1:36 2:9 4:7 56:12

**T**

**talked** [3] 34:15 37:16 38:9
**tarvin** [22] 33:15,25 34:3,10,16 35:1,
1,2,22 36:18 37:7,8,15,21,23 38:4,9,
10,13,13 41:11,11
**tarvin's** [2] 35:12 41:5
**taught** [2] 51:19,24
**tcashbaugh@psstf.com** [1] 2:12
**techniques** [2] 46:1,6
**tells** [1] 42:11
**ten** [1] 9:25
**tend** [2] 8:13 17:3
**tended** [1] 26:13
**tending** [1] 27:20
**test** [1] 47:23
**testified** [2] 6:3 7:15
**testify** [2] 7:19 9:3
**testimony** [1] 56:10
**testing** [1] 48:1
**thefts** [1] 20:17
**thereafter** [1] 26:8
**thinking** [1] 8:12
**threatening** [1] 55:5
**three** [1] 37:20
**till** [1] 21:25
**tips** [1] 7:22
**tired** [3] 10:7,8 43:3
**today** [4] 8:1 9:2 18:6,10
**together** [1] 23:23
**took** [2] 20:18 32:10
**topics** [1] 50:10

**toward** [5] 23:14 36:24 38:12 39:17
41:19
**towards** [2] 19:25 20:4
**track** [1] 31:10
**traffic** [10] 20:15,21,22 21:2,12,12,
19,20,21,21
**train** [1] 53:18
**trained** [4] 7:17 49:24 50:4 51:12
**training** [30] 7:20 13:8 14:9,14,19
44:2,5,11,16,18,25 45:7,12,15,19,
23 46:2,5,17,23 47:8,12,16,20 48:
14,18,24 49:21 50:1,4
**traits** [1] 51:11
**tranquil** [3] 51:3,4,6
**tranquility** [1] 50:23
**transcription** [2] 56:8 57:7
**transport** [1] 13:2
**transported** [1] 13:2
**transporting** [1] 13:10
**trial** [1] 8:3
**tried** [2] 24:9,16
**true** [4] 7:15 20:8 30:12 56:8
**truthfully** [1] 9:4
**try** [5] 8:8,14 24:22 25:10 58:11
**trying** [5] 22:9 23:8,19 24:10,19
**tucker** [1] 35:4 7 56:12
**turned** [5] 20:3 24:6,12,13 26:23
**turning** [2] 13:1 49:15
**twain** [1] 11:17
**two** [6] 9:25 14:12 25:20 26:12 32:5
45:16
**tyler** [2] 2:8 18:12

**U**

**unarmed** [1] 55:7
**under** [5] 3:15 7:25 22:11 50:22 54:
7
**underneath** [1] 50:19
**understand** [6] 8:15,19,22 10:6,7
26:7
**understood** [1] 50:16
**unit** [1] 21:7
**united** [1] 1:1
**university** [2] 12:7,13
**until** [3] 8:7 23:4 40:18
**up** [19] 15:24 19:3 20:4 22:6 23:6,10
25:2,3,21 26:2,3,13 27:19 28:23 35:
17 40:18 42:22 46:25 47:3
**upatoi** [1] 9:7
**updated** [1] 49:6
**updates** [1] 49:12
**upper** [1] 20:4
**upright** [3] 25:18 27:7,14
**upset** [3] 42:12,22 43:4
**usual** [1] 3:23

**V**

**vehicle** [2] 20:16,17
**verbal** [2] 21:21 28:9
**video** [66] 31:19,20 32:1,2,5,13,20,
21,22 33:2,3,10,11 34:12 35:7,8,11,
18,19,22,25 36:1,12,13,14,17 37:3,
4,6,17,18,25 38:1,12,24,25 39:9,10,

12,18,21,22,24 40:4,7,8,10,19,21,
22 41:2,3,15,16,19,22 42:1,2,4,8,9,
17,18,19 43:5,6
**videos** [1] 31:7
**videotape** [4] 34:6 37:21 38:8,23
**violation** [1] 20:19
**voice** [1] 32:7
**volatile** [1] 21:16

**W**

**wait** [1] 8:6
**waived** [2] 4:12,18
**walked** [1] 29:15
**wallet** [1] 25:1
**wanted** [4] 13:15 20:16 22:3 25:4
**watch** [1] 50:13
**water** [1] 13:22
**way** [4] 23:11 24:12,13,20
**weapon** [1] 24:4
**weapons** [2] 24:1 55:10
**week** [3] 16:1,3,4
**weighed** [1] 7:5
**weight** [2] 7:3,10
**whatever** [1] 48:3
**wheaton** [1] 11:23
**whereupon** [46] 31:19,20 32:1,2,21,
22 33:2,3,10,11 35:7,8,18,19,25 36:
1,13,14 37:3,4,17,18,25 38:1,24,25
39:9,10,21,22 40:7,8,21,22 41:2,3,
15,16 42:1,2,8,9,18,19 43:5,6
**whole** [2] 24:19 48:15
**whom** [1] 3:21
**wife's** [1] 9:18
**will** [12] 3:15,22,25 6:5,12 8:21,25 9:
17 15:13 35:15 53:10 58:11
**winded** [1] 22:17
**within** [2] 21:4 58:10
**witness** [4] 4:12 29:1 54:13,16,19
55:1 56:19
**woken** [1] 42:22
**words** [4] 20:13 28:8 42:15
**work** [3] 12:7,12,17
**working** [2] 19:6 25:20
**works** [1] 15:21
**wrists** [1] 23:3,21
**write** [2] 38:14 42:13
**writing** [1] 34:4
**written** [6] 33:24 34:18 41:19 42:5,
24 43:9

**Y**

**y'all** [1] 49:16
**year** [4] 9:25 10:1 11:24 48:15
**years** [5] 7:8 9:17 10:12 11:19 13:7
**yelling** [1] 11:13
**young** [1] 33:15
**yourself** [2] 27:23 29:22

RUSSUELL ANDERSON COURT REPORTING 706-905-1759