


**Columbus Police Department**
P.O. Box 1866 • 510 Tenth Street
Columbus, Georgia 31902-1866

R. T. Boren
Chief Of Police

C. V. Rowe
Assistant Chief

## WITNESS STATEMENT FORM

Statement of: Alan Tarvin
Case No.: 17-000680
Address: 747 Moss Drive
Date of Birth: [redacted]-62
Social Security No.: [redacted]
Race/Sex/Age: W/M/55
Date: 1-9-17
Time: 6:55
Home Phone: [redacted]
Work Phone: [redacted]

Interviewed By: A Evard
Interview Location: 747 Moss D.

I was in my bedroom when young man began banging on front door, he said "I need to use the phone, they're trying to kill me, call 911". About that time 2 ofc. were at the driveway time was 5:10 AM. They told to come down driveway. He stated "I'm not coming your trying to kill me". Then his mom apparently approched and I heard her telling him to calm down. Police were struggling with him to gain control for at least 10 min. on the ground. trying to get him cuffed. Him yelling the whole time. "Mom" they're trying to kill me help, help. Officers were trying to calm him down whole time. →

Use the back of this sheet to continue....

I can read and write the English Language and I have read or have had read to me this statement and I swear that it is the truth, so help me.

Signature: [signature]
Date: 1-9-17
Witness: [signature]

PLAINTIFF'S EXHIBIT 2

CCG000102

Witness Statement of:                                    Page         of

Date:

Case No.:

Statement continued......

It wasn't until back-up arrived that the situation was under control. At that time E.M.S. was called and man was transported off property on a gurney.

CCG000103