Welcome CPD Training

PLAINTIFF'S
EXHIBIT
5

1

| Type | Date | Name | |
|---|---|---|---|
| Course | 04/22/2009 | Evrard, Aaron Dean | Name: Defensive Driving Course 6 Hours / Code: AHC-0401 / Hours: 6 |
| Course | 06/09/2009 | Evrard, Aaron Dean | Name: Taser M26/X26 8 Hrs / Code: AIO-2305 / Hours: 8 |
| Course | 03/29/2010 | Evrard, Aaron Dean | Name: 2010 Gcic Security And Integrity 4 Hours / Code: ASO-0504 / Hours: 4 |
| Course | 04/30/2010 | Evrard, Aaron Dean | Name: Police Cyclist Level 1 40 Hrs / Code: AQO-0801 / Hours: 40 |
| Course | 09/23/2010 | Evrard, Aaron Dean | Name: 2010 Ist Firearms 2Hrs / Code: TF10-10PS / Hours: 2 |
| Course | 09/23/2010 | Evrard, Aaron Dean | Name: 2010 In-Service Training 22Hrs / Code: TIO-10PS / Hours: 22 |
| Course | 05/22/2011 | Evrard, Aaron Dean | Name: Electronic Tracking Device Class 8 Hrs / Code: APO-5310 / Hours: 8 |
| Course | 05/22/2011 | Evrard, Aaron Dean | Name: Electronic Tracking Device Class 8 Hrs / Code: APO-5310 / Hours: 8 |
| Course | 02/25/2013 | Evrard, Aaron Dean | Name: Customer Service Training 3 Hrs / Code: ACO-0401 / Hours: 2 |
| Course | 03/07/2013 | Evrard, Aaron Dean | Name: 2013 In-Service Firearms 2 Hrs / Code: TF13-13PS / Hours: 2 |
| Course | 03/11/2013 | Evrard, Aaron Dean | Name: Verbal Judo 24 Hrs / Code: AFO-1402 / Hours: 24 |
| Course | 02/19/2014 | Evrard, Aaron Dean | Name: 2014 In-Service Training 22 Hours / Code: TIO-14PS / Hours: 22 |
| Course | 02/19/2014 | Evrard, Aaron Dean | Name: 2014 In-Service Firearms 2 Hours / Code: TF14-14PS / Hours: 2 |
| Course | 06/09/2015 | Evrard, Aaron Dean | Name: 2015 In-Service Training 22 Hours / Code: TIO-15PS / Hours: 22 |
| Course | 06/11/2015 | Evrard, Aaron Dean | Name: 2015 In-Service Firearms 2 Hours / Code: TF15-15PS / Hours: 2 |
| Course | 03/08/2016 | Evrard, Aaron Dean | Name: 2016 In-Service Training 22 Hours / Code: TIO-16PS / Hours: 22 |
| Course | 03/09/2016 | Evrard, Aaron Dean | Name: 2016 In-Service Firearms 2 Hours / Code: TF16-16 PS / Hours: 2 |
| Course | 08/04/2017 | Evrard, Aaron Dean | Name: Atv Rider Course 8 Hrs / Code:  / Hours: 8 |
| Course | 09/19/2017 | Evrard, Aaron Dean | Name: 2017 In-Service Training 22 Hours / Code: TIO-17PS / Hours: 22 |
| Course | 09/21/2017 | Evrard, Aaron Dean | Name: 2017 In-Service Training 2 Hours / Code: TF17-17PS / Hours: 2 |
| Course | 10/27/2017 | Evrard, Aaron Dean | Name: Mountain Bike Basic Course 40 Hours Cpd / Code:  / Hours: 40 |
| Course | 07/17/2018 | Evrard, Aaron Dean | Name: 2018 In-Service Training 22 Hours / Code:  / Hours: 22 |
| Course | 07/18/2018 | Evrard, Aaron Dean | Name: 2018 In-Service Training 2 Hours / Code:  / Hours: 2 |

*"Quality People Providing Quality Service"*

| Type | Date | Name | |
|------|------|------|---|
| Course | 12/01/2008 | Evrard, Aaron Dean | Name: Customer Service Training 3 Hrs / Code: ACO-0401 / Hours: 3 |
| Course | 02/18/2009 | Evrard, Aaron Dean | Name: Evoc 24 Hrs / Code: AHO-0103 / Hours: 24 |
| Course | 02/20/2009 | Evrard, Aaron Dean | Name: Incident Response To Terrorist Bombing 4 Hrs / Code: ABO-2399 / Hours: 4 |
| Course | 03/09/2009 | Evrard, Aaron Dean | Name: Awareness Inital Response Hazmat 8 Hrs / Code: ABO-0720 / Hours: 8 |
| Course | 03/20/2009 | Evrard, Aaron Dean | Name: Basic Law Enforcement Training Course 408 Hrs / Code: PBC-LE92 / Hours: 408 |
| Course | 03/24/2009 | Evrard, Aaron Dean | Name: Radar Operator Training 16 Hrs / Code: PSC-5303 / Hours: 16 |
| Course | 03/27/2009 | Evrard, Aaron Dean | Name: Dui Standardized Field Sobriety Testing 24 Hrs / Code: APO-3600 / Hours: 24 |
| Course | 04/17/2009 | Evrard, Aaron Dean | Name: Crisis Intervention Team Training Nami 40 Hours / Code: AQO-1101 / Hours: 40 |
| Course | 04/22/2009 | Evrard, Aaron Dean | Name: Defensive Driving Course 6 Hours / Code: AHC-0401 / Hours: 6 |
| Course | 06/09/2009 | Evrard, Aaron Dean | Name: Taser M26/X26 8 Hrs / Code: AIO-2305 / Hours: 8 |
| Course | 03/29/2010 | Evrard, Aaron Dean | Name: 2010 Gcic Security And Integrity 4 Hours / Code: ASO-0504 / Hours: 4 |
| Course | 04/30/2010 | Evrard, Aaron Dean | Name: Police Cyclist Level 1 40 Hrs / Code: AQO-0801 / Hours: 40 |
| Course | 09/23/2010 | Evrard, Aaron Dean | Name: 2010 Ist Firearms 2Hrs / Code: TF10-10PS / Hours: 2 |
| Course | 09/23/2010 | Evrard, Aaron Dean | Name: 2010 In-Service Training 22Hrs / Code: TIO-10PS / Hours: 22 |
| Course | 05/22/2011 | Evrard, Aaron Dean | Name: Electronic Tracking Device Class 8 Hrs / Code: APO-5310 / Hours: 8 |
| Course | 05/22/2011 | Evrard, Aaron Dean | Name: Electronic Tracking Device Class 8 Hrs / Code: APO-5310 / Hours: 8 |
| Course | 02/25/2013 | Evrard, Aaron Dean | Name: Customer Service Training 3 Hrs / Code: ACO-0401 / Hours: 2 |
| Course | 03/07/2013 | Evrard, Aaron Dean | Name: 2013 In-Service Firearms 2 Hrs / Code: TF13-13PS / Hours: 2 |
| Course | 03/11/2013 | Evrard, Aaron Dean | Name: Verbal Judo 24 Hrs / Code: AFO-1402 / Hours: 24 |
| Course | 02/19/2014 | Evrard, Aaron Dean | Name: 2014 In-Service Training 22 Hours / Code: TIO-14PS / Hours: 22 |
| Course | 02/19/2014 | Evrard, Aaron Dean | Name: 2014 In-Service Firearms 2 Hours / Code: TF14-14PS / Hours: 2 |
| Course | 06/09/2015 | Evrard, Aaron Dean | Name: 2015 In-Service Training 22 Hours / Code: TIO-15PS / Hours: 22 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                      1

| Type | Date | Name | |
|------|------|------|---|
| Gun | 04/24/2009 | Evrard, Aaron Dean | Name: 2009 Recruit Qualification Class-01 / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 08/28/2009 | Evrard, Aaron Dean | Name: 2009 Back-Up Weapon / Score: / Hits: / Type: Sig Sauer / Caliber: .45 |
| Gun | 08/28/2009 | Evrard, Aaron Dean | Name: 2009 Back-Up Weapon / Score: / Hits: / Type: Smith/Wesson / Caliber: .38 |
| Gun | 10/02/2009 | Evrard, Aaron Dean | Name: 2009 Fall Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/30/2009 | Evrard, Aaron Dean | Name: 2009 Night Fire / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/01/2010 | Evrard, Aaron Dean | Name: 2010 Spring Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 08/23/2010 | Evrard, Aaron Dean | Name: 2010 Medical Requalification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/23/2010 | Evrard, Aaron Dean | Name: 2010 In-Service Firearms / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/30/2010 | Evrard, Aaron Dean | Name: 2010 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 12/01/2010 | Evrard, Aaron Dean | Name: 2010 Night Fire / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/02/2011 | Evrard, Aaron Dean | Name: 2011 Spring Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/01/2011 | Evrard, Aaron Dean | Name: 2011 In Service Firearms / Score: / Hits: / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/04/2013 | Evrard, Aaron Dean | Name: 2013 Spring Shoot Qualifications / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/04/2013 | Evrard, Aaron Dean | Name: 2013 Spring Shoot Qualifications / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/07/2013 | Evrard, Aaron Dean | Name: 2013 In-Service Qualifications / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/03/2013 | Evrard, Aaron Dean | Name: 2013 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/19/2014 | Evrard, Aaron Dean | Name: 2014 In-Service Qualifications / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/07/2014 | Evrard, Aaron Dean | Name: 2014 Spring Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/02/2014 | Evrard, Aaron Dean | Name: 2014 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                              1

| Type | Date | Name | |
|------|------|------|---|
| Gun | 03/04/2013 | Evrard, Aaron Dean | Name: 2013 Spring Shoot Qualifications / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/07/2013 | Evrard, Aaron Dean | Name: 2013 In-Service Qualifications / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/03/2013 | Evrard, Aaron Dean | Name: 2013 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 02/19/2014 | Evrard, Aaron Dean | Name: 2014 In-Service Qualifications / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 05/07/2014 | Evrard, Aaron Dean | Name: 2014 Spring Shoot / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/02/2014 | Evrard, Aaron Dean | Name: 2014 Fall Shoot / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 12/01/2014 | Evrard, Aaron Dean | Name: 2014 Night Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: .45 |
| | | | Name: 2014 Night Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 01/16/2015 | Evrard, Aaron Dean | Name: 2014 Night Shoot Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 06/11/2015 | Evrard, Aaron Dean | Name: 2015 In-Service Firearms / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/20/2015 | Evrard, Aaron Dean | Name: 2015 Spring Shoot / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/22/2015 | Evrard, Aaron Dean | Name: 2015 2015 Fall Firearms / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/09/2016 | Evrard, Aaron Dean | Name: 2016 In-Service Qualifications / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/04/2016 | Evrard, Aaron Dean | Name: 2016 2016 Spring Qualification / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/04/2016 | Evrard, Aaron Dean | Name: 2016 Fall Shoot / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/21/2017 | Evrard, Aaron Dean | Name: 2017 In-Service Training Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 10/02/2017 | Evrard, Aaron Dean | Name: 2017 Fall Qualification 2017 / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/27/2017 | Evrard, Aaron Dean | Name: 2017 Night Fire / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |

*"Quality People Providing Quality Service"*

CCG001826

Welcome CPD Training                                                              1

| Type | Date | Name | |
|------|------|------|---|
| Gun | 01/16/2015 | Evrard, Aaron Dean | Name:  2014 Night Shoot Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 06/11/2015 | Evrard, Aaron Dean | Name: 2015 In-Service Firearms / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 07/20/2015 | Evrard, Aaron Dean | Name: 2015 Spring Shoot / Score: 87 / Hits: 26 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/22/2015 | Evrard, Aaron Dean | Name:  2015 2015 Fall Firearms / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 03/09/2016 | Evrard, Aaron Dean | Name:  2016 In-Service Qualifications / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 04/04/2016 | Evrard, Aaron Dean | Name:  2016 2016 Spring Qualification / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 10/04/2016 | Evrard, Aaron Dean | Name:  2016 Fall Shoot / Score: 93 / Hits: 28 / Type: Smith/Wesson / Caliber: .45 |
| Gun | 09/21/2017 | Evrard, Aaron Dean | Name:  2017 In-Service Training Qualification / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 10/02/2017 | Evrard, Aaron Dean | Name:  2017 Fall Qualification 2017 / Score: 100 / Hits: 30 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/27/2017 | Evrard, Aaron Dean | Name:  2017 Night Fire / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 04/09/2018 | Evrard, Aaron Dean | Name:  2018 2018 Spring Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 07/18/2018 | Evrard, Aaron Dean | Name:  2018 In Service Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 10/01/2018 | Evrard, Aaron Dean | Name:  2018 Fall Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/26/2018 | Evrard, Aaron Dean | Name:  2018 Low Light Qualification / Score: 90 / Hits: 47 / Type: Smith/Wesson / Caliber: 9mm |
| PT | 04/24/2009 | Evrard, Aaron Dean | Push-ups: 38 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:06 / Score: 4 / Obstacle: 1:06 / Score: 5 / Average Score: 4.75 |
| PT | 04/24/2009 | Evrard, Aaron Dean | Push-ups: 38 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:06 / Score: 4 / Obstacle: 1:06 / Score: 5 / Average Score: 4.75 |
| PT | 04/24/2009 | Evrard, Aaron Dean | Push-ups: 38 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:06 / Score: 4 / Obstacle: 1:06 / Score: 5 / Average Score: 4.75 |

*"Quality People Providing Quality Service"*

Welcome CPD Training                                                                                          1

| Type | Date | Name | |
|------|------|------|---|
| Gun | 04/09/2018 | Evrard, Aaron Dean | Name: 2018 2018 Spring Qualification / Score: 90 / Hits: 27 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 07/18/2018 | Evrard, Aaron Dean | Name: 2018 In Service Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 10/01/2018 | Evrard, Aaron Dean | Name: 2018 Fall Qualification / Score: 97 / Hits: 29 / Type: Smith/Wesson / Caliber: 9mm |
| Gun | 11/26/2018 | Evrard, Aaron Dean | Name: 2018 Low Light Qualification / Score: 90 / Hits: 47 / Type: Smith/Wesson / Caliber: 9mm |
| PT | 04/24/2009 | Evrard, Aaron Dean | Push-ups: 38 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:06 / Score: 4 / Obstacle: 1:06 / Score: 5 / Average Score: 4.75 |
| PT | 04/24/2009 | Evrard, Aaron Dean | Push-ups: 38 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:06 / Score: 4 / Obstacle: 1:06 / Score: 5 / Average Score: 4.75 |
| PT | 04/24/2009 | Evrard, Aaron Dean | Push-ups: 38 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:06 / Score: 4 / Obstacle: 1:06 / Score: 5 / Average Score: 4.75 |
| PT | 09/24/2010 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:09 / Score: 4 / Obstacle: 1:14 / Score: 5 / Average Score: 4.75 |
| PT | 09/24/2010 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:09 / Score: 4 / Obstacle: 1:14 / Score: 5 / Average Score: 4.75 |
| PT | 09/24/2010 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 50 / Score: 5 / Mile Run: 8:09 / Score: 4 / Obstacle: 1:14 / Score: 5 / Average Score: 4.75 |
| PT | 01/17/2014 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 47 / Score: 5 / Mile Run: 8:57 / Score: 5 / Obstacle: 1:11 / Score: 5 / Average Score: 5 |
| PT | 01/17/2014 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 47 / Score: 5 / Mile Run: 8:57 / Score: 5 / Obstacle: 1:11 / Score: 5 / Average Score: 5 |
| PT | 01/17/2014 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 47 / Score: 5 / Mile Run: 8:57 / Score: 5 / Obstacle: 1:11 / Score: 5 / Average Score: 5 |
| PT | 01/15/2015 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 9:39 / Score: 4 / Obstacle: 1:18 / Score: 5 / Average Score: 4.75 |
| PT | 01/15/2015 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 9:39 / Score: 4 / Obstacle: 1:18 / Score: 5 / Average Score: 4.75 |
| PT | 01/15/2015 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 9:39 / Score: 4 / Obstacle: 1:18 / Score: 5 / Average Score: 4.75 |

*"Quality People Providing Quality Service"*

CCG001828

| Type | Date | Name | |
|------|------|------|---|
| PT | 01/17/2014 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 47 / Score: 5 / Mile Run: 8:57 / Score: 5 / Obstacle: 1:11 / Score: 5 / Average Score: 5 |
| PT | 01/17/2014 | Evrard, Aaron Dean | Push-ups: 37 / Score: 5 / Sit-ups: 47 / Score: 5 / Mile Run: 8:57 / Score: 5 / Obstacle: 1:11 / Score: 5 / Average Score: 5 |
| PT | 01/15/2015 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 9:39 / Score: 4 / Obstacle: 1:18 / Score: 5 / Average Score: 4.75 |
| PT | 01/15/2015 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 9:39 / Score: 4 / Obstacle: 1:18 / Score: 5 / Average Score: 4.75 |
| PT | 01/15/2015 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 9:39 / Score: 4 / Obstacle: 1:18 / Score: 5 / Average Score: 4.75 |
| PT | 02/05/2016 | Evrard, Aaron Dean | Push-ups: 36 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 10:19 / Score: 3 / Obstacle: 1:32 / Score: 5 / Average Score: 4.5 |
| PT | 02/05/2016 | Evrard, Aaron Dean | Push-ups: 36 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 10:19 / Score: 3 / Obstacle: 1:32 / Score: 5 / Average Score: 4.5 |
| PT | 02/05/2016 | Evrard, Aaron Dean | Push-ups: 36 / Score: 5 / Sit-ups: 52 / Score: 5 / Mile Run: 10:19 / Score: 3 / Obstacle: 1:32 / Score: 5 / Average Score: 4.5 |
| PT | 10/07/2016 | Evrard, Aaron Dean | Push-ups: 42 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 9:34 / Score: 4 / Obstacle: 1:23 / Score: 5 / Average Score: 4.75 |
| PT | 10/07/2016 | Evrard, Aaron Dean | Push-ups: 42 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 9:34 / Score: 4 / Obstacle: 1:23 / Score: 5 / Average Score: 4.75 |
| PT | 10/07/2016 | Evrard, Aaron Dean | Push-ups: 42 / Score: 5 / Sit-ups: 55 / Score: 5 / Mile Run: 9:34 / Score: 4 / Obstacle: 1:23 / Score: 5 / Average Score: 4.75 |
| PT | 09/15/2017 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 53 / Score: 5 / Mile Run: 9:30 / Score: 4 / Obstacle: 1:29 / Score: 5 / Average Score: 4.75 |
| PT | 10/12/2018 | Evrard, Aaron Dean | Push-ups: 35 / Score: 5 / Sit-ups: 53 / Score: 5 / Mile Run: 10:11 / Score: 3 / Obstacle: 1:23 / Score: 5 / Average Score: 4.5 |

*"Quality People Providing Quality Service"*