| COLUMBUS POLICE DEPARTMENT<br>GENERAL ORDER | 10-16<br>REVISION DATE | 10-16<br>EFFECTIVE DATE | 3-1<br>IDENTIFIER |
|---|---|---|---|
| SUBJECT: USE OF FORCE | | | |

## USE OF FORCE

### PURPOSE

Officers of the Columbus Police Department will use reasonable force to affect lawful objectives in a manner that is responsive and in accordance with the constitutional rights of all citizens.

### POLICY

It shall be the policy of the Columbus Police Department for all officers to use reasonable force to effectively perform the duties of a Police Officer. All officers of the Columbus Police Department shall use discretion in the application of non-deadly force and consider all the consequences of the use of non-deadly force.

### 3-1.1
### PROCEDURE

A.  Officers are authorized to use reasonable force to:

- Defend themselves or protect others from non-deadly harm
- Make an arrest

B.  The authorized weapons allowed for non-deadly force are the:

- Issued ASP 21" baton or 36" Crowd Control Baton
- Chemical Irritants - Oleoresin Capsicum (OC) Spray
- Taser X26
- Handcuffs, as a restraining device only
- Less Lethal Munitions (LLM), as issued
- Non-Lethal Munitions (NLM), as issued

Flashlights, radios, and other opportunistic objects are not authorized weapons and their use will be examined on a case-by-case basis. Officers must **be issued this policy and** complete the prescribed training prior to carrying or using LLM, NLM, ASP Baton, OC spray, or **Taser**.

Officers will receive refresher training in OC, ASP, NLM and LLM every two years during annual in-service training.

The Columbus Police Department does not train or authorize the use of any neck restraint or choke hold.


PLAINTIFF'S EXHIBIT 6

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 10-16 REVISION DATE | 10-16 EFFECTIVE DATE | 3-1 IDENTIFIER |
|---|---|---|---|
| SUBJECT: USE OF FORCE | | | |

### 3-1.2
### USE OF FORCE

Officers are empowered by law to use the reasonable force necessary to effect the arrest of an individual, who by the use of force, is resisting or obstructing the officer to prevent the officer from carrying out his lawful duty. Any officer that uses excessive force to effect an arrest or continues to use force after the person has submitted to arrest is subject to disciplinary action or termination from the Department.

### 3-1.3
### BATONS

When used, the baton is regarded as a weapon. Its use is an escalation of force. Sound judgment by members must govern the use of the baton. When the baton is used, it will be used in accordance with training procedures and the Force Continuum. Use of the ASP baton is considered Level 6 on the Force Continuum.

A. <u>Use of the ASP Baton</u>

   The baton may be used in these circumstances,

   - When officers are defending themselves or others from bodily harm;

   - To make an arrest when resistance is encountered and other reasonable means have failed; or

   - To subdue persons who have threatened bodily harm to themselves or others, if other means have failed or are impractical.

The primary intent of the baton is to temporarily immobilize an aggressive person or to discourage him from pressing an attack on the officer or others. The baton is not intended to be used to inflict serious injury or to counter deadly force. The general target areas for the baton are portions of the body that may be struck without causing death or serious injury, but will cause pain or temporarily disable the person.

B. <u>ASP Strike Locations</u>

   These locations are:

   - Arm (Radial or top outside, Brachial plexus & Medial or bottom inside)

   - Leg (Common Peroneal or outside above the knee, Femoral or inside above the knee and the Calf below the back of the knee)

   - Abdomen (Center mass of the torso) for a clearing or cross check strike.

Unless the officer is justified in using deadly force, the officer should not target the following areas: the head, face, throat, sternum or chest, groin or spinal column. A strike to these areas may result in serious injury, or death.

The baton may also be used to defend from kicks or blows and to stun attacking animals.

CCG000052

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 10-16 REVISION DATE | 10-16 EFFECTIVE DATE | 3-1 IDENTIFIER |
|---|---|---|---|
| SUBJECT: USE OF FORCE | | | |

### 3-1.2
### USE OF FORCE

Officers are empowered by law to use the reasonable force necessary to effect the arrest of an individual, who by the use of force, is resisting or obstructing the officer to prevent the officer from carrying out his lawful duty. Any officer that uses excessive force to effect an arrest or continues to use force after the person has submitted to arrest is subject to disciplinary action or termination from the Department.

### 3-1.3
### BATONS

When used, the baton is regarded as a weapon. Its use is an escalation of force. Sound judgment by members must govern the use of the baton. When the baton is used, it will be used in accordance with training procedures and the Force Continuum. Use of the ASP baton is considered Level 6 on the Force Continuum.

A. Use of the ASP Baton

The baton may be used in these circumstances,

- When officers are defending themselves or others from bodily harm;
- To make an arrest when resistance is encountered and other reasonable means have failed; or
- To subdue persons who have threatened bodily harm to themselves or others, if other means have failed or are impractical.

The primary intent of the baton is to temporarily immobilize an aggressive person or to discourage him from pressing an attack on the officer or others. The baton is not intended to be used to inflict serious injury or to counter deadly force. The general target areas for the baton are portions of the body that may be struck without causing death or serious injury, but will cause pain or temporarily disable the person.

B. ASP Strike Locations

These locations are:

- Arm (Radial or top outside, Brachial plexus & Medial or bottom inside)
- Leg (Common Peroneal or outside above the knee, Femoral or inside above the knee and the Calf below the back of the knee)
- Abdomen (Center mass of the torso) for a clearing or cross check strike.

Unless the officer is justified in using deadly force, the officer should not target the following areas: the head, face, throat, sternum or chest, groin or spinal column. A strike to these areas may result in serious injury, or death.

The baton may also be used to defend from kicks or blows and to stun attacking animals.

CCG000052

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 10-16 REVISION DATE | 10-16 EFFECTIVE DATE | 3-1 IDENTIFIER |
|---|---|---|---|
| SUBJECT:  USE OF FORCE | | | |

## USE OF FORCE

### PURPOSE

Officers of the Columbus Police Department will use reasonable force to affect lawful objectives in a manner that is responsive and in accordance with the constitutional rights of all citizens.

### POLICY

It shall be the policy of the Columbus Police Department for all officers to use reasonable force to effectively perform the duties of a Police Officer. All officers of the Columbus Police Department shall use discretion in the application of non-deadly force and consider all the consequences of the use of non-deadly force.

### 3-1.1
### PROCEDURE

A.  Officers are authorized to use reasonable force to:

- Defend themselves or protect others from non-deadly harm
- Make an arrest

B.  The authorized weapons allowed for non-deadly force are the:

- Issued ASP 21" baton or 36" Crowd Control Baton
- Chemical Irritants - Oleoresin Capsicum (OC) Spray
- Taser X26
- Handcuffs, as a restraining device only
- Less Lethal Munitions (LLM), as issued
- Non-Lethal Munitions (NLM), as issued

Flashlights, radios, and other opportunistic objects are not authorized weapons and their use will be examined on a case-by-case basis. Officers must **be issued this policy and** complete the prescribed training prior to carrying or using LLM, NLM, ASP Baton, OC spray, or **Taser**.

Officers will receive refresher training in OC, ASP, NLM and LLM every two years during annual in-service training.

The Columbus Police Department does not train or authorize the use of any neck restraint or choke hold.