IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RODRIGO ARREOLA, as parent of Hector Arreola, Deceased, and as Personal Representative and Administrator of the Estate of Hector Arreola, CONCEPCION ARREOLA, as parent of Hector Arreola, and S.A., minor child of Hector Arreola, by next friend Jezreel Imee Custodio, | * * * * * * * * * |
| Plaintiffs, | * |
| | * |
| v. | * Civil Action File Number: |
| | * 4:19-cv-00005-CDL |
| THE CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, OFFICER MICHAEL AGUILAR, in his individual and official capacity, OFFICER BRIAN DUDLEY, in his individual and official capacity, OFFICER AARON EVRARD, in his individual and official capacity, and COLUMBUS POLICE DEPARTMENT CHIEF OF POLICE RICHARD T. BOREN, in his individual and official capacity, | * * * * * * * * * * * * |
| Defendants. | * |

**PLAINTIFFS' NOTICE OF MANUAL FILING**

**COME NOW** the Plaintiffs in this action, by and through counsel, and in conjunction

with Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment, file this

Notice of Manual Filing of a USB Flash Drive containing the following audio, video and/or

digital exhibits that are referred to and relied upon by Plaintiffs. The Exhibits include the following items:

1. Exhibit A - CCG000011- Body cam videos of Officer Brian Dudley (AMBA0001; AMBA0002; AMBA0003; and AMBA0004)

2. Exhibit B - CCG000010- Body cam videos of Officer Michael Aguilar (AMBA0008; AMBA0009; AMBA0010; and AMBA0011)

3. Exhibit C - CCG000012- Body cam videos of Officer Aaron Evrard (Disc1) (1/9/2017 Body cam 20170109054456X300000_000000 starting at 05:28:06; Body cam 20170109061725X300000_000000 starting at 05:53:07; Body cam 20170109065809X300000_000000 starting at 06:41:01; and Body cam 20170109071244X300000_000000starting at 07:00:01)

4. Exhibit D - CCG00012- Body cam videos of Officer Aaron Evrard (Disc2)(1/9/2017 Body cam 20170109071244X300000_000000 starting at 07:13:53; and Body cam 20170109074109X300000_000000 starting at 07:37:43)

Respectfully submitted, this 13th day of December, 2019.

MARK POST LAW, LLC

By: */s/ Mark C. Post*
Mark C. Post
Ga. State Bar No.: 585575
*Counsel for Plaintiffs*

3 Bradley Park Ct., Ste. F
Columbus, Georgia 31904
mpost@markpostlaw.com
706-221-9371

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I have served the foregoing document by e-mail to all counsel of record as listed below and that unless the Clerk of Court does so upon the manual filing, I will electronically file the foregoing Plaintiffs' Notice of Manual Filing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to all counsel of record.

    Alan G. Snipes
    ags@psstf.com
    James C. Clark, Jr.
    jcc@psstf.com
    Thomas F. Gristina
    tfg@psstf.com
    Tyler C. Cashbaugh
    tcc@psstf.com
    1111 Bay Avenue, Third Floor Columbus, Georgia 31901
    (706) 324-0251

    Clifton C. Fay
    cfay@columbusga.org
    P.O. Box 1340
    Columbus, Georgia 31902
    This 13th day of December, 2019.

                        */s/ Mark C. Post*
                        Counsel for Plaintiffs