IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RODRIGO ARREOLA, as parent of Hector Arreola, Deceased, and as Personal Representative and Administrator of the Estate of Hector Arreola, CONCEPCION ARREOLA, as parent of Hector Arreola, and S.A., minor child of Hector Arreola, by next friend Jezreel Imee Custodio,<br><br>     Plaintiffs,<br><br>v.<br><br>THE CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, OFFICER MICHAEL AGUILAR, in his individual and official capacity, OFFICER BRIAN DUDLEY, in his individual and official capacity, OFFICER AARON EVRARD, in his individual and official capacity, and COLUMBUS POLICE DEPARTMENT CHIEF OF POLICE RICHARD T. BOREN, in his individual and official capacity,<br><br>     Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* Civil Action File Number:<br>* 4:19-cv-00005-CDL<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS

Now come Plaintiffs, by and through counsel, pursuant to Federal Rule of Civil Procedure

56 and Local Rule 56, submitting their Statement of Material Facts as follows:

**A.**     **First Contact with the Police on January 9th, 2017**

1.     At 3:40 A.M. on January 9, 2017, Hector Arreola (Arreola) contacted the Columbus Police Department's 911 system. Arreola was at an Efficiency Lodge Hotel, 1776 Boxwood Place, Columbus, Georgia. [911 transcript, Doc. 15-2 at 1.]

2.     In response to Arreola's request for a welfare check, Officer Brian Dudley, 1-Adam 25, and Officer Michael Aguilar, 1-Adam 28, were sent to 760 Moss Drive, Columbus, Georgia. [Deposition of Brian Dudley ("Dudley Dep."), Doc. 17 at 5, p. 19:2-14; 911 transcript, Doc. 15-2 at 7.]

3.     Officers Dudley and Aguilar knocked on Concepcion Arreola's door, waking her. Concepcion Arreola- Hector Arreola's mother- said she was fine and the officers left. [Dudley Dep., Doc. 17 at 6-7, pp. 24:16-25, 25:1-12.]

**B.**     **The Body Cams**

4.     Officers Dudley, Aguilar, and Evrard each had a recording device (body cam) which captured audio and video of the events on January 9, 2017, at 760 Moss Drive, 747 Moss Drive, and some portion of relevant subsequent events. [Dudley Dep., Doc. 17 at 13, pp. 50:21-25; 51:1-14; Aguilar Dep., Doc. 18 at 12, pp. 45:9-50:7; Deposition of Aaron Evrard ("Evrard Dep."), Doc. 19 at 8-11, 31:2-43:12; *see also* Exhibit A, Dudley body cam; Exhibit B, body cam videos of Michael Aguilar ("Aguilar body cam");  and Exhibits C and D, body cam videos of Aaron Evrard ("Evrard body cam").]

5.     Officer Dudley's body cam fell off almost immediately when the struggle began but it continued to record. The body cam video resumes at 05:32:59. [Dudley Dep., Doc. 17 at 14, p. 53:2-9, Doc. 17-4 at 6; Exhibit A, Dudley body cam, AMBA0002 at 05:25:18, 05:32:59.]

6.      Officer Aguilar's body cam recorded video throughout the encounter with Arreola, but its audio was lost at approximately 5:26:29 A.M. on the portion of the video which captured the struggle with Hector Arreola. [Aguilar Dep., Doc. 18 at 12, pp. 47:16-25; 48:1-8; Exhibit B, Aguilar body cam, AMBA0010 at 05:26:29.]

C.      **Arreola's Second Call to 911, Contact with the Police at His Home, Calls for EMS, and Decision to Detain**

7.      Arreola placed another call to Columbus 911 at 4:55 A.M., on January 9, 2017, asking Columbus 911 to send police back to 760 Moss Drive to check on his mother again. [911 transcript, Doc. 15-2 at 13.]

8.      Officers Dudley and Aguilar returned to 760 Moss Drive where they met with Arreola. [Dudley Dep., Doc. 17 at 7, pp. 25:18-25; *see* Exhibit B, Aguilar body cam, AMBA0009.]

9.      Arreola acted strangely, and Officers Dudley and Aguilar quickly suspected that he suffered from drug use, a mental health problem, or both. Less than five minutes after the officers arrived, Officer Aguilar asked Arreola "have you ever been diagnosed with anything, like paranoia, schizophrenia?" Officer Dudley asked Arreola's mother if he used drugs and Officer Aguilar asked Arreola what "would cause [him] to be doing all this all of a sudden?" Arreola denied mental illness, alcohol use, and said he was "clean". [Dudley Dep., Doc. 17 at 7, 9, pp. 26:14-23; 34:3-7; Deposition of Michael Aguilar ("Aguilar Dep."), Doc. 18 at 8-9, pp. 30:3-4, 21-25, 31:1-5, 13-20; *see also* Exhibit A, body cam video of Brian Dudley ("Dudley body cam"), AMBA0002 at 05:13:49-56, 05:14:20-53; 05:20:24-26.]

10.     After Arreola's mother dressed herself, she came outside in twenty-four-degree weather. Then, she and the two officers encouraged Arreola to go inside his mother's house where he lived. Arreola declined saying he would sleep in his car or sleep at a friend's house. [Dudley

Dep., Doc. 17 at 7, 10, pp. 27:19-23, 37:20-25; Aguilar Dep., Doc. 18 at 8, p. 30:14-20; *see also* Exhibit A, Dudley body cam, AMBA0002 at 05:14:04-05:15:59.]

11.     Arreola questioned the identity of Officers Dudley and Aguilar. Then Arreola walked into a neighbor's yard and knocked on their door. Officer Aguilar asked Arreola to return to the street. [Dudley Dep., Doc. 17 at 7, 9, pp. 26:20-23, 34:15-18; Aguilar Dep., Doc. 18 at 8-9, pp. 32:5-6, 32:23-24, 33:7, 34:23-24, 35:1-2; *see also* Exhibit A, Dudley body cam, AMBA0002 at 05:16:56-05:17:08; 05:21:13-29.]

12.     At 5:21 A.M., Officer Dudley requested EMS to respond to 760 Moss Drive for a "psych evaluation". [Dudley Dep., Doc. 17 at 13, p. 52:12-17; *see also* Exhibit A, Dudley body cam, AMBA0002 at 05:21:04, 05:21:19.]

13.     Officer Dudley asked, "Want to just go ahead and detain him?" Then he asked, "You got gloves?", to which Officer Aguilar replied, "Dude. He's gonna fight like hell." Dudley said, "Yeah." [Dudley Dep., Doc. 17 at 9, p. 35:11-21; Aguilar Dep., Doc. 18 at 9, p. 34:6-12; *see also* Exhibit A, Dudley body cam, AMBA0002 at 05:21:37-47, 05:22:24-25.]

14.     Dudley asked Aguilar if he was "ready" and Aguilar said he was. Then the two officers walked toward Arreola who had knocked on the door at 747 Moss Drive asking the residents to let him call 911 or call 911 for him. Officer Aguilar warned Arreola to leave the yard or he would face jail. [Dudley Dep., Doc. 17 at 8-9, pp. 26:11-13, 35:18-21; Aguilar Dep., Doc. 18 at 9, pp. 33:1-7; Evrard Dep., Doc. 19 at 9, 33:19-25, 34:1-5, Doc. 19-2 statement of Alan Tarvin; Exhibit E statement of Raymond Tarvin, attached to Evrard Dep. as Pl. Ex. 3, but omitted from Doc. 19 through Doc. 19-5; *see also* Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109065809X300000_000000 at 06:50:45-06:51:05; Exhibit A, Dudley body cam, AMBA0002 at 05:22:24-05:23:29.]

4

15.     At 5:24 A.M., as the officers and Concepcion Arreola continued to reason with Arreola, Officer Aguilar radioed, "28, dispatch. If you could have EMS just come, routine. No lights, no sirens. Hard no siren." [Dudley Dep., Doc 17 at 13, pp. 51:15-25, 52:1-10; *see also* Exhibit A, Dudley body cam, AMBA0002 at 05:24:26-32.]

16.     Having decided to arrest Arreola, Officers Aguilar and Dudley approached to place him in custody for disorderly conduct. Disorderly conduct is not a serious offense. [Dudley Dep., Doc. 17 at 7, 18, pp. 28:14-25, 29:8-20; 72:7-10; Aguilar Dep., Doc. 18 at 9, pp. 33:24-34:5.]

17.     The officers also initially decided that there was no need for an arrest but only a detention for a "psychological eval." [Dudley Dep., Doc. 17 at 7, p. 28:8-21.]

18.     Arreola did not threaten the officers prior to his arrest and he was unarmed. [*Id*. at 18, p. 72:15-19.]

**D.     The Struggle**

19.     At 5:25 A.M., Officers Dudley and Aguilar attempted to arrest Arreola. They began to struggle with Arreola as Arreola protested, "I didn't do nothing!" As the three men struggled on the ground, Arreola screamed for the first time, "Ma! They're gonna kill me!" [Exhibit A, Dudley body cam, AMBA0002 at 05:25:15-26.]

**a.  Officer Dudley's Body Cam of the Struggle**

20.     Arreola asked whether the events were being recorded. Officer Aguilar said they were recording.  [Exhibit A, Dudley body cam, AMBA0002 at 05:25:50-52.] The recording from the start of the struggle until Arreola was placed in a sitting position against Officer Aguilar's legs, reveals essentially the following:[1]

---

[1] This is a portion of Exhibit A, Dudley body cam, AMBA0002. Hector Arreola is "HA"; Concepcion Arreola is "Concepcion"; bracketed time is actual time as shown on video; non-bracketed minutes and seconds designate body cam video player run time.

[Struggle begins at 5:25:15 A.M.; video goes dark at 05:25:18.]

HA:                                       Stop. Stop! Ma. Ma! No! Please stop!

Officers.:                                Stop. [Multiple "stop" from officers and HA.]

14:51

HA:                        Stop! I didn't do nothing! Ma! They're going to kill me!

14:55 [05:25:28]

Concepcion to HA:          Stop fighting [unintelligible.]

HA:                        I'm not - I didn't do nothing! Ma!

15:02 [05:25:35]

[HA yelling then, muffled as if face in dirt.]

Concepcion:          Hector, por favor!

15:08 [05:25:41]

Off. Aguilar:          28, Dispatch. Hold traffic.

HA:                   [Shrieks.]

HA:                   Wait! They got me in handcuffs, ma!

15:15

Off. Aguilar:          [speaking to Dudley] You get that one. I got the other one.

15:17 [05:25:50]

HA:                   Are you recording this?

Concepcion:          [Speaks in Spanish]

Off. Aguilar:          We have it recorded.

HA:                   Ow! Ow! You got it! Ow!

15:24 [05:25:57]

Off. Aguilar:          Roll over on your stomach. Roll over.

Off. Dudley:           Hold on. I got to get up.

Off. Aguilar:          Okay.

15:29

Officer:               Get the left one on (unintelligible).

15:31

HA:                    Wha - What is this about?  Maaaaaa!

Off. Aguilar:          On your stomach!

HA:                    Ma!!

Concepcion:            [untranslated-speaking Spanish…] Hector! Por favor.

15:39

HA:                    Ma! They are not cops.

15:42

Concepcion:            Bueno… [untranslated] mucho.

HA:                    They're not cops!

Concepcion:                    [Continues in Spanish.]

15:47

[Radio traffic] Off. Dudley:   25, let's get another unit out here.

HA:                    Ok. I'll get up. Ma - I didn't do nothing, I swear to God!

15:53                  [Concepcion continues in Spanish.]

15:54   [05:26:28]

[Radio traffic]:       35[2] is in route.

---

[2] 1-Adam 35 was the call sign for Officer Aaron Evrard.

[Sirens wailing - HA shrieking.]

| | |
|---|---|
| Dispatch: | 10-4. |

16:04   [05:26:38]

| | |
|---|---|
| HA: | Ma! Please! They're going to kill me. |
| Concepcion: | Hector, por favor. |
| HA: | Please. Ma. I can't- |

16:11   [05:26:46]

| | |
|---|---|
| Off. Aguilar: | Please, please back up [to Concepcion.] |
| HA: | Help! |

16:17   [05:26:50]

| | |
|---|---|
| Off. Aguilar: | Just flatten him out. |
| HA: | (Unintelligible.) |
| Concepcion: | Hector, por favor! [speaks Spanish] |

16:21

| | |
|---|---|
| HA: | [screams] Ma! They're going to kill me. |
| Concepcion: | [Continues in Spanish.] |
| HA: | They're going to kill me. |
| Concepcion: | [Continues in Spanish.] |

16:30

| | |
|---|---|
| HA: | Ma! Ma! Please. Please. Ma! |
| Concepcion: | [Continues in Spanish.] |

16:35

HA:                    [shrieks] - Maaaa! Heeeellllppp! [high pitched shrieking.]

                       Help me!

16:38

[Radio] Dispatch:      "10-4 subject involved. 760 Moss Drive."

HA:              Help!

16:40  [05:27:15]

Off. Aguilar:        I'm flattening him.

16:43  [05:27:17]

HA:              Ow. I can't breathe!

16:45

Off. Aguilar:        Stay right there, Ma.

HA:              [losing breath] Ahhh - you're going to - you're going to kill me -

16:52  [05:27:25]

[Radio] Off. Aguilar to Disp.:"28, Dispatch. Subject is fighting."

Concepcion:        Hector, por favor!

16:54  [05:27:28]

HA:              With who? With who!?

16:58  [05:27:32]

Off. Aguilar:   [To Dispatch] Right now we got him contained - but we do not have him

                 handcuffed.

Dispatch:       10-4.

17:03 [05:27:36]

HA:              Ma!

Concepcion:         He can't breathe.

HA:                 Ma! I can't breathe!

17:04  [05:27:38]

Off. Aguilar:       He's fine. He can breathe.

HA:                 I can't….

Off. Aguilar:           Put your hands behind your back.

17:08  [05:27:42]

HA:                 [pleading] I can't breathe.

17:14  [05:27:47]

HA:                 Ma! I can't breathe.

17:16  [05:27:49]

HA:                 [repeats in agony] I can't breathe. I can't…

17:19  [05:27:53]

HA:                 I can't breathe, Ma.   Maaaaaaaa!

Off. Aguilar:       Put your hand over here.

17:23

[Hector continues to scream in agony]

Off. Dudley:        Huh. (Unintelligible.)

17:30  [05:28:04]

Off. Aguilar:       Hey, get… right there.

17:33  [05:28:07]

[Sounds of cuffing HA.]

HA:              [Moaning.]

17:38 [05:28:13]

Off. Aguilar:                  Hector, calm the fuck down.

HA:                            Ma! [continues to scream] "I didn't do any – HELP!

                               [Unintelligible.]

Off. Aguilar:                  Okay. [Officer(s) breathing heavily.]

HA:                            Ma!!!!!

17:55  [05:28:29]

HA:                            [screaming in agony] I CAN'T BREATHE!

HA:                            [to Concepcion] Ma! Where are you?

Off. Dudley:                   You good?

17:57  [05:28:31]

Off. Aguilar:                  [Cuffs locking.] There you go. I got one on.

[Hector screaming in agony.]

18:09  [05:28:42]

Off. Aguilar:                  Let go of my body camera.

HA:                            Ma! Ma, please. Please, Ma.

18:14  [05:28:48]

HA:                            They're gonna kill me. [Muffled as if in dirt.]

HA:                            [Sobbing and screaming.] I didn't do it, I

                               didn't do it!

18:20  [05:28:53]    [Cuffs clicking closed.]

HA:                            I can't breathe.

Off. Dudley:                   Got one locked.

11

18:25

HA:                    Ma! Ma! Ma! Ma! I can't …. breathe! Help! Helpppp!

[Hector continues to scream and sob. Can hear sirens in the background]

18:30 [05:29:03]

[Can hear 2nd cuff lock.]

[Siren in distance.]

18:32  [05:29:06]

HA:                    I can't breathe.

18:34  [05:29:09]

Off. Dudley:         Got it. [meaning cuffs]

HA:                    Ma!!!!! Help me. [screaming] Ma!

Concepcion:              [Speaking Spanish.]

18:42  [05:29:16]

Off. Aguilar:             28 to Dispatch.

HA:                       [screaming in agony] "Ma!"

18:44  [05:29:18]

Off. Aguilar:   We finally got him in handcuffs. You can slow down all the units.

18:50  [05:29:24]

Dispatch:        10-4. All units be advised [unintelligible.]

[Off. Evrard's siren is loud as he pulls up.]

18:54  [05:29:28]

HA:     I can't breathe in!

Dispatch:        10-4 one in custody at 5:29. Cleared for EMS?

Off. Aguilar:   That's 10-4. [Unintelligible.]

19:01   [Evrard arrives. Siren turned off at 05:29:34.]

19:02   [05:29:35]

Dispatch:        That's 10-4. I advised them to stand by until he's in custody.

19:05

HA:     [sounds like he's choking – sobbing] "Help me."

19:08   [05:29:40]

Off. Aguilar to Disp.:  Yeah. That's 10-4. Everything's 10-4. We have him in custody.

19:09   [05:29:43]

HA:              I can't breathe!

[Hector shrieking and sobbing.]

[Concepcion speaking Spanish. Sounding concerned.]

19:15   [05:29:49]

Dispatch:       [to Aguilar] 10-4. 28, do you want to resume?

19:18

Off. Aguilar:   That's a 10-4. You can resume.

Dispatch:        10-4. Resume traffic on Sector A.

19:20 [05:29:53]

HA:     [sobbing, gasping, weaker sounding now] "I can't breathe."

19:30   [05:30:03]       [Officer Evrard arrives in yard.]

Off. Aguilar:           [to Evrard] Minimal force used.

19:32   [05:30:06]

Off. Evrard:                    You need a break?

Off. Aguilar:                    Yes, we need a break.

19:35                    [05:30:09.]

HA:                      I can't breathe!

Off. Evrard:             What do you need? What do you need? Let me get my gloves on.

                         Hang on. Hang on.

19:37                    [HA moaning, sobbing. Starts to be soft moans. He's losing

strength.]

19:43

Off. Dudley:             I'm going to go get my leg irons.

Off. Evrard:             Hang on one sec, man. Let me glove up (unintelligible).

HA:                      [Moans.]

19:49

Off. Dudley:             He's gonna fight with you.

Off. Evrard:             I got him, I got him. Hang on.

19:52 [05:30:26]

Off. Aguilar:            Let go of me!

HA:            Please, arrhh. Ohhhhh, please.

19:56   [05:30:29]

Off. Evrard:             All right. Hang on.

19:58

Off. Evrard:             You're gonna stay right there. You're not gonna move.

Off. Aguilar:            (unintelligible)… 28 to 85. Did you not get all this?

Sgt. R. Kiel:            Nah, I'm in route.

20:03  [05:30:37]

Off. Evrard:                You're moving. You're not gonna move. Don't grab my hand. Do
                            you hear me?

20:12  [05:30:45]      [Sounds of struggling to breathe.]

HA:            [Desperately] I can't breathe!

20:14  [05:30:47]

Off. Evrard:            [Sternly.] Don't grab my fingers.

Off. R. Oakes:                What ya need?

Off. Evrard:                Just hold his legs.

HA:            Please… [sobbing]

20:19        [05:30:53.]

Off. Evrard:            Stop moving. [Sternly.]

HA:            …please… uhhh. [Begging]

HA:            Uh….uhh..  [Moans]

[Sound of HA crying.]

Concepcion:                        [Unintelligible. Not translated- speaking Spanish.]

20:26

Off. Oakes:                    I have some leg irons in the car.

[Can hear Concepcion softly speaking Spanish in background.]

Off. Evrard:                Dudley's going to get some.

HA:                    Mom…

Off. Oakes:        Hey, hey, man. Just be calm.

Off. Evrard:            Just lay down buddy. Don't move.

Concepcion:    (unintelligible) Look at your face. It's bleeding. [Tone is concerned.]

20:36  [05:31:09]

Officer Aguilar:        Yeah. We've got an ambulance coming.

20:38  [05:31:11]

HA's voice trails off & stops at this time.

20:38-20:57    [HA makes humming type moans; moaning/whimpering sounds. This goes

on for a bit. HA utters no more words.]

20:40

Off. Aguilar:   Hey. Hey, let's pat him down.

Off. Dudley:   You guys can.

Off. Evrard:   All right.

Off. Dudley:   You want to get some leg irons on him?

Off. Aguilar:   How you doing ma'am? We're ok, thank you.

20:46

Lady's voice:  I heard you guys screamin'.

Off. Aguilar:   Yeah. We're ok. We're just right here. We got it under control. Thank you.

[Evrard grunts with exertion.]

Off. Evrard:    [can hear leg irons clanking] All right partner. I'm going to roll you over on

your side.

20:56  [05:31:30]

HA:    [soft moan/whimpers.]  Can hear leg cuffs being locked/closed.

Off. Evrard:        You're gonna stay calm, all right?

21:03                [Can hear another cuff clicking.]

Off.:                    [Unintelligible.]

21:12          [Radio- unintelligible.]

Dispatch:              I'm sorry. Am I copying what?

21:14  [05:31:48]

Off. Aguilar:          Do you copy, it's clear for EMS?


21:19  [05:31:53]

Dispatch:              They're in route.

Off. Aguilar:          Copy.

21:22

Off. Oakes:            See, the body cam is right down the hill there.

21:24                  [Flash light shines & body cam picks up.]

Off. Dudley:           Right there.

21:26  [05:31:59]

Concepcion:            Is he ok? Huh?

21:28

Off. Oakes:            Keys are right here. [Keys dropped.]

21:38  [05:32:12]

Off. Aguilar:          Just roll him on his side.

[05:32:22]

21:48  [05:32:22]

Off. Oakes:            Y'all cleared them, right?

Off. Aguilar:          Yeah, we cleared them.

21:53  [05:32:28]

Off. Evrard:          How's his breathing?

Off. Dudley:          Y'all cleared EMS, right?

21:57  [05:32:30]

Off. Aguilar:         Yeah, he's breathing.

22:01

Off. Evrard:          You want to try to sit him up?

22:03  [05:32:36.]

Off. Aguilar:         Yeah, let's sit him up.

Off. Evrard:          All right.

22:08

Off.:                 Pretty strong, huh?

Off.:                 (unintelligible chatter) I said he's pretty strong.

Off. Aguilar:         Sit-up.

Off. Evrard:          Hey, clear your airway, Buddy. You got to sit up.

Off.:                 Can you sit up?

Off. Evrard:                Relax a little bit.

22:19                 [Someone rubs against microphone.]

Off.:                 He's flaking on us.

22:23

Off. Aguilar:         There you go sir. Just like that. Sit up, man! (Very loudly.) Come

                      on! Thank you!

22:25                 [Dudley's body cam picture comes back on.]

18

22:35

| | |
|---|---|
| Off. Aguilar: | Figured you'd be done fighting with us. |
| Off.: | What's the address here? |
| Off. Aguilar: | 760 Moss? |
| Off.: | 747. |
| Homeowner: | 747 Moss. |

22:44   [05:33:16]

Off. Aguilar:     Thank you, sir. Sorry this happened in your front yard.


### b. Flattening Arreola, Handcuffing, and "I can't Breathe"

21.     At 05:26:50 A.M., Officer Aguilar told Officer Dudley, "Just flatten him out,"
while Arreola continued to scream, "Ma! They're going to kill me!" [Exhibit A, Dudley body cam,
AMBA0002 at 05:26:50-52.]

22.     Officer Aguilar weighed 300 lbs. when he sat on Arreola's back to "flatten him
out." Standing behind the ambulance after Arreola went into cardiac arrest, Aguilar discussed his
"flattening" strategy again. [Aguilar Dep., Doc. 18 at 2, pp. 6:25, 7:1-15; Aguilar Dep., Doc. 18-2
at 21; Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109061725X300000_000000 at
05:54:23-26.]

23.     After Officer Aguilar indicated to Officer Dudley that the strategy was to flatten
Arreola, and immediately after Officer Aguilar said, "I'm flattening him," Arreola first said that
he could not breathe, crying, "Ow. I can't breathe." [Exhibit A, Dudley body cam, AMBA0002 at
05:27:15-17.]

24.     Within seconds of Arreola's first cry that he could not breathe, Officer Aguilar radioed, "Right now we got him contained - but we do not have him handcuffed." [*Id*. at 05:27:32.]

25.     In response to Arreola's cries, and when Concepcion Arreola expressed concern that her son could not breathe, Officer Aguilar said, "He's fine. He can breathe." [*Id*. at 05:27:36-39.]

26.     The first sound of a handcuff closing was at 05:28:07 A.M. One can hear another handcuff closing and Officer Aguilar reported that "I got one on" at 05:28:32 A.M. [*Id*. at 05:28:07, 05:28:32.]

27.     Another handcuff closing is heard at 05:28:53 A.M. and an Officer reports "got one locked." [*Id.* at 05:28:53-57.]

28.     At 05:29:09, Officer Dudley alerted Officer Aguilar that he had secured the last handcuff. [*Id.* at 05:29:09.]

29.     At 5:29:16 A.M., Officer Aguilar radioed, "28 to Dispatch. We finally got him in handcuffs. You can slow down all the units." [*Id.* at 05:29:16-20.]

30.     At 5:29:28 A.M., Arreola cried, "I can't breathe in!" [*Id.* at 05:29:28.]

31.     Arreola cried that he could not breathe at least 13 times after the officers began "flattening" him. [*Id*. at 05:27:15-05:30:45; *supra* Part 20.]

32.     Arreola's complaints that he couldn't breathe became progressively weaker. [Exhibit A, Dudley body cam, AMBA0002 at 05:27:15-05:30:45; *supra* Part 20.]

33.     As he audibly choked, gasped, and struggled to breathe, Arreola cried and begged for help. [*Id*. at 05:27:15-05:31:11; *supra* Part 20.]

34.     After he was handcuffed, Arreola continued to sob, beg, and plead for help, and he ceased resisting and struggling with the police. [*Id*. at 05:29:18-05:31:03; *supra* Part 20.]

### E.  **Officer Evrard's Arrival and Continuing Force**

35.     Responding to a call for additional officers, Officer Aaron Evrard arrived on scene, He swiftly turned off his siren and exited his patrol car. [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:30:50-54; Dudley body cam at 05:29:34.]

36.     At 05:31:10 A.M., Officer Evrard arrived in the yard at 747 Moss Drive, approaching Officers Dudley and Aguilar. [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:31:10.]

37.     As Officer Evrard approached Arreola, Dudley, and Aguilar, his body cam captured footage of Officer Aguilar seated on Arreola's upper buttocks/lower back and Officer Dudley with his left knee on Arreola's mid-back. Arreola was face-down with his hands securely cuffed behind his back. [*Id*. at 05:31:11-16.]

38.     Officer Aguilar remarked to Officer Evrard, "Minimal force used." Then, Officer Evrard asked if they need a break. Receiving an affirmative response, Officer Evrard positioned himself on Arreola's back. [*Id*. at 05:31:16-05:32:05; Oakes Aff., Doc. 12-3 at 8; Dudley Dep., Doc. 17-4 at 4.]

39.     Shortly after Officer Evrard sat on Arreola's back, Columbus Police Department Police Officer Ronnie Oakes (Officer Oakes) arrived. Officer Evrard asked Officer Oakes to hold Arreola's legs. Officer Oakes did. [*Id*. at 05:32:03-06; Evrard Dep., Doc. 19 at 6, p. 23:6-14; Oakes Aff., Doc 12-3 at 4, 6, 10.]

40.     Officer Evrard remained on Arreola's back until 5:32:30 A.M. when he stood up to pat Arreola down and search him. [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:32:29-30; Evrard Dep., Doc. 19 at 6, p.24:2-9.]

### F. **Compressional/Positional Asphyxia**

41.     A muffled scream at 05:25:35 was the first indication that Arreola's face was being held to the ground or that his face was otherwise covered. Arreola's breathing is heard to be labored at 05:26:38. [Exhibit A, Dudley body cam, AMBA0002 at 05:25:35, 05:26:37-8; Deposition of William Harmening ("Harmening Dep."), Doc. 16-7 at 10.]

42.     When Officer Aguilar told Officer Dudley to flatten Arreola out, it is obvious that Officers Aguilar and Dudley are on his back and/or neck. Officer Aguilar admitted they were "all over" Arreola and that he was seated "on his back area and like his midsection." [Exhibit A, Dudley body cam, AMBA0002 at 05:26:50; Aguilar Dep., Doc. 18-2 at 28-29; Harmening Dep., Doc. 16-7 at 8, 10-12.]

43.     Officer Dudley admitted during his interview with the Office of Professional Standards that "[a]t one point when I had my … want to say it's my left forearm/elbow area on the … I guess, the large, mid-part of his back, he did say that he couldn't breathe so I let up a little bit." [Dudley Dep., Doc. 17-4 at 4.]

44.     Officer Dudley also remarked to Officers Aguilar and Evrard -as they stood behind the ambulance after Arreola suffered cardiac arrest- that he "was just straddlin' on his legs too long, just like hangin' out." [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109061725X300000_000000 at 05:54:26.]

45.     Officer Dudley, as he theorized how Arreola was bloodied, described to Sgt. Kiel how "we had him on his chest, and we were trying to, you know, … forearm kind of on his back shoulder, neck area. We thought… I thought maybe his nose rubbed up against this hard, you know, frozen weather." [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109061725X300000_000000 at 06:09:16-34.]

46.     It is apparent from the body cams and statements that Arreola was face-down, on his stomach for almost six minutes a significant portion of which consisted of Officers Dudley, Aguilar, and Evrard applying substantial force to his back and neck. [Exhibit A, Dudley body cam, AMBA0002 at 05:25:35-05:31:31; Exhibit B, Aguilar body cam, AMBA 0010 at 05:26:00-05:33:07; Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:32:47; Harmening Depo., Doc. 16-7 at 8-12; *supra* Parts 20-45.]

47.     After Arreola was handcuffed, he remained face-down, on his stomach for over two minutes with substantial force applied to his back by Officers Aguilar, Dudley, and Evrard for most of that time. During this time, Arreola became obviously unresponsive. [Exhibit A, Dudley body cam, AMBA0002 at 05:29:09-05:31:31; Exhibit B, Aguilar body cam, AMBA 0010 at 05:29:53-05:30:03, 05:32:21; Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:32:47, 05:33:19-05:34:16; *supra* Parts 28-34, 37-40; Harmening Depo., Doc. 16-7 at 8, 10-13; *infra* Parts 48-49, 58-65.]

48.     Officer Aguilar acknowledged that he noticed that Arreola ceased screaming and talking after he was handcuffed, stating that he recalled that Arreola moaned some. [Aguilar Dep., Doc. 18 at 11, p. 43:6-23.]

49.     Arreola ceased talking and began moaning/whimpering at 05:31:11. The whimpering/moaning lasted until 05:31:31. Arreola made no further utterance. [Exhibit A, Dudley body cam, AMBA0002 at 05:31:11-05:31:31.]

50.     After he was on his stomach, face down for over six minutes Officers Aguilar and Evrard finally heaved Arreola into a sitting position. When Arreola was placed in a sitting position, he was obviously unresponsive and in distress. [Exhibit C, Evrard body cam, CCG000012, Disc

1, 20170109054456X300000_000000 at 05:33:19-05:34:16; Evrard Dep., Doc. 19 at 7, p. 25:2-25.]

51.     Officers Dudley, Aguilar and Evrard were trained to watch for and detect the symptoms of compressional/positional asphyxia, also referred to as "excited delirium" in law enforcement training. [Dudley Dep., Doc. 17 at 16-18, pp. 63:10-69:4, Docs. 17-6, 17-7 at 30-34; Aguilar Dep., Doc. 18 at 14-15, pp. 53:1-59:7; Docs. 18-4, 18-5; Evrard Dep., Doc. 19 at 12-13, pp. 48:12-51:7, Docs. 19-3,19-4.]

52.     Compressional/positional asphyxia is a well-known, preventable danger to police detainees particularly those suffering from mental illness, obesity, narcotic use or a combination of these factors. Application of weight to the back and/or neck of a detainee in a prone position is known to result in sudden death from hypoxia especially after an intense struggle has occurred. [Harmening Dep., Doc. 16-7 at 13-15, Docs. 16-8, 16-9, 16-10, 16-11, 16-12; Dudley Dep., Doc. 17-7 at 2, 8-10, 21-22, 30-34.]

53.     Once a detainee has been handcuffed even if the detainee continues to struggle, it is widely understood in police circles that a detainee should be placed on their side or in a sitting position that is not forward leaning. [*Id.*]

54.     Leaving a detainee in a prone position after significant weight has been applied to the back and/or neck often exacerbates the detainee's hypoxic condition. [*Id.*]

55.     Talking by a detainee is an indicator that the detainee is not hypoxic. In contrast, "sudden tranquility" when the detainee was previously vocal, is a warning sign that officers are trained to notice. Officers Aguilar, Dudley, and Evrard received a refresher course emphasizing the dangers of compressional/positional asphyxia including the "sudden tranquility" warning sign

within one year of their struggle with Arreola and his death. [*Supra* Parts 51-52; Doc. 17-7 at 2, 8-10, 21-22, 30-34.]

56.     Arreola was overweight and had recently used methamphetamine. [Harmening Dep., Doc. 16-14 at 4, 7, Doc. 16-15 at 2.[3]]

57.     Officers Dudley and Aguilar believed that Arreola suffered from mental illness and that he had likely used drugs. Officer Aguilar told Officer Evrard that Arreola was "acting way too strange" and that Arreola needed a mental evaluation prior to the arrival of EMS. [*Supra* Parts 9 and 12; Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:35:27-05:36:18.]

**G.  Arreola's Obvious Medical Need**

58.     Officer's Aguilar, Dudley, and Evrard's training should have alerted them to the obvious. That is, Arreola's unresponsive condition and "sudden tranquility" was due to his prolonged restraint in a prone position with weight on his back after an intense struggle with police officers. And it should have been readily apparent to these trained officers that allowing Arreola to remain on his stomach in handcuffs even after they had ceased applying weight to his back, was contributing to Arreola's deteriorating condition which suggested that he suffered from hypoxia. [*Supra* Parts 41-57.]

59.     Moreover, Officers Dudley, Aguilar and Evrard's training taught them that failure to seek immediate medical care was likely to cause Arreola to suffer cardiac and respiratory arrest due to his progressively worsening hypoxic condition which could result in his sudden death.[4]

---

[3] Plaintiffs expect the evidence to show that hypoxia not methamphetamine toxicity was the cause of death. However, medical causation is not in issue for the pending motion. [Docs. 8 and 9.]

[4] Plaintiffs expect to show that Arreola suffered cardiac and respiratory arrest due to his progressively worsening hypoxic condition, and that although his breathing was restored, he suffered irreparable brain damage and died on January 10, 2017. [Compl., Doc. 1 at 17, ¶ 84;

60.     Officer Evrard was so concerned with Arreola's condition that he asked, "How's his breathing?" Officer Aguilar checked and reported, "Yeah, he's breathing." [Exhibit A, Dudley body cam, AMBA0002 at 05:32:28-30; Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:33:39-44; *see also* Evrard Dep., Doc. 19 at 7, p. 27:16-24, Doc. 19-1 at 2.]

61.     Officer Dudley recalled that Arreola appeared "very, very exhausted" so someone checked his pulse. [Dudley Dep., Doc.17 at 8, p. 31:10-11.]

62.     Officer Aguilar asked EMS personnel whether they had any "sniff, sniffs", i.e., smelling salts. Even though he knew Arreola was semi-conscious and non-responsive, Officer Aguilar never alerted EMS personnel that Arreola was in distress. No police officer did. [Exhibit A, Dudley body cam, AMBA0002; Exhibit C, Evrard body cam, Disc 1, 20170109054456X300000_000000 at 05:39:14-26; *see also* Evrard Dep., Doc 19 at 7, p. 27:16-24, Doc. 19-1 at 2.]

63.     Raymond Tarvin, the homeowner in whose yard the struggle occurred, noticed that Arreola was unconscious or semi-conscious. He told Officer Evrard that it was obvious that Arreola was having some health issues and that competent police would have "gotten him in a bus, [a]nd got him some help rather than just- uh- just trying to keep beating him down." [Exhibit E, statement of Raymond Tarvin, attached to Evrard Dep. as Pl. Ex. 3, but omitted from Doc. 19 through Doc. 19-5; Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109065809X300000_000000 at 06:54:44-58, 06:55:17-30, 06:55:37-53.]

---

Arreola Dep., Doc. 14 at 10, p. 37:6-10.] As stated in n. 3 *supra*, medical causation is not yet in issue.

64.     Officers only asked EMS to obtain a psychological evaluation for Arreola and asked them to examine him for jail clearance since he was to be arrested for disorderly conduct for banging on doors and for resisting arrest. [Dudley Dep., Doc. 17 at 8, p. 31:14:18; *supra* Parts 16-17.]

65.     After he was handcuffed, Arreola continued to beg for his life and was in obvious physical distress. Arreola's mother expressed concern to the police officers repeatedly. Nevertheless, despite Arreola's obvious serious medical condition, no officer alerted dispatch to tell EMS to come quickly. No officer told EMS personnel that Arreola had been talkative, started moaning, and then ceased making any sounds at all after they had applied their body weight to Arreola's back while he was in a prone position. No officer expressed any concern to EMS regarding Arreola's "sudden tranquility" or the obvious potential for compressional asphyxiation even though their training should have alerted them under these circumstances that Arreola needed immediate medical intervention. [911 transcript, Doc. 15-2; Dudley Dep., Doc. 17 at 12, pp. 45:6-46:1; Aguilar Dep., Doc. 18 at 10, pp. 39:17-40:21; Evrard Dep., Doc. 19 at 8, p. 29:20-23; *supra* Parts 51-55.]

66.     Officer Evrard commented on how slow EMS response was saying, "Dang. EMS takes forever." [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:36:30.]

**H.  Arreola did not Resist After he was Handcuffed**

67.     Arreola did not resist the police after he was handcuffed. Although Officer Evrard when deposed testified that Arreola continued to resist after he was handcuffed by kicking his legs and rolling side to side, the body cam audio and video show that Arreola's actions did not constitute resistance. Instead, the body cam audio and video show that Arreola was struggling to breathe;

that Arreola was incapable of resistance due to his deteriorating medical condition; that Arreola could not offer resistance handcuffed behind his back in the prone position; that Arreola did not offer any resistance when he was rolled on his sides; and that any so-called resistance by Arreola was de minimis. [*Supra* Parts 21-50, 61-63; *infra* 68-72.]

68.     Officer Dudley admitted during his interview with the Office of Professional Standards that just prior to running to get his leg irons from his car, "at that time, Hector was pretty com… I wouldn't say compliant, but he was well controlled at this point due to us having the cuffs on. He wasn't flailing his legs much or anything like that, but I still felt we need [sic] to put leg irons on him due to the struggle we just had." [Dudley Dep., Doc. 17-4 at 4.]

69.     Officer Oakes said that Arreola was "flopping around like a fish." [Oakes Aff., Doc. 12-3 at 10.]

70.     In contrast, Officer Evrard couched his testimony in terms of continued resistance, explaining that his initial statement that Arreola seemed to be as "a plank" when he tried to sit him up, meant that Arreola intentionally stiffened his body to resist the officers. Officer Evrard testified that Arreola also resisted him by grabbing his fingers, kicking his legs, and when he rolled Arreola over to search him. [Evrard Dep., Doc. 19 at 6-7, pp. 22:8-11, 24:6-18, 25:3-18, Doc. 19-1 at 4.]

71.     However, Officer Evrard's body cam shows that Arreola is simply begging and crying that he cannot breathe as Officer Evrard sits on him. [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:31:54-05:32:25.]

72.     In addition, Officer Evrard's body cam shows Arreola is not resisting and that Arreola was dead weight when Officer Evrard rolled him on his side to search him. In fact, Officer Evrard noticed that Arreola was dead weight and asked, "How's his breathing?" Officer Aguilar

immediately checked Arreola's pulse, while Officer Evrard held Arreola on his side. [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:32:26-05:33:41.]

73.     Moreover, Arreola was obviously incapable of sitting up on his own and was essentially dead weight when Officers Aguilar and Evrard placed him in a sitting position against Aguilar's legs. [Exhibit C, Evrard body cam, CCG000012, Disc 1, 20170109054456X300000_000000 at 05:33:46-05:34:30.]

74.     It should be noted that Officer Evrard refused to acknowledge that he saw Officers Aguilar and Dudley applying weight to Arreola even though he looked directly at them doing so. [Evrard Dep., Doc. 19 at 7, pp. 28:12-23, 29:11-13; *supra* Parts 35-37.]

75.     But Officer Evrard did acknowledge that the situation was safe and that Arreola was contained. [Evrard Dep., Doc. 19 at 6, p. 24:1-3.]

76.     "Flopping like a fish", being stiff like a "plank", "grabbing fingers", being dead weight, and struggling to breathe is not "resistance" as the term is commonly understood. Merriam Webster's dictionary defines "resist" as follows:

> *intransitive verb* **:** to exert force in opposition

> *transitive verb* **:** to exert oneself so as to counteract or defeat

In the context of police interaction, "resist" or "resistance" is a transitive verb applied to its direct object "the police." Thus, to constitute resistance the person alleged to engage in resisting the police must exert himself with the intention and capacity to counteract or defeat the police objective- in this case arrest. As common sense suggests and as expert William Harmening stated during his deposition, Hector Arreola was incapable of resisting arrest once he was handcuffed, in a prone position, and with officers on his back. [Harmening Dep., Doc. 16 at 42-45, pp. 166:4-8, 172:8-24, 173:1-178:24.]

### I. **Concepcion Arreola**

77.      Concepcion Arreola heard her son, Hector Arreola, say he could not breathe. She conveyed this to Officers Aguilar and Dudley but Officer Aguilar told her that her son could breathe fine. [Deposition of Concepcion Arreola (Arreola Dep.) Doc. 14 at 3,15, pp. 12:21-21, 59:21-23.]

78.      Concepcion Arreola testified that her son was not resisting the police after he was handcuffed because "he couldn't move." [Arreola Dep., Doc. 14 at 17, p. 65:7-12.]

79.      Concepcion Arreola also answered "[n]o" when she was asked if her son resisted after he was handcuffed. [*Id.* at 8, p. 29:18-21.]

80.      Concepcion Arreola also saw that her son was unconscious after the police struggled with him. She said that they left her son on the ground until EMS personnel took him away.  [Arreola Dep., Doc. 14 at 3-4, 15, pp. 12:21-13:3, 60:4-13; Doc. 14-1.]

81.      Concepcion Arreola was not sure if her son was breathing when he was loaded in the ambulance stating, "He don't look like that he was breathing." [Arreola Dep., Doc. 14, at 13, p. 52:6-8.]

82.      Concepcion Arreola said that her son did not look fine after the struggle since "his face looks like- like he wasn't there." She described him as looking like "a zombie." [Arreola Dep., Doc. 14 at 17, pp. 66:23-67:10.]

83.      Although she was concerned about her son, Concepcion Arreola believed the police when they told her it was not serious and she thought they were just going to check his "signals" i.e., vital signs at the hospital. [*Id.* at 17, pp. 65:14-66:19.]

84.     Concepcion Arreola struggled with the English language during her deposition. She did not understand words like "baton", "EMS", and "body cam." [*Id*. at 5,9, pp. 19:7-12,33:15-22, 35:5-11.]

85.     Concepcion Arreola made use of the Spanish language translator during the deposition. However, the interpreter had difficulty translating Concepcion Arreola's written statement and Concepcion Arreola was confused and had difficulty communicating at times. [*Id*. at 3-4, 8, 15, pp. 10:13-13:13, 29:13-17, 57:18-59:12, *supra* 83.]

Respectfully submitted, this 13th day of December, 2019.

MARK POST LAW, LLC

By: */s/ Mark C. Post*
Mark C. Post
Ga. State Bar No.: 585575
*Counsel for Plaintiffs*

3 Bradley Park Ct., Ste. F
Columbus, Georgia 31904
mpost@markpostlaw.com
706-221-9371

## CERTIFICATE OF SERVICE

I do hereby certify that on this date I have served the foregoing Plaintiffs Statement of Material Facts by filing the same with the Clerk of Court using the CM/ECF system which will automatically deliver this document to all counsel of record.

> Alan G. Snipes
> ags@psstf.com
> James C. Clark, Jr.
> jcc@psstf.com
> Thomas F. Gristina
> tfg@psstf.com
> Tyler C. Cashbaugh
> tcc@psstf.com
> 1111 Bay Avenue, Third Floor Columbus, Georgia 31901
> (706) 324-0251
>
> Clifton C. Fay
> cfay@columbusga.org
> P.O. Box 1340
> Columbus, Georgia 31902

This 13th day of December, 2019.

> /s/ Mark C. Post
> Counsel for Plaintiffs