IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RODRIGO ARREOLA, as parent of Hector Arreola, Deceased, and as Personal Representative and Administrator of the Estate of Hector Arreola, CONCEPCION ARREOLA, as parent of Hector Arreola, and S.A., minor child of Hector Arreola, by next friend Jezreel Imee Custodio, | * * * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action File Number: 4:19-cv-00005-CDL |
| THE CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, OFFICER MICHAEL AGUILAR, in his individual and official capacity, OFFICER BRIAN DUDLEY, in his individual and official capacity, OFFICER AARON EVRARD, in his individual and official capacity, | * * * * * * * * * * | |
| Defendants. | * | |

**DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

In accordance with Fed.R.Civ.P. 56 and Local Rule 56, The Consolidated Government of Columbus, Georgia ("CCG"), Officer Michael Aguilar, in his individual and official capacity ("Officer Aguilar"), Officer Brian Dudley, in his individual and official capacity ("Officer Dudley"), and Officer Aaron Evrard, in

1

his individual and official capacity ("Officer Evrard") (collectively "Defendants")[1], submit this Renewed Motion for Summary Judgment, respectfully showing the Court the following:

1.

In accordance with this Court's Scheduling and Discovery Order dated April 17, 2019, as modified by the Court's text order dated March 9, 2020 [Doc. No. 32] and the Court's text ordered dated July 7, 2020 [Doc. no. 34], Defendants hereby move for summary judgment on all claims against the CCG, and all claims against Officers Aguilar, Dudley, and Evrard in their official and individual capacities.[2]

2.

The pleadings, admissions, depositions, and affidavits show that there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law on all remaining claims in this case.

---

[1] As recognized by the Court's summary judgment order dated March 3, 2020 [Doc. no. 30], Plaintiffs have withdrawn all claims in this case against Richard T. Boren, and the Court has granted summary judgment to Richard T. Boren on these claims. [Doc. no. 30, n. 1].

[2] As recognized by the Court's summary judgment order dated March 3, 2020 [Doc. no. 30], Plaintiffs have withdrawn all state law claims against the Defendants, and the Court has granted summary judgment to Defendants on these claims. [Doc. no. 30, n. 1].

WHEREFORE, Defendants respectfully request that the Court inquire into and grant their Renewed Motion for Summary Judgment.

Respectfully submitted, this 7th day of August, 2020.

>PAGE, SCRANTOM, SPROUSE,
>TUCKER & FORD, P.C.
>
>By: /s/ Alan G. Snipes
>   James C. Clark, Jr.
>   Ga. State Bar No.: 127145
>   jcc@psstf.com
>   Alan G. Snipes
>   Ga. State Bar No.: 665781
>   ags@psstf.com
>   Tyler C. Cashbaugh
>   Ga. State Bar No.: 869622
>   tcc@psstf.com
>   1111 Bay Avenue, Third Floor
>   Columbus, Georgia 31901
>   (706) 324-0251
>
>By: /s/ Clifton C. Fay
>   Clifton C. Fay
>   Georgia Bar No.: 256460
>   Lucy T. Sheftall
>   Georgia Bar No.: 639813
>   P.O. Box 1340
>   Columbus, Georgia 31902
>
>*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I am counsel for Defendants and that on this date I served the foregoing document, Defendants' Renewed Motion for Summary Judgment through the Court's CM/ECF system, which will ensure delivery to the following::

> Mark C. Post
> Mark Post Law, LLC
> 3 Bradley Park Ct., Ste. F
> Columbus, Georgia 31904
> mpost@markpostlaw.com

This 7th day of August, 2020.

/s/ Alan G. Snipes
*Counsel for Defendants*