| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 05-07 | 05-07 | i |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |
| SUBJECT: COLUMBUS POLICE DEPARTMENT MANUAL | | | |

# COLUMBUS POLICE DEPARTMENT
# MISSION STATEMENT

The Columbus Police Department will deliver effective and responsive law enforcement services to all citizens of the city of Columbus in a fair and equitable manner. As an integral part of the Columbus community, we are committed to communicate with those we serve and to join with them in establishing priorities to enhance the quality of life for the entire community



PLAINTIFF'S EXHIBIT
2
Wynn

CCG003215

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 05-07 | 05-07 | i |
|---|---|---|---|
| SUBJECT: COLUMBUS POLICE DEPARTMENT MANUAL | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |

## COLUMBUS POLICE DEPARTMENT PLEDGE

I pledge and subscribe to the values of the Columbus Police Department.

### HUMAN LIFE AND THE DIGNITY OF THE PERSON

The value of human life is immeasurable; I will actively preserve, protect and respect human life and the dignity of all people.

### CONSTITUTION AND LAWS

I am committed to uphold and to defend the rights afforded to individuals by the Constitution of the United States of America. I will abide by and enforce the laws of the Nation, the State of Georgia, and the City of Columbus in a fair and equitable manner.

### OUR COMMUNITY

I value the partnership and communication the Columbus Police Department enjoys with the community. I will respond to the priorities established in cooperation with our community directed at the safety of all and the enhancement of the quality of life in our neighborhoods.

### LEADERSHIP AND PERSONAL CHARACTER

I represent the Columbus Police Department and I accept my leadership position and understand that it is built on the public trust. I am strongly committed to honesty, integrity, and truthfulness in both my personal and my professional life.

### COMMITMENT TO ORGANIZATIONAL EXCELLENCE

As the Columbus Police Department's most valuable asset, I will strive to improve myself and the Department using every available resource. I will accomplish this through teamwork, sensitivity to others within the organization, and accountability to my Department mission and principles of excellence.

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 | 08-16 | 1-1 |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |

SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES

## ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES

### PURPOSE

The purpose of this manual is to establish the organizational structure of the Columbus Police Department. One goal of effective administration is that each employee be familiar with the organizational structure of the Department, including each component and sub-component contained therein. In addition, each employee should be able to recognize the chain of command, beginning with his unit, through the ranks, to the Chief of Police.

### 1-1.1
### ORGANIZATION OF THE DEPARTMENT

No organization, including a police department, can function without an organizational structure that assigns responsibilities or functions to specific individuals or groups of individuals. Throughout the organization, there must be clearly defined and distinct lines of authority, so that responsibility and accountability can be placed. Each person employed by the Department is responsible for certain functions and tasks. Additionally, each employee is held accountable for those tasks for which they are responsible. The function of employees holding supervisory responsibilities is to ensure that subordinates are performing the task assigned to them, so that the objectives and goals of the organization are met. The ability of the Department to make organizational adjustments to meet changing needs is essential to obtain the maximum benefit from the expenditure of assigned resources. However, to ensure stability, the basic departmental structure should not be changed in the absence of a demonstrated need or to satisfy temporary requirements.

The organizational chart of the Columbus Police Department shall be recognized by all employees and will be updated as may be necessitated by change, and reviewed on an annual basis.

It will be the responsibility of the Executive Assistant to the Chief of Police to update the organizational chart, which will be posted in the Chief's office and accessible to all employees of the Department.

### 1-1.2
### ORGANIZATIONAL STRUCTURE

A. The Columbus Police Department shall be comprised of the Office of the Chief of Police, Bureau of Patrol Services, Bureau of Investigative Services, Bureau of Support Services, and Bureau of Administrative Services. Each Bureau is commanded by a Major, accountable through the Assistant Chief to the Chief of Police.

    1. The Office of the Chief of Police is comprised of the Office of Professional Standards (Internal Investigations, Planning and Research/Staff Inspections/Criminal Intelligence and Crime Analysis) and Budget Office. These units report directly to the Chief of Police. The Polygraph Unit is also assigned to the Office of Chief of Police and reports to the Executive Assistant to the Chief of Police.

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 | 08-16 | 1-1 |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |
| SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES | | | |

2. The Bureau of Patrol Services is comprised of Uniform Patrol Operations, to include: the Motor Squad, Bike Patrol, and the Direct Patrol.

3. The Bureau of Investigative Services is comprised of the following divisions: Homicide, Robbery/Assault, Special Victims, Property Crimes, and Crime Scene Investigation. The Bureau also contains two units: Computer Crimes and Special Operations.

4. The Bureau of Support Services is comprised of: Property & Evidence, to include Motor Transport, Evidence and Quartermaster, Desk Services, Records and 911 Communications.

5. The Bureau of Administrative Services is comprised of Personnel, Community Relations and Crime Prevention, and the Training Division.

B. Each employee will be accountable to only one immediate supervisor. Additionally, each bureau, unit, or squad will be under the direct command of only one supervisor.

C. To achieve effective direction, coordination, and control, the number of employees under the immediate control of a supervisor should be no more than 10 subordinates. However, there may be situations that warrant a larger span of control. Factors to be considered in making this decision may include: ability of the supervisor, complexity of the task to be performed by subordinates, and separation by time and place of the supervisor and the subordinates.

D. The Command Staff of the Chief of Police shall consist of:

1. Assistant Chief of Police
2. Major of the Bureau of Investigative Services
3. Major of the Bureau of Support Services
4. Major of the Bureau of Patrol Services
5. Major of the Bureau of Administrative Services
6. Major in Charge of the Office of Professional Standards
7. Executive Assistant to the Chief of Police

E. Job descriptions of each position within the Department, including civilian employees, are maintained in the Police Personnel Unit and are accessible to all employees upon request. In addition, each bureau will maintain job descriptions of personnel assigned to units within that bureau.

F. The Chain of Command Manual describing the function and the responsibilities of each organizational component is maintained in the Office of the Chief of Police, Office of the Assistant Chief of Police, Office of Personnel, Office of Professional Standards, the office each Bureau Major.

CCG003219

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 | 08-16 | 1-1 |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |
| SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES | | | |

### 1-1.3
### OFFICE OF THE CHIEF OF POLICE

The Office of the Chief of Police shall be the executive office of the Department. The Chief of Police shall be the executive officer of the Department and shall be accountable to the Mayor for departmental affairs. The Chief of Police shall formulate departmental policies and see that all general orders, policies and special orders are understood and enforced.

The Department operates under the direct supervision of the Chief of Police. The Chief of Police shall so regulate his office that when he is absent from the City or unable to attend the duties of his office, the Department shall be under the command of the Assistant Chief of Police. The Assistant Chief shall be regarded as the representative of the Chief of Police. In the event of the absence of both the Chief of Police and the Assistant Chief of Police, due to being incapacitated, out of town, or otherwise unable to act, the Major designated by the Chief will assume the authority of the Chief of Police, until such time as either the Chief of Police, or the Assistant Chief of Police, returns to duty.

### 1-1.4
### ADMINISTRATION

Ranking officers are defined as sworn officers holding the rank of Police Chief, Assistant Chief, Major, Captain, Lieutenant, and Sergeant. Ranking employees are those personnel having authority to administer and supervise the work of various sections, units, and employees of the Department.

Civilian employees who hold supervisory positions are granted authority over civilian subordinates. This authority is equal to ranking officers commensurate with their position.

In descending order, the commissioned ranks of the Department are:

1. Police Chief
2. Assistant Chief
3. Major
4. Captain
5. Lieutenant
6. Command Sergeant
7. Sergeant
8. Corporal
9. Police Officer

Ranking employees of the Department shall exercise the authority of the position under all conditions which require that the use of such authority is in the best interest of the Department. A ranking officer shall not unnecessarily countermand any order issued by officers below his rank or needlessly interfere with the specific duties of employees of a lesser rank.

Orders that deviate from existing written orders may be issued by a ranking officer only in an emergency, and remain in effect only during the emergency. Once the emergency is controlled the ranking officer shall report in writing to his immediate supervisor the facts surrounding the deviation of department policy.

CCG003220

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 | 08-16 | 1-1 |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |
| SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES | | | |

### 1-1.5
### DEPARTMENT COMMAND

Authority: The Charter of the Consolidated Government of Columbus, Georgia, places the administrative control of the Police Department under the Mayor.

Chief of Police: The Charter of the Consolidated Government of Columbus, Georgia states that the Chief of Police shall be appointed by the Mayor and shall, subject to the approval of the Mayor, manage, control, and direct the activities and personnel of the Police Department.

A. The Chief of Police shall be the Chief executive officer of the Columbus Police Department. The Chief of Police shall be responsible to the Mayor for the overall operations of the Department. The Chief of Police is the ranking officer of the Department and shall have authority over all personnel, sworn and non-sworn, within the Department.

B. The Chief of Police shall be responsible for the selection, training, assignment, and promotion of all personnel. The Chief of Police shall have the authority to discipline, including the termination of departmental personnel.

C. The Chief of Police is authorized to promulgate orders, policy, and procedures governing the conduct of departmental personnel and the activities and operations of the Police Department. The Chief of Police is responsible for the fiscal management of the Department, and shall prepare and submit an annual budget to the Mayor and City Manager.

D. The Chief of Police shall make a monthly written report to the Mayor outlining the activities, accomplishments, and condition of the Department.

E. The Chief of Police may delegate any of the responsibilities of the office to any of the subordinates within the Columbus Police Department.

Absence of Commander - If a Bureau Major or unit commander of the Department finds it necessary to be absent, a ranking officer shall be designated to act in that capacity. Employees who are directed to act in capacities above their ordinary or usual position shall, for the interim time, possess the authority of that position.

Command Responsibility - A commanding officer has responsibility for every aspect of his command. Commensurately, within policy guidelines and legal constraints, he has the authority to coordinate and direct assigned personnel and other allocated resources to achieve his organizational objectives. In so doing, he must perform the full range of administrative functions, relying upon policy, direction, training, and personal initiative.

Upon a change of command, the commanding officer being replaced has a duty and obligation to lend his full assistance to make the command transition as smooth and orderly as possible. Orientation for the new commanding officer should include exchanging information concerning unique problems for the command and assisting with community and professional contacts relating to the command.

CCG003221

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 REVISION DATE | 08-16 EFFECTIVE DATE | 1-1 IDENTIFIER |
|---|---|---|---|
| SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES | | | |

### 1-1.6
### CHAIN OF COMMAND

The Chain of Command, descending from the Chief of Police and ascending from the lowest rank, shall be preserved to maintain the principles of good administration. Employees shall not bypass their supervisors, except as provided for in these rules and regulations. Employees shall not take a matter directly to the Chief of Police, which should ordinarily be taken up with their immediate supervisor. If an employee believes that an unfair decision has been made by an immediate supervisor, that employee may request that the matter be reviewed by the next higher supervisor in the Chain of Command.

Each employee must be aware of his relative position within the organization, to whom he is immediately responsible, and those who are accountable to him. All employees shall, at every level of rank, keep their superior officers informed, verbally or in writing, of all matters concerning personnel, performance, conduct, unusual activity, situations, or any other actions concerning the overall mission of the Department or in which the Department has an interest.

### 1-1.7
### COMMAND OF SCENE

At the scene of any crime, accident, or other incident, the senior or ranking officer present shall assume the command and direction of police personnel to ensure the orderly and efficient accomplishment of the police task. When two officers of the same rank are present, responsibility shall fall upon the officer with the greatest length of service in that rank, unless the call has been specifically assigned to any one officer. In cases involving personnel from two or more units, the officer or investigator responsible for follow up shall assume command.

### 1-1.8
### AUTHORITY AND RESPONSIBILITY OF SUPERVISORS

Supervisors shall constantly direct their efforts toward the intelligent and efficient performance of the mission of the Department, and shall require their subordinates to do the same.

Supervisors are responsible for their own conduct, their performance of police duties, and for the conduct and performance of their subordinates.

Supervisors shall investigate any misconduct or neglect of duty that comes to their attention. Supervisors shall, at all times, be an example of intelligence, efficiency, promptness, accuracy, trustworthiness, and courtesy.

Supervisors shall promptly obey all orders from their superior officers, and they shall issue orders or instructions, when necessary, for the efficient operation of their command.

Supervisors shall investigate any delinquent or immoral conduct, or laxity in the performance of duty or in the observance of departmental rules on the part of their subordinates. A supervisor who observes

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 | 08-16 | 1-1 |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |
| SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES | | | |

or becomes informed of willful neglect or misconduct by an employee not assigned to his unit, shall immediately bring it to the attention of the employee's supervisor, as well as his own superior officer. Supervisors shall ensure that subordinates complete all required reports promptly and accurately, subject to inspection and approval.

Supervisors shall be responsible for the care and maintenance of all departmental property assigned to their subordinates. They shall conduct regular inspections of all property under their supervision and control.

Supervisors shall submit a detailed written report when a subordinate, under circumstances requiring an exceptionally high degree of courage, risks his life: in the prevention of a crime, the apprehension of a criminal, in saving or attempting to save the life of another, or performs a difficult and important police service requiring the highest degree of tact, diligence, initiative and/or ability.

All supervisors shall be sensitive to incidents that may involve agency liability and/or heightened community interest. These incidents shall be included in the daily activity reports that are reviewed by the Command Staff. Specific incidents may warrant the immediate notification of the appropriate Bureau Major and/or the Chief of Police. This notification may be through 911 or direct notification by phone or radio.

## 1-1.9
## STAFF MEETINGS

A. In order to effectively achieve the goals and objectives of the Columbus Police Department, the Chief of Police will conduct daily staff meetings with the Assistant Chief of Police, the Bureau Majors and any designated employees of the Department.

B. Bureau Majors will hold regular meetings with their staff to exchange information and make suggestions to enhance the efficiency of the unit. Employees of other units may be invited to attend such staff meetings to promote cooperation between units.

## 1-1.10
## GOALS AND OBJECTIVES

Planning for the Columbus Police Department is perhaps the most basic of all management functions, since it involves selecting alternative courses of action. Comprehensive planning requires the identification of departmental goals and objectives, and the pursuit of those goals and objectives by the most effective means.

External factors that influence planning strategies may include increases in calls for service, land or building development, economics, increases or decreases in population density, changes in crime trends, and recidivism.

Internal factors may include existing resources, such as manpower and equipment, approved budget items, selection practices, and promotion policies.

CCG003223

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 08-16 | 08-16 | 1-1 |
|---|---|---|---|
| | REVISION DATE | EFFECTIVE DATE | IDENTIFIER |
| SUBJECT: ORGANIZATION, ADMINISTRATION AND FUNCTIONAL RESPONSIBILITIES | | | |

- <u>Goals</u> - Generalized statements of direction for the Columbus Police Department. Departmental goals may include: increase productivity through automation, reduction in overall crime, reduction in traffic accidents, increasing and enhancing employee knowledge through education and training, and evaluating overall productivity and its responsiveness to community needs.

- <u>Objectives</u> - More specific than goals, in that objectives are concrete, measurable results to be achieved within a specific time period. The accomplishment of objectives leads toward achievement of goals. Objectives may include: shorter dispatch and response time, a reduction of a specific trend, crime, or hazard in a specified area, or in-service training of employees in a specific field.

Each Bureau Major will submit to the Chief of Police their goals and objectives for the upcoming year. Bureau Majors will solicit input from all levels of personnel under their control to determine goals and objectives. Upon review by the Command Staff, these goals and objectives will be returned to the appropriate Bureau for implementation and distribution to all personnel under their command.

Each Bureau shall make a quarterly report to the Chief of Police concerning the progress toward the current year's goals and objectives.

At the end of the calendar year, each member of the Command Staff will conduct an evaluation of the progress made toward the attainment of the previous year's stated goals and objectives. This evaluation will outline the goals and objectives which were met as well as those which were not attained. An analysis of the goals or objectives not met should include whether the goal or objective was realistic when set, progress made toward the goal or objective, and specific reasons why the goal or objective was not attained.

A multi-year plan will also be maintained outlining long-term strategies, projects, and goals. A review of progress shall be included during the quarterly Goals & Objectives review. This plan will be reviewed and amended as needed.

CCG003224

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|
| SUBJECT: DIRECTIVE/ORDERS | | | |

## DIRECTIVES/ORDERS

### PURPOSE

The purpose of this policy is to establish guidelines of policy and procedures for employees of the Columbus Police Department.

### RESPONSIBILITY

Directives and orders establishing policy and procedures shall regulate the conduct, administration, operations, and services of the Columbus Police Department. All directives will be written in a clear and concise manner. No directive or order shall be in conflict with external directives, laws, or ordinances. Directives and orders shall be adhered to by all employees of the Columbus Police Department.

### 1-2.1
### EXTERNAL WRITTEN DIRECTIVES

All Columbus Police Department employees shall be governed by external written directives which take precedence over any department policy or procedure. External written directives may include, but are not limited to:

- Federal Law
- State Law
- City Ordinance
- Administrative directives from City Council
- Administrative directives from Federal and State Agencies (i.e., P.O.S.T., N.F.P.A., NCIC, GCIC, FEMA/GEMA)

### 1-2.2
### GENERAL ORDERS

A.  General Orders, in the form of written directives, shall be issued by the Chief of Police to establish principal policy, instruction, and/or procedures for all employees of the Columbus Police. All General Orders shall be effective permanently, unless amended or rescinded through the Office of the Chief of Police. All General Orders shall be indexed, maintained within the Columbus Police Department manual, and issued to each employee of the Columbus Police Department.

Upon review and approval by the Chief of Police, the General Order shall be given to the Planning and Research Unit for review. The Planning & Research Officer is responsible for assuring that all orders and policies conform to Accreditation Standards, and are not in conflict with existing orders or policy. The Planning & Research Officer will write the General Order in manual format and index it for placement into the Columbus Police Department Manual. It is the responsibility of the Planning & Research Officer to maintain the Columbus Police Department Manual on both computer and in hard copy.

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|

**SUBJECT:** DIRECTIVE/ORDERS

B. The Columbus Police Department Training Manual is comprised of comprehensive standard operating procedures for the Training Division. The Columbus Police Department Training Manual is formatted by main body, appendices, and supplements.

The Director of the Training Division shall conduct an annual review of the Columbus Police Department Training Manual. A report will be forwarded to the Chief of Police recommending any revisions.

C. The Columbus Police Department Chain of Command Manual illustrates the functions and responsibilities of each component within the Columbus Police Department. Additionally, the duties and responsibilities for each position are maintained in the Columbus Police Department Chain of Command Manual.

The Columbus Police Department Chain of Command Manual is formatted by listing each bureau and position within the bureau.

The Columbus Police Department Training Manual, Columbus Police Department Inter-Office Directive Manual, and the Columbus Police Department Chain of Command Manual shall be bound separately from the Columbus Police Department Manual.

## 1-2.3
## SPECIAL ORDERS

Special Orders may be issued in the form of verbal or written communications using an Inter-Office Memorandum. Special Orders may be initiated by any supervisor to control, direct, or instruct employees in conducting an event or situation of a circumstantial or timely nature (i.e. Parades, speeches, special events, etc.)

Special Orders may also involve issues specific to an individual employee's duty requirements. Written Special Orders shall be maintained by the issuing supervisor and affected employee for the duration of the situation.

Special Orders shall be of a temporary nature and terminate at the conclusion of the event or situation, unless propagated into a General Order by the Chief of Police.

## 1-2.4
## PERSONNEL DIRECTIVES

Personnel Directives concern changes in the status of an employee (i.e. hiring, transfer, assignment, appointment, promotion, demotion, etc.) and are issued by Inter-Office Memorandum. Personnel Directives concerning changes in assignments within a Bureau may be issued by the Bureau Major or his designated representative. Personnel Directives concerning promotions, demotions, appointments, and transfers between bureaus will be issued by the Chief of Police or his designated representative.
The Personnel Unit, the affected employee, and the employee's Chain of Command will maintain personnel Directives.

CCG003226

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|
| SUBJECT: DIRECTIVE/ORDERS | | | |

## 1-2.5
## TRAINING ADVISORIES

Training Advisories shall be in the form of: training guides, training bulletins, checklists, legal bulletins, or any material distributed by the Columbus Police Department Training Division to employees.

## 1-2.6
## GENERAL ORDERS / POLICY / INTER-OFFICE DIRECTIVES REVIEW PROCESS

Inter-Office Directives shall be written on the Standard Inter-Office Communication form. Inter-Office Directives may be used to issue Special Orders, Personnel Directives, or Training Advisories. Inter-Office Directives may be issued by the Chief of Police, Assistant Chief of Police, and Bureau Majors, and other supervisors.

A.  Inter-Office Directives/General Orders

   Inter-Office Directives initiating, revising, or canceling a General Order may only be issued by the Chief of Police or the Assistant Chief of Police. As a general rule, this use of an Inter-Office Directive will be reserved for emergency situations where time does not permit the normal formatting and issuing of Police Manual revisions. General Orders and policy revisions will be reviewed by the Command Staff prior to approval.

B.  Inter-Office Directives/Department Policy

   Inter-Office Directives are used to establish policies that are Bureau specific. For the purposes of this section, Metro Narcotics unit is regarded as a Bureau. They shall only be issued by the Office of the Chief of Police, Bureau Majors, and the Special Agent in Charge of Metro Narcotics. Inter-Office Directives and policies issued by Bureau Majors or the Special Agent in Charge of Metro Narcotics shall be discussed at a designated staff meeting and approved by the Chief of Police prior to being issued. Inter-Office Directives shall remain in effect no longer than 12 months from the date of issue.

## 1-2.7
## FORMAT AND INDEX OF GENERAL ORDERS

All General Orders shall be formatted and indexed for placement into the Columbus Police Department Manual, Special, Training, Personnel, and Inter-Office Directives do not require formatting and indexing.

The General Order format shall consist of a block heading containing Columbus Police Department General Order, date of issue, effective date, identifier, and subject.

A.  The Columbus Police Department Manual

   1.  Each chapter shall begin by stating the purpose and responsibilities of the chapter.

   2.  Each chapter in the Columbus Police Department Manual shall be indexed as follows:

CCG003227

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|

SUBJECT: DIRECTIVE/ORDERS

I. Organization

    II. Police Administration
    III. Operational Procedures
    IV. Personnel Services
    V. Police Services
    VI. Support Services
    VII. Investigative Services
    VIII. Emergency Management

3. Indexing shall note the Chapter and subject as found in the Columbus Police Department Manual in the identifier.

An example of indexing by the identifier would be:

Identifier:    2-5 Crime Analysis

2- Notes Chapter II (2) Police Administration
5- Notes subject- Crime Analysis

4. Sub-subjects are indexed by noting the Identifier and a decimal point preceding the sub-subject number. An example of indexing by identifier and sub-subject would be:

2-5.4 - Information Criteria
2 - Notes Chapter II (2), Police Administration
5 - Notes Subject, Crime Analysis
4 - Information Criteria

B. <u>Columbus Police Department Chain of Command Manual</u>

The Columbus Police Department Chain of Command Manual is comprised of three (3) sections:

1. Component Function
2. Position Function and Responsibility
3. Position Duties and Requirements

The Columbus Police Department Chain of Command Manual establishes and outlines the organizational structure of the Department, the function and responsibility of each component, the task and responsibilities of each position within the Department, and the description of each position to include sworn and civilian positions.

C. <u>Columbus Police Department Training Manual</u>

The Columbus Police Department Training Manual includes the main body itself, appendix, and supplements. The Columbus Police Department Training Manual is maintained on computer by the Training Division for modification and development.

CCG003228

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|
| SUBJECT: DIRECTIVE/ORDERS | | | |

The Columbus Police Department Training Manual shall be maintained on hard copy and computer by the Training Division in cooperation with the Planning and Research Officer.

D. <u>Columbus Police Department Inter-Office Directive Manual</u>

Inter-Office Directives may be distributed in electronic or hard copy form. Electronic records shall be maintained in the Power DMS system for access and documentation purposes. Inter-Office Directives not entered into Power DMS shall be maintained in hard copy form with the appropriate unit.

E. <u>Distribution and Access of Columbus Police Department Manuals</u>

Power DMS is an on-line document management system that is used for the storage and documented dissemination of all general orders, directives, selected memorandums, training bulletins, and examinations. The system is administered by the Planning & Research Unit within the Office of Professional Standards. Dissemination of documents may be made by rank, sworn or non-sworn status, Bureau, or selecting individual names. The system maintains an electronic log of all activity in order to provide the appropriate documentation needed to show receipt of the information by employees.

The Planning & Research Unit shall maintain all current and archived policies using Power DMS and the appropriate server. File names for any revised policy shall be renamed so as not to overwrite the original policy.

The Training Division and 911 have been given specific administrative access to the system in order to load and disseminate documents, administer tests and maintain appropriate documentation and policies.

All employees are given access to Power DMS through the intra-net and inter-net. Each employee is issued a user ID and password by the administrator at the time of employment. Employees shall be removed from the active database upon leaving the Department.

Employees shall sign on to Power DMS weekly and take the appropriate action for any documents they are assigned. The Office of Professional Standards shall generate a monthly report showing employees that have documents awaiting signature. This report shall be forwarded to each Bureau Major for corrective action.

All employees of the Columbus Police Department shall have access to department manuals as follows:

- Columbus Police Department Manual (General Orders) through Power DMS.

CCG003229

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|
| SUBJECT: DIRECTIVE/ORDERS | | | |

All employees of the Columbus Police Department shall have access to department manuals as follows:

- Columbus Police Department Chain of Command Manual:

  - Office of the Chief of Police
  - Personnel Unit
  - The Office of Professional Standards

- Columbus Police Department Training Manual

  - Office of the Bureau of Administrative Services
  - Training Division
  - The Office of Professional Standards

## 1-2.8
## DISSEMINATION OF ORDERS

A.  General Orders

General Orders shall be in manual format and indexed. General Orders shall be maintained in the Columbus Police Department Manual by all employees. **New or revised General Orders shall be placed on Power DMS and distributed to the Command Staff for approval and electronic signature.** Upon approval of the Chief of Police, an amended, updated, or new General Order, the Planning and Research Unit **shall load the document into Power DMS and disseminate the order to the affected employees for review and electronic signature.**

B.  Inter-Office Directives & Special Orders

A computer record of Inter-Office Directives & Memorandums issued by the Chief of Police and shall be maintained in the Office of the Chief of Police.

Bureau Majors shall maintain a copy of all memorandums and Inter-Office Directives that are issued by the respective Bureaus. The Office of the Chief of Police shall receive a copy of all directives that are operational and/or personnel in nature.

Dissemination of Inter-Office Directives to the affected personnel is essential for order and continuity within the Department. Accountability for the dissemination of these policies is the responsibility of the Bureau Majors and their designated representatives. Accountability **can** be maintained by retaining a roster of all personnel affected by the policy. The personnel roster shall include signatures of personnel receiving copies of the Inter-Office Directive and the date such personnel received a supervisor briefing on the Inter-Office Directive. Each officer shall be held accountable for the information received in the Inter-Officer Directive. The officer may retain a copy of the directive for reference.

CCG003230

| COLUMBUS POLICE DEPARTMENT GENERAL ORDER | 06-08 REVISION DATE | 06-08 EFFECTIVE DATE | 1-2 IDENTIFIER |
|---|---|---|---|
| SUBJECT: DIRECTIVE/ORDERS | | | |

Bureau Majors may request the Planning & Research Unit load and distribute bureau specific memorandums to the appropriate personnel. The electronic distribution and signatures shall serve in place of the signed duty rosters.

C.  Personnel Directives

Personnel Directives shall be written in the form of an Inter-Office Memorandum clearly stating the change in status of the employee. A copy of all Personnel Orders which reflect a change in status, assignment, or position shall be forwarded to the Office of Chief of Police and the Personnel Unit.

### 1-2.9
### MANNER OF ISSUING ORDERS

No superior officer or supervisor shall knowingly issue an order that is in violation of any law, ordinance, or police General Order, policy or procedure. Orders to subordinates shall be in clear, understandable language, civil in tone, and issued pursuant to departmental business. Circumstances may warrant orders being issued either verbally or in writing.

### 1-2.10
### OBEDIENCE TO ORDERS

Employees of this Department are required to render obedience to all lawful and appropriate orders given by superiors. This shall include orders relayed for a superior officer by an officer of the same or lesser rank.

A.  Employees are not required to obey an order that is contrary to federal, state, or local laws. However, responsibility for refusal to obey rests with the employee and they shall be required to justify their refusal to obey.

B.  An employee who has a valid reason to believe that an order is unjust or contrary to rules or procedures has a right to respectfully call it to the attention of the superior issuing the order.

If the superior sees fit to let the order stand, then the employee shall obey the order to the best of his ability, and at the first opportunity, seek relief, in writing, through proper channels, to the Chief of Police. The report shall contain the facts of the incident and action taken.

### 1-2.11
### CONFLICTING ORDERS

Orders may be countermanded or conflicting orders issued only when necessary for the good of the Department or in an emergency situation. These orders shall be valid only for the specific occasion. The person issuing such an order shall notify his superior, in writing, as soon as possible of any such order.

Upon receipt of an order that is in conflict with a previous order or instruction, the employee affected shall advise the person issuing the second order of the conflict. Responsibility for countermanding the original orders or instructions then rests with the person issuing the second order, the latter order shall be obeyed.

CCG003231