## Columbus Police Department
## Training Division 2015 In-Service
## September 16 - 18, 2015



**PLAINTIFF'S EXHIBIT 3 Wynn**

| Time | Wednesday | Thursday | Friday |
|---|---|---|---|
| 8:00 AM | Orientation Driver's Training & PPE Check | Firearms Fundamental's and Pistol Tactics | Pistol Train up, Pistol & Shotgun Qualification |
| 9:00 AM | Identifing & Reporting Child Abuse | | |
| 10:00 AM | Domestic Violence & Scenario Training | | |
| 11:00 AM | | Bean Bag, Pepperball, & ASP Recertification | |
| | Lunch | | |
| 1:00 PM | Garrity & Giglio | Ethics | Stress Management |
| 2:00 PM | | EEO | |
| 3:00 PM | State Court Protocol & Legal Up Dates | Taser Recertification | Firearm's Maintenance & Inspection |
| 4:00 PM | | Use of Force | Review Critiques & Testing |

Columbus Police Department
Training Division 2016 In-Service
Xxxx XX, 2016 - 4

| Time | Tuesday | Wednesday | Thursday |
|---|---|---|---|
| 8:00 AM | Orientation Driver's Training & PPE Check | Field Interviews Tier 1 - 3 Stops FIC's | Pistol Tactics, Flashlight Training |
| 9:00 AM | Use of Force | Crime Scene | Pistol Tactics, Flashlight Training |
| 10:00 AM | Children Suicides | Sexual Assault Protocol | Pistol Tactics, Flashlight Training |
| 11:00 AM | Children Suicides | Sexual Assault Protocol | Pistol Tactics, Flashlight Training |
| Lunch | | | |
| 1:00 PM | Ethics | Gang Identification and Counter Tactics | Legal Updates |
| 2:00 PM | Domestic Violence | Gang Identification and Counter Tactics | Legal Updates |
| 3:00 PM | Traffic Crashes as Crime Scenes | Taser, Pistol & Shotgun Requalification | Firearm's Maintenance & Inspection |
| 4:00 PM | EEO | Taser, Pistol & Shotgun Requalification | Review Critiques & Testing |

CCG004541

## Columbus Police Department
## Training Division 2017 In-Service
## June 13-15, 2017

| Time | Tuesday | Wednesday | Thursday |
|---|---|---|---|
| 8:00 AM | **Orientation Driver's Training & PPE Check** | RMS Review | Pistol, Shotgun & Back Up Requalification |
| 9:00 AM | Use of Force | RMS Review | Pistol, Shotgun & Back Up Requalification |
| 10:00 AM | School Response | Ethics | Pistol, Shotgun & Back Up Requalification |
| 11:00 AM | Active Shooter Classroom | De-Escalation | Pistol, Shotgun & Back Up Requalification |
| Lunch | | | |
| 1:00 PM | Active Shooter Practical | Domestic Violence | Legal Updates |
| 2:00 PM | Active Shooter Practical | Cultural Awareness | Legal Updates |
| 3:00 PM | Active Shooter Practical | Cultural Awareness | Firearm's Maintenance & Inspection |
| 4:00 PM | Less - Lethal | Taser | Review, Testing, & Completion Letters |

CCG004542

Case 4:19-cv-00005-CDL   Document 37-3   Filed 08/07/20   Page 4 of 4