COURTROOM AND DEPOSITION TESTIMONY

KRIS SPERRY, M. D.

| Date | Case Name, Number and Location | Attorney | Testimony Type |
|------|--------------------------------|----------|----------------|
| 1/13/15 | McGlone vs. Kaiser, et al<br>Montgomery Co., MD., Circuit Court<br>Civil Action No. 384520-V | Scott Perry<br>Arlington, Virginia | Deposition<br>Plaintiff |
| 1/15/15 | Linn vs. Patel, et al<br>Kanawha County Circuit Court<br>Civil Action No. 12-C-634 KAN | Scott Segal<br>Charleston, WV | Deposition<br>Plaintiff |
| 2/4/15<br>(706) | Machin vs. Carus Corp., et al<br>U. S. Dist. Court, South Carolina<br>Columbia Div.; Civil Action No. 3:12-CV-02675-JFA | Arthur Davidson<br>Augusta, Ga. | Trial<br>Defense |
| 2/6/15 | Mondelli (Sekerka) vs. Ung, et al<br>Dupage Co., Ill., 18th Jud. Circuit<br>No. 2010 L 1414 | Mark Meyer<br>Warrenville, Ill. | Deposition<br>Defense |
| 2/9/15<br>(707) | State of Kansas vs. Daniel Perez<br>18th Jud. Dist., Sedgwick Co., KS<br>Case No. 2011CR002619 | Kim Parker<br>ADA, Sedgwick Co. | Trial<br>State of Kansas |
| 2/13/15 | Trujillo (Thompson) vs. Presbyterian<br>Hosp., et al; 1st Jud. Dist. Court, Rio<br>Arriba Co., NM; No. D-117-CV-2013-00306 | Brenda Saiz<br>Santa Fe, NM | Deposition<br>Defense |
| 2/19/15<br>(708) | State of Georgia vs. Thanquarius Calhoun<br>Franklin Co. Superior Court<br>Case No. 14FR134M (2013-1010585) | Brian Atkinson<br>ADA, Northern Jud. Cir. | State of Georgia<br>Trial |
| 3/26/15 | Vilchis vs. El Noa Noa, Inc.<br>Dekalb Co. State Court, Georgia<br>No. 13A-48502-3 | W. Calvin Smith<br>Atlanta, Ga. | Deposition<br>Plaintiff |
| 3/31/15 | Ruiz vs. Riverside Med. Ctr., et al<br>21st Jud. Circuit Court, Kankakee Co.<br>No. 09 L 83 | Mark Munninghoff<br>Chicago, Ill. | Deposition<br>Plaintiff |
| 4/7/15<br>(709) | State of Kansas vs. Martin Miller<br>Douglas Co., Kansas, Superior Court<br>04CR1246 | Mark Simpson<br>ADA, Douglas County | Trial<br>State of Kansas |
| 4/22/15 | Pointer (Scott) vs. Heart Ass., et al<br>Baltimore City Circuit Court<br>Case No. 24-C-14-003228 | David Ellin<br>Reisterstown, MD | Deposition<br>Plaintiff |
| 4/29/15 | Whaley (Krier) vs. Sharp<br>16th Jud. Dist Court, Clark Co., KS<br>Case No. 10 CV 8/10 CV 9 | Lynn Johnson<br>Kansas City, MO | Deposition<br>Plaintiff |

EXHIBIT
0003

| | | | |
|---|---|---|---|
| 5/6/15 | Chandler vs. Palker, et al<br>17th Jud. Dist., Broward Co., FL<br>Case No.:  12-23460 (21) | Brian Russell<br>North Palm Beach, FL | Deposition<br>Defense |
| 5/12/15<br>(710) | Bunner vs USA<br>U. S. Dist. Ct., South. Dist. of W.V. at<br>Charleston; Civil Action No.:  6:13-20655 | John Horn<br>AUSA, Charleston, WV | Trial<br>Defense |
| 6/30/15 | Lockett vs Abernathy Fun. Home, et al<br>Marengo Co., AL., Circuit Court<br>Civil Action No. CV2014-900042 (GBI case) | Keith Belt<br>Birmingham, AL | Deposition<br>State of Georgia |
| 7/22/15 | Espinosa (Saenz) vs. M. Sinai Med Ctr., etc<br>11th Jud. Ct., Miami-Dade County, Fl.<br>Case No. 14-25597 CA 02 | Sean Cleary<br>Miami, Fl. | Deposition<br>Plaintiff |
| 7/24/15 | Madsen vs. Cabe, et al<br>Toombs Co., Ga., Superior Court<br>Civil Action No. 12-CV-837 | J. D. Daniel, III<br>Macon, Ga. | Deposition<br>Defense |
| 7/31/15 | Ayyad vs Mehta, et al<br>Cook Co., IL, Circuit Court<br>No. 12 L 7906 | Christopher Sofia<br>Warrenville, IL. | Deposition<br>Defense |
| 8/5/15<br>(711) | Trujillo (Thompson) vs. Ryan, et al<br>Rio Arriba Co., 1st Judicial Court, N.M.<br>Cause No. D-117-CV-2013-00306 | Jeffrey Croasdell<br>Albuquerque, N. M. | Trial<br>Defense |
| 8/7/15<br>(712) | Wright vs. Ashcomb<br>18th Judicial Dist., Sedgewick Co., KS<br>Case No. 11 CV 2978 | David Morantz<br>Kansas City, Mo. | Trial<br>Plaintiff |
| 8/14/15 | Truesdale vs. Presbyterian Health, et al<br>2nd Jud. Dist., Bernalillo Co., N.M.<br>Cause No. D-202-CV-2013-08761 | Charles Purcell<br>Albuquerque, N. M. | Deposition<br>Defense |
| 8/31/15<br>(713) | Soumahoro vs. Ashbridge, et al<br>Philadelphia Co., Court of Common Pleas<br>Case No. 131203702 | Francis Curran<br>Media, Pa. | Trial Video<br>Plaintiff |
| 9/3/15<br>(714) | Mosely (Mayfield) vs. Childrey, et al<br>Lowndes Co., MS., Circuit Court<br>Civil Action No. 2013-0116-CV1 | Gordon Flowers<br>Columbus, Ms. | Trial<br>Defense |
| 9/10/15<br>(715) | Hensley vs. Methodist Healthcare, et al<br>U. S. Dist. Court, West. Dist. Tenn.<br>2:13-CV-02436-STA-cgc | Darrell Baker<br>Memphis, Tn. | Trial<br>Defense |
| 10/7/15<br>(716) | State vs. Brown, Evans, Kenny<br>Chatham Co. Superior Court, Savannah, Ga.<br>CR15-1397, 96, and 95 (2014-6006596) | Christy Barker<br>ADA, Savannah, Ga. | Trial<br>State of Georgia |
| 10/28/15<br>(717) | McGlone vs. Kaiser, et al<br>Montgomery Co., MD, Circuit Court<br>Civil Action No. 384520-V | Scott Perry<br>Arlington, VA. | Trial<br>Plaintiff |

| | | | |
|---|---|---|---|
| 11/5/15 | Corbett vs. Juvvadi, et al<br>5th Jud. Cir. Court, Hernando Co., Fl<br>Case No. CA-2013-311 | Brendan Rowe<br>Tampa, Fl. | Deposition<br>Defense |
| 11/9/15 | Call/Crawford vs. Dawson, et al<br>Kanawha Co., W.V., Circuit Court<br>Civil Action No:  11-C-533 | Scott Segal<br>Charleston, W.V. | Deposition<br>Plaintiff |
| 12/2/15<br>(718) | State of Ga. vs. Shubert<br>Franklin Co., Ga., Superior Court<br>Case No. 13FR025M (2013-1003301) | Parkes White<br>DA. Franklin Jud. Circt. | Trial<br>State of Georgia |
| 12/10/15 | Mitchell (Buchanan) vs McKethen, et al<br>U. S. Dist. Ct., Northern Dist FL, Panama<br>City, Fl.  Case No. 5:14-CV-157 | James Cook<br>Tallahassee, FL | Deposition<br>Plaintiff |
| 12/16/15<br>(719) | Corbett vs. Hernando HMA, et al<br>5th Jud. Dist., Hernando Co., Fl.<br>Case No. CA-2013-311 | Ron Josepher<br>Tampa, Fl. | Trial<br>Defense |
| 12/17/15 | Cole vs. Adventist Rehab of MD<br>Montgomery Co., MD., Circuit Court<br>Case No. 397702-V | Tom Mitchell<br>Washington, D.C. | Deposition<br>Plaintiff |

| | | | |
|---|---|---|---|
| 1/18/16 | Collins vs. Jefferson Co. Board of Ed.<br>Jefferson Co., TN., Circuit Court<br>No. 22,782 | Jonathan Taylor<br>Knoxville, TN. | Deposition<br>Defense |
| 2/2/16 | Johnston (Barnette) vs. Springhill Hospitals<br>Mobile Co., Ala, Circuit Court<br>Civil Action No.: CV-2014-901780 | Bryan Smith<br>Mobile, AL | Deposition<br>Defense |
| 4/12/16 | Maldonado (Martinez) vs. Dennis, et al<br>17th Jud. Dist., Broward Co., FL.<br>Case No. 12-031136 (02) | Trisha Widowfield<br>Fort Lauderdale, Fl. | Deposition<br>Defense |
| 4/13/16 | Collins vs. Pratt RMC, et al<br>30th Jud. Dist., Pratt Co., Kansas<br>Case No. 2013 CV 10 | Lisa McPherson<br>Wichita, Kansas | Deposition<br>Defense |
| 4/15/16<br>(720) | State of Georgia vs. Justin Lee<br>Morgan County Superior Court<br>Case No. 2014CC143 (GBI 2014-1006774) | Robert Rubin<br>Decatur, Ga. | Trial<br>Defense |
| 4/21/16 | Rodgers (Proffit) vs. Smith, Weisner, et al<br>18th Jud. Dist., Sedgewick Co., KS<br>Case No. 15 CV 0273 | Steve Gorney<br>Kansas City, MO. | Deposition<br>Plaintiff |
| 4/22/16 | Graham vs. Ridley, et al<br>Richland Co., SC., Court of Common Pleas<br>Civil Action No.:  14-CP-40-7930 | Benson Griggers<br>Columbia, SC | Deposition<br>Defense |

| | | | |
|---|---|---|---|
| 5/20/16 | Bullington vs. Prebyterian Healthcare, et al<br>Bernalillo Co., NM, 2nd Jud. Dist. Court<br>No. D-202-CV-2015-02590 | Mary Boehm<br>Albuquerque, N. M. | Deposition<br>Defense |
| 6/8/16<br>(721) | U. S. A. vs. Charles Wilson, III<br>File No. 24561122022103<br>Houston Co., Ga., Courthouse  (in lieu of WRAFB) | USAF Defense<br>Warner Robins USAF | Court Martial<br>Defense |
| 6/13/16 | Neal vs. USA<br>U. S. Dist. Court of Maryland<br>Civil Action No. 8:15-cv-01385-TDC | David Mitchell<br>Washington, D.C. | Deposition<br>Plaintiff |
| 6/14/16 | Higgins vs Las Cruces Med. Ctr., et al<br>Bernalillo Co., NM., 2nd Jud. Dist. Court<br>No:  D-202-CV-2014-04438 | Hari Amrit-Khalsa<br>Albuquerque, N.M. | Deposition<br>Defense |
| 6/28/16 | Colon vs. Adventist H.S., et al<br>9th Jud. Circuit Court, Osceola Co., FL<br>Case No:  2014-CA-650 | Alan Landerman<br>Ft. Lauderdale, FL. | Deposition<br>Plaintiff |
| 8/18/16 | Chestnut (Carroll) vs. CHC, Inc., et al<br>U. S. Dist. Court, Middle Dist. of Ga.,<br>Columbus Division (Civil Action No. 4:15-CV-166-CDL; 2013-1023221) | Craig Jones<br>Decatur, Ga. | Deposition<br>Plaintiff |
| 8/24/16 | Wallbro vs. Nolte, et al<br>1st. Jud. Dist., Santa Fe County, N.M.<br>No. D-101-CV-2015-01783 | Rosario Vega Lynn<br>Albuquerque, N.M. | Deposition<br>Plaintiff |
| 8/29/16<br>(722) | Bullington vs. Pres. H.C., et al<br>2nd Jud. Dist., Bernallillo Co., N.M.<br>No. D-202-CV-2015-02590 | Harit Amrit-Khalsa<br>Albuquerque, N.M. | Trial<br>Defense |
| 9/9/16<br>(723) | Wright, et al, vs. Connell, et al<br>Warren Co., Miss., Circuit Court<br>Civil Action No. 14,0084-CI | Whit Johnson<br>Jackson, MS | Trial<br>Defense |
| 9/16/16 | McLean vs. Salamon, et al<br>11th Jud. Circuit, Miami-Dade Co., FL<br>Case No. 12-42792 CA 09 | H. K. "Skip" Pita<br>Miami, FL | Deposition<br>Plaintiff |
| 9/19/16 | Hesser (McGreevy) vs. ACMC, et al<br>Cook Co., IL, Circuit Court<br>Court No.:  2010 L 007148 | Mark Munninghoff<br>Chicago, IL | Deposition<br>Plaintiff |
| 9/20/16 | Neal vs. Floyd, et al<br>3rd Div., Fayette Circuit Court, KY<br>Civil Action No. 13-CI-221 | Kris Mullins<br>Lexington, KY | Deposition<br>Plaintiff |
| 9/26/16<br>(724) | State of Ga. vs. Huffman<br>Forsyth Co., Ga., Superior Court<br>Case No. 15-CR-314  (Criminal) | John Rife<br>Marietta, Ga. | Trial<br>Defense |
| 10/6/16<br>(725) | Lyas vs Forrest General, et al<br>Forrest Co., Mississippi<br>Civil Action No. CL-11-0205 | J. Robert Ramsey<br>Hattiesburg. MS | Trial<br>Defense |

| | | | |
|---|---|---|---|
| 11/7/16 (726) | State of Texas vs. Daniel Politte Ft. Bend County Dist. Court, Div. 400 Case No. 14-DCR-066326 | Stephen Doggett Richmond, TX | Trial Defense |
| 11/7/16 (727) | State of Ga. vs. Joshua Mormant Richmond Co. Superior Court #2015R01221  (2015-1009810) | Rex Myers ADA, Augusta, Ga. | Trial State of Georgia |
| 11/11/16 (728) | State of Ga. vs. Vince Harris, Sr. Muscogee Co. Superior Court SU-16-CR-1048 (2012-1004437) | George Lipscomb ADA, Muscogee County | Trial State of Georgia |
| 11/16/16 (729) | Neal vs. Floyd, et al Fayette Cir. Ct., 3rd Div., Lexintgon, Ky; Civil Action No. 13-CI-221 | Kris Mullins Lexington, KY. | Trial Plaintiff |
| 12/2/16 | Hernandez vs. IMC Group, et al 11th Jud. Circtuit, Miami-Dade, FL Case No.: 2015-026199-CA-01 | H. K. "Skip" Pita Miami, FL | Deposition Plaintiff |
| 12/15/16 | Hancock vs. Minn. Life Ins. Co. U.S. Dist. Court, Western Dist. of Louisiana; Alexandria Division  No.1:16-CV-00361 | Richard Conrad Jackson, MS | Deposition Defense |
| 1/19/17 (730) | State of Alabama vs Stevi and Circuit Court of   Tuscaloosa, AL. Tuscaloosa, Alabama; Case No. CC-2015-1159 MBA | John Brasfield Defense | Trial |
| 1/24/17 (731) | Wallbro vs. Nolte 1st Jud. Dist., State of N.M., Santa Fe County; No. D-101-CV-2015-01783 | Rosario Vega Lynn Albuquerque, N.M. | Trial Plaintiff |
| 1/25/17 (732) | Call vs. Subaru of America Circuit Court, Kanawha Co., WV Civil Action No. 11-C-533 | Scott Segal Charleston, W.V. | Trial Plaintiff |
| 1/26/17 (733) | State of Texas vs. Jekaris Bryant Brown Co., Tx, 35th Jud. Dist. Court Cause Number CR24265 (murder) | Judson Woodley Comanche, TX. | Trial Defense |
| 2/7/17 (734) | State of New Mexico vs Romero 2nd Jud. Dist. Court, Bernalillo Co., NM Case No. CR 16-1-1724  (Evidentiary Hearing) | Sophie Cooper N.M. Public Defender | Hearing Defense |
| 2/9/17 (735) | State of Georgia vs Michael Bowman Spalding County Superior Court Case Number 15R-457 (2014-1012265) | Spalding Circuit DA Griffin, Ga. | Trial State of Georgia |
| 4/19/17 (736) | American Samoan Government vs. Galen Leasiolagi DCCR No. 176-14 | Michael White Public Defender American Samoa | Trial Defense |
| 5/1/17 (737) | State of Ga. vs. Arico Andrews Oconee Co. Superior Court Case No. 2016-CR-0200 | John Donnelly Public Defender Athens, Ga. | Trial Defense |

| | | | |
|---|---|---|---|
| 5/12/17 | Poole (estate of) vs Macon-Bibb Co, et al<br>U. S. Dist. Ct. Northern  Dist. Ga.<br>Case No. 1:14-CV-00892-AT | Craig Jones<br>Decatur, Ga. | Deposition<br>Plaintiff |
| 6/12/17 | Bravo vs. Conner, et al<br>Hall County Superior Court<br>Civil Action No. 2014CV2560C | Edward Long, Jr.<br>Macon, Ga. | Deposition<br>Plaintiff |
| 7/24/17 | Phounsy/Nguyen vs San Diego Co., et al<br>U. S. Dist. Court, Southetn Dist. of CA<br>No. 15cv2692H(MDD) | Brody McBride<br>SolanaBeach, Ca. | Deposition<br>Plaintiff |
| 8/15/17<br>(738) | United States vs. EM2 Jimmy Barlow<br>U. S. Military Courts, Seattle, WA. | Colby Vokey<br>Dallas, Texas | Motion Hearing<br>Defense |
| 8/17/17<br>(739) | State of Alabama vs. Eric Blackerby<br>Columbiana, AL, Superior Court<br>CC15-917 | Erskine Mathis<br>Birmingham, AL | Trial<br>Defense |
| 8/31/17<br>(740) | State of Georgia vs. Victoria Rickman<br>Dekalb Co. Superior Court, Decatur, Ga.<br>Case No. 13-CR-5228-6 | Amada Clark-Palmer<br>Atlanta, Georgia | Trial<br>Defense |
| 9/6/17 | Estate of Smart vs. Wichita, KS, et al<br>U. S. Dist. Court, District of Kansas<br>Case No. CV-02111-EFM-JPO | J. Steven Pigg<br>Topeka, Kansas | Deposition<br>Defense |
| 9/8/17 | Adams (Barton) vs. Riboni, et al<br>San Miguel Co., N.M., 4th Dist. Court<br>No. D-412-CV-2016-00268 | Ray Vargas II<br>Albuquerque, N.M. | Deposition<br>Plaintiff |
| 10/9/17 | Pandolfo (Cubbage) vs. Kime, et al<br>Rockingham Co., Va., Circuit Court<br>Civil Case No. CL15-421 | James Mayson<br>Staunton, Va. | Deposition<br>Defense |
| 10/11/17 | Carter (Erickson) vs. Suri, et al<br>Johnson Co., KS, District Court<br>Case No. 17CV01068 | Lynn Johnson<br>Kansas City, Mo. | Deposition<br>Plaintiff |
| 10/17/17 | Galbo vs. St. Thomas Rutherford Hosp.<br>Rutherford Co., Tenn, Circuit Court<br>No. 69762 | David Randolph Smith<br>Nashville, TN. | Deposition<br>Plaintiff |
| 11/2/17<br>(741) | State of Texas vs. Chiron Francis<br>Fort Bend, Tx., Dist. Court; 268th<br>Judicial District; No. 14-DCR-066778 | L. T. Bradt<br>Sugar Land, Tx. | Trial<br>Defense |
| 11/16/17<br>(742) | Buelow vs. Clarkson<br>University of Mississippi Title IX<br>Administrative Hearing | James Pettis III<br>Jackson, MS. | Hearing<br>Respondent |
| 11/29/17 | Curry vs. City of Los Angeles, et al<br>U. S. Dist. Court, Central District of<br>California; No. 2:16 CV 04125 | Chris Morris<br>San Diego, Ca. | Deposition<br>Plaintiff |

| | | | |
|---|---|---|---|
| 11/20/17 | Dyksma vs. Pierson, et al<br>U. S. Dist. Court, Middle Dist. of<br>Georgia, Columbus Div.; Civil Action File No. 4:17-CV-00041-CDL | Craig Jones<br>Decatur, Ga. | Deposition<br>Plaintiff |
| 12/13/17<br>(743) | United States vs. EM2 Jimmy Barlow<br>USCG General Court Martial, Coast Guard<br>Island, Alameda, California | Colby Vokey<br>Dallas, TX. | Court Martial<br>Defense |
| 1/5/18 | Waldron (Ybarra) vs. Marion Co. Sheriff<br>U. S. Dist. Court, Middle Div. Florida,<br>Ocala Division; Case No. 5:16-CV-658-OC-32-prl | John Green<br>Ocala, FL | Deposition<br>Defense |
| 1/19/18 | Ricks-Ngwayah vs. Advocate Health, et al<br>Cook County Circuit Court<br>No. 14 L 12504 | Becker Law Firm<br>Cleveland, OH | Deposition<br>Plaintiff |
| 1/24/17<br>(744) | State of Georgia vs Adam Reeves<br>Dawson County Superior Court<br>Case No. 2017 CR 0067 | Jerry Carter, Jr.<br>Gainesville, Ga. | Trial<br>Defense |
| 2/1/18<br>(745) | State of Georgia vs Frank Selkirk<br>Henry County Superior Court<br>Case No. CR 15-004694 | Richard Schrade<br>McDonough, Ga. | Trial<br>Defense |
| 2/21/18 | Roark (Lakin) vs. Cooper, Faudere, et al<br>13th Jud. Dist, Dist. Court, Butler Co., KS<br>Case No. 15-CV-288 | Lisa McPherson<br>Wichita, KS | Deposition<br>Defense |
| 3/2/18 | Stone (Cox) vs Henry, Feipel, et al<br>U. S. Dist. Court, Southern Dist. Florida<br>Case No. 2:17-CV-14177/ROSENBERG | James Cook<br>Tallahassee, FL. | Deposition<br>Plaintiff |
| 3/7/18 | Wilson vs Douglasville, et al<br>U. S. Dist. Court, Northern Dist. of Ga.,<br>Atlanta Div.; Civil Action File No. 1:17-CV-00634-ELR | Brian Spears<br>Atlanta, Ga. | Deposition<br>Plaintiff |
| 3/21/18<br>(746) | State of Georgia vs. Gaillard<br>Dougherty County Superior Court<br>Case No. SUCR-2007-397 | Jason Sheffield<br>Decatur, GA. | State of Georgia<br>Defense |
| 4/6/18<br>(747) | Ruiz vs. Anand<br>21st. Jud. Circuit, Kankakee Co., State of<br>Illinois; No. 09 L 83 (video for testimony presentation at trial) | Mark Munninghof<br>Chicago, IL | Trial<br>Plaintiff |
| 4/12-13/18<br>(748) | State of Georgia vs. Leslie Nichols<br>Forsyth County Superior Court<br>Case No.:14CR-0064-3 (Motion for New Trial) | Jason Sheffield<br>Decatur, GA | Hearing<br>Defense |
| 4/19/18<br>(749) | State of Georgia vs. Jones<br>Chatham Co. Superior Court<br>SPCR17-02698J1 (2004-1014680) | Isabel Pauley<br>ADA. Savannah, Ga. | State of Georgia<br>Trial |

| | | | |
|---|---|---|---|
| 4/24/18 (750) | Curry vs. City of Los Angeles, et al U.S. Dist. Court, Central Dist. of California Case No. 2:16-CV-04125-DSF | Christopher Morris San Diego, CA. | Trial Plaintiff |
| 5/16/18 (751) | State of Kansas vs. Andrew Gibson Riley County District Court, Manhattan, KS.  2016-CR-000260 | Sarah Ikena Public Defender | Trial Defense |
| 6/21/18 (752) | State of Georgia vs. Billy Jones Monroe County Superior Court Forsyth, Ga.  Case No. 2018-CR-18 | Allen Knox Towaliga Ct. PD Office | Trial Defense |
| 6/27/18 (753) | State of Georgia vs. Jesus Guerrero Toombs Co., Superior Court, Lyons, Ga. Case No. 16-CR-103 | David Pittman Lyons, Ga. | Trial Defense |
| 6/29/18 (754) | State of Georgia vs. Sean Evans Spalding Co. Superior Court, Griffin, Ga.  Case No. 16-006186 (2016-1024089) | Jordan Van Matre McDonough, Ga. | Trial Defense |
| 7/12/18 (755) | State of Ohio vs Angie Walker Lucas Co. Superior Court, Toledo, OH Case No. CR 17-1781 | Lorin Zaner Toledo, OH | Trial Defense |
| 7/27/18 | Pittman vs. Cohen, et al Cook Co., Ill, Circuit Court No. 16 L 5869 | Mark Munninghof Chicago, IL. | Deposition Plaintiff |
| 8/2/18 (756) | State of New Mexico vs. Tony Gonzalez Chavez County Magistrate Ct. No. M7FR201700532 | Richard Pugh Albuquerque, N. M. | Trial Defense |
| 8/9/18 (757) | State of Georgia vs. Amy Auve Lowndes County Superior Court, Valdosta, Ga.  Case No. 2018CR20 | Rex Wisenbacker PD, Valdosta, Ga. | Trial Defense |
| 8/28/18 | Wheeler/Konrad vs. U. S. A. U. S. Dist. Court, Dist. of Kansas Case No. 2:17-CV-02249-JTM-JPO | David Morantz Kansas City,  Mo. | Deposition Plaintiff |
| 8/29/18 | Meeks vs. Newcomb, et al U. S. Dist. Court, Northern Dist. of Ga. Civil Action File No. 3:16-CV-0193-TCB | Joseph White Atlanta, Ga. | Deposition Defense |
| 12/18/18 | Dillon vs. Maxus Properties, et al U. S. District Court, Eastern District of Arkansas, Western Div.  No. 4:17CV00813-JLH | Paul James Little Rock, AR | Deposition Plaintiff |

---

| | | | |
|---|---|---|---|
| 1/31/19 | Simms (Baker) vs. Corizon, et al U. S. Dist. Ct. Northern Dist. of Fl. Pensacola Div., Case No. 3:17-cv-743-MCR-CJK | James Cook Tallahassee, FL | Deposition Plaintiff |

| | | | |
|---|---|---|---|
| 3/1/19 | Pugh vs. Stephens<br>Pike Circuit Court, Div. 1,<br>Commonwealth of Kentucky; Civil Action No. 14-CI-00861 | Kris Mullins<br>Lexington, KY | Deposition<br>Plaintiff |
| 3/27/19<br>(758) | State of Georgia vs. Cara Harper<br>Douglas County Superior Court,<br>Douglasville, Ga.  Case No. 17CR00045-A | Frank Winn<br>Douglasville, Ga. | Trial<br>Defense |
| 4/3/19<br>(759) | State of Georgia vs. Shantony Tucker<br>Warren County Superior Court,<br>Warrenton, Ga.  Case No. 18CR0002 | John Lewis<br>Martinez, Ga. | Trial<br>Defense |
| 4/9/19 | Sollars/Hoover vs. Buchinger, et al<br>Clay County, Mo., Circuit Court<br>Case No. 13CY-CV 01587 | Lynn Johnson<br>Kansas City, Mo. | Deposition<br>Plaintiff |
| 5/1/19<br>(760) | Pittman (Taylor) vs. Cohen, et al<br>Cook County, Il., Law Division<br>C. V. No. 16 L 5869 (video for presentation at trial) | Mark Munninghof<br>Chicago, Il. | Trial<br>Plaintiff |
| 5/3/19 | State of Florida vs. Todd<br>20th Judicial Circuit, Lee County, Fl<br>Case No. 17-000311CF (MOS); Criminal Division | Philadelphia Beard<br>Ft. Myers, Fl. | Deposition<br>Defense |
| 5/23/19<br>(761) | State of Alabama vs. Dickerson<br>Jefferson Co. Circuit Court,<br>Birmingham Division; Case No. CC-2017-2840 | William Myers<br>Birmingham, Al. | Trial<br>Defense |
| 5/28/19<br>(762) | Ricks-Ngwayah II vs Advocate Health, et al<br>Cook County, Il., Circuit Court; Law<br>Division; CAF No. 14 L 12504 | Michael Becker<br>Elyria, Ohio | Trial<br>Plaintiff |
| 6/5/19<br>(763) | State of Georgia vs. Daniel Vallejo<br>Paulding County Superior Court<br>Case No. 16-CR-686 | Jason Sheffield<br>Decatur, Ga. | Trial<br>Defense |
| 7/25/19<br>(764) | State of Georgia vs. Jennifer Rosenbaum<br>Henry County Superior Court<br>Case No. 2017-54-CR-1077-BA | Corinne Mull<br>Decatur, Ga. | Trial<br>Defense |
| 7/26/19 | Taylor vs Fedex Ground, et al<br>Saline County, Ks., Circuit Court<br>Case No. 2018-CV-000191-TO | Scott Nutter<br>Kansas City, Mo. | Deposition<br>Plaintiff |
| 8/13/19<br>(765) | State of Georgia vs. Hounkpatin<br>Gwinnett Co. Superior Court<br>Case No. 14-B-3628-5/19-B-01905-5 | Don Geary<br>Lawrenceville, Ga. | Trial<br>Defense |
| 8/23/19 | Marziale vs. CCS, Cook, et al<br>U. S. Dist. Court, Eastern Dist. of<br>Arkansas, Western Division | Andrew Clarke<br>Memphis, Tenn. | Deposition<br>Plaintiff |
| 10/25/19<br>(766) | State of Alabama vs. Kenneth McKinnis<br>Houston Co., Alabama, Circuit Criminal<br>Court; 38-CC-2006-001431.80 | Dustin Fowler<br>Dothan, Al. | Trial<br>Defense |

| | | | |
|---|---|---|---|
| 10/28/19 (767) | State of Georgia vs. Guzman-Perez Gwinnett Co. Superior Court 16-B-00028-7 | Lynn Kleinrock Tucker, Ga. | Hearing (PCR) Defense |
| 11/7/19 (768) | State of Tennessee vs. Darwin Reid Madison Co, TN., Circuit Court Docket No. 18-756 | Kortney Simmons Jackson, Tn. | Trial Defense |
| 11/22/19 (769) | State of New Mexico vs. Joe Armenta 2nd Judicial Court, Bernalillo Co. No. D-202-CR-2019-000325 | Cherylinn Gunning Albuquerque, N. M. | Trial Defense |
| 11/25/19 | Walton vs. FDOC, et al U. S. District Court, Middle Dist. Of Florida, Jacksonville Division | James Cook Tallahassee, Fl. | Deposition Plaintiff |

---

| | | | |
|---|---|---|---|
| 1/25-26/2020 (770) | State of Washington vs. Holliday Kitsap County Superior Court No. 17-1-01720-18 | Curt Schultz Port Washington, WA. | Trial Defense |
| 4/8/2020 (771) | State of New Mexico, et al, in the matter of Santiago Fleming Case No. D-101-JQ 2019-00003 | Brian Ray Albuquerque, N.M. | Hearing Defense |