Official Report



**Division of Forensic Sciences**
**Georgia Bureau of Investigation**
**State of Georgia**

Headquarters
DOFS Case #:  2017-1000874
Report Date:  03/22/2017

George Herrin, Jr., Ph.D.      * NAME Accredited *
Deputy Director



**Requested Service:** Autopsy
  Agency:        Muscogee Co. Coroner
  Agency Ref#:
  Requested by:  C. Newton

**Case Individuals:**
  Victim: Hector Arreola



PLAINTIFF'S EXHIBIT
6
6/30/20

**Evidence:**
  2017-1000874-001            DECEDENT

**Results and Conclusions:**
  Evidence Submission: 001
    INTRODUCTORY REMARKS:

    In accordance with the Georgia Death Investigation Act, a complete autopsy is performed on the body identified as HECTOR ARREOLA at the Georgia Bureau of Investigation, Division of Forensic Sciences in Decatur, Georgia. The autopsy is performed by Lora Darrisaw, M.D.

    Examination date: Wednesday, January 11, 2017
    Examination time: 9:00 A.M.

    PRESENTATION OF BODY AND IDENTIFICATION:

    As received, the body is lying supine in a white body bag. At the time of presentation, two white sheets and two green absorbent pads are underneath the body.

    Body identification: "Hector Arreola" and "Hector Rodrigo Arreola" on identification tags on bag and right 1st toe and hospital identification bracelet on left wrist.

    Clothing items worn on or received with the body:
    1. Blue hospital gown

    Jewelry:
    None

    Personal effects:
    None

    Medications:
    None received

    EVIDENCE OF DIAGNOSTIC AND THERAPEUTIC INTERVENTION:

    An orogastric tube is inserted in the mouth, secured with adhesive tape.

    An endotracheal tube is inserted in the mouth, secured with a Velcro strap and oral stabilizer device.

    A neck brace encircles the neck.

    Gauze and adhesive tape cover a sutured injury on the lateral left supraorbital ridge (subsequently described).

An intravascular catheter is in the right lateral neck, secured with adhesive tape.

Five adhesive electrocardiogram patches are on the anterior torso.

A blood pressure cuff encircles the right arm.

An intravascular catheter is in the right antecubital fossa, secured with adhesive tape.

Needle puncture sites (2) are in the dorsal right hand, covered with gauze and adhesive tape.

An intravascular catheter is in the left antecubital fossa, secured with adhesive tape.

An intravascular catheter is in the left lateral neck, secured with adhesive tape.

A pulse oximeter probe is on the left 2nd finger.

A recent needle puncture site is on the dorsal left hand, covered with gauze and adhesive tape.

A urethral catheter is inserted in the penis and is secured to the right thigh with an adhesive holder. The attached collection container has a small amount of yellow-brown urine.

A rectal catheter is inserted in the anus and has a collection container that has approximately 500 cc of dark brown liquid stool.

IDENTIFYING MARKS AND SCARS:

Tattoos:
-19 x 13 cm monochromatic female figure, lateral left arm

Scars:
-3 x 2.5 cm irregular scar, left lateral upper face, adjacent to left eye
-2 x 1 cm irregular scar, right knee

EVIDENCE OF INJURY:

1. The left lateral supraorbital ridge has a 2 cm laceration that is closed with black sutures. The sutures are removed, and there is blood clot within the depths of the wound which gapes to a maximum width of 0.4 cm. The skin surrounding the left lateral edge of the wound features a 2.0 x 1.0 cm patchy red to dark red-black contused abrasion. The skin adjacent to the right upper end of the wound features a maximally 0.4 cm dark blue-purple contusion.
2. The medial left upper eyelid has maximally 1.0 cm dark purple ecchymosis.
3. The left lateral upper lip has a 1.1 x 1.0 cm dark purple contusion with focal dark brown crust formation.
4. The medial right arm has a 5.0 x 3.0 cm variable red-purple and peripherally faint blue contusion.
5. The medial right forearm has a 5.0 x 3.0 cm faint purple contusion, proximally.
6. The anterior right wrist has a 6.0 x 6.0 cm faint blue apparent contusion.
7. The dorsal right hand has an 8.0 x 6.5 cm red contusion that has maximally six superimposed linear red abrasions that vary from 0.2 to 0.6 cm. An apparent needle puncture site is also within this area.
8. The medial left arm has a 6.0 x 5.0 cm dark purple contusion and a separate 13.0 x 6.5 cm variable dark purple, red and faint blue contusion.
9. The anterior left forearm has a 6.0 x 4.0 cm faint purple contusion.
10. The medial left forearm has a 1.0 x 0.6 cm faint purple contusion and a 2.0 x 1.1 cm darker purple contusion.
11. The dorsal left forearm has a 1.0 cm aggregate of red-tan punctate scabs, proximally and two separate 0.2 cm red-tan scabs.
12. The dorsomedial left forearm has a 4.0 x 3.0 cm faint red contusion and a separate 0.5 x 0.3 cm red abrasion.

13. The anterior left wrist has a 7.0 x 4.0 cm red, focally purple contusion.
14. The dorsal left hand has a 5.0 x 3.0 cm red contusion within which is an apparent needle puncture site.
15. The dorsal left 4th finger has an isolated 0.3 cm linear red abrasion.
16. The medial right knee has a 2.3 x 1.5 cm red contusion proximally and a 2.0 x 1.5 cm patchy faint red abrasion, distally.
17. The medial right leg has a 3.0 x 0.6 cm red abrasion, proximally.
18. The medial left knee has a 3.0 x 2.0 cm patchy pale pink abrasion.
19. The anterolateral left leg has a 3.0 x 2.0 cm red contusion, proximally.
20. The left lateral back has a 5.0 x 2.6 cm dark purple mark within an area of lividity.
21. The central lower back has a 2.0 x 2.0 cm irregular purple mark within an area of lividity.
22. The inferior right buttock (maximally 4.0 cm) and left buttock (maximally 3.0 cm) have discolored red to red-tan regions and a few scattered punctate scabs.

The skin of the back and posterior arms and legs is incised and reflected. The following areas of subcutaneous hemorrhage are identified:

1. Maximally 6.0 cm, anterior right wrist.
2. Maximally 4.0 cm, anterior left wrist.
3. Maximally 3.5 cm, posterior left forearm.
4. Maximally 3.5 cm and 12.0 cm, anteromedial left upper arm.
5. Maximally 3.5 cm, anteromedial right upper arm.
6. Maximally 2.5 cm, midline lower back.

The incised and reflected skin of the scalp reveals a 4.5 x 4.0 cm region of hemorrhage involving the left frontal region underlying the previously described laceration. A 3.0 x 2.7 cm subscalpular hemorrhage involves the left lateral frontal scalp.

EXTERNAL EXAMINATION:

Race/Gender: White man
Weight: 235 pounds
Height: 73 inches
Recorded age: 30-years-old

Postmortem features:

Rigor: Fixed
Livor: Posterior distribution with occasional Tardieu spots
Decomposition: No decompositional changes

Head and Neck:

Hair: black, straight, 18 cm
Eyes: Brown irides, 0.7 cm dilated pupils, mildly congested sclerae and conjunctivae
Teeth: Natural in good repair
Ear piercing: No
Facial hair: 0.3 cm mustache and beard

The head is normocephalic. The nose is normally formed, and the septum is intact and midline. The oral cavity has moist mucous membranes. The nose and mouth are free of abnormal fluid or blood accumulation. The ears are normally formed.

The neck is normally formed, free of trauma and supple without palpable adenopathy or masses. The trachea is palpable in the midline.

Torso:

The chest has a normal anterior-posterior diameter and is stable to compression. The abdomen is flat and soft to palpation. There is no appreciable fluid collection. The back is

unremarkable, and the spine appears straight.

Extremities:

The upper and lower extremities are normally developed and have a normal number of digits. The extremities are free of palpable and visible fractures. The fingernails are worn at the level of the distal fingertips and mild dirt is beneath the nails. The feet and toes are unremarkable. The extremities have no appreciable marks or scars that are indicative of intravenous drug usage.

External Genitalia:

The external genitalia are that of a normal adult male. The testes are palpable in the scrotum. The penis is circumcised and free of abnormalities. The anus and perineum are unremarkable and free of injuries.

INTERNAL EXAMINATION:

The body is opened with the usual Y-shaped incision. The head is opened with the usual intermastoid incision.

Body cavities:

Chest cavity fluid collections: None  
Pericardium fluid collection: None  
Abdominal cavity fluid collections: None

The subcutaneous fat and musculature of the chest and abdomen are free of injuries. The sternum and chest plate are intact. The body cavities are free of adhesions. The diaphragm is normally formed and shows no defects. The visceral organs are in the normal anatomic position.

Neck:

The soft tissues, strap muscles and vital structures of the neck are free of injury. The hyoid bone and laryngeal cartilages are intact. The larynx and trachea are opened longitudinally and exhibit intact gray-tan mucosa and no obstruction by foreign objects. The epiglottis is not inflamed or swollen. The cervical spine and atlanto-occipital joint are stable to manipulation.

Cardiovascular System:

Heart weight: 460 grams  
Left ventricle measurement: 1.5 cm

The epicardium is smooth and shiny. The atria and ventricles are normally formed. No septal defects or other congenital abnormalities are seen. The ventricular myocardium is red-brown and has no infarcts either acute or remote. The cardiac valves, papillary muscles and chordae tendineae are normally formed and unremarkable. The coronary ostia arise normally from the sinuses of Valsalva. The coronary arteries have no atherosclerosis. The great vessels connect to the heart in a normal fashion and have no thrombi. The aortic arch branches arise in the usual fashion. The aorta has no atherosclerosis.

Respiratory System:

Right lung weight: 820 grams  
Left lung weight: 720 grams

The visceral pleural surfaces are smooth and shiny. The left medial upper lung has focal pleural hemorrhage (4 x 2 cm). The bronchi are unobstructed. The pulmonary vessels are free of thromboemboli. The cut surfaces have no infarcts, masses or palpable consolidation.

Gastrointestinal System:

Stomach contents: Small amount of dark brown-red fluid

The tongue has no injuries. The esophagus has an intact gray-white mucosa and is unobstructed to the stomach. The gastric mucosa is intact and has no masses, erosions or ulcers. The small and large intestines are grossly and palpably unremarkable. The rectal mucosa is intact and unremarkable. The appendix is present in the right lower abdominal quadrant.

The pancreas has a gray-tan lobulated parenchyma and is free of hemorrhage, fibrosis, fat necrosis and masses.

Hepatobiliary System:

Liver weight: 2240 grams

The liver has an intact capsule and prominent slightly firm tan-yellow parenchyma. The parenchyma has no focal lesions, nodularity or masses. The gallbladder has a normal mucosa and contains green viscous bile and no stones.

Genitourinary System:

Right kidney weight: 180 grams
Left kidney weight: 160 grams
Urine: Negligible yellow cloudy fluid

The kidney cortical surfaces are unremarkable. The cut surfaces, including the pyramids, calyces, pelves and vessels, are unremarkable. The bladder has a normal mucosa.

Reproductive System:

Prostate: Normal parenchyma
Testes: Normal parenchyma

Reticuloendothelial System:

Spleen weight: 120 grams

The spleen capsule is thin and intact. The cut surfaces have no focal lesions or masses. The lymph nodes of the mediastinal, hilar, abdominal and inguinal areas are unremarkable.

Endocrine System:

The right and left adrenals are of normal size and show no abnormalities. The thyroid gland has a uniform tan-brown parenchyma and is unremarkable.

Musculoskeletal System:

The axial and appendicular skeleton is unremarkable. The musculature is normally developed and unremarkable.

Neurologic System:

Brain weight: 1440 grams

The scalp is incised and reflected. There is subscalpular hemorrhage as previously described. The calvarium is intact. There are no epidural, subdural or subarachnoid hemorrhages. The dura and dural sinuses are unremarkable with no sinus thrombosis, hemorrhages or masses.

The surface of the brain shows a normal gyral pattern. The parenchyma displays moderate edema and mild congestion. The leptomeninges are clear and glistening. The cranial nerves and cerebral arteries are unremarkable. The coronal cut surfaces of the brain are unremarkable. The cut surfaces of the brainstem and cerebellum are unremarkable. The base of the skull is intact.

MICROSCOPIC EXAMINATION:

Microscopic examination is not performed.

OTHER PROCEDURES:

1. Air dried bloodstain card collected and held for serology.
2. Specimens collected for toxicology: iliac and heart blood, vitreous and liver
3. Identification and documentation photographs taken.
4. Tissue sections retained for histology, if required.
5. Evidence submitted: head hair and fingerprints

SUMMARY OF FINDINGS/PATHOLOGIC DIAGNOSES:

I. Methamphetamine toxicity (see separate toxicology report)

II. Cutaneous contusions with subcutaneous hemorrhage of the upper extremities including bilateral wrists

III. Cutaneous laceration of the left supraorbital ridge (status post suture closure)

IV. Occasional contusions and abrasions of lower extremities

V. Isolated contusion of lower back

VI. Apparent hepatosteatosis

VII. Isolated left upper lung pleural hemorrhage

OPINION/SUMMARY:

This 30-year-old Hispanic male, Hector Arreola, was reportedly involved in a struggle with law enforcement after they were called to his home for apparent paranoid behavior. He reportedly became unresponsive during transport to the hospital, where he was admitted to the intensive care unit. He subsequently died despite medical therapeutic intervention. The hospital records document a positive drug screen. The complete autopsy discloses cutaneous contusions predominantly of the arms and a laceration above the left eye that reportedly was sustained prior to the struggle with law enforcement. Internal examination reveals apparent fatty change of the liver and no other significant anatomic abnormalities. Additionally, no fatal traumatic injuries are identified. Methamphetamine and amphetamine are detected in the postmortem toxicology analysis. Following review of the autopsy findings and toxicology analysis in conjunction with the investigative information concerning the circumstances of his death, the cause of death is certified as methamphetamine toxicity. The manner of death in this instance is certified as accident.

CAUSE OF DEATH:

Methamphetamine toxicity

MANNER OF DEATH:

Accident

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

Lora Darrisaw
Dir. of Pediatric Pathology
404-270-8186

**Related Agencies:**

GBI-Medical Examiner-HQ DOFS
Muscogee Co. District Attorney
GBI-Reg. 02-Columbus
Chattahoochee Judicial Circuit

ACN: DARRISAW

ACN: 0201723417

**End of Official Report**