# Official Report



Division of Forensic Sciences
Georgia Bureau of Investigation
State of Georgia

Headquarters
DOFS Case #:   2017-1000874
Report Date:   03/24/2017

George Herrin, Jr., Ph.D.
Deputy Director

ASCLD/LAB-International
Accredited Testing Laboratory



**Requested Service:** Glass
  Agency:        GBI-Reg. 02-Columbus
  Agency Ref#:   0201723417
  Requested by:  D. Jury

**Case Individuals:**
  Victim: Hector Arreola


PLAINTIFF'S EXHIBIT 8

**Evidence:**
On 01/12/2017, the laboratory received the following evidence from the GBI-Reg. 02-Columbus via Lockbox.
  2017-1000874-008      Sealed package containing one fragment of glass. AA47520

**Results and Conclusions:**
Item 8 was examined for the purpose of characterizing the type of glass present.

Item 8 contains one fragment of questioned glass.

Examination of the physical, optical, and chemical characteristics of this questioned fragment (Item 8) reveals it is full thickness, light green in color, non-tempered, non-float, sheet glass. Because it displays the properties of a non-float method of manufacture the questioned glass fragment is not typical of automotive sheet glass.

METHODS OF ANALYSIS:

Examinations were performed visually, by stereo microscopy, polarized light microscopy, ultraviolet fluorescence, micrometry, laboratory annealing/refractive index determination and x-ray fluorescence spectroscopy.

---

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

Michael P. McCarriagher
Manager, Trace Evidence
404-270-8266
Michael.McCarriagher@gbi.ga.gov

Division of Forensic Sciences
Georgia Bureau of Investigation

Continued
2017-1000874: Glass

Related Agencies:
GBI-Medical Examiner-HQ DOFS
Muscogee Co. District Attorney
Muscogee Co. Coroner
Chattahoochee Judicial Circuit

ACN: DARRISAW

**End of Official Report**