Official Report



**Division of Forensic Sciences**
**Georgia Bureau of Investigation**
**State of Georgia**

Headquarters

DOFS Case #:    2017-1000874
Report Date:    01/19/2017

George Herrin, Jr., Ph.D.              ASCLD/LAB-International
Deputy Director                        Accredited Testing Laboratory



Requested Service: Blood Alcohol - Postmortem
    Agency:        Muscogee Co. Coroner
    Agency Ref#:
    Requested by:  C. Newton

**Case Individuals:**
    Victim: Hector Arreola

**Evidence:**
    On 01/11/2017, the laboratory received the following evidence from the Muscogee Co. Coroner via Lockbox.
    2017-1000874-002        Sealed alcohol collection kit containing four tube(s) containing blood identified as collected from Hector Arreola.
    On 01/12/2017, the laboratory received the following evidence from the GBI-Medical Examiner-HQ DOFS via Lockbox.
    2017-1000874-004        Sealed plastic bag(s) containing the following items identified as collected from Hector Arreola.
    2017-1000874-004A       Four tubes containing heart blood
    2017-1000874-004B       One tube(s) containing iliac blood
    2017-1000874-004C       One jar containing liver
    2017-1000874-004D       Two tube(s) containing vitreous fluid

**Results and Conclusions:**
    **Subm#: 004B**
    1)    Ethyl Alcohol Result by Gas Chromatography:  negative

**Measurement Uncertainty:**
    Estimations of measurement uncertainty for ethyl alcohol, methyl alcohol, isopropyl alcohol and acetone concentrations are reported at a coverage probability of 99%.

Only those items discussed in the results above were analyzed for this report.  The above represents the interpretations/opinions of the undersigned analyst.  Evidence analyzed in this report will be returned to the submitting agency.  Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

**PLAINTIFF'S EXHIBIT**
9
6/30/20    TAM

*Kasey Wilson*

Kasey Wilson
Forensic Toxicologist
404-270-8233
Kasey.Wilson@gbi.ga.gov

**Related Agencies:**
    GBI-Medical Examiner-HQ DOFS                        ACN: DARRISAW

Muscogee Co. District Attorney
GBI-Reg. 02-Columbus
Chattahoochee Judicial Circuit

ACN: 0201723417

**End of Official Report**