## Official Report



Division of Forensic Sciences
Georgia Bureau of Investigation
State of Georgia

George Herrin, Jr., Ph.D.
Deputy Director

ASCLD/LAB-International
Accredited Testing Laboratory

Headquarters
DOFS Case #:  2017-1000874
Report Date:  01/26/2017





PLAINTIFF'S EXHIBIT 10 6/30/22

Requested Service: Toxicology - Postmortem
Agency: Muscogee Co. Coroner
Agency Ref#:
Requested by: C. Newton

Case Individuals:
  Victim: Hector Arreola

### Evidence:

On 01/11/2017, the laboratory received the following evidence from the Muscogee Co. Coroner via Lockbox.

  2017-1000874-002    Sealed alcohol collection kit containing four tube(s) containing blood identified as collected from Hector Arreola.

On 01/12/2017, the laboratory received the following evidence from the GBI-Medical Examiner-HQ DOFS via Lockbox.

  2017-1000874-004    Sealed plastic bag(s) containing the following items identified as collected from Hector Arreola.
  2017-1000874-004A   Four tubes containing heart blood
  2017-1000874-004B   One tube(s) containing iliac blood
  2017-1000874-004C   One jar containing liver
  2017-1000874-004D   Two tube(s) containing vitreous fluid

### Results and Conclusions:

Drug Screen Results by:  Immunoassay

| Subm#: | Drug Screen Classification | Result |
|---|---|---|
| 004B | blood-barbiturates | Negative |
|  | blood-cannabinoids (marijuana) | Negative |
|  | blood-certain benzodiazepines | Negative |
|  | blood-cocaine/cocaine metabolites | Negative |
|  | blood-common opioids | Negative |

**Drug Confirmation Results**

Submission 002
1) Positive, methamphetamine, 0.90 mg/L (+/- 0.21 mg/L) {GC/MS}
2) Positive, amphetamine, 72 µg/L {GC/MS}
   approximately

Submission 004B
1) Positive, methamphetamine, 0.68 mg/L (+/- 0.16 mg/L) {GC/MS, LC/MS/MS}
2) Positive, amphetamine, 97 µg/L (+/- 22 µg/L) {GC/MS, LC/MS/MS}

Abbreviations:
  GC/MS = Gas chromatography/Mass Spectrometry
  LC/MS/MS = Liquid Chromatography/Mass Spectrometry/Mass Spectrometry

### Measurement Uncertainty:

Estimations of measurement uncertainty for all toxicology quantitations are reported at a coverage probability of 95.45%.

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

Jessica Mehan
Forensic Toxicologist
404-270-8254
jessica.mehan@gbi.ga.gov

Related Agencies:
GBI-Medical Examiner-HQ DOFS
Muscogee Co. District Attorney
GBI-Reg. 02-Columbus
Chattahoochee Judicial Circuit

ACN: DARRISAW

ACN: 0201723417

**End of Official Report**