





























2017
1000874



2017
1000874







