IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RODRIGO ARREOLA, as parent of Hector Arreola, Deceased, and as Personal Representative and Administrator of the Estate of Hector Arreola, CONCEPCION ARREOLA, as parent of Hector Arreola, and S.A., minor child of Hector Arreola, by next friend Jezreel Imee Custodio, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER MICHAEL AGUILAR, in his individual capacity, OFFICER BRIAN DUDLEY, in his individual capacity, and OFFICER AARON EVRARD, in his individual capacity, <br><br> Defendants. | Civil Action File Number: <br> 4:19-cv-00005-CDL |

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE

On July 13, 2021, the parties jointly reported to the Court that a settlement had been reached in this matter. Because some of the funds paid were being paid for the benefit of a minor, S.A., a conservatorship and court approval of the settlement were needed.

After appointing and hearing from a guardian ad litem for S.A., the Probate Court of Harris County, Georgia approved the settlement and authorized Jezreel

Imee Custodio a/k/a Jezreel Imee Custodio Trautwein, to settle this matter on behalf of the minor child. Copies of the Probate Court Order and the earlier Letters of Temporary Conservatorship of Minor are attached hereto as Exhibits "1" and "2". Plaintiffs have therefore complied with Georgia state law as it pertains to the settlement of claims on behalf of a minor.

For the aforementioned reasons, the parties jointly request that this motion be granted, and that the Court enter an order approving settlement and dismissing this matter with prejudice, with all parties bearing their own costs and attorneys' fees.

This 26th day of August, 2021.

                MARK POST LAW, LLC

By:  */s/ Mark C. Post*
      Ga. State Bar No.: 585575
      mpost@markpostlaw.com
      3 Bradley Park Ct., Ste. F
      Columbus, Georgia 31904
      (706) 221-9371

*Counsel for Plaintiffs*

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By: */s/ Alan G. Snipes*
      James C. Clark, Jr.
      Ga. State Bar No.: 127145
      jcc@psstf.com
      Alan G. Snipes
      Ga. State Bar No.: 665781

ags@psstf.com

1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31902
(706) 324-0251

*Counsel for Defendant Officer Michael Aguilar, in his Individual Capacity*

WALDREP, MULLIN & CALLAHAN, LLC

By: */s/ Neal J. Callahan*
Neal J. Callahan, Esq.
Ga. State Bar No.: 104551
njc@waldrepmullin.com
111 12th Street, Suite 300
Post Office Box 351
Columbus, GA 31901 (31902-0351)
T: (706) 320-0600
F: (706) 320-0622

*Counsel for Defendant Officer Aaron Evrard, in his Individual Capacity*

HUFF, POWELL & BAILEY, LLC

By: */s/ Pete Temesgen*
Pete Temesgen
ptemesgen@huffpowellbailey.com
Ga. State Bar No.: 597437
1037 Front Avenue, Suite A
Columbus, Georgia 31901
T: (706) 591-8280

*Counsel for Defendant Officer Brian Dudley, in his Individual Capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I have electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will transmit a notice of electronic filing to all counsel of record.

This 26th day of August, 2021.

                                           */s/ Alan G. Snipes*
                                           Counsel for Defendant