IN THE PROBATE COURT OF HARRIS COUNTY
STATE OF GEORGIA

FILED IN PROBATE COURT
HARRIS COUNTY, GA
2021 AUG 25 PM 3:00
THOMAS W. LAKES
PROBATE JUDGE

| | |
|---|---|
| IN RE: ESTATE OF ███████ ███████, ███████, MINOR | ESTATE NO: 21G009<br>PETITION TO COMPROMISE DOUBTFUL CLAIM OF MINOR<br>&<br>PETITION FOR LETTERS OF CONSERVATORSHIP OF MINOR |

ORDER ON PETITION TO COMPROMISE DOUBTFUL CLAIM

The above and foregoing Estate of ███████ ███████ ███████, a minor child, came before the court on a Petition for Letters of Conservatorship of Minor and Petition to Compromise Doubtful Claim of Minor, filed on July 12, 2021. JEZREEL IMEE CUSTODIO a/k/a JEZREEL IMEE CUSTODIO TRAUTWEIN was appointed as Temporary Conservator of the minor child on July 12, 2021 and given authority to preliminarily assent to the settlement.

AMY C. WALTERS was appointed as Guardian ad Litem, by order of this court on July 15, 2021, to prepare an Answer and response to the pending Petitions. The Guardian Ad Litem has prepared and submitted her Answer. In said Answer, the Guardian Ad Litem stated she believed the proposed settlement and the appointment of Jezreel Imee Garcia Custodio is in the minor child's best interest.

The minor child is one of three plaintiffs asserting a claim related to the death of her father, Hector Arreola. The claim being settled is against The Consolidated Government of Columbus, Georgia, Officer Michael Aguilar, in his individual and official capacity, Officer Brian Dudley, in his individual and official capacity, Officer Aaron Evrard, in his individual and official capacity, and Columbus Police Department Chief of



Police Richard T. Boren, in his individual and official capacity. There are no other entities against whom the Minor has a claim that are not a part of this settlement. The gross sum of the settlement is $500,000.00, and the Minor's portion, before attorney fees or expenses, is ███████. The proposed settlement benefit for the Minor, after payment of attorney fees and expenses of litigation, is ███████. The court finds that the gross settlement, the minor's portion and the attorney fees and expenses of litigation are all reasonable, and in the minor child's best interest. The proposed settlement is hereby approved. The Temporary Conservator is authorized to give full assent to the Settlement Agreement.

Further, this court finds that it is in the minor child's best interest that receipt of the compensation be deferred until after the minor child reaches the age of majority, absent a change in circumstances. The expense and difficulty of obtaining a bond for the conservator would diminish the funds available for the minor child and would not bestow any significant benefit to the minor child. As such, pursuant to O.C.G.A. § 29-3-3(h) and (i), in lieu of the Conservator receiving the funds, the funds will be deposited into an account with an F.D.I.C. insured financial institution, which cannot be accessed until after the minor reaches the age of majority. The settlement funds owed to the minor child shall remain in the escrow account of Attorney Mark C. Post until such time as this court approves the transfer to the restricted account. This court shall enter a separate order approving the terms of the account, as well as establishing any other conditions and restrictions.

<Signatures on Following Page>



SO ORDERED this 25 day of August, 2021.

_____
Hon. Thomas Lakes, Judge
Probate Court of Harris County, GA

Prepared by:

_____
Timothy J. Sowers
GA. Bar No. 933872
Attorney for Petitioner
P.O. Box 1172
Columbus GA 31902
706.323.2761
tsowers@handplaw.com

Approved by:

_____  by express
Amy C. Walters                    consent,
GA Bar No. 141601
Guardian ad Litem