FILED IN PROBATE COURT
HARRIS COUNTY, GA
12:30pm
July 12, 2021
THOMAS W. LAKES, JUDGE

IN THE PROBATE COURT OF HARRIS COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: ESTATE OF | : | ESTATE NO: 21G009 |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉, | : | PETITION FOR LETTERS OF CONSERVATORSHIP OF MINOR |
| MINOR | : | |
| D.O.B.- | : | |

## LETTERS OF TEMPORARY CONSERVATORSHIP OF MINOR

TO: JEZREEL IMEE CUSTODIO a/k/a JEZREEL IMEE CUSTODIO TRAUTWEIN, Temporary Conservator

The above-named Minor has been found by this Court to be in need of a temporary conservator, and this Court has entered an Order designating you as such Temporary Conservator. You have assented to this appointment by taking your oath. In general, your duties as Conservator are to protect and maintain the property of the above-named Minor. Your authority to act pursuant to these Letters is subject to applicable statutes and to any special orders entered in this case.

Special Instructions:

You are not to accept payment of any property or funds related to any litigation in which the minor child has an interest. However, you may give preliminary assent to a settlement in the pending action referenced in Exhibit A of the Petition. Said preliminary approval shall be subject to final approval, after the report of the Guardian ad litem to this Court.

Given under my hand and official seal, this 12th day of July, 2021.

_____
Judge of the Probate Court

Georgia, Harris County
I hereby certify that the within and foregoing is a true copy of the original as it appears on file in the Probate Court of Harris County.
This 12 day of July, 20 21.

Nancy Stewart
Clerk, Probate Court of Harris County
Thomas W. Lakes, Probate Judge

Petition ▉▉▉▉ ▉ervatorship of Minor

EXHIBIT 2