IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RODRIGO ARREOLA, CONCEPCION ARREOLA, and S.A., ex rel. JEZREEL IMEE CUSTODIO, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER MICHAEL AGUILAR, OFICER BRIAN DUDLEY, and OFFICER AARON EVRARD, <br><br> Defendants. | * <br> * <br> * Case No 4:19-CV-5-CDL <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of August, 2021.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk